UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

    Plaintiff,

v.

JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," DAVID HASTINGS A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC" JOHN DOE NO. 2 A/K/A "CYPHER," JOHN DOE NO. 3 A/K/A "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," JOHN DOE NO. 8 A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," JOHN DOE NO. 10 A/K/A "SINISTER," AND JOHN DOES NO. 11-50,

    Defendants.

Case No. 2:23-cv-01143

**BUNGIE, INC.'S NOTICE OF RELATED CASES**

    Plaintiff Bungie, Inc. identifies the following related cases. Each of the cases below involves cheat software which, based on information and belief, and facts discovered during Bungie's prosecution of those cases, was likely derived from or otherwise related to the cheat software developed and published by the defendants in this lawsuit. On information and belief, there may be some overlap between defendants in the cases below, and defendants Bungie has

BUNGIE, INC.'S NOTICE OF RELATED CASES - 1
CASE NO. 2:23-cv-01143

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

yet to identify in this lawsuit.

1. *Bungie Inc v. Bansal et al*, Western District of Washington Case No. 2:21-cv-01111-TL (Judge Lin), which involves the following parties:
   a. Kunal Bansal (doing business as Lavicheats.com); and
   b. Does 1-30.

2. *Bungie Inc v. Veterancheats.com et al*, Western District of Washington Case No. 2:21-cv-01114-TL (Judge Lin), which involves the following parties:
   a. Mihai Claudiu-Florentin (an individual doing business as Veterancheats.com);
   b. Veterancheats.com;
   c. Doe 1 (also known as Blaze);
   d. Doe 2 (also known as Knorr);
   e. Doe 3 (also known as John McBerg);
   f. Does 4-10.

DATED this 1st day of August 2023.

Respectfully Submitted,

**KILPATRICK TOWNSEND & STOCKTON LLP**

*s/ Christopher Varas*
Christopher Varas WSBA #32875
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
Telephone: 206.516.3088
Facsimile: 206.623.6793
cvaras@kilpatricktownsend.com

*Attorneys for Plaintiff Bungie, Inc.*

BUNGIE, INC'S NOTICE OF RELATED CASES - 2
CASE NO. 2:23-cv-01143

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600