HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; MATTHEW ABBOTT A/K/A "NOVA"; DAVID HASTINGS A/K/A "J3STER"; TRAVERS RUTTEN A/K/A "TRAVERS7134"; TRAVERS RUTTEN A/K/A "TRAVERS7134"; JOHN DOE NO. 1 A/K/A "CALC"; JOHN DOE NO. 2 A/K/A "CYPHER"; JOHN DOE NO. 3 A/K/A "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; JOHN DOE NO. 8 A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 10 A/K/A "SINISTER",<br><br>    Defendants. | Case No. 2:23-cv-01143-MLP<br><br>NOTICE OF APPEARANCE OF COUNSEL STACIA N. LAY FOR PLAINTIFF BUNGIE, INC. |

    PLEASE TAKE NOTICE that Stacia N. Lay of Focal PLLC, hereby appears as counsel of record for Plaintiff Bungie, Inc. in this proceeding, in addition to Venkat Balasubramani also of Focal PLLC. Counsel requests that all further papers and pleadings herein be served upon her at the address set forth below.

//

NOTICE OF APPEARANCE OF STACIA N. LAY
(Case No. 2:23-cv-01143-MLP) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1 | Dated this 25th day of October, 2023.

Respectfully submitted,

FOCAL PLLC

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com

Attorneys for Plaintiff Bungie, Inc.

NOTICE OF APPEARANCE OF STACIA N. LAY
(Case No. 2:23-cv-01143-MLP) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966