*The Honorable Michelle L. Peterson*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," DAVID HASTINGS A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC" JOHN DOE NO. 2 A/K/A "CYPHER," JOHN DOE NO. 3 A/K/A "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," JOHN DOE NO. 8 A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," JOHN DOE NO. 10 A/K/A "SINISTER," AND JOHN DOES NO. 11-50,<br><br>    Defendants. | Case No. 2:23-cv-01143-MLP<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF BUNGIE, INC.** |

TO:        CLERK OF THE COURT;

AND TO:    ALL PARTIES AND COUNSEL OF RECORD:

Notice is hereby given pursuant to LCR 83.2(b)(3) that Kilpatrick Townsend & Stockton, by and through attorney Christopher Varas, hereby withdraws as Counsel of record for Plaintiff

NOTICE OF WITHDRAWAL OF COUNSEL
FOR PLAINTIFF BUNGIE, INC. - 1
CASE NO. 2:23-cv-01143

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

Bungie, Inc. in this action. All other counsel of record remain and Venkat Balasubramani and Stacia Lay of Focal PLLC will continue as local counsel in representation of Plaintiff.

Respectfully Submitted this 25th day of October 2023.

| | |
|---|---|
| **KILPATRICK TOWNSEND & STOCKTON LLP** | **FOCAL PLLC** |
| *s/ Christopher Varas*<br>Christopher Varas WSBA #32875<br>Kilpatrick Townsend & Stockton LLP<br>1420 Fifth Avenue, Suite 3700<br>Seattle, Washington 98101<br>Telephone: 206.516.3088<br>Facsimile: 206.623.6793<br>cvaras@kilpatricktownsend.com | *s/ Stacia N. Lay*<br>Stacia N. Lay, WSBA #30594<br>Venkat Balasubramani, WSBA #28269<br>Focal PLLC<br>900 First Avenue South, Suite 201<br>Seattle, Washington 98134<br>Telephone: 206.529.4827<br>Facsimile: 206.260.3966<br>stacia@focallaw.com<br>venkat@focallaw.com |
| *Withdrawing Attorneys for Plaintiff Bungie, Inc.* | **KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.**<br><br>*s/ Dylan M. Schmeyer*<br>Dylan M. Schmeyer, *Admitted Pro Hac Vice*<br>Thomas Dean Neville, *Admitted Pro Hac Vice*<br>Michael David Dunford, *Admitted Pro Hac Vice*<br>Akiva M. Cohen, *Admitted Pro Hac Vice*<br>Kamerman, Uncyk, Soniker & Klein, P.C.<br>1700 Broadway, 16th Floor<br>New York, New York 10019<br>Telephone: 212.400.4930<br>tneville@kusklaw.com<br>dschmeyer@kusklaw.com<br>mdunford@kusklaw.com<br>acohen@kusklaw.com<br><br>*Remaining Attorneys for Plaintiff Bungie, Inc.* |

NOTICE OF WITHDRAWAL OF COUNSEL
FOR PLAINTIFF BUNGIE, INC. - 2
CASE NO. 2:23-cv-01143

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600