1

HONORABLE MICHELLE L. PETERSON

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

BUNGIE, INC., a Delaware corporation,

     Plaintiff,

10

11

v.

12

JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," DAVID HASTINGS A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC" JOHN DOE NO. 2 A/K/A "CYPHER," JOHN DOE NO. 3 A/K/A "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," JOHN DOE NO. 8 A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," JOHN DOE NO. 10 A/K/A "SINISTER," AND JOHN DOES NO. 11-50,

     Defendants.

13

14

15

16

17

18

19

20

21

22

Case No. 2:23-cv-01143-MLP

[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION FOR EXPEDITED DISCOVERY TO CONFIRM DEFENDANTS' IDENTITIES AND LOCATIONS AND FOR AN EXTENSION OF THE RULE 4(m) SERVICE DEADLINE

23

THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s Motion for Expedited

24

Discovery to Confirm Defendants' Identities and Locations and For an Extension of the

25

Rule 4(m) Service Deadline.

26

The Court has considered the papers submitted by Bungie, and finding good cause,

27

hereby GRANTS Bungie's Motion and ORDERS as follows:

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
EXPEDITED DISCOVERY AND SERVICE DEADLINE EXTENSION
(Case No. 2:23-cv-01143-MLP) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

1      1.      Pursuant to Federal Rules 26(d) and 45, Bungie is hereby authorized to serve

2   subpoenas on third parties that Bungie has identified as likely to be providing services to the

3   Defendants who operate the Ring-1 Enterprise. This includes Yahoo, Inc., Verizon, Inc., Twitch,

4   Inc., Streamlabs, X Corp., Discord Inc., Valve, Google, Sellix, GoDaddy, Digital Ocean, Storely,

5   Selly, Comcast, Microsoft, Shoppy, Telegram, and Cloudflare, as well as any other third-party

6   Bungie identifies as likely to be providing services of any kind to any one or more of the

7   Defendants. Through these subpoenas, Bungie may demand production of electronically stored

8   information and other documents and information that will reasonably lead to the discovery of

9   Defendants' identities and locations. This includes but is not limited to billing and transaction

10   records, account information, server logs and IP addresses, and correspondence with any one or

11   more of the Defendants.

12      2.      Bungie is also authorized to issue subpoenas to any third parties identified in

13   response to the subpoenas referenced in the previous paragraph to the extent such follow-up

14   subpoenas are necessary to locate and identify the Doe Defendants in this action.

15      3.      Because Bungie has yet to identify or locate the Doe Defendants in this case, it

16   may serve subpoenas pursuant to this Order without complying with the requirement of Federal

17   Rule of Civil Procedure 45(b)(1) that it provide notice to Defendants prior to serving the

18   subpoenas.

19      4.      Bungie is granted a 90-day extension of the Rule 4(m) deadline up to and

20   including January 28, 2024.

21      SO ORDERED this ___ day of _____, 2023.

22

23                     _____

24                     HONORABLE MICHELLE L. PETERSON
                       UNITED STATES MAGISTRATE JUDGE

25

26

27   Presented by:

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

1    KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

2    By: *s/ Dylan M. Schmeyer*
3       Dylan M. Schmeyer (admitted *pro hac vice*)
       750 W. 148th Ave, #4216
4      Westminster, CO 80023
       Tel: (719) 930-5942
       Email: dschmeyer@kusklaw.com
5

6    FOCAL PLLC

7    By: *s/ Stacia N. Lay*
       *s/ Venkat Balasubramani*
8      Stacia N. Lay, WSBA #30594
       Venkat Balasubramani, WSBA #28269
9      900 1st Avenue S., Suite 201
       Seattle, Washington 98134
10     Tel: (206) 529-4827
       Fax: (206) 260-3966
11     Email: stacia@focallaw.com
       Email: venkat@focallaw.com

12    *Attorneys for Plaintiff Bungie, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## **CERTIFICATE OF SERVICE**

I, Dylan M. Schmeyer, hereby certify that on October 27, 2023, I caused a true and correct copy of the foregoing document to be served on the two named Defendants who have been served with the Complaint and Summons via email to the addresses set forth below:

Mark Jordan, counsel for Defendant Abbot: mjordan@bracepointlaw.com

Defendant Mahuron: mahuron123@live.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 27, 2023

*s/ Dylan M. Schmeyer*
Dylan M. Schmeyer (admitted PHV)

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966