# EXHIBIT 1





## WHY CHOOSE RING-1?

### FULL COMPENSATION

Guaranteed to always play with a working cheat for the full extent of your subscription. In case a cheat needs updating (e.g. a game patch), you will not

### TRULY UNDETECTED

We can proudly say we have one of (if not) the most safe cheating platform (even including private cheat providers). We have stayed undetected for literally

lose a single hour of your subscription time!

years on the most hard to cheat games running EAC and BattlEye.

## UNIQUE TECHNOLOGY

Our way of defeating the anti-cheats is one of a kind in the cheating industry. You will not find this kind of technology elsewhere. It is the reason why we beat even private cheat providers in terms of security.

## FREQUENT UPDATES

On a daily basis we work on updates for our cheats, our infrastructure and all the other key parts of our system too always stay ahead.

## DEDICATED SUPPORT

We believe that the only way to success is to give our customers the best support. That's why we have a 24/7 live chat service for all your questions!

*This requires a Ring-1 account* Sign up

## COMMUNITY

Join our community now and connect with each other through Telegram or our own forum!

Ring -1 

We accept:

