# EXHIBIT 2



https://forum.ring-1.io/u/calc/summary