# EXHIBIT 3

  

# ring-1.io

Updated 1 second ago

 **Domain Information**

| | |
|---|---|
| Domain: | ring-1.io |
| Registrar: | NameSilo, LLC |
| Registered On: | 2019-05-25 |
| Expires On: | 2024-05-25 |
| Updated On: | 2023-05-20 |
| Status: | clientTransferProhibited |
| Name Servers: | tani.ns.cloudflare.com<br>gerardo.ns.cloudflare.com |

 **Registrant Contact**

| | |
|---|---|
| Organization: | See PrivacyGuardian.org |
| State: | AZ |
| Country: | US |

**Raw Whois Data**

```
Domain Name: ring-1.io
Registry Domain ID: 0ed8c5c73be947a2a9b4d1adf4b16b5b-DONUTS
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: http://www.namesilo.com
Updated Date: 2023-05-20T12:03:57Z
Creation Date: 2019-05-25T23:18:21Z
Registry Expiry Date: 2024-05-25T23:18:21Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.6024928198
```

 
```
Registrant Organization: See PrivacyGuardian.org
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: AZ
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified i
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in thi
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this
Name Server: tani.ns.cloudflare.com
Name Server: gerardo.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2023-10-11T18:37:30Z <<<
```




...TERMS OF USE: Access to Whois information is provided to assist persons in determining

## Interested in similar domains?

| Domain | |
|---|---|
| ring1app.com | Buy Now |
| ring1games.com | Buy Now |
| 5ring1.com | Buy Now |
| ring1s.com | Buy Now |
| ring1.net | Buy Now |
| rings1.net | Buy Now |









### related domain names

namesilo.com    icann.org    privacyguardian.org    cloudflare.com    identity.digital

Copyright © Whois.com. All rights reserved
Privacy | Terms