# EXHIBIT 6

  

## shopring1nvitus.com                                                         Updated 1 second ago

### Domain Information

| | |
|---|---|
| Domain: | shopring1nvitus.com |
| Registrar: | Key-Systems GmbH |
| Registered On: | 2023-05-05 |
| Expires On: | 2024-05-05 |
| Updated On: | 2023-05-05 |
| Status: | clientTransferProhibited |
| Name Servers: | grannbo.ns.cloudflare.com  <br> yadiel.ns.cloudflare.com |

### Registrant Contact

| | |
|---|---|
| Name: | On behalf of shopring1nvitus.com OWNER |
| Organization: | c/o whoisproxy.com |
| Street: | 604 Cameron Street |
| City: | Alexandria |
| State: | VA |
| Postal Code: | 22314 |
| Country: | US |
| Phone: | +64.48319528 |
| Email: | 05a078b503df5619accce5cb34cb5e961b948bacfffec3b7792f5de8fcd8c4d4 @shopring1nvitus.com.whoisproxy.org |

 

| | |
|---|---|
| Name: | On behalf of shopring1nvitus.com ADMIN |
| Organization: | c/o whoisproxy.com |
| Street: | 604 Cameron Street |
| City: | Alexandria |
| State: | VA |
| Postal Code: | 22314 |
| Country: | US |
| Phone: | +64.48319528 |
| Email: | 05a078b503df5619accce5cb34cb5e961b948bacfffec3b7792f5de8fcd8c4d4@shopring1nvitus.com.whoisproxy.org |

### Technical Contact

| | |
|---|---|
| Name: | On behalf of shopring1nvitus.com TECH |
| Organization: | c/o whoisproxy.com |
| Street: | 604 Cameron Street |
| City: | Alexandria |
| State: | VA |
| Postal Code: | 22314 |
| Country: | US |
| Phone: | +64.48319528 |
| Email: | 05a078b503df5619accce5cb34cb5e961b948bacfffec3b7792f5de8fcd8c4d4@shopring1nvitus.com.whoisproxy.org |

### Billing Contact






| | |
|---|---|
| Organization: | c/o whoisproxy.com |
| Street: | 604 Cameron Street |
| City: | Alexandria |
| State: | VA |
| Postal Code: | 22314 |
| Country: | US |
| Phone: | +64.48319528 |
| Email: | 05a078b503df5619accce5cb34cb5e961b948bacfffec3b7792f5de8fcd8c4d4@shopring1nvitus.com.whoisproxy.org |

## Raw Whois Data

```
Domain Name: shopring1nvitus.com
Registry Domain ID: 2778470205_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.rrpproxy.net
Registrar URL: https://www.hostinger.com/contacts
Updated Date: 2023-05-05T22:13:11Z
Creation Date: 2023-05-05T18:35:11Z
Registrar Registration Expiration Date: 2024-05-05T18:35:11Z
Registrar: Key-Systems GmbH
Registrar IANA ID: 269
Registrar Abuse Contact Email: abusereport@key-systems.net
Registrar Abuse Contact Phone: +49.68949396850
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: On behalf of shopring1nvitus.com OWNER
Registrant Organization: c/o whoisproxy.com
Registrant Street: 604 Cameron Street
Registrant City: Alexandria
Registrant State/Province: VA
Registrant Postal Code: 22314
Registrant Country: US
Registrant Phone: +64.48319528
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 05a078b503df5619accce5cb34cb5e961b948bacfffec3b7792f5de8fcd8c4d4@shopring1r
```




```
Admin Organization: c/o whoisproxy.com
Admin Street: 604 Cameron Street
Admin City: Alexandria
Admin State/Province: VA
Admin Postal Code: 22314
Admin Country: US
Admin Phone: +64.48319528
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 05a078b503df5619accce5cb34cb5e961b948bacfffec3b7792f5de8fcd8c4d4@shopring1nvitus
Registry Tech ID: Not Available From Registry
Tech Name: On behalf of shopring1nvitus.com TECH
Tech Organization: c/o whoisproxy.com
Tech Street: 604 Cameron Street
Tech City: Alexandria
Tech State/Province: VA
Tech Postal Code: 22314
Tech Country: US
Tech Phone: +64.48319528
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 05a078b503df5619accce5cb34cb5e961b948bacfffec3b7792f5de8fcd8c4d4@shopring1nvitus.
Registry Billing ID: Not Available From Registry
Billing Name: On behalf of shopring1nvitus.com BILLING
Billing Organization: c/o whoisproxy.com
Billing Street: 604 Cameron Street
Billing City: Alexandria
Billing State/Province: VA
Billing Postal Code: 22314
Billing Country: US
Billing Phone: +64.48319528
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: 05a078b503df5619accce5cb34cb5e961b948bacfffec3b7792f5de8fcd8c4d4@shopring1nvit
Name Server: grannbo.ns.cloudflare.com
Name Server: yadiel.ns.cloudflare.com
DNSSEC: unsigned
Whoisprivacy: 1
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-11T19:17:33Z <<<
```





```
https://www.domain-contact.org

Please register your domains at; https://www.hostinger.com/contacts
This data is provided by
for information purposes, and to assist persons obtaining information
about or related to domain name registration records.
 does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you will use this data
only for lawful purposes and that, under no circumstances, you will
use this data to
1) allow, enable, or otherwise support the transmission of mass
   unsolicited, commercial advertising or solicitations via E-mail
   (spam) or
2) enable high volume, automated, electronic processes that apply
   to this WHOIS server.
These terms may be changed without prior notice.
By submitting this query, you agree to abide by this policy.
```

Interested in similar domains?

| | |
|---|---|
| shopsring1nvitus.com | Buy Now |
| storering1nvitus.com | Buy Now |
| shopring1nvitusnews.com | Buy Now |
| shoprings1nvitus.com | Buy Now |
| shopring1nvitus.net | Buy Now |
| shopsring1nvitus.net | Buy Now |










### related domain names

rrpproxy.net    key-systems.net    icann.org    cloudflare.com    hostinger.com

whoisproxy.com    whoisproxy.org    internic.net    domain-contact.org

Copyright © Whois.com. All rights reserved
Privacy | Terms