# EXHIBIT 7



0 

# whysp.org

Updated 1 second ago

 **Domain Information**

| | |
|---|---|
| Domain: | whysp.org |
| Registrar: | Squarespace Domains II LLC |
| Registered On: | 2016-12-21 |
| Expires On: | 2024-12-21 |
| Updated On: | 2023-08-18 |
| Status: | ok |
| Name Servers: | samara.ns.cloudflare.com<br>tim.ns.cloudflare.com |

 **Registrant Contact**

| | |
|---|---|
| Organization: | Contact Privacy Inc. Customer 7151571251 |
| State: | ON |
| Country: | CA |

**Raw Whois Data**

```
Domain Name: whysp.org
Registry Domain ID: a172b6db1f4a470abaa985489818b1d7-LROR
Registrar WHOIS Server: http://whois.squarespace.domains
Registrar URL: https://domains.squarespace.com
Updated Date: 2023-08-18T12:50:49Z
Creation Date: 2016-12-21T05:53:06Z
Registry Expiry Date: 2024-12-21T05:53:06Z
Registrar: Squarespace Domains II LLC
Registrar IANA ID: 895
Registrar Abuse Contact Email: abuse-complaints@squarespace.com
Registrar Abuse Contact Phone: +1.6466935324
```

 

```
Registrant Organization: Contact Privacy Inc. Customer 7151571251
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: ON
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: CA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified i
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in thi
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this
Name Server: samara.ns.cloudflare.com
Name Server: tim.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2023-10-11T19:22:51Z <<<
```





TERMS OF USE: Access to Public Interest Registry WHOIS information is provided to assist

## Interested in similar domains?

| why-sp.com | Buy Now |
| whysep.com | Buy Now |
| whynp.com | Buy Now |
| whyzp.com | Buy Now |
| whysyp.net | Buy Now |
| whysep.net | Buy Now |





.FUN @ $1.88 $35.88



### related domain names

google.com     icann.org     cloudflare.com

Copyright © Whois.com. All rights reserved
Privacy | Terms