# EXHIBIT 8

  

# toirplus.com

Updated 6 days ago

## Domain Information

| | |
|---|---|
| Domain: | toirplus.com |
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 2017-08-19 |
| Expires On: | 2024-08-19 |
| Updated On: | 2023-08-20 |
| Status: | clientDeleteProhibited<br>clientRenewProhibited<br>clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | lloyd.ns.cloudflare.com<br>tara.ns.cloudflare.com |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |

 

| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=toirplus.com |

 ## Administrative Contact

| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=toirplus.com |

 ## Technical Contact

| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |

                                                                                         

| Phone: | +1.4806242599 |
|---|---|
| Fax:   | +1.4806242598 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=toirplus.com |

## Raw Whois Data

```
Domain Name: toirplus.com
Registry Domain ID: 2154925081_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-08-20T10:24:24Z
Creation Date: 2017-08-19T07:48:55Z
Registrar Registration Expiration Date: 2024-08-19T07:48:55Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/re
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
```

 
```
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.
Name Server: LLOYD.NS.CLOUDFLARE.COM
Name Server: TARA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-05T10:19:30Z <<<
For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: The data contained in this registrar's Whois database, while believed by
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding
accuracy. This information is provided for the sole purpose of assisting you in obtaini
information about domain name registration records. Any use of this data for any other
is expressly forbidden without the prior written permission of this registrar. By submi
an inquiry, you agree to these terms and limitations of warranty. In particular, you ag
to use this data to allow, enable, or otherwise support the dissemination or collection
data, in part or in its entirety, for any purpose, such as transmission by e-mail, tele
postal mail, facsimile or other means of mass unsolicited, commercial advertising or so
of any kind, including spam. You further agree not to use this data to enable high volu
or robotic electronic processes designed to collect or compile this data for any purpos
mining this data for your own personal or commercial purposes. Failure to comply with t
may result in termination of access to the Whois database. These terms may be subject t
at any time without notice.
```



0 

| | |
|---|---|
| toirplus.com | Buy Now |
| 2irplus.com | Buy Now |
| toirenplus.com | Buy Now |
| toirpromax.com | Buy Now |
| toirplus.net | Buy Now |
| toironeplus.com | Buy Now |







### related domain names

godaddy.com    icann.org    cloudflare.com    domainsbyproxy.com    internic.net




