# EXHIBIT 9

  

# rev1ve.cc

Updated 1 second ago

 **Domain Information**

| | |
|---|---|
| Domain: | rev1ve.cc |
| Registrar: | Hosting Concepts B.V. d/b/a Registrar.eu |
| Registered On: | 2021-09-04 |
| Expires On: | 2024-09-04 |
| Updated On: | 2023-09-01 |
| Status: | clientTransferProhibited |
| Name Servers: | aria.ns.cloudflare.com<br>nico.ns.cloudflare.com |

 **Registrant Contact**

| | |
|---|---|
| Organization: | Whois Privacy Protection Foundation |
| State: | Zuid-Holland |
| Country: | NL |
| Email: | https://contact-form.registrar.eu/?domainName=rev1ve.cc&purpose=owner |

 **Administrative Contact**

| | |
|---|---|
| Email: | https://contact-form.registrar.eu/?domainName=rev1ve.cc&purpose=admin |

**Technical Contact**

| | |
|---|---|
| Email: | https://contact-form.registrar.eu/?domainName=rev1ve.cc&purpose=tech |

 

```
Domain Name: rev1ve.cc
Registry Domain ID: 163374141_DOMAIN_CC-VRSN
Registrar WHOIS Server: whois.registrar.eu
Registrar URL: http://www.registrar.eu
Updated Date: 2023-09-01T17:32:00Z
Creation Date: 2021-09-04T17:29:44Z
Registrar Registration Expiration Date: 2024-09-04T17:29:44Z
Registrar: Hosting Concepts B.V. d/b/a Registrar.eu
Registrar IANA ID: 1647
Registrar Abuse Contact Email: abuse@registrar.eu
Registrar Abuse Contact Phone: +31.104482297
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Whois Privacy Protection Foundation
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Zuid-Holland
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: NL
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: https://contact-form.registrar.eu/?domainName=rev1ve.cc&purpose=owner
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: https://contact-form.registrar.eu/?domainName=rev1ve.cc&purpose=admin
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
```




```
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: https://contact-form.registrar.eu/?domainName=rev1ve.cc&purpose=tech
Name Server: aria.ns.cloudflare.com
Name Server: nico.ns.cloudflare.com
DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-11T19:26:16Z <<<

; The data in this registrar whois database is provided to you for
; information purposes only, and may be used to assist you in obtaining
; information about or related to domain name registration records.
; We do not guarantee its accuracy.
; By submitting a WHOIS query, you agree that you will use this data
; only for lawful purposes and that, under no circumstances, you will
; use this data to
; a) allow, enable, or otherwise support the transmission by e-mail,
;    telephone, or facsimile of mass, unsolicited, commercial advertising
;    or solicitations to entities other than the data recipient's own
;    existing customers; or
; b) enable high volume, automated, electronic processes that send queries
;    or data to the systems of any Registry Operator or ICANN-Accredited
;    registrar, except as reasonably necessary to register domain names
;    or modify existing registrations.
; The compilation, repackaging, dissemination or other use of this data
; is expressly prohibited without prior written consent.
; These terms may be changed without prior notice. By submitting this
; query, you agree to abide by this policy.
```

Interested in similar domains?

| rev-1-ve.com | Buy Now |
|---|---|
| biv1ve.com | Buy Now |





| | |
|---|---|
| rev1ves.com | Buy Now |
| rev1ve.net | Buy Now |
| biv1ve.net | Buy Now |







## related domain names

registrar.eu      openprovider.com      icann.org      cloudflare.com      internic.net

Copyright © Whois.com. All rights reserved
Privacy | Terms