# EXHIBIT 10

**From:** Kristaps Ronka <kristaps@namesilo.com>
**Date:** Wednesday, Jan 26, 2022, 7:27 AM
**To:** Mayer, Marc <MEM@msk.com>
**Subject:** [EXTERNAL] Re: Bungie/Ubisoft v. Thorpe et al. (Ring-1): Subpoena response

-EXTERNAL MESSAGE-

Hi Marc,

Glad Neil was able to give you a direct contact to me. Please see the response to the subpoena response here. I do remember this domain name and did remember replying to it. Ill send a separate email to confirm that you received this email

Ring-1.io

# User Info

| UserName | Email | Reseller Company [Email] | Name | Company | Address | Phone | IP | Created Account |
|---|---|---|---|---|---|---|---|---|

| niceit | itsnice@protonmail.com | NiceVPS.net [ no-reply@nicevps.net ] | Kimon Stevens | Nice IT Services Group Inc. | Tavernier St, Wall House , Loubiere Dominica 00152 DM | +0000000000 | 5.255.86.109 | 2017-09-19 13:43:38 |

# Login Log

**This is a reseller account and we do not have the login history for the registrant of the domain**

# ring-1.io

# Whois Contact Info

Created: 2019-05-25

Expires: 2022-05-25

| Registrant<br>Nice IT Services Group Inc.<br>Customer Domain Admin<br>Tavernier St., Wall House<br>Loubiere, Dominica 00152<br>DM<br>domains+ring-1.io@dendrite.network<br>Phone: 1234567890 | Administrative<br>Nice IT Services Group Inc.<br>Customer Domain Admin<br>Tavernier St., Wall House<br>Loubiere, Dominica 00152<br>DM<br>domains+ring-1.io@dendrite.network<br>Phone: 1234567890 | Technical<br>Nice IT Services Group Inc.<br>Customer Domain Admin<br>Tavernier St., Wall House<br>Loubiere, Dominica 00152<br>DM<br>domains+ring-1.io@dendrite.network<br>Phone: 1234567890 | Billing<br>Nice IT Services Group Inc.<br>Customer Domain Admin<br>Tavernier St., Wall House<br>Loubiere, Dominica 00152<br>DM<br>domains+ring-1.io@dendrite.network<br>Phone: 1234567890 |

**This is a reseller account and we do not have the transaction ID of the registrant**

On 1/25/2022 7:22 PM, Mayer, Marc wrote:

> Mr. Ronka –

Hope you are well.  We are counsel for Bungie, Inc. and Ubisoft Entertainment in the above referenced lawsuit.  Neil Schwartzman at Unit 221B gave me your name and recommended that I contact you concerning this matter.

We are attempting to determine the status of a subpoena we served on NameSilo last December.  The subpoena is attached.  To date, we have not received a response to the subpoena, though the response date was January 10 (two weeks ago).  The subpoena seeks information concerning a website engaged in the sale and distribution of unlawful software that allows users to cheat in our clients' video games.

If you could provide us with a status update, we would appreciate it.

Thank you very much.  Please let me know if you have any questions or if we can provide any additional information.

**msk**

**Marc Mayer | Partner, through his professional corporation**
T: 310.312.3154 | mem@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.