# EXHIBIT 11

# FIRST**LEGAL**

**R E C O R D S**

**1511 Beverly Blvd**
**Los Angeles, CA 90026**
**Phone: (877) 591-9979   Fax: (877) 823-7488**

---

|  |  |
|---|---|
| **SHIP TO:** | Mitchell Silberberg & Knupp LLP<br>SUGUEY MELARA<br>2049 Century Park East. 18th Floor<br>Los Angeles, CA 90067 |
| **WORK ORDER #** | 140067-02 |
| **MATTER #** |  |
| **CLAIM #** | 51829-00001 |
| **CASE #** | 3:21-cv-05677-EMC |
| **CASE NAME:** | BUNGIE, INC., ET AL<br>vs<br>ANDREW THORPE, ET AL. |
| **RECORDS ON:** | APPLE PAY |
| **FROM:** | CLOUDFLARE, INC., C/O REGISTERED SOLUTION, INC.<br>1220 S Street, Ste 150<br>Sacramento, CA  95811 |

The undersigned certifies that he/she is an employee of a Professional Photocopier (Business and Professions Code Section 22450).  I further certify that these records have been transmitted or distributed to authorized persons or entities only.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **January 21, 2022** at **Los Angeles, California.**



---

✔ **THE ENCLOSED RECORDS COMPLETE YOUR REQUEST FROM THIS CUSTODIAN.**

☐ **THERE ARE NO RECORDS AT THE ABOVE LOCATION.**

☐ **INCOMPLETE.  PATIENT BILLING TO FOLLOW.**

☐ **INCOMPLETE.  X-RAYS TO FOLLOW.**

☐ **THIS IS A BILLING OFFICE ONLY.**

☐ **OTHER:** _____



VOLUME 1 OF 1

FR-CPROOF21Upload

**FL FIRST LEGAL**
**RECORDS**

## ORDER VERIFICATION LIST

Order#: 140067-02

**Enclosed documents have been reviewed for the following:**

_____ Date of Birth ()

_____ Social Security Number (xxx-xx-    )

_____ Subject (APPLE PAY)

_____ Date of Treatment and/or Accident ()

_____ File/Claim Number ()

✔ Other: _____

**Please note, the original documents that were provided by the location were of:**

✔ Good Quality

_____ Satisfactory Quality

_____ Poor Quality

**Type of Records:**

| | | | |
|---|---|---|---|
| _____ Medical | _____ X-Rays | _____ Employment | _____ School |
| _____ Billing | _____ Pathology | _____ Insurance | _____ Legal |
| _____ Dental | _____ Ambulance | _____ Prescription | _____ Psych |
| _____ Sign-In | _____ Path Matl | _____ Payroll | |

✔ Other

**Date Limitations (if any):** _____

**Additional Information:**

_____

_____

_____

_____

**Assembled By:** *Toru Matayoshi*       **Verified By:** *Toru Matayoshi*

**Paginated By:** _____       **Charted By:** _____



12/23/2021

To Whom It May Concern:

Please find enclosed Cloudflare's response to the disclosure request in Case No. **[ 321-CV-05677-EMC]**. Cloudflare runs a global network that provides security and performance services for Internet facing websites and applications around the world. Please be aware that the majority of websites that use Cloudflare's services use our reverse proxy, pass-through security service.  Due to the pass-through nature of those services, our IP addresses appear in WHOIS and DNS records for those websites. Cloudflare cannot remove content from the Internet that it does not host, and we generally do not collect or keep information regarding the end users of websites using our services. You can find more information about the type of information we collect here.

Subscriber information including name, address, email address, and any other user-provided information are included in the document named:

**all_zone_info.csv**
**user_info.csv**

Should billing information exist, it is included in the document named:

**billing_profile_details.docx**
**payments_details.docx**

Cloudflare's previous third party credit card processor was Recurly. This changed on May 24, 2016. For more details regarding the transactions, please contact Recurly. Recurly's Agent for Service of Process is Isaac Hall, 300 Brannan Street, Suite 608, San Francisco, CA 94107. Cloudflare's previous third party credit card processor is Braintree. This changed on May 24, 2016. Below are transaction details from the Cloudflare's billing interface that connects to Braintree. For more details regarding the transactions (including the full credit card number), please contact Braintree(PayPal) - https://www.paypal.com/us/webapps/mpp/law-enforcement. Cloudflare's current third party credit card processor is Stripe. This changed December 2020. If a paid account has any transaction details, they will be attached in a separate folder. Please note that free accounts will not have any billing records. For more details regarding any transactions (including the full credit card number), please contact Stripe at notices@stripe.com.

Session times, connection time, connection date, and the IP address associated with the user at the time of the connection is included in the document named:

**user_IP_log_info.csv**

This information relates to the user accessing their Cloudflare dashboard. If you are looking for information pertaining to the website itself such as visitor traffic and user activity logs for a particular website, you should contact the underlying host for that information. In reviewing this file, please use the following key:

- Column A / User ID:
    - Internal Cloudflare user reference number.
- Column B / Zone ID:
    - Internal Cloudflare domain/URL reference number; managed by the user or account in Column A.
- Column C / IP:
    - IP address of the end user (Column A).
- Column D / Timestamp:
    - The time that the login took place. All times are in UTC.

The information in the above documents represent all readily accessible data in Cloudflare's possession that is responsive to your request. In some cases, additional and similar usage data related to newer Cloudflare products, notably rate limiting and load balancing, may not be accessible from the search we have conducted. If you have a need for that specific information or have any other questions or concerns, please feel free to contact Ryan Carter, Trust & Safety Legal Support Manager or Richard Leaning, Director of Outreach at abuse+law@cloudflare.com.

Regards,

David Nguyen
Trust and Safety
Cloudflare, Inc.

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

      I, David Nguyen, attest under penalty of perjury (or criminal punishment for false statement or false attestation) that I am employed by Cloudflare, Inc., and that my official title is Trust and Safety Engineer. I am an Trust and Safety Engiuneer for Cloudflare, Inc. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Cloudflare, Inc., and that I am the custodian of the attached records consisting of  1 zipfile.

      I further state that:

          A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

          B.    such records were kept in the course of a regularly conducted business activity of Cloudflare, Inc.; and

          C.    such records were made by Cloudflare, Inc. as a regular practice.

      I further state that this certification is intended to satisfy the Rule 902(11) of the Federal Rules of Evidence.

12/23/2021

_____

Date                                   David Nguyen

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Bungie, Inc., et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:21-cv-05677-EMC |
| | ) | |
| Andrew Thorpe, et al. | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: CLOUDFLARE, INC. c/o Registered Agent Solutions, Inc., 1220 S Street, Suite 150, Sacramento, CA 95811

_____

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Attachment A.

| Place: First Legal Records, 200 Webster Street, Suite 201 Oakland, CA 94607, Telephone: (415) 626-3111 | Date and Time: January 10, 2022 at 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

|  CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |
| | | Marc E. Mayer |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Bungie, Inc., Ubisoft Entertainment, and Ubisoft, Inc._____ , who issues or requests this subpoena, are:
Marc E. Mayer / Mitchell Silberberg & Knupp LLP / 2049 Century Park East, 18th Floor, Los Angeles, CA 90067 / Telephone: 310-312-2000, mem@msk.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:21-cv-05677-EMC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00_____

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                *Server's signature*

                                                         _____
                                                                *Printed name and title*

                                                         _____
                                                                *Server's address*

Additional information regarding attempted service, etc.:


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
　　**(i)** is a party or a party's officer; or
　　**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
　　**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
　　**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
　　**(i)** fails to allow a reasonable time to comply;
　　**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
　　**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
　　**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
　　**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

　　**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
　　**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
　　**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
　　**(i)** expressly make the claim; and
　　**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).


American LegalNet, Inc.
www.FormsWorkFlow.com

## ATTACHMENT A

## I. INSTRUCTIONS

1. Cloudflare, Inc. ("Cloudflare"), including its subsidiaries, related entities, and/or divisions, and any of its successors and/or assigns, is to make available for copying all requested documents that are in its possession, custody, or control, including documents in the possession, custody, or control of its attorneys, accountants, agents, representatives, or any other persons acting on its behalf.

2. Cloudflare is to produce any Microsoft Excel and/or other database-related files in their native electronic format.

3. Should a claim be made that any subpoenaed document is not subject to discovery by reason of privilege or some other legal protection, please provide a privilege log containing the information required by Fed. R. Civ. P. 26(b)(5).

## II. DEFINITIONS

As used herein, the following terms are intended to have the meanings indicated:

1. The phrase "All Documents" means every Document, whether an original or copy as defined below, and every such Document or writing that can be located through reasonably diligent efforts.

2. "And" means "and/or" and "or" means "and/or."  The plural of any word used herein includes the singular, and the singular includes the plural.  The masculine gender of any word used herein includes the feminine.  The past tense of a verb used herein includes the present tense, and the present tense includes the past tense.

3. The terms "Document" and "Documents" include without limitation the original and all drafts of all written or graphic matter, however produced or reproduced, of any kind or description, and all copies thereof which are different from the original (whether different by interlineation, receipt stamp, notation, indication of copies sent or received, or otherwise), whether printed or recorded electronically or magnetically or reproduced by hand, including documents and electronically stored information as defined by Rule 34(a) of the Federal Rules of Civil Procedure and writings and recordings as defined by Rule 1001(1) of the Federal Rules of Evidence.  Examples of "Documents" are: agreements or contracts, communications, correspondence, e-mails, telegrams, cables, memoranda, records, books, summaries of records or personal conversations or interviews, diaries, desk calendars, appointment books, journals, message pads, forecasts, statistical statements, accountants' workpapers, graphs, charts, diagrams, certificates and certifications, tables, indexes, pictures, recordings, sound recordings, images, data or data compilations stored in any medium, tapes, microfilm, charges, accounts, analytical records, minutes or records of meetings, conferences or conversations, reports or summaries of interviews, reports or summaries of investigations, texts or surveys, opinions or reports of consultants, appraisals, reports or summaries of negotiations, advertisements, brochures, pamphlets, circulars, trade letters, press releases, stenographic or handwritten or other notes, projections, working papers, checks front and back, check stubs or receipts, envelopes,

invoice vouchers, data processing cards, tapes, backup tapes, disks or any other written, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced, and any other document or writing of whatever description, including but not limited to any other information contained in any computer, computer peripheral equipment, computer library, or website, although not yet printed.

      4.      The term "IP Address" means Internet Protocol address and Internet Protocol number.

      5.      The term "Identify" means:

      (a)      for individuals, to provide the name, Social Security number, date of birth, home addresses, office addresses, mailing addresses, billing addresses, e-mail addresses, telephone numbers, facsimile numbers, Media Access Control number, related Internet websites, IP Addresses used by the subscriber with the date, time zone, hour, minute, and second when each IP Address was used, and any and all other identifying information, including, for example, information contained on any activity logs;

      (b)      for entities, to provide the name, office addresses, mailing addresses, billing addresses, e-mail addresses, telephone numbers, facsimile numbers, Media Access Control number, related Internet websites, IP Addresses used by the subscriber with the date, time zone, hour, minute, and second when each IP Address was used, and any and all other identifying information, including, for example, information contained on any activity logs; and

      (c)      in all other instances, the term shall be construed in accordance with its ordinary meaning, with the object of providing information sufficient to permit complete and accurate identification of the requested subject matter.

## III. DOCUMENTS REQUESTED

      1.      All Documents sufficient to Identify all individuals, entities, and accounts associated with the operation, administration, management, or ownership of the following websites and/or subdomains at any time from May 1, 2019 to the present:

      (a) Ring-1.io

      (b) api.ring-1.io

      (c) pay.ring-1.io

      (d) LexHoldingsGroup.com

      2.      All Documents sufficient to Identify all individuals, entities, and accounts that have made payments to Cloudflare or any related entity, and/or have been charged by Cloudflare or any related entity, in connection with the operation, administration, management, or ownership of the following websites and/or subdomains at any time from May 1, 2019 to the present:

      (a) Ring-1.io

      (b) api.ring-1.io

      (c) pay.ring-1.io

      (d) LexHoldingsGroup.com

3.      All IP Addresses used to access, log into, register, or update any of the Cloudflare accounts identified in response to Document Request Nos. 1 and 2.

3

Current A Record IP Address


ring-1.io is hosted at 45.9.149.117 (AS49447)
api.ring-1.io is hosted at 167.71.2.138 (AS14061)
pay.ring-1.io is hosted at 157.245.70.110 (AS14061)
lexholdingsgroup.com is hosted at 142.202.220.180 (AS13830)

# Billing Account Details for Cloudflare User 10981030

## Account Information in Billing System A:

**Account Num:** 10981030
**Status:** ACTIVE
**Start Date:** 2021-03-12T19:46:39Z
**Currency Code:** USD
**Ip Address:** 68.49.206.57

## Responsible Party

**Party Type:** person
**Customer Num:** 304686
**First Name:** Kevin
**Last Name:** Nemeth

### Addresses

**Address Type:** email
**Purpose:** PRIMARY
**Email:** lex69daddy@gmail.com

**Address Type:** postal
**Purpose:** SERVICE
**Country:** USA
**City:** Lansing
**Line1:** 824 N Martin Luther King Jr Blvd
**Region Or State:** MI
**Postal Code:** 48915-2037

**Address Type:** postal
**Purpose:** BILLING
**Country:** USA
**City:** Lansing
**Line1:** 824 N Martin Luther King Jr Blvd
**Region Or State:** MI
**Postal Code:** 48915-2037

## Payment Method
**Payment Method Type:** tokenized-paypal

### Email Address
**Address Type:** email
**Purpose:** PAYMENT
**Email:** payments@lexholdingsgroup.com

---

## Account Information in Billing System B:

### Account
There were no relevant results found

### Metadata
There were no relevant results found

### Profile
There were no relevant results found

### Addresses
There were no relevant results found

### Payment Methods
There were no relevant results found

---

## Account Information in Billing System C:

### Accounts

There were no relevant results found

### Subscriptions

There were no relevant results found

### Billing Info

There were no relevant results found

# Payment Details for Cloudflare User 10981030

## Payment Information in Billing System A:

10 payments identified

### Payment 1

**Payment Type:** payment
**Amount:** 1.0
**Description:** Auto-Payment validation
**Status:** VOID
**Occurred On:** 2021-03-12T19:46:44Z
**Use Recurring Payment:** False
**Unapplied Amount:** 1.0
**Currency Code:** USD
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

#### Billing Account

**Account Num:** 10981030
**External Account Num:** None

#### Payment Method

**Payment Method Type:** tokenized-credit-card
**Card Type:** VISA
**Identifier Number:** Last 4: 2587
**Expiration Date:** 3/2027
**Last Four:** 2587

#### Payment Processor

**Type:** STRIPE

### Payment 2
**Payment Type:** payment
**Amount:** 0.01
**Description:** Auto-Payment validation
**Status:** VOID
**Occurred On:** 2021-03-12T20:06:36Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.01
**Currency Code:** USD
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

#### Billing Account
**Account Num:** 10981030
**External Account Num:** None

#### Payment Method
**Payment Method Type:** tokenized-paypal

#### *Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** payments@lexholdingsgroup.com

#### Payment Processor
**Type:** BRAINTREE

## Payment 3

**Payment Type:** payment
**Amount:** 10.0
**Status:** COMPLETED
**Occurred On:** 2021-03-12T20:06:45Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Ip Address:** 68.49.206.57
**Currency Code:** USD
**Merchant Reference:** 23846076
**Transaction Id:** 07y9exkt
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Apply Automatically:** True
**Mark For Settlement:** True

### Billing Account

**Account Num:** 10981030
**External Account Num:** None

### Payment Method

**Payment Method Type:** tokenized-paypal

### *Email Address*

**Address Type:** email
**Purpose:** PAYMENT
**Email:** payments@lexholdingsgroup.com

### Payment Processor

**Type:** BRAINTREE

## Payment 4

**Payment Type:** payment
**Amount:** 3.17
**Status:** PROCESSING_ERROR
**Occurred On:** 2021-06-23T19:08:22Z
**Use Recurring Payment:** False
**Unapplied Amount:** 3.17
**Ip Address:** 68.49.206.57
**Currency Code:** USD
**Merchant Reference:** 27294058
**Transaction Id:** k2vczfcg
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

### Billing Account

**Account Num:** 10981030
**External Account Num:** None

### Payment Method

**Payment Method Type:** tokenized-paypal

### *Email Address*

**Address Type:** email
**Purpose:** PAYMENT
**Email:** payments@lexholdingsgroup.com

### Payment Processor

**Type:** BRAINTREE

---

## Payment 5

**Payment Type:** payment
**Amount:** 3.17

**Status:** PROCESSING_ERROR
**Occurred On:** 2021-06-23T19:09:10Z
**Use Recurring Payment:** False
**Unapplied Amount:** 3.17
**Ip Address:** 68.49.206.57
**Currency Code:** USD
**Merchant Reference:** 27294076
**Transaction Id:** hh98xcqk
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True


### Billing Account
**Account Num:** 10981030
**External Account Num:** None


### Payment Method
**Payment Method Type:** tokenized-paypal


### *Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** payments@lexholdingsgroup.com


### Payment Processor
**Type:** BRAINTREE


---


## Payment 6
**Payment Type:** payment
**Amount:** 0.01
**Description:** Auto-Payment validation
**Status:** VOID
**Occurred On:** 2021-06-23T19:10:50Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.01

**Currency Code:** USD
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

### Billing Account
**Account Num:** 10981030
**External Account Num:** None

### Payment Method
**Payment Method Type:** tokenized-paypal

### *Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** payments@lexholdingsgroup.com

### Payment Processor
**Type:** BRAINTREE

---

### Payment 7
**Payment Type:** payment
**Amount:** 6.33
**Status:** COMPLETED
**Occurred On:** 2021-06-23T19:11:04Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Ip Address:** 68.49.206.57
**Currency Code:** USD
**Merchant Reference:** 27294129
**Transaction Id:** 1cqy3em0
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

## Billing Account
**Account Num:** 10981030
**External Account Num:** None

## Payment Method
**Payment Method Type:** tokenized-paypal

### *Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** payments@lexholdingsgroup.com

## Payment Processor
**Type:** BRAINTREE

---

## Payment 8
**Payment Type:** payment
**Amount:** 10.97
**Status:** COMPLETED
**Occurred On:** 2021-10-26T23:12:51Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Ip Address:** 68.49.206.57
**Currency Code:** USD
**Merchant Reference:** 31729120
**Transaction Id:** m7kkn7t6
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Apply Automatically:** True
**Mark For Settlement:** True

## Billing Account
**Account Num:** 10981030
**External Account Num:** None

### Payment Method
**Payment Method Type:** tokenized-paypal

### Email Address
**Address Type:** email
**Purpose:** PAYMENT
**Email:** payments@lexholdingsgroup.com

### Payment Processor
**Type:** BRAINTREE

### Payment 9
**Payment Type:** payment
**Amount:** 8.0
**Status:** COMPLETED
**Occurred On:** 2021-11-30T23:54:01Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Ip Address:** 68.49.206.57
**Currency Code:** USD
**Merchant Reference:** 33136363
**Transaction Id:** gxdk9ep4
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Apply Automatically:** True
**Mark For Settlement:** True

### Billing Account
**Account Num:** 10981030
**External Account Num:** None

### Payment Method
**Payment Method Type:** tokenized-paypal

### Email Address
**Address Type:** email
**Purpose:** PAYMENT
**Email:** payments@lexholdingsgroup.com

### Payment Processor
**Type:** BRAINTREE

---

### Payment 10
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2021-12-12T14:01:13Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** 6n92qx23
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

### Billing Account
**Account Num:** 10981030
**External Account Num:** None

### Payment Method
**Payment Method Type:** tokenized-paypal

### Email Address
**Address Type:** email
**Purpose:** PAYMENT
**Email:** payments@lexholdingsgroup.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 1053

---

## Payment Information in Billing System B:

### Payments
There were no relevant results found

---

## Payment Information in Billing System C:

### Payments
There were no relevant results found

---

# Billing Account Details for Cloudflare User 13493445

## Account Information in Billing System A:

No data found in this billing system

_____

## Account Information in Billing System B:

### Account

There were no relevant results found

### Metadata

There were no relevant results found

### Profile

There were no relevant results found

### Addresses

There were no relevant results found

### Payment Methods

There were no relevant results found

_____

## Account Information in Billing System C:

### Accounts

There were no relevant results found

### Subscriptions

There were no relevant results found

### Billing Info

There were no relevant results found

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

# Payment Details for Cloudflare User 13493445

## Payment Information in Billing System A:

No data found in this billing system

────────────────────────────────────────────────

## Payment Information in Billing System B:

### Payments

There were no relevant results found

────────────────────────────────────────────────

## Payment Information in Billing System C:

### Payments

There were no relevant results found

────────────────────────────────────────────────