# EXHIBIT 13




# Whois IP 167.71.2.138　　　　　　　　　　　　　　　　　　　Updated 1 second ago

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/resources/registry/whois/tou/
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/resources/registry/whois/inaccuracy_reporting/
#
# Copyright 1997-2023, American Registry for Internet Numbers, Ltd.
#


NetRange:       167.71.0.0 - 167.71.255.255
CIDR:           167.71.0.0/16
NetName:        DIGITALOCEAN-167-71-0-0
NetHandle:      NET-167-71-0-0-1
Parent:         NET167 (NET-167-0-0-0-0)
NetType:        Direct Allocation
OriginAS:       AS14061
Organization:   DigitalOcean, LLC (DO-13)
RegDate:        2019-04-24
Updated:        2020-04-03
Comment:        Routing and Peering Policy can be found at https://www.as14061.net
Comment:
Comment:        Please submit abuse reports at https://www.digitalocean.com/company/con
Ref:            https://rdap.arin.net/registry/ip/167.71.0.0



OrgName:        DigitalOcean, LLC
OrgId:          DO-13
Address:        101 Ave of the Americas
Address:        FL2
City:           New York
StateProv:      NY
PostalCode:     10013
Country:        US
RegDate:        2012-05-14
Updated:        2023-07-07
Ref:            https://rdap.arin.net/registry/entity/DO-13
```




```
OrgAbuseName:   Abuse, Digitalocean
OrgAbusePhone:  +1-347-875-6044
OrgAbuseEmail:  abuse@digitalocean.com
OrgAbuseRef:    https://rdap.arin.net/registry/entity/ABUSE5232-ARIN

OrgTechHandle: NOC32014-ARIN
OrgTechName:   Network Operations Center
OrgTechPhone:  +1-347-875-6044
OrgTechEmail:  noc@digitalocean.com
OrgTechRef:    https://rdap.arin.net/registry/entity/NOC32014-ARIN

OrgNOCHandle: NOC32014-ARIN
OrgNOCName:   Network Operations Center
OrgNOCPhone:  +1-347-875-6044
OrgNOCEmail:  noc@digitalocean.com
OrgNOCRef:    https://rdap.arin.net/registry/entity/NOC32014-ARIN


#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/resources/registry/whois/tou/
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/resources/registry/whois/inaccuracy_reporting/
#
# Copyright 1997-2023, American Registry for Internet Numbers, Ltd.
#
```


Copyright © Whois.com. All rights reserved

Privacy | Terms