# EXHIBIT 14

# ShopRing-1nvitus



## Ring-1 Requirement

Win 10/11 Intel CPU Only (2004 to 22h2) > Secure Boot Disabled > Enable Virtualization > Bios Set as UEFI Mode > GPT Disk Format

Shop Now →

## Instant Delivery

After checkout, license keys will be sent to your email. If you cannot find it, please check spam folder. For any support, contact me on discord. Payment methods include Debit/Credit and Crypto

Help Center    Discord Link

### Support Help

💬 Discord: 1nvitus#1151



