# EXHIBIT 15

# 1NVITUS

# We Beat Market Price

## 1nvitus - Creative Solutions

**JOIN DISCORD**   **GAME CHEATS**



### INSTANT DELIVERY

After checkout, license keys will be instantly delivered. If not check spam email.

# 1NVITUS



## GLOBAL REACH

We strive to provide the best and safe programs to satisfy global customers.



## QUALITY CHEATS

Tested to ensure the programs are undetected and provide the best experience.



## FLEXIBLE PAYMENTS

We accept global payments including credit/debit, Applepay, and crypto.

## Interested in Ring-1! Visit Our Official Store Link

# 1NVITUS

## WHY CHOOSE US?



### TRUSTED

Established provider with over 5,000 orders with many experience and vouches in the community.



### ECUSTOMER SERVICE

We provide excellent customer service to ensure all users can launch the program and enjoy their time.



### FREE GIVEAWAY

# 1NVITUS



## LOREM IPSUM

Lorem ipsum dolor sit amet, consectetur adipiscing elit, sed do eiusmod tempor incididunt ut labore et dolore magna aliqua. Ut enim ad minim veniam, quis nostrud.



### Discord Contact: 1nvitus



### Terms of Service



### Elitepvp



### Shop

© 2023 1NVITUS. Created for free using WordPress and Colibri