# EXHIBIT 16



# Shoppy

## moonman1425

( 0 / 0 / 0 )

Products    Contact    Feedback



UCR Fortnite Softaim LIFETIME

$45.00                    ∞

reWASD Fortnite Softaim LIFETIME

$30.00                    ∞

Powered by