# EXHIBIT 17

**WHYSP**

Notes:

https://whysp.org
https://discord.gg/whysp

Always check product compatibility - https://whysp.org/compatibility

Please use the Discord server for support.

# Searching for
# Game enhancement software
# For the everyday gamer?

This is your foolproof solution to winning.

Join our Discord | Check our products

### Trusted Seller

Competitive pricing for all of our products with various different supported payment methods.

### Product Status

Live statuses for our products can be found on our Discord status page.

### Developers

All products are developed by seasoned developers with your account's protection in mind.

Group

Halo

Starting at: $22.40

Group

League of Legends

Starting at: $1.99

Group

League of Legends Private

Starting at: £12.50

Group

BattleBit Remastered

Starting at: $7.99

Group

Modern Warfare 2 / Warzone 2.0

Starting at: $8.99

Group

HWID Spoofer

Starting at: $0.00

Group

Overwatch 2

Starting at: $12.99

Group

ARK: Survival Evolved

Starting at: €29.99

Group

Unturned

Starting at: €6.99

Group

Escape from Tarkov

Starting at: $16.99

Group

Rainbow Six Siege

Starting at: $7.99

Group

DayZ

Starting at: €4.99

Group

PUBG: BATTLEGROUNDS

Starting at: $9.99

Group

Scum

Starting at: $8.99

Group

The Cycle Frontier

Out of Products

Group

Rust

Starting at: €5.00

Group

Hell Let Loose

Starting at: $8.99

Group

Hunt: Showdown

Starting at: $8.99

Group

Apex Legends

Starting at: $7.99

Group

Dead by Daylight

Starting at: $9.99

E-commerce solution powered by Sellix Products Feedback Terms Download Compatibility

AMEX Pay DISCOVER G Pay MasterCard PayPal VISA



