# EXHIBIT 19

Forums | Media | Discord | Download | G Hwid Spoofer

**GET TOIRPLUS** • 13.18



## LEGIT & RAGE HACKS

Toir will help you dominate in-game enemies with safe legit and rage hacks.

**GET TOIRPLUS**

## TOIRPLUS FEATURES



**Prediction**
Prediction Type, Standard Prediction, TPlus Prediction, Analysis Hit Chance, Prediction delay, Radius Collision check, and more...



**Trackers**
Sight word, trap tracker, Blue FarSight tracker, Red FarSight tracker, Recall tracker, Jungle time tracker, and more...



**Evade**
ezEvade, Only Dangerous, Dodge Circular Skill shots, Dodge FOW Skill shots, reaction timings, and more...

## MORE TOIRPLUS FEATURES

Hundreds of features, guaranteed to work with any playing style.

**Visuals**
Robust visual features with various draw options, danger level drawings, spell positions and evade positions.

**Evade**
ToirPlus improves your movement with features such as auto evade, dodge only dangerous, reaction timings, spell radius, and path recalculation.

**Activators**
Are you tired of pressing F to flash? We have multiple activators to make your experience smoother, such as AutoFlash, AutoIgnite, Galeforce Activator, and more!

**Awareness**
ToirPlus features many worlds cheats like gank trackers, last enemy position, recall trackers, spell trackers so you can know if they have spells!

**Customization**
Are spells not landing? Lower your timings and fine-tune your delays to make the script perform how you want, also, if you don't like how the menu looks, just change the color!

**Humanizer**
ToirPlus features so much more, including a gameplay Humanizer, which will lower your chances of looking like a robot, with protections such as spell detection time, dodge interval, and click only once

**VIEW ALL FEATURES**

## READY TO TRY TOIRPLUS?

**GET TOIRPLUS**

**Showcase**
These are photos of ToirPlus in action. You can see the menu and features in the game.



MORE VIDEOS

**APPROVED RESELLERS**

These are our Approved Resellers and their payment methods

Holyness
Crypto ,Paypal
Shop

riotcrash
Card , Applepay , Pix , Crypto
Shop

itzpumba
Bank Transfer , Paypal
Shop

superb_1
PayPal, Crypto
Shop

portaio
Card
Shop

ciroscript
Card , Pix, Paypal , Crypto
Shop

