HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," DAVID HASTINGS A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC" JOHN DOE NO. 2 A/K/A "CYPHER," JOHN DOE NO. 3 A/K/A "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," JOHN DOE NO. 8 A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," JOHN DOE NO. 10 A/K/A "SINISTER," AND JOHN DOES NO. 11-50,<br><br>    Defendants. | Case No. 2:23-cv-01143-MLP<br><br>DECLARATION OF DYLAN SCHMEYER IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY TO CONFIRM DEFENDANTS' IDENTITIES AND LOCATIONS AND FOR AN EXTENSION OF THE RULE 4(m) SERVICE DEADLINE<br><br>NOTE ON MOTION CALENDAR:<br>November 17, 2023 |

I, Dylan Schmeyer, declare and state as follows:

1.     I am an attorney with Kamerman, Uncyk, Soniker & Klein, P.C., counsel to Plaintiff in this action. I make this declaration based on my personal knowledge of the facts herein, and could and would testify to them competently if necessary.

2.     Summons for Defendants Matthew Abbot, Kichang Kang, Joshua Fisher, and

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-MLP) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1. Jacob Mahuron have been issued.

2. 3. Summons are being expediently sought for each Defendant, domestic or international, as they are identified.

3. 4. We are in the process of serving Fisher, an international Defendant.

4. 5. We are in the process of serving Kichang Kang, an international Defendant.

5. 6. Defendant Mahuron has been served. A true and correct copy of the proof of service on Defendant Mahuron is attached hereto as **Exhibit 1**.

6. 7. Defendant Abbott has been served. A true and correct copy of the proof of service on Defendant Abbott is attached hereto as **Exhibit 2**.

7. 8. On October 26, 2023, I met and conferred with Mark Jordan, who represents Defendant Abbot, although he has not entered an appearance. Defendant Abbot does not intend to oppose the Motion, subject to his review of the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of October, 2023, at Thornton, Colorado.

s/ *Dylan Schmeyer*
Dylan Schmeyer

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-MLP) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**CERTIFICATE OF SERVICE**

I, Dylan M. Schmeyer, hereby certify that on October 27, 2023, I caused a true and correct copy of the foregoing document to be served on the two named Defendants who have been served with the Complaint and Summons via email to the addresses set forth below:

Mark Jordan, counsel for Defendant Abbot: mjordan@bracepointlaw.com

Defendant Mahuron: mahuron123@live.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 27, 2023               *s/ Dylan M. Schmeyer*
                                      Dylan M. Schmeyer (admitted PHV)

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-MLP) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966