# EXHIBIT 2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

BUNGIE, INC.

*Plaintiff(s)*

v.

JOSHUA FISHER, et al.

*Defendant(s)*

Civil Action No. 2:23-cv-01143-MLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matthew Abbott a/k/a "Nova"
337 Soldier Dr.
Bunker Hill, West Virginia 25413

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher T. Varas
Kilpatrick Townsend & Stockton LLP
1420 5th Ave., Ste 3700
Seattle, WA 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/26/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-01143-MLP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Washington

Case Number: 2:23-CV-01143-MLP

Plaintiff:
**BUNGIE, INC.**

Service Documents:
Summons and Complaint

vs.

Defendant:
**JOSHUA FISHER, et al.**

Received by Target Legal Process Worldwide Corp. to be served on **Matthew Abbott, 337 Soldier Dr., Bunker Hill, WV**.

I, Andrew T. McGuigan, do hereby affirm that on the **26th day of September, 2023** at **4:57 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** to: **Matthew Abbott** at the address of: **337 Soldier Dr., Bunker Hill, WV**, and informed said person of the contents therein, in compliance with state statutes.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Caucasian, Height: 6'1", Weight: 180, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

**Andrew T. McGuigan**
Process Server

Target Legal Process Worldwide Corp.
100 Church St. Suite 8005
New York, NY 10007

Our Job Serial Number: HWT-2023000232
Ref: R89423

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m