# EXHIBIT 1



VERIZON SECURITY SUBPOENA COMPLIANCE

180 WASHINGTON VALLEY ROAD

BEDMINSTER NJ 07921

Phone: 800-451-5242 Fax: 888-667-0028

**VERIZON CONFIDENTIAL**

January 17, 2024

KAMERMAN UNCYK SONIKER & KLEIN PC
1700 BROADWAY FLR 16
NEW YORK NY 10019

Verizon Case #: 24118211
Docket / File #: 2:23-cv-01143-MLP
Requested Target: 72.94.18.174

Dear DYLAN M SCHMEYER:

Verizon Subpoena Compliance is in receipt of the attached request. Please note the following:

(x)  Like other ISPs, it is Verizon's practice to require a court order signed by a judge or magistrate, as described in 47 USC 551(c)(2)(B), before disclosing the type of information you seek.

Respectfully,

STEPHEN Z.
VERIZON SECURITY SUBPOENA COMPLIANCE

Enclosed

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| BUNGIE, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:23-cv-01143-MLP |
| JOSHUA FISHER et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                            Verizon Communications, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached Exhibit A

| Place: Kamerman, Uncyk, Soniker & Klein P.C. | Date and Time: |
|---|---|
| | 02/09/2024 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      01/11/2024

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| | | /s Dylan M. Schmeyer |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     Bungie, Inc.
, who issues or requests this subpoena, are:

Dylan M. Schmeyer, 1700 Broadway, Floor 16, New York, NY 10019, dschmeyer@kusklaw.com, (718)930-5942

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

<u>INSTRUCTIONS</u>

1.  When the identification of a person is requested:

    a.  if the person is an individual, please state the person's full name, the name of the
        person's employer or business affiliation, the person's job title, the person's business
        address and business telephone number, any business relationship between you and
        the person, and the dates, if any, of any commencement or termination of the
        person's employment or other association with you; and

    b.  if the person is not an individual, please state the person's full name, current address,
        a description of the entity, whether a corporation, general partnership, limited
        partnership or some other form, the identity of the individual who has the highest
        title or position of authority within the entity, and any past or present business
        relationships between you and the entity.

2.  "Identify," when used with respect to a document, means to state (a) the type of document
    (e.g., letter, memorandum, handwritten note), (b) its title, and name or number, if any, (c) its
    date, (d) its author and addressee, (e) its last known custodian or location, (f) a brief
    description of its subject matter, and (g) its size, length, or number of pages, as appropriate.

3.  "Identify," when referring to any act, means to state (a) the substance of the event or events
    constituting each act, (b) the location of each act, (c) the date of each act, (d) the identity of
    all persons involved in each act, and (d) the identity of any documents arising from,
    reflecting, recording, or relating to each act.

4.  "Identify," when referring to any oral communication means to state (a) the date of the
    communication, (b) the type of communication (e.g., phone conversation, face-to-face
    meeting, etc.), (c) the identity of the person initiating the communication, (d) the identity of
    the person or persons to whom the communication was directed, (e) the identity of all other

persons who were present when the communication was made or who heard the communication, (f) the subject matter of the communication, and (g) the identity of any documents arising from, reflecting, recording, or relating to the communication.

5. Each request seeks any and all responsive documents in your possession, custody, or control.

6. If any responsive document or thing is no longer in existence, cannot be located, or is not in your possession, custody or control, identify each such document or thing in accordance with Paragraph 2 above, and, for each such identified document or thing, identify its date, its subject matter, the name, home address, home telephone number, employer, employer's address, and business telephone number of each person who prepared it, each person who received an original or copy of the document or thing, each person who was shown an original or copy of the document or thing, each person who has, or may have had, past or present possession of the document or thing, or who has, or may have, knowledge or information relating to the document or thing, and the reason the document or thing is no longer in existence or in your possession, custody, or control.

<u>DOCUMENTS TO BE PRODUCED</u>

1. Produce all Documents regarding the identity of all individuals, entities, and accounts associated with the operation, administration, hosting, management, or ownership of the following websites, subdomains, and/or IP addresses at any time from August 12, 2019 to November 18, 2019:

   a. 72.94.18.174

2. A listing of the IP Addresses used to access, log into, register, or update any of the Verizon accounts identified in response to Document Request No. 1.