HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," DAVID HASTINGS A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC" JOHN DOE NO. 2 A/K/A "CYPHER," JOHN DOE NO. 3 A/K/A "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," JOHN DOE NO. 8 A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," JOHN DOE NO. 10 A/K/A "SINISTER," AND JOHN DOES NO. 11-50,<br><br>          Defendants. | Case No. 2:23-cv-01143-MLP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S *EX PARTE* MOTION TO FILE REQUESTS FOR FURTHER THIRD-PARTY DISCOVERY UNDER SEAL |

THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s *Ex Parte* Motion to File Requests for Further Third-Party Discovery Under Seal.

The Court, having considered Plaintiff's Motion and supporting declaration and being fully apprised on the matter, hereby ORDERS as follows:

    1.     Plaintiff's Motion is GRANTED;

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO
FILE REQUESTS FOR THIRD-PARTY DISCOVERY UNDER SEAL
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

2. Plaintiff may file under seal its upcoming Second Motion for Expedited Discovery.

3. To the extent Plaintiff files further requests for expedited third-party discovery for the purpose of identifying and locating the Defendants, it may file such motions under seal provided that Plaintiff certifies in the motion that the standards of LCR 5(g)(3)(B) are met.

SO ORDERED this ___ day of _____, 2024.

HONORABLE MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan M. Schmeyer*
　　Dylan M. Schmeyer (admitted *pro hac vice*)
　　750 W. 148th Ave, #4216
　　Westminster, CO 80023
　　Tel: (719) 930-5942
　　Email: dschmeyer@kusklaw.com

FOCAL PLLC

By: *s/ Stacia N. Lay*
　　*s/ Venkat Balasubramani*
　　Stacia N. Lay, WSBA #30594
　　Venkat Balasubramani, WSBA #28269
　　900 1st Avenue S., Suite 201
　　Seattle, Washington 98134
　　Tel: (206) 529-4827
　　Fax: (206) 260-3966
　　Email: stacia@focallaw.com
　　Email: venkat@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE REQUESTS FOR THIRD-PARTY DISCOVERY UNDER SEAL (Case No. 2:23-cv-01143-MLP) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966