HONORABLE MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," DAVID HASTINGS A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC" JOHN DOE NO. 2 A/K/A "CYPHER," JOHN DOE NO. 3 A/K/A "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," JOHN DOE NO. 8 A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," JOHN DOE NO. 10 A/K/A "SINISTER," AND JOHN DOES NO. 11-50,<br><br>    Defendants. | Case No. 2:23-cv-01143-MLP<br><br>DECLARATION OF DYLAN SCHMEYER IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S *EX PARTE* MOTION TO FILE REQUESTS FOR FURTHER THIRD-PARTY DISCOVERY UNDER SEAL<br><br>NOTE ON MOTION CALENDAR: March 19, 2024 |

I, Dylan Schmeyer, declare and state as follows:

1.   I am an attorney with Kamerman, Uncyk, Soniker & Klein, P.C., counsel to Plaintiff in this action. I make this declaration based on my personal knowledge of the facts herein, and could and would testify to them competently if necessary.

2.   Defendants in this case have changed their behavior, probably in response to this

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  lawsuit and others that have been filed against them.

2      3.    For example, after the filing of *Bungie, Inc. v. Thorpe, et al.*, Case No. 3:21-cv-05677 (N.D. Cal.), the developer defendants stopped using contemporaneous Steam accounts for their cheat development and testing on Bungie's servers and began using very old Steam accounts, likely previously stolen accounts that were purchased in bulk. I believe this change was intended to obfuscate the identities of those defendants.

    4.    After the filing of *Thorpe*, Defendants also deleted the official Ring-1 Discord server, along with any evidence contained therein. (Dkt. 25 at ¶ 9, Ex. 4.)

    5.    Additionally, after this case was filed, Defendant 1nvitus appears to have **faked his own death**, or at least made a very tongue-in-cheek announcement to that effect in the 1nvitus Discord. (The Discord account "1nvitus" has never stopped posting to the 1nvitus Discord, and there are no signs that a different individual is using the account now than has used it in the past.) A true and correct screenshot of this "announcement" is included below.



    6.    Moreover, after Bungie filed its October 27th Motion for Expedited Discovery (*see* Dkt. 24), reseller Defendant Travers Rutten stopped selling the *Destiny 2* cheat altogether. A true and correct screenshot taken from the WhySP Discord confirming Defendant Rutten's discontinuation of the *Destiny 2* cheat is included below.

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-MLP) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966



7. Following the Court's November 29, 2023 Order granting Bungie permission to pursue limited third-party discovery (*see* Dkt. 27), Ring-1 cheat developers also deleted accounts and stopped using devices that they had been using to test their cheat software.

8. Additionally, following the Court's November 29th Order, Defendants substantially altered the configuration and functionality of the cheat loader, citing "safety and security." I believe this change is intended to prevent Bungie's anti-cheat software from detecting the loader during ordinary gameplay.

9. Based in part on the above evidence, I believe Defendants are tracking and learning from the cases against them. That, in turn, is likely to increase the difficulty and cost of identifying and locating the remaining Defendants and indeed may even make that venture impossible or at least impracticable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of March, 2024, at Thornton, Colorado.

*s/ Dylan Schmeyer*
DYLAN SCHMEYER

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-MLP) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966