HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," DAVID HASTINGS A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC" JOHN DOE NO. 2 A/K/A "CYPHER," JOHN DOE NO. 3 A/K/A "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," JOHN DOE NO. 8 A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," JOHN DOE NO. 10 A/K/A "SINISTER," AND JOHN DOES NO. 11-50,<br><br>  Defendants. | Case No. 2:23-cv-01143-MLP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s *Ex Parte* Motion For Leave to File Amended Complaint.

The Court, having considered Plaintiff's Motion being fully apprised on the matter, hereby ORDERS as follows:

  1.   Plaintiff's Motion is GRANTED;

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

2. Within fourteen (14) days of the filing of this Order, Plaintiff shall file the Amended Complaint attached to Plaintiff's Motion; and

3. Pursuant to the Court's prior Order (Dkt. 51 at p. 7), the Rule 4(m) service deadline for the Amended Complaint shall be June 28, 2024.

SO ORDERED this ___ day of _____, 2024.

_____
HONORABLE MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan M. Schmeyer*
   Dylan M. Schmeyer (admitted *pro hac vice*)
   3598 E. 106th Avenue
   Thornton, CO 80223
   Tel: (719) 930-5942
   Email: dschmeyer@kusklaw.com

FOCAL PLLC

By: *s/ Stacia N. Lay*
   *s/ Venkat Balasubramani*
   Stacia N. Lay, WSBA #30594
   Venkat Balasubramani, WSBA #28269
   900 1st Avenue S., Suite 201
   Seattle, Washington 98134
   Tel: (206) 529-4827
   Fax: (206) 260-3966
   Email: stacia@focallaw.com
   Email: venkat@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
(Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966