UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BUNGIE, INC., | | |
| Plaintiffs, | | NO. 2:23-cv-01143-MLP |
| v. | | NOTICE OF APPEARANCE OF JESSICA B. JENSEN |
| FISHER, et al., | | |
| Defendants. | | |

PLEASE TAKE NOTICE that the undersigned does hereby appear as attorney for *Non-Party Objector "John Doe"* and without waiving the right to raise questions of:

1. Lack of jurisdiction over the subject matter;

2. Lack of jurisdiction over the person;

3. Improper venue;

4. Insufficiency of process and/or service of process;

5. Failure to state a claim upon which relief may be granted; and

6. Failure to join a party under Rule 19.

And request that any and all further papers and pleadings (except original process) be served upon the undersigned attorneys at the address below stated.

Defendant and the undersigned attorneys do not agree to accept service by facsimile.

NOTICE OF APPEARANCE OF JESSICA B. JENSEN - 1
2:23-cv-01143-MLP

OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

{JBJ4930-4939-3152;1/09998.003013/}

1    DATED this 26th day of November, 2024.

2                              OGDEN MURPHY WALLACE

By _____
Jessica B. Jensen, WSBA #29353
jjensen@omwlaw.com
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000
Fax: (206) 447-0215

*Attorney for Non-Party Objector "John Doe*

NOTICE OF APPEARANCE OF JESSICA B. JENSEN - 2
2:23-cv-01143-MLP

OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

{JBJ4930-4939-3152;1/09998.003013/}

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that a true and accurate copy of the document to which this declaration is affixed was sent to the following, by the method indicated:

Dylan M. Schmeyer
**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**
1700 Broadway, Floor 16
New York, NY 10019
dschmeyer@kusklaw.com

☒ via Electronic Court Filing (ECF)
☐ via Electronic Mail
☐ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: _____

DATED: November 26, 2024, at Seattle, Washington.

_____
Susan Grimes, Legal Assistant

NOTICE OF APPEARANCE OF JESSICA B. JENSEN - 3
2:23-cv-01143-MLP

OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

{JBJ4930-4939-3152;1/09998.003013/}