# EXHIBIT B



**From:** Rebekah Long <rebekah.long@kraken.com>
**Sent:** 14 november 2024 21:27
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**CC:** Michael O'Connor <michaelo@kraken.com>
**Subject:** Case No.: 2:23-cv-01143-MLP, Bungie, Inc. v. Joshua Fisher et al

Dear ▮▮▮▮▮▮▮▮▮

Attached please find the Subpoena we received from Attorney Dylan M. Schemer at Kamerman, Uncyk, Soniker & Klein P.C.

If you object to us producing account records under this subpoena, you need to file objections with the Court and provide us proof of that filing no later than Thursday November 21, 2024. If we receive proof of objections filed with the Court, we will wait for the Court to resolve those objections; otherwise, we intend to comply with the subpoena.

Thank you,

Rebekah Long
Litigation Paralegal