United States District Court
Western District of Washington

Bungie, Inc.

        Plaintiff
VS

Joshua Fisher, et al

        Defendant

PROOF OF SERVICE

File/Index No.: 23 CV 01143
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: JOHN DOE #21 a/k/a "Fivestar" a/k/a Taylor Knetter**

State/Commonwealth/Locale of: Wisconsin County/City of: __Columbia__ : ss

Kathy Myers does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of Wisconsin.

On 11/16/2024 at 10:23 AM at N8990 Ottos Lane, Wisconsin Dells, WI 53965, I effected service of process of the following documents: Summons and Amended Complaint upon JOHN DOE #21 a/k/a "Fivestar" a/k/a Taylor Knetter, a/the defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with JOHN DOE #21 a/k/a "Fivestar" a/k/a Taylor Knetter personally.

Declared/Certified/Affirmed on

11-25-24

*Kathy Myers* (signature)
Kathy Myers
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #: R90524

Personal Service by Personal Delivery