United States District Court
Western District of Washington

| | |
|---|---|
| Bungie, Inc. | PROOF OF SERVICE |
| Plaintiff VS | File/Index No.: 23 CV 01143<br>Issued On: |
| Joshua Fisher, et al | Alt File/Index No.:<br>Calendar No.: |
| Defendant | |

**SERVICE UPON: Jose M. DeJesus**

State/Commonwealth/Locale of: Delaware, County/City of: New Castle : ss

Frank Pritchett does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of Delaware.

On 11/17/2024 at 5:00 PM at 201 Harbor Drive, apt 1 Claymont, DE 19703, I effected service of process of the following documents: Summons and Amended Complaint upon Jose M. DeJesus, a/the defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with Jose M. DeJesus personally.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: hispanic Age: 45 Height: 5-5 Glasses:  Weight: 220 Hair: black  Other: beard

Declared/Certified/Affirmed on

11/25/2024

Frank Pritchett
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600

Order #:R90522

Personal Service by Personal Delivery