HONORABLE MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," JOSE DEJESUS AKA "DAVID HASTINGS" A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC", ANDREW THORPE A/K/A "CYPHER," RYAN POWER AKA "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," KICHING KANG A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," DAVID BRINLEE A/K/A "SINISTER," JOHN DOE NO. 11 A/K/A "THEGUY," JOHN DOE NO. 12 A/K/A "BEATRED," JOHN DOE NO. 13 A/K/A "COMMUNITYMODS," JOHN DOE NO. 14 A/K/A "PALACE," JOHN DOE NO. 15 A/K/A "VINCENTPRICE," JOHN DOE NO. 16 A/K/A "ESSWAN," JOHN DOE NO. 17 A/K/A "ADMIRAL," JOHN DOE NO. 18 A/K/A "TOMDICKHARRY," JOHN DOE NO. 19 A/K/A "ROB," JOHN DOE NO. 20 A/K/A "STAYLOCKED," JOHN DOE NO. 21 A/K/A "FIVE-STAR," JOHN DOE NO. 22 A/K/A "HORROR," JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO, JOHN DOE NO. 24 A/K/A MIHAI LUCIAN, JOHN | Case No. 2:23-cv-01143-MLP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S TELEPHONIC MOTION TO REQUIRE DOE DEFENDANT TO DISCLOSE IDENTITY IN CONNECTION WITH MOTION TO QUASH (DKT. 77) |

[PROPOSED] ORDER GRANTING PLAINTIFF'S TELEPHONIC
MOTION TO DISCLOSE DOE DEFENDANT'S IDENTITY
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | DOE NO. 25 A/K/A NATHAN BERNARD, A/K/A "DOVE," JOHN DOE NO. 26 A/K/A "BLACKMAMBA," JOHN DOE NO. 27 A/K/A "BILLNYE," JOHN DOE NO. 28 A/K/A "BANEK192," JOHN DOE NO. 29 A/K/A SHOPPY ECOMMERCE LTD, JOHN DOE NO. 30 A/K/A/ FINN GRIMPE A/K/A "FINNDEV," AND JOHN DOES NO. 31-50, |
| | Defendants. |

THIS MATTER comes before the Court on Plaintiff Bungie, Inc.'s Telephonic Motion to Require Doe Defendant to Disclose Identity in Connection With Motion to Quash (Dkt. 77).

The Court, having considered Plaintiff's Motion and being fully apprised on the matter, hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED;

2. Doe Defendant shall either (a) file an amended Motion to Quash limited solely to disclosing Doe Defendant's identity or (b) withdraw the Motion to Quash, by no later than December 11, 2024;

3. Failure to take either action shall result in the dismissal without prejudice of Doe Defendant's Motion to Quash.

SO ORDERED this ___ day of _____, 2024.

                                                                    _____
                                                                    HONORABLE MICHELLE L. PETERSON
                                                                    UNITED STATES MAGISTRATE JUDGE

Presented by:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Akiva M. Cohen*
    Akiva M. Cohen (admitted *pro hac vice*)
    1700 Broadway
    NY, NY 10019
    Tel: (719) 930-5942
    Email: acohen@kusklaw.com

[PROPOSED] ORDER GRANTING PLAINTIFF'S TELEPHONIC MOTION TO DISCLOSE DOE DEFENDANT'S IDENTITY
(Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  FOCAL PLLC

2  By: *s/ Stacia N. Lay*
      Stacia N. Lay, WSBA #30594
3     900 1st Avenue S., Suite 201
      Seattle, Washington 98134
4     Tel: (206) 529-4827
      Fax: (206) 260-3966
5     Email: stacia@focallaw.com

6  *Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER GRANTING PLAINTIFF'S TELEPHONIC
MOTION TO DISCLOSE DOE DEFENDANT'S IDENTITY
(Case No. 2:23-cv-01143-MLP) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966