# Kaufman & Kahn, LLP

December 5, 2024

BY ECF

The Honorable Michelle L. Peterson
U.S. DIstrict Court, Western District of Seattle
United States Courthouse
700 Stewart Street, Suite 12232
Seattle, WA 98101-9906

Re:    *Bungie, Inc. v. Fisher, et al.* (Case No. 2:23-cv-01143-MLP)

To The Honorable Judge Peterson:

We are co-counsel with Jessica Jensen of Ogden Murphy Wallace P.L.L.C. for the non-party (the "**Objector**") on whose behalf we filed a Motion to Quash (Dkts. 77, 80, 85). At the Court's video conference held on Friday, December 6, 2024 and in the Minute Entry thereafter, Your Honor directed the Objector to provide *in camera* a Corporate Disclosure Statement.

Objector respectfully declines to provide a Rule 7.1 Statement because Objector is an individual rather than a corporation. However, Objector has reached an agreement with Plaintiff Bungie, Inc. Plaintiff has provided some of the information filed under seal that is not required to be treated as "Attorneys Eyes Only" which purportedly provides the basis for alleging that Objector's wallet is connected to the allegations set forth in the Complaint. In consideration of receiving such information, Objector has provided Plaintiff with Objector's identification card, confirming that he is a citizen of the European Union.

To the extent that Objector continues to defend the Motion to Quash after analyzing the information Plaintiff provided today, the parties respectfully submit the following proposed briefing schedule: By December 27, 2024, Plaintiff files its opposition to the Motion to Quash and any Cross-Motion for Leave to Serve by Alternative Service. By January 10, 2025, Objector files any reply in further support of the Motion to Quash and in opposition to Plaintiff's Motion for Alternative Service. By January 17, 2025, Plaintiff files any reply in further support of its Motion for Alternative Service. On January 24, 2025 or the next available date, the Court hears oral argument, if any.

Plaintiff consents to the content and filing of this letter.

Very truly yours,

/s/ Mark S. Kaufman
Mark S. Kaufman
*Admitted Pro Hac Vice*