UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE INC.,

           Plaintiff,

    v.

JOSHUA FISHER, *et al.*,

           Defendants.

Case No. C23-1143-MLP

ORDER

        On December 6, 2024, the Court conducted a video conference with counsel for Bungie Inc. and the non-party ("Objector") to discuss Objector's Motion to Quash (dkt. # 77). (Dkt. # 90.) During the conference, the Court ordered Objector to submit an *in camera* Corporate Disclosure Statement. (*Id.*) However, Objector later clarified that they are an individual rather than a corporation. (Dkt. # 91.) Following this, the parties conferred, during which Plaintiff presented information supporting the claim that Objector's wallet is linked to the allegations outlined in the Complaint. (*Id.*) In response, Objector confirmed their citizenship in the European Union. (*Id.*)

        Objector's Motion to Quash is noted for January 24, 2025. (Dkt. # 85.) In light of the parties' agreement (dkt. # 91), the following briefing schedule is hereby ORDERED:

- Plaintiff shall have until December 27, 2024, to file their opposition to the Motion to Quash and any cross-motion for leave to serve by alternative service;
- Objector shall have until January 10, 2025, to submit any reply in support of the

ORDER - 1

Motion to Quash and in opposition to Plaintiff's motion for alternative service; and

- Plaintiff shall have until January 17, 2025, to file any reply in further support of their motion for alternative service.

Dated this <u>11th</u> day of December, 2024.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2