HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," JOSE DEJESUS AKA "DAVID HASTINGS" A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC", ANDREW THORPE A/K/A "CYPHER," RYAN POWER AKA "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," KICHING KANG A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," DAVID BRINLEE A/K/A "SINISTER," JOHN DOE NO. 11 A/K/A "THEGUY," JOHN DOE NO. 12 A/K/A "BEATRED," JOHN DOE NO. 13 A/K/A "COMMUNITYMODS," JOHN DOE NO. 14 A/K/A "PALACE," JOHN DOE NO. 15 A/K/A "VINCENTPRICE," JOHN DOE NO. 16 A/K/A "ESSWAN," JOHN DOE NO. 17A/K/A "ADMIRAL," JOHN DOE NO. 18 A/K/A "TOMDICKHARRY," JOHN DOE NO. 19 A/K/A "ROB," JOHN DOE NO. 20 A/K/A "STAYLOCKED," JOHN DOE NO. | Case No. 2:23-cv-01143-MLP<br><br>STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER<br><br>NOTE ON MOTION CALENDAR:<br>December 23 2024 |

STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | 21 A/K/A "FIVE-STAR," JOHN DOE NO. 22 A/K/A "HORROR," JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO, JOHN DOE NO. 24 A/K/A MIHAI LUCIAN, JOHN DOE NO. 25 A/K/A NATHAN BERNARD, A/K/A "DOVE," JOHN DOE NO. 26 A/K/A "BLACKMAMBA," JOHN DOE NO. 27 A/K/A "BILLNYE," JOHN DOE NO. 28 A/K/A "BANEK192," JOHN DOE NO. 29 A/K/A SHOPPY ECOMMERCE LTD, JOHN DOE NO. 30 A/K/A/ FINN GRIMPE A/K/A "FINNDEV," AND JOHN DOES NO. 31-50, |
| | Defendants. |

Pursuant to LCR 10(g) and LCR 26(c)(2), Plaintiff Bungie, Inc. and Objector "John Doe" hereby jointly request entry of the Stipulated Protective Order attached hereto as Exhibit A. The proposed Stipulated Protective Order attached as Exhibit A is based upon this District's Model Stipulated Protective Order. Pursuant to LCR 26(c)(2), attached hereto as Exhibit B is a redline of this District's Model Stipulated Protective Order identifying where the proposed Stipulated Protective Order attached as Exhibit A departs from the model order.

Dated this 23rd day of December, 2024.                Respectfully submitted,

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Akiva M. Cohen*
    Akiva M. Cohen (admitted *pro hac vice*)
    1700 Broadway
    NY, NY 10019
    Tel: (719) 930-5942
    Email: acohen@kusklaw.com

*Attorneys for Plaintiff Bungie, Inc.*

FOCAL PLLC

By: *s/ Stacia N. Lay*
    Stacia N. Lay, WSBA #30594
    900 1st Avenue S., Suite 201
    Seattle, Washington 98134
    Tel: (206) 529-4827
    Fax: (206) 260-3966
    Email: stacia@focallaw.com

KAUFMAN & KAHN, LLP

By: *s/ Mark S. Kaufman (with permission)*
    Mark S. Kaufman (admitted *pro hac vice*)
    10 Grand Central
    155 East 44th Street, 19th Floor

OGDEN MURPHY WALLACE

By: *s/ Jessica B. Jensen (with permission)*
    Jessica B. Jensen, WSBA #29353
    701 5th Avenue, Suite 5600
    Seattle, WA 98104

STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER
(Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

New York, NY 10017
Tel: (212) 293-5556
Email: kaufman@kaufmankahn.com

Tel: (206) 447-7000
Fax: (206) 447-0215
Email: jjensen@omwlaw.com

*Attorneys for Objector "John Doe"*

## WORD LIMIT CERTIFICATION

I certify that this memorandum contains 81 words, in compliance with the Local Civil Rules.

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594

STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER
(Case No. 2:23-cv-01143-MLP) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966