UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC.,<br><br>          Plaintiffs,<br><br>  v.<br><br>JOSHUA FISHER, et al.,<br><br>          Defendants. | NO. 2:23-cv-01143-MLP<br><br>NOTICE OF WITHDRAWAL OF MOTION TO QUASH AND STIPULATION TO TREAT DOCUMENTS PRODUCED AS CONFIDENTIAL |

"JOHN DOE" OBJECTOR HEREBY PROVIDES NOTICE that the Motion to Quash (ECF Nos. 77, 78, 80, 85, and 86) is hereby withdrawn; and

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to Plaintiff and to "John Doe" Objector, that any and all documents produced in response to the Subpoena dated October 29, 2024, which Plaintiff served on Payward Interactive Inc., shall be deemed to be CONFIDENTIAL pursuant to the proposed Protective Order being filed contemporaneously herewith, subject to the Court's approval of said Protective Order.

Dated this 26th day of December, 2024.

Respectfully submitted,

| | |
|---|---|
| KAMERMAN, UNCYK, SONIKER & KLEIN, P.C. | FOCAL PLLC |
| By: *s/* Akiva M. Cohen | By: *s/* Stacia N. Lay |

STIPULATION TO WITHDRAW MOTION, ETC.
2:23-cv-01143-MLP

Kaufman & Kahn, LLP
10 Grand Central
155 East 44th Street, 19th Floor
New York, NY 10017
(212) 293-5556, kaufman@kaufmankahn.com

| | |
|---|---|
| Akiva M. Cohen (admitted *pro hac vice*)<br>1700 Broadway<br>NY, NY 10019<br>Tel: (719) 930-5942<br>Email: acohen@kusklaw.com | Stacia N. Lay, WSBA #30594<br>900 1st Avenue S., Suite 201<br>Seattle, Washington 98134<br>Tel: (206) 529-4827<br>Fax: (206) 260-3966<br>Email: stacia@focallaw.com |

*Attorneys for Plaintiff Bungie, Inc.*

| | |
|---|---|
| KAUFMAN & KAHN, LLP<br><br>By: *s/  Mark S. Kaufman*<br>   Mark S. Kaufman (admitted *pro hac vice*)<br>   10 Grand Central<br>   155 East 44th Street, 19th Floor<br>   New York, NY 10017<br>   Tel: (212) 293-5556<br>   Email: kaufman@kaufmankahn.com | OGDEN MURPHY WALLACE<br><br>By: *s/  Jessica B. Jensen*<br>   Jessica B. Jensen, WSBA #29353<br>   701 5th Avenue, Suite 5600<br>   Seattle, WA 98104<br>   Tel: (206) 447-7000<br>   Fax: (206) 447-0215<br>   Email: jjensen@omwlaw.com |

*Attorneys for Objector "John Doe"*

STIPULATION TO WITHDRAW MOTION, ETC.
2:23-cv-01143-MLP

Kaufman & Kahn, LLP
10 Grand Central
155 East 44th Street, 19th Floor
New York, NY 10017
(212) 293-5556, kaufman@kaufmankahn.com

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that a true and accurate copy of the document to which this declaration is affixed was sent to the following, by the method indicated:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.
Akiva M. Cohen
1700 Broadway
New York, NY 10019
Tel: (212) 400-4930
Email: acohen@kusklaw.com

☒ via Electronic Court Filing (ECF)
☐ via Electronic Mail
☐ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: _____

FOCAL PLLC
Stacia N. Lay, WSBA #30594
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com

DATED: December 26, 2024, at New York, New York.

By: /s/ Mark S. Kaufman
Mark S. Kaufman,
Admitted *Pro Hac Vice*

STIPULATION TO WITHDRAW MOTION, ETC.
2:23-cv-01143-MLP

Kaufman & Kahn, LLP
10 Grand Central
155 East 44th Street, 19th Floor
New York, NY 10017
(212) 293-5556, kaufman@kaufmankahn.com

**WORD LIMIT CERTIFICATION**

I certify that this memorandum contains 96 words, in compliance with the Local Civil Rules.

DATED: December 26, 2024, at New York, New York.

By: /s/ Mark S. Kaufman
Mark S. Kaufman,
Admitted *Pro Hac Vice*

STIPULATION TO WITHDRAW MOTION, ETC.
2:23-cv-01143-MLP

Kaufman & Kahn, LLP
10 Grand Central
155 East 44th Street, 19th Floor
New York, NY 10017
(212) 293-5556, kaufman@kaufmankahn.com