HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," JOSE DEJESUS AKA "DAVID HASTINGS" A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC", ANDREW THORPE A/K/A "CYPHER," RYAN POWER AKA "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," KICHING KANG A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," DAVID BRINLEE A/K/A "SINISTER," JOHN DOE NO. 11 A/K/A "THEGUY," JOHN DOE NO. 12 A/K/A "BEATRED," JOHN DOE NO. 13 A/K/A "COMMUNITYMODS," JOHN DOE NO. 14 A/K/A "PALACE," JOHN DOE NO. 15 A/K/A "VINCENTPRICE," JOHN DOE NO. 16 A/K/A "ESSWAN," JOHN DOE NO. 17A/K/A "ADMIRAL," JOHN DOE NO. 18 A/K/A "TOMDICKHARRY," JOHN DOE NO. 19 A/K/A "ROB," JOHN DOE NO. 20 A/K/A "STAYLOCKED," JOHN DOE NO. 21 A/K/A "FIVE-STAR," JOHN DOE NO. 22 A/K/A "HORROR," JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO, JOHN DOE NO. 24 A/K/A MIHAI LUCIAN, JOHN | Case No. 2:23-cv-01143-MLP<br><br>ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSE DEJESUS A/K/A "DAVID HASTINGS," A/K/A "J3STER" |

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF
DEFAULT AGAINST DEFENDANT JOSE DEJESUS
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DOE NO. 25 A/K/A NATHAN BERNARD, A/K/A "DOVE," JOHN DOE NO. 26 A/K/A "BLACKMAMBA," JOHN DOE NO. 27 A/K/A "BILLNYE," JOHN DOE NO. 28 A/K/A "BANEK192," JOHN DOE NO. 29 A/K/A SHOPPY ECOMMERCE LTD, JOHN DOE NO. 30 A/K/A/ FINN GRIMPE A/K/A "FINNDEV," AND JOHN DOES NO. 31-50,<br><br>        Defendants. |

7  THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s Motion for Entry of

8  Default Against Defendant Jose DeJesus a/k/a "David Hastings," a/k/a "J3ster".

9  It appearing from the records in this action that Summons has been served upon

10 Defendant Jose DeJesus, and it further appearing from the records in this action and the Motion

11 of Plaintiff that Defendant Jose DeJesus has failed to plead or otherwise defend in this action,

12 default is hereby entered against Defendant Jose DeJesus pursuant to FED. R. CIV. P. 55(a) and

13 Local Civil Rule 55(a).

14  DATED this 13th day of January, 2025.

15

16                                                                    _s/ T. Farrell, for Ravi Subramanian_

17                                                                    Clerk of the Court

18

19 Presented by:

20 KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

21 By: _s/ Dylan M. Schmeyer_
22     Dylan M. Schmeyer (admitted *pro hac vice*)
    750 W. 148th Ave, #4216
23     Westminster, CO 80023
    Tel: (719) 930-5942
24     Email: dschmeyer@kusklaw.com

25 FOCAL PLLC

26 By: _s/ Stacia N. Lay_
    Stacia N. Lay, WSBA #30594
27     900 1st Avenue S., Suite 201
    Seattle, Washington 98134

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSE DEJESUS
(Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF
DEFAULT AGAINST DEFENDANT JOSE DEJESUS
(Case No. 2:23-cv-01143-MLP) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966