HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," JOSE DEJESUS AKA "DAVID HASTINGS" A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC", ANDREW THORPE A/K/A "CYPHER," RYAN POWER AKA "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," KICHING KANG A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," DAVID BRINLEE A/K/A "SINISTER," JOHN DOE NO. 11 A/K/A "THEGUY," JOHN DOE NO. 12 A/K/A "BEATRED," JOHN DOE NO. 13 A/K/A "COMMUNITYMODS," JOHN DOE NO. 14 A/K/A "PALACE," JOHN DOE NO. 15 A/K/A "VINCENTPRICE," JOHN DOE NO. 16 A/K/A "ESSWAN," JOHN DOE NO. 17 A/K/A "ADMIRAL," JOHN DOE NO. 18 A/K/A "TOMDICKHARRY," JOHN DOE NO. 19 A/K/A "ROB," JOHN DOE NO. 20 A/K/A "STAYLOCKED," JOHN DOE NO. 21 A/K/A "FIVE-STAR," JOHN DOE NO. 22 A/K/A "HORROR," JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO, JOHN DOE NO. 24 A/K/A MIHAI LUCIAN, JOHN | Case No. 2:23-cv-01143-MLP<br><br>DECLARATION OF DYLAN SCHMEYER IN SUPPORT OF PLAINTIFF'S *EX PARTE* SIXTH MOTION FOR AN EXTENSION OF THE SERVICE DEADLINE UNDER RULE 4(m)<br><br>NOTE ON MOTION CALENDAR:<br>February 10, 2025 |

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | DOE NO. 25 A/K/A NATHAN BERNARD, A/K/A "DOVE," JOHN DOE NO. 26 A/K/A "BLACKMAMBA," JOHN DOE NO. 27 A/K/A "BILLNYE," JOHN DOE NO. 28 A/K/A "BANEK192," JOHN DOE NO. 29 A/K/A SHOPPY ECOMMERCE LTD, JOHN DOE NO. 30 A/K/A/ FINN GRIMPE A/K/A "FINNDEV," AND JOHN DOES NO. 31-50, |
| | Defendants. |

I, Dylan Schmeyer, declare and state as follows:

1. I am an attorney with Kamerman, Uncyk, Soniker & Klein, P.C., counsel to Plaintiff Bungie, Inc. in this action. I make this declaration based on my personal knowledge of the facts herein, and could and would testify to them competently if necessary.

2. The unidentified Defendants in this case have taken steps to obfuscate their identities and contact information, employing multiple pseudonyms across multiple platforms, deleting and opening new accounts when they believe Bungie has identified them, and even trying to quash discovery efforts aimed at identifying them.

3. Defendants are actively attempting to cover their tracks, but Bungie has made great strides in identifying them, amending its complaint to reflect what it has learned and continuing to pursue the information necessary to serve, either conventionally, or, if necessary, through alternative service, every Defendant it is identifying.

4. Bungie has diligently pursued discovery and other investigative efforts in this action in order to identify, name, and serve the unidentified Defendants. Bungie sought, and was granted, leave of the Court to send its final round of third-party subpoenas, *see* Dkts. 58, 67.

5. Three of Bungie's subpoenas, to Discord, Google, and Stripe, were served late due to an inadvertent error by our process server that we only recently learned of. As a result, we are still awaiting those productions.

6. Pursuant to the Court's Order, *see* Dkt. 67, Bungie has sent a follow-up subpoena based on the production it received from Payward, Inc. The production from Payward was delayed by more than two months by Doe's aborted motion to quash. *See* Dkt. 77. As a result, we

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

require time to receive and review that production now that the motion to quash issue has been resolved.

7. Bungie has issued 31 subpoenas in total to various third parties pursuant to the Court's Orders, *see* Dkts. 27, 51, and 68, to obtain the necessary information to complete its investigation and identification of the Defendants – 18 in the first wave, six in the second wave, and six in the third wave, and one follow-up in the third wave.

8. Bungie sent a Rule 4 waiver request with the Amended Complaint to every Defendant it has identified to date (including those who received such requests for the original complaint). Those identified Defendants include the following: Joshua Fisher; Jacob W. Mahuron a/k/a "Pragmatictax"; Matthew Abbott a/k/a "Nova"; Jose DeJesus a/k/a "David Hastings" a/k/a "J3ster"; Travers Rutten a/k/a "Travers7134"; Jesse Watson a/k/a "Jessewatson3944"; Andrew Thorpe a/k/a "Cypher"; Ryan Power a/k/a "Khaleesi"; Kiching Kang a/k/a "Sequel"; David Brinlee a/k/a "Sinister"; John Doe No. 12 a/k/a "Beatred" a/k/a "Cicero A. Loureiro"; John Doe No. 14 a/k/a "Palace" a/k/a "Robert S. Herrity"; John Doe No. 16 a/k/a "Esswan" a/k/a "Sabeen Rehman Soomro"; John Doe No. 21 a/k/a "Five-Star" a/k/a "Taylor Knetter"; John Doe No. 30 a/k/a Finn Grimpe a/k/a "Finndev"; and John Doe No. 25 a/k/a "Nathan Bernard" a/k/a "Dove." It only received two favorable responses. It will continue to send waivers as further identifications are made. It will move forward with service of those who have either not responded, or who have responded negatively, once its alternative service needs are fully ascertained and it has sought leave of the Court to do so.

9. Bungie has served every U.S. Defendant it has identified to date, either formally or through a signed Rule 4 waiver.

10. Bungie has also identified the location and contact information of Finn Grimpe (John Doe No. 30), sent them a Rule 4 waiver request, and requested and was issued a summons for them, *see* Dkts. 72, 76-1.

11. Bungie is currently in discussions with four Defendants regarding a possible resolution with respect to them.

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-MLP) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

12. Bungie intends to seek alternative service of those Defendants it cannot serve by traditional means, but requires the productions sought in its final third-party discovery served in accordance with the Court's last discovery order, *see* Dkt. 68, to finalize the list of Defendants for whom alternative service will be necessary.

13. Bungie has continued to make progress identifying, serving, and contacting Defendants, but requires the last outstanding productions of third-party discovery, and the analysis thereof, to conclude this initial investigation. Given that it still doesn't have them, it is forced to ask for one more extension.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of February, 2025, at Thornton, Colorado.

*s/ Dylan Schmeyer*
DYLAN SCHMEYER

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-MLP) – 4

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966