HONORABLE MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," JOSE DEJESUS AKA "DAVID HASTINGS" A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC", ANDREW THORPE A/K/A "CYPHER," RYAN POWER AKA "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," KICHING KANG A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," DAVID BRINLEE A/K/A "SINISTER," JOHN DOE NO. 11 A/K/A "THEGUY," JOHN DOE NO. 12 A/K/A "BEATRED," JOHN DOE NO. 13 A/K/A "COMMUNITYMODS," JOHN DOE NO. 14 A/K/A "PALACE," JOHN DOE NO. 15 A/K/A "VINCENTPRICE," JOHN DOE NO. 16 A/K/A "ESSWAN," JOHN DOE NO. 17A/K/A "ADMIRAL," JOHN DOE NO. 18 A/K/A "TOMDICKHARRY," JOHN DOE NO. 19 A/K/A "ROB," JOHN DOE NO. 20 A/K/A "STAYLOCKED," JOHN DOE NO. 21 A/K/A "FIVE-STAR," JOHN DOE NO. 22 A/K/A "HORROR," JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO, JOHN DOE NO. 24 A/K/A MIHAI LUCIAN, JOHN | Case No. 2:23-cv-01143-MLP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S *EX PARTE* SIXTH MOTION FOR AN EXTENSION OF THE SERVICE DEADLINE UNDER RULE 4(m) |

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* SIXTH MOTION TO EXTEND SERVICE DEADLINE
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DOE NO. 25 A/K/A NATHAN BERNARD, A/K/A "DOVE," JOHN DOE NO. 26 A/K/A "BLACKMAMBA," JOHN DOE NO. 27 A/K/A "BILLNYE," JOHN DOE NO. 28 A/K/A "BANEK192," JOHN DOE NO. 29 A/K/A SHOPPY ECOMMERCE LTD, JOHN DOE NO. 30 A/K/A/ FINN GRIMPE A/K/A "FINNDEV," AND JOHN DOES NO. 31-50,<br><br>                Defendants. |

THIS MATTER comes before the Court on Plaintiff Bungie, Inc.'s *Ex Parte* Sixth Motion for an Extension of the Service Deadline Under Rule 4(m).

The Court, having considered Plaintiff's Motion and supporting declaration and being fully apprised on the matter, hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED;

2. The deadline for Plaintiff to serve the Defendants is extended for 90 days from the date of this Order.

Dated this 13th day of February, 2025.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* SIXTH MOTION TO EXTEND SERVICE DEADLINE
(Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Presented by:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan M. Schmeyer*
   Dylan M. Schmeyer (admitted *pro hac vice*)
   750 W. 148th Ave, #4216
   Westminster, CO 80023
   Tel: (719) 930-5942
   Email: dschmeyer@kusklaw.com

FOCAL PLLC

By: *s/ Stacia N. Lay*
   Stacia N. Lay, WSBA #30594
   900 1st Avenue S., Suite 201
   Seattle, Washington 98134
   Tel: (206) 529-4827
   Fax: (206) 260-3966
   Email: stacia@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* SIXTH MOTION TO EXTEND SERVICE DEADLINE
(Case No. 2:23-cv-01143-MLP) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966