HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," JOSE DEJESUS AKA "DAVID HASTINGS" A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC", ANDREW THORPE A/K/A "CYPHER," RYAN POWER AKA "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," KICHING KANG A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," DAVID BRINLEE A/K/A "SINISTER," JOHN DOE NO. 11 A/K/A "THEGUY," JOHN DOE NO. 12 A/K/A "BEATRED," JOHN DOE NO. 13 A/K/A "COMMUNITYMODS," JOHN DOE NO. 14 A/K/A "PALACE," JOHN DOE NO. 15 A/K/A "VINCENTPRICE," JOHN DOE NO. 16 A/K/A "ESSWAN," JOHN DOE NO. 17A/K/A "ADMIRAL," JOHN DOE NO. 18 A/K/A "TOMDICKHARRY," JOHN DOE NO. 19 A/K/A "ROB," JOHN DOE NO. 20 A/K/A "STAYLOCKED," JOHN DOE NO. 21 A/K/A "FIVE-STAR," JOHN DOE NO. 22 A/K/A "HORROR," JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO, JOHN DOE NO. 24 A/K/A MIHAI LUCIAN, JOHN | Case No. 2:23-cv-01143-MLP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOHN DOE NO. 25 A/K/A NATHAN BERNARD A/K/A "DOVE" |

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT JOHN DOE NO. 25 A/K/A NATHAN BERNARD
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | DOE NO. 25 A/K/A NATHAN BERNARD, A/K/A "DOVE," JOHN DOE NO. 26 A/K/A "BLACKMAMBA," JOHN DOE NO. 27 A/K/A "BILLNYE," JOHN DOE NO. 28 A/K/A "BANEK192," JOHN DOE NO. 29 A/K/A SHOPPY ECOMMERCE LTD, JOHN DOE NO. 30 A/K/A/ FINN GRIMPE A/K/A "FINNDEV," AND JOHN DOES NO. 31-50, |
| | Defendants. |

THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s Motion for Entry of Default Against Defendant John Doe No. 25 a/k/a Nathan Bernard a/k/a "Dove".

It appearing from the records in this action that Defendant John Doe No. 25 a/k/a Nathan Bernard a/k/a "Dove" waived service of the Summons and Amended Complaint pursuant to FED. R. CIV. P. 4(d) by signing a waiver of service dated January 9, 2025, and it further appearing from the records in this action and the Motion of Plaintiff that Defendant John Doe No. 25 a/k/a Nathan Bernard a/k/a "Dove" has failed to plead or otherwise defend in this action, default is hereby entered against Defendant John Doe No. 25 a/k/a Nathan Bernard a/k/a "Dove" pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a).

DATED this ___ day of _____, 2025.

_____
Clerk of the Court

Presented by:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan M. Schmeyer*
   Dylan M. Schmeyer (admitted *pro hac vice*)
   750 W. 148th Ave, #4216
   Thornton, CO 80233
   Tel: (719) 930-5942
   Email: dschmeyer@kusklaw.com

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOHN DOE NO. 25 A/K/A NATHAN BERNARD (Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  FOCAL PLLC

2  By: *s/ Stacia N. Lay*
   Stacia N. Lay, WSBA #30594
3  900 1st Avenue S., Suite 201
   Seattle, Washington 98134
4  Tel: (206) 529-4827
   Fax: (206) 260-3966
5  Email: stacia@focallaw.com

6  *Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT JOHN DOE NO. 25 A/K/A NATHAN BERNARD
(Case No. 2:23-cv-01143-MLP) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966