HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," JOSE DEJESUS AKA "DAVID HASTINGS" A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC", ANDREW THORPE A/K/A "CYPHER," RYAN POWER AKA "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," KICHING KANG A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," DAVID BRINLEE A/K/A "SINISTER," JOHN DOE NO. 11 A/K/A "THEGUY," JOHN DOE NO. 12 A/K/A "BEATRED," JOHN DOE NO. 13 A/K/A "COMMUNITYMODS," JOHN DOE NO. 14 A/K/A "PALACE," JOHN DOE NO. 15 A/K/A "VINCENTPRICE," JOHN DOE NO. 16 A/K/A "ESSWAN," JOHN DOE NO. 17A/K/A "ADMIRAL," JOHN DOE NO. 18 A/K/A "TOMDICKHARRY," JOHN DOE NO. 19 A/K/A "ROB," JOHN DOE NO. 20 A/K/A "STAYLOCKED," JOHN DOE NO. | Case No. 2:23-cv-01143-MLP<br><br>PLAINTIFF BUNGIE, INC.'S FED. R. CIV. P. 41(a)(1)(A)(i) DISMISSAL OF DEFENDANT TRAVERS RUTTEN A/K/A "TRAVERS7134" |

FED. R. CIV. P. 41(a)(1)(A)(i) VOLUNTARY DISMISSAL
OF DEFENDANT TRAVERS RUTTEN A/K/A "TRAVERS7134"
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

21 A/K/A "FIVE-STAR," JOHN DOE NO. 22 A/K/A "HORROR," JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO, JOHN DOE NO. 24 A/K/A MIHAI LUCIAN, JOHN DOE NO. 25 A/K/A NATHAN BERNARD, A/K/A "DOVE," JOHN DOE NO. 26 A/K/A "BLACKMAMBA," JOHN DOE NO. 27 A/K/A "BILLNYE," JOHN DOE NO. 28 A/K/A "BANEK192," JOHN DOE NO. 29 A/K/A SHOPPY ECOMMERCE LTD, JOHN DOE NO. 30 A/K/A/ FINN GRIMPE A/K/A "FINNDEV," AND JOHN DOES NO. 31-50,

　　　　Defendants.

　　　　Plaintiff Bungie, Inc, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) ("Rule 41(a)(1)(A)"), hereby dismisses its claims against Defendant Travers Rutten a/k/a "Travers7134". Defendant has served neither an answer nor a motion for summary judgment. Under Rule 41(a)(1)(B), this dismissal is without prejudice.

　　　　This dismissal is limited solely to Defendant Travers Rutten a/k/a "Travers7134" and does not impact Bungie's claims against any other Defendant.

Dated this 10th day of July, 2025.

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan Schmeyer*
　　Dylan M. Schmeyer (admitted *pro hac vice*)
　　3598 E. 106th Ave
　　Thornton, CO 80233
　　Tel: (719) 930-5942
　　Email: dschmeyer@kusklaw.com

*Attorneys for Plaintiff Bungie, Inc.*

Respectfully submitted,

FOCAL PLLC

By: *s/ Stacia N. Lay*
　　Stacia N. Lay, WSBA #30594
　　900 1st Avenue S., Suite 201
　　Seattle, Washington 98134
　　Tel: (206) 529-4827
　　Fax: (206) 260-3966
　　Email: stacia@focallaw.com

FED. R. CIV. P. 41(a)(1)(A)(i) VOLUNTARY DISMISSAL OF DEFENDANT TRAVERS RUTTEN A/K/A "TRAVERS7134" (Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966