HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," JOSE DEJESUS AKA "DAVID HASTINGS" A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC", ANDREW THORPE A/K/A "CYPHER," RYAN POWER AKA "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," KICHING KANG A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," DAVID BRINLEE A/K/A "SINISTER," JOHN DOE NO. 11 A/K/A "THEGUY," JOHN DOE NO. 12 A/K/A "BEATRED," JOHN DOE NO. 13 A/K/A "COMMUNITYMODS," JOHN DOE NO. 14 A/K/A "PALACE," JOHN DOE NO. 15 A/K/A "VINCENTPRICE," JOHN DOE NO. 16 A/K/A "ESSWAN," JOHN DOE NO. 17 A/K/A "ADMIRAL," JOHN DOE NO. 18 A/K/A "TOMDICKHARRY," JOHN DOE NO. 19 A/K/A "ROB," JOHN DOE NO. 20 A/K/A "STAYLOCKED," JOHN DOE NO. 21 A/K/A "FIVE-STAR," JOHN DOE NO. 22 A/K/A "HORROR," JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO, JOHN DOE NO. 24 A/K/A MIHAI LUCIAN, JOHN | Case No. 2:23-cv-01143-MLP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE |

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | DOE NO. 25 A/K/A NATHAN BERNARD, A/K/A "DOVE," JOHN DOE NO. 26 A/K/A "BLACKMAMBA," JOHN DOE NO. 27 A/K/A "BILLNYE," JOHN DOE NO. 28 A/K/A "BANEK192," JOHN DOE NO. 29 A/K/A SHOPPY ECOMMERCE LTD, JOHN DOE NO. 30 A/K/A/ FINN GRIMPE A/K/A "FINNDEV," AND JOHN DOES NO. 31-50,<br><br>           Defendants. |

THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s *Ex Parte* Motion for Alternative Service.

The Court, having considered Plaintiff's Motion and supporting declarations and being fully apprised on the matter, hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED;

2. The Plaintiff may affect service by email, social media posts, and/or private message to social media platforms on the following Defendants:

   a. John Doe No. 29 a/k/a Shoppy Ecommerce Ltd.;
   b. John Doe No. 9 a/k/a "1vitus";
   c. John Doe No. 24 a/k/a "Mihai Lucian";
   d. John Doe No. 28 a/k/a "Banek192" a/k/a Ivan M. Sergeevich;
   e. John Doe No. 40 a/k/a Maksimka Nikitin;
   f. John Doe No. 5 a/k/a "C52YOU";
   g. John Doe. No. 11 a/k/a "TheGuy";
   h. John Doe No. 13 a/k/a "CommunityMods";
   i. John Doe No. 17 a/k/a "Admiral";
   j. John Doe No. 27 a/k/a "BillNye";
   k. John Doe No. 26 a/k/a "BlackMamba"
   l. John Doe No. 12 a/k/a "Beatred" a/k/a Cicero Loureiro;
   m. John Doe No. 16 a/k/a "Esswan" a/k/a Sabeen Rehman Soomro; and
   n. John Doe No. 15 a/k/a "VincentPrice" a/k/a David Bonar Marpaung.

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE
(Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

3.  Plaintiff's deadline to serve its complaint shall be calculated as follows: Bungie will file praecipe for summons within 7 days of the date of the later of this Order or the order on Bungie's Motion for Leave to File a Second Amended Complaint, and service will be completed within 14 days after issuance of the last summons so requested. This 14-day deadline shall not apply to any Defendants, whether identified above or not, for which service under the Hague Convention is required.

4.  Additionally, Plaintiff is granted 14 days from the issuance of the Summons for Defendant Jordan Miller a/k/a Jesse Watson a/k/a "Jessewatson3944", requested on July 29, 2025, Dkt. 118, to effectuate service on that Defendant. If Plaintiff is required to amend or re-file its request for such Summons, the 14-day service deadline shall run from issuance of the Summons in response to such amended or re-filed request.

SO ORDERED this ___ day of _____, 2025.

_____
HONORABLE MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan M. Schmeyer*
   Dylan M. Schmeyer (admitted *pro hac vice*)
   750 W. 148th Ave, #4216
   Thornton, CO 80233
   Tel: (719) 930-5942
   Email: dschmeyer@kusklaw.com

FOCAL PLLC

By: *s/ Stacia N. Lay*
   Stacia N. Lay, WSBA #30594
   900 1st Avenue S., Suite 201

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE
(Case No. 2:23-cv-01143-MLP) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE
(Case No. 2:23-cv-01143-MLP) – 4

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966