HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC., a Delaware corporation,

    Plaintiff,

v.

JOSHUA FISHER, JACOB W. MAHURON A/K/A "PRAGMATICTAX," MATTHEW ABBOTT A/K/A "NOVA," JOSE DEJESUS AKA "DAVID HASTINGS" A/K/A "J3STER," TRAVERS RUTTEN A/K/A "TRAVERS7134," JESSE WATSON A/K/A "JESSEWATSON3944," JOHN DOE NO. 1 A/K/A "CALC", ANDREW THORPE A/K/A "CYPHER," RYAN POWER AKA "KHALEESI," JOHN DOE NO. 4 A/K/A "GOD," JOHN DOE NO. 5 A/K/A "C52YOU," JOHN DOE NO. 6 A/K/A "LELABOWERS74," JOHN DOE NO. 7 A/K/A "FRAMEWORK," KICHING KANG A/K/A "SEQUEL," JOHN DOE NO. 9 A/K/A "1NVITUS," DAVID BRINLEE A/K/A "SINISTER," JOHN DOE NO. 11 A/K/A "THEGUY," JOHN DOE NO. 12 A/K/A "BEATRED," JOHN DOE NO. 13 A/K/A "COMMUNITYMODS," JOHN DOE NO. 14 A/K/A "PALACE," JOHN DOE NO. 15 A/K/A "VINCENTPRICE," JOHN DOE NO. 16 A/K/A "ESSWAN," JOHN DOE NO. 17A/K/A "ADMIRAL," JOHN DOE NO. 18 A/K/A "TOMDICKHARRY," JOHN DOE NO. 19 A/K/A "ROB," JOHN DOE NO. 20 A/K/A "STAYLOCKED," JOHN DOE NO. 21 A/K/A "FIVE-STAR," JOHN DOE NO. 22 A/K/A "HORROR," JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO, JOHN DOE NO. 24 A/K/A MIHAI LUCIAN, JOHN

Case No. 2:23-cv-01143-MLP

DECLARATION OF KATHRYN TEWSON IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE

NOTE ON MOTION CALENDAR:
August 15, 2025

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

DOE NO. 25 A/K/A NATHAN BERNARD, A/K/A "DOVE," JOHN DOE NO. 26 A/K/A "BLACKMAMBA," JOHN DOE NO. 27 A/K/A "BILLNYE," JOHN DOE NO. 28 A/K/A "BANEK192," JOHN DOE NO. 29 A/K/A SHOPPY ECOMMERCE LTD, JOHN DOE NO. 30 A/K/A/ FINN GRIMPE A/K/A "FINNDEV," AND JOHN DOES NO. 31-50,

Defendants.

I, Kathryn Tewson, declare as follows:

1.      I am a paralegal and investigator for Kamerman, Uncyk, Soniker and Klein. I am over 18 years old and make this declaration based on my personal knowledge of the facts relayed herein, and could and would testify competently to the facts set forth herein if called to do so.

2.      I was assigned to the investigation into the Ring -1 Enterprise and its conduct as part of my regular work duties for the firm.

3.      At the request of Plaintiff Bungie, Inc., I have performed extensive investigation into many aspects of the Ring -1 Enterprise, from their web domains, to their commercial activities, to their cryptocurrency transactions, throughout their various social media platforms and communities, and beyond.

4.      As part of my investigation, I used a number of tools to assist me. Most of these tools are available to the general public and are commonly used by others who engage in online investigations.

5.      My methodology is that employed by most internet investigators—tracing connections between various points of verifiable information. Maintaining anonymity on the Internet is not as easy as most people believe. As a result, even a single error in maintaining anonymity can result in a positive identification. However, consistent with the practices of online investigators, I rarely made an identification based off a single datapoint (unless that datapoint is overwhelmingly solid).

6.      In addition, I reviewed Bitcoin cryptocurrency transactions resulting from straw buys of the Ring -1 cheat.

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

7.     Throughout this Declaration, I make use of the Mercyhurst WEP Paradigm to codify Words of Estimative Probability, as demonstrated in the table below.

| Mercyhurst WEP Paradigm | |
| --- | --- |
| Virtually Certain | >99% |
| Highly Likely | 95% |
| Likely | 75% |
| Unlikely | 25% |
| Highly Unlikely | 5% |

8.     I have reviewed documents produced in response to subpoenas filed in a previous action, *Bungie, Inc., et al. v. Andrew Thorpe et al.*, Case No. 3:21-cv-05677-ECM (N.D. Cal. 2021).

9.     I have, alongside attorney Dylan M. Schmeyer, whose declaration accompanies this motion, have reviewed, analyzed, and charted, at considerable length and detail, every piece of information received from our third-party subpoenas in this case (as per the Court's orders in Dkts. 27, 36, 51, and 68).

10.     The volume of information is tremendous, totaling several gigabytes, with the majority of that being text files and .csv files.

11.     I have pursued every lead we could actualize into relevant information; based on my training and experience, I believe that I have exhausted every lead available to me short of Rule 26 Discovery. Despite our extensive investigation, we have been unable to obtain reliable physical addresses for the defendants identified herein.

12.     Based on my analysis of the data, I believe each of the defendants identified herein reside outside the United States.

13.     I believe the alternate service methods I've identified in connection with each Defendant are the best options available for serving them.

14.     The information in this Declaration, and in our proposed Second Amended Complaint, is some of the fruits of our investigation.

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

**I.     MANY DEFENDANTS MAKE EFFORTS TO AVOID DETECTION, WHICH HINDERS SERVICE PROGRESS.**

15.     Defendants purposefully structure their business and communications to conceal their identities and locations. As a result, while that investigation was able to determine identities and locations of several Defendants sufficient to effect standard service under Rule 4, others remain concealed as to their true names and physical addresses, even as their online identities and activities are known.

16.     Defendants use services such as Sellix and Shoppy which do not require information or preserve records related to their true identities, so that even formal discovery on these services does not yield information which can result in the identification of a true name or physical address.

17.     Defendants also use services which do not respond to subpoenas at all. Plaintiff has served the subpoena this Court authorized on Telegram in accordance with that entity's published methods for doing so and has diligently followed up on multiple occasions but has not received a response to date. Further investigation yielded the information that Telegram is functionally non-responsive to subpoenas.

18.     Defendants also take pains to conceal their location and activity by using Virtual Private Network (VPN) services or IP proxy services, such that their public-facing internet activity is not traceable to their true identities or physical addresses.

19.     A Virtual Private Network service provides a secure, encrypted connection from the user's computer to the VPN service. The user's Internet activity then appears to other servers or users on the Internet to originate from the VPN service rather than from the user's computer. In particular, the user's connection will appear to originate from an IP address associated with the VPN service, rather than with the user's Internet Service Provider ("ISP").

20.     An IP proxy service receives requests for data from one computer on a network to request information from another computer on that network. Often, the proxy server is not configured to forward the requesting computer's IP address to the target of the request. Once the

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 4

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

data is received by the proxy server, it then transmits that information to the requesting computer. This effectively conceals the identity of the requesting computer from the target computer, as the only information available to the target computer is the proxy server's IP address.

21.    Defendants even go so far as to use fraudulent payment methods such as stolen credit cards to pay for the services that support their online activity. Indicia of fraudulent payment methods include a history of payment methods in which the named cardholder changes every billing cycle, payment methods where the associated address is malformed or does not exist, and payment methods where the cardholder name is obviously fraudulent (such as names that incorporate obscenities or slurs).

22.    For example, Defendant John Doe No. 16 a/k/a Sabeen Rehman Soomro a/k/a Discord user "esswan" (Discord ID 704983258164756531), the administrator of the Reseller Defendant CommunityMods Discord, has two billing methods associated with their profile. While both cards have billing addresses in Türkiye, the two addresses are hundreds of miles apart, the cards are in two different names, and one of the cardholder names that was provided at the time the card was submitted for billing is "Turkish N***er."[1]

23.    Other cards have addresses that appear malformed – street and district names in cities or towns where those streets and districts do not exist, postal codes in formats which are not used in the country in which the addresses purport to exist, or addresses which omit street names entirely. In my experience, such addresses are often a sign that the person submitting the card for payment fraudulently acquired the credit card number itself without the accompanying billing address, and therefore simply made one up to enter in the required field when submitting the card for payment.

24.    In both sets of circumstances, service to the addresses listed as corresponding to the card is unlikely to be effective, either because the person residing at that address is not actually the defendant we seek to serve or because the address as listed does not exist and in-

---

[1] In the original, the word is spelled out in its entirety.

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

1  person service would be impossible.

2  **II.    IN SEVERAL CASES, THESE OBFUSCATORY EFFORTS PREVENT**

3  **IDENTIFICATION EVEN BY MEANS THAT WOULD OTHERWISE BE**

4  **SUCCESSFUL.**

5      25.    In the majority of cases, the third-party discovery allowed by the Court provided

6  me with sufficient information to determine the true names and physical addresses of the

7  Defendants. However, this was not true in all cases.

8      26.    IP address info is enough to determine a region, but changes in European privacy

9  laws mean that the IP address information is held by the service providers for such a short period

10 of time that the records were already expunged by the time the IP address information was

11 produced to us.

12     27.    IP ("Internet Protocol") addresses are numeric values that are assigned to each

13 individual networked node on the Internet. Most IP addresses are done according to the IPv4

14 standard, which provides for a 32-bit segmented number with four sections (octets), where the

15 valid range of values for each octet is 1-256. Thus, there are $2^{32}$ or approximately 4.3 billion

16 possible unique IPv4 addresses. Since the 1980s, Internet architects have known that IPv4

17 address exhaustion is a coming problem to tackle.

18     28.    Due to the global shortage of IPv4 addresses, many U.S. ISPs have begun to use

19 technologies like carrier-grade network allocation table ("CG-NAT"), in which many individuals

20 appear to the outside observer to be using the same IP address. In other words, a given IP address

21 is further subdivided according to a network allocation table at the carrier side of the network,

22 allowing those individuals to share a single IP node. Identifying a specific individual from a CG-

23 NAT IP address requires that the outbound port of a given machine is captured as part of the IP

24 logging information, and not all third-party service providers capture that information. When this

25 was the case, the IP address was useless in providing Plaintiff an ID of the individual user behind

26 that CG-NAT node.

27     29.    And then many of the defendants use or used virtual private network ("VPN")

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 6

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

services to hide their true IP address, or otherwise used proxy servers to allow them to borrow

the IP address of another proxy subscriber. A proxy functions by allowing many users to connect

to a single node, and then that node is the one which interacts with the outside world, making it

difficult to determine which proxy user was utilizing the proxy node at any given time.

30.     Tracing an individual IP back behind a proxy server contains many of the same

complications as tracing back through a CG-NAT, as they are of similar, though not the same,

network topology.

31.     The productions in response to our subpoenas have contained many email

addresses. If the address is one that is associated with other online accounts or activity,

particularly commercial activity, I can use that to cross-reference other sources and databases

and thereby establish or confirm the identity of the defendant.

32.     But if the email address is exclusively used in connection with the user's online

cheat activity and not with anything that connects to his or her real-life identity or activity, then it

can be a dead end as there are no other data relationships which I can cross-reference.

33.     However, in many cases, I can verify that these email addresses are true and

functional email addresses, because the third-party service verified them as part of the signup

process; I find them in other data sources; or the open-source intelligence ("OSINT") tools I

have available show that they are frequently and recently accessed.

34.     The use of VPNs, proxies, unique email addresses (many of which are tied to

services with strong privacy protections by design), and other "operational security" ("opsec")

practices make it difficult (but not impossible) to identify these users. The better their opsec, the

harder it is to find them. But each time they make a connection or conduct a transaction, that is

one more point by which their identity can be discovered.

III.    **SEVERAL DEFENDANTS ARE BEYOND THE REACH OF STANDARD INTERNATIONAL SERVICE PROTOCOLS.**

35.     On top of that, a lot of these individuals are very likely to be in locations where

we could not feasibly obtain standard service of process even with a positive identification, as

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

they would be beyond the reach of U.S. or even Hague Convention service.

36.     Many times, these actors are located in non-Hague Convention countries that might not respect service of process from U.S. courts. In other cases, those actors could be located in countries that are under economic sanction from the United States, which would prevent our being able to hire a process server in that country to effect service.

37.     Still yet, there are countries where current social conditions make service of process too dangerous, like the war-struck regions in Ukraine.

38.     In each of these cases, standard service would be unworkable or insufficient, and so alternative means of service are necessary. These alternative means can accomplish the same goals as standard service of process, but avoid the problems inherent with personal service in countries that, *de jure* or *de facto*, prohibit such service of process.

## IV.     PLAINTIFF REQUIRES ALTERNATIVE SERVICE ON THESE DEFENDANTS.

### A.     Defendants for Whom We Do Not Have Addresses (the Group 1 Defendants)

39.     <u>Defendant John Doe No. 24 a/k/a "Mihail Lucien".</u>  The investigation into Defendant Lucien identified an email address, iahim_gimi@yahoo.com (the "Iahim_Gimi Address"), which Defendant Lucien uses to accept payment for the Ring -1 Cheat via PayPal. Because this email address is used in commerce and is connected to a currently-active PayPal account, as shown in the screenshot below, it is highly likely that email to this email address will successfully reach Defendant Lucien.



**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

40.    Despite diligent and thorough investigation, I was not able to locate a physical address for Defendant Lucien. Even if I had found such an address, the investigation results indicate that Defendant Lucien almost certainly lives in Romania, which, per the estimates of our Hague Service Vendor, could take up to a year and significant expenditure to eventually actualize.

41.    Defendant John Doe No. 28 a/k/a "Banek192" a/k/a Ivan M. Sergeevich conducts his Enterprise-related conduct entirely through Telegram, Discord, and other digital channels. The investigation into Defendant Banek192 has identified two email addresses associated with his activity, banek192@mail.ru (the "Banek Mail.Ru Address") and admin@codhacks.ru (the "Codhacks Admin Address"), as well as a Telegram handle, @banek192 (the "Banek Telegram Account"), through which he currently conducts the majority of his business. Because Defendant Banek192 uses these methods for current commerce, it is highly likely that simultaneous service via these email addresses and this Telegram handle would be effective in reaching Defendant Banek192.

42.    Despite diligent and thorough investigation, I was not able to locate a physical address for Defendant Banek192. Even if I had found such an address, the investigation results indicate that Defendant almost certainly lives in Russia, which has refused to execute U.S. service requests since 2003 and does not cooperate with the United States in matters of civil litigation.

43.    Defendant John Doe No. 40 a/k/a Maksimka Nikitin primarily uses the email address maksimka.nikitin.07@list.ru (the "Maksimka List.ru Address") for his Enterprise-related conduct, as well as the email addresses maksnikitin1999@mail.ru (the "Maksimka Mail.ru Address") and maksimka.nikitin.07@inbox.ru (the "Maksimka Inbox.ru Address"). Attached hereto as **Exhibit 1** are collected records produced in discovery by Valve, Inc. showing Defendant's use of these email addresses. Because Defendant uses these email addresses for commerce, it is highly likely that service via email to these addresses will be effective in reaching Defendant.

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

44.     Despite diligent and thorough investigation, I was not able to locate a physical address for Defendant Nikitin. Even if I had found such an address, the records produced in response to Bungie's third-party request to Valve, Inc. further indicate that Defendant resides in Russia. Defendant's email domains, list.ru, inbox.ru, and mail.ru, are all used primarily by Russian residents, and the telephone number associated with many of the records, +7 982-707-2977 (the "Maksimka Telephone Number"), is associated with Rostelecom, a Russian telecommunications provider. Standard service in Russia is difficult for the reasons listed above.

45.     Defendant John Doe No. 27 a/k/a "BillNye" maintains only two public-facing presences in connection to his Enterprise-related conduct: his account on the Ring-1 Website (the "BillNye Website Account") and his account on Telegram, which has a display name of BillNye and which uses the unique Telegram ID 1705282090 (the "BillNye Telegram Account").

46.     Based on my experience, it is extremely likely that the Ring-1 Website is entirely within the care, custody, and control of the Operator Defendants and that no means exist by which Plaintiff can successfully compel production of the information contained therein prior to identification and service of those same Defendants. I have therefore concluded that further investigation or discovery into the Operator Defendant Website Accounts is unlikely to yield information that would allow Bungie to serve Operator Defendants.

47.     Defendant BillNye has hidden his contact information on his Telegram profile, as

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

1   seen in the screenshot of his Telegram Profile Information below, taken August 14, 2025.



48.     Defendant BillNye advertises his Telegram Direct Messages in the Ring-1

Telegram Channel as an avenue for users of the Ring-1 Cheat to contact him with information

related to technical support, as seen in the screenshot from the Ring-1 Telegram Channel below.

Based on my experience, the use of the initials "dm" in the sentence "Dm me the screenshot

please" is an invitation to contact the user via Telegram Direct Messages.



49.     Because Defendant uses this contact method in the course of his Enterprise-

related conduct, it is highly likely that service via Telegram direct messages will be effective in

reaching Defendant.

50.     Defendant John Doe No. 26 a/k/a "BlackMamba", like Defendant BillNye,

maintains only two public-facing presences in connection to his Enterprise-related conduct: his

account on the Ring-1 Website (the "BlackMamba Website Account") and his account on

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 11

Telegram, which has a display name of BlackMamba, an account name of BlackMambaR1, and which uses the unique Telegram ID 1611585259 (the "BlackMamba Telegram Account").

51.    Like Defendant BillNye, Defendant BlackMamba advertises his Telegram Direct Messages as an avenue for user support, as seen in the screenshot below.



52.    Because Defendant BlackMamba uses this contact method in the course of his Enterprise-related conduct, it is highly likely that service via Telegram Direct Messages will be effective in reaching Defendant.

53.    <u>Defendant John Doe No. 1 a/k/a "Calc"</u>, like Defendant BillNye and Defendant BlackMamba, has only two public-facing presences in connection to his Enterprise-related conduct: his account on the Ring-1 Website (the "Calc Website Account") and his account on Telegram, which has a display name of Google (the "Calc Telegram Account").

54.    As with the Operator Defendants, it is extremely likely that the Ring-1 Website is entirely within the care, custody, and control of the Operator Defendants and that no means exist by which Plaintiff can successfully compel production of the information contained therein prior to identification and service of those same Defendants. I have therefore concluded that further investigation or discovery into the Calc Website Account is unlikely to yield evidence which will allow Bungie to serve Defendant Calc.

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 12

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

55.    The Calc Telegram Account does not post directly to the Ring-1 Telegram Channel. Instead, it posts through a reposting bot, as seen in the screenshot below which depicts the now-deleted reposting bot posting responses from "Google" to a question directed to "calc":



56.    Based on my experience, I believe the purpose of this "reposting" is to conceal the Telegram ID of the original poster, as part of efforts to prevent detection and identification of the posting user.

57.    Based on the speed with which the Calc Telegram Account responded to the question above, I believe it is likely that Defendant Calc actively monitors the Ring-1 Telegram Channel.

58.    Therefore, in addition to service via Telegram Direct Messages for Defendants BillNye and BlackMamba, I believe that additional service via uploading the complaint directly to the Ring-1 Chat Telegram Channel would provide an additional method to ensure receipt for these defendants and would also be reasonably likely to reach Defendant Calc. Both Defendant BillNye and Defendant BlackMamba are nearly daily presences in the Ring-1 Chat Telegram Channel, and it is highly likely that service in this manner will reach these Defendants. Using both of these alternative service methods is virtually certain to be effective.

59.    <u>Defendant John Doe No. 13 a/k/a "CommunityMods"</u> was revealed to be administered by Discord User janeocm#0, which is the display name associated with the unique

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Discord ID 1265171117102862337 (the "JaneoCM Account"), in records produced by Discord in response to Bungie's subpoena. This user is associated with the Discord-verified email address cmm1.refinance606@passinbox.com (the "JaneoCM Email Address"), which was verified by Discord as being an active and in-use email address. Attached hereto as **Exhibit 2** are excerpts of those records showing this email address as associated with this user.

60.    Only one IP address, 182.16.234.26 (the "JaneoCM IP Address"), was produced in association with the JaneoCM Account. I used a tool called Spur, which I frequently rely on in the course of my work, to determine that this IP address is associated with an organization called 4 Shenton Way. Attached hereto as **Exhibit 3** is a true and correct copy of the Spur output demonstrating this association.

61.    "4 Shenton Way" is an address in Singapore and the location of the SGX Centre, a high-rise commercial building which hosts, among many other things, the Singapore Stock Exchange. Attached hereto as **Exhibit 4** is a true and correct copy of the Singapore Land website showing this building located at this address.

62.    In my experience, it is highly likely that this IP address is associated not with any one individual business located at this address, but rather with the entire building. As a result, it is impossible to determine which of the dozens or hundreds of commercial tenants of the building would have accessed this IP address on the date in question, or even whether it was a commercial tenant at all as opposed to a customer of one of the several restaurants or cafes located in the building – or even a pedestrian sitting outside the building.

63.    As a result, I concluded that further investigation or discovery on the JaneoCM IP Address was unlikely to be useful in further locating Defendant CommunityMods.

64.    Because the JaneoCM Email Address was verified by Discord at the time of the account's creation, it is likely that service via email to the JaneoCM Email Address will be effective.

65.    In addition to service via the JaneoCM Email Address, I recommend serving Defendant CommunityMods via notice and delivery to the main channel on the CommunityMods

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 14

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Discord Server with an accompanying tag to the JaneoCM Discord Account. Such a tag creates a notification that alerts the user that a new message has been created which mentions them, much like a telephone call to a specific number causes the phone at that number to ring.

66.     Because the CommunityMods Discord is the vehicle by which CommunityMods participates in the conduct of the Enterprise, it is highly likely that service via a public upload and tag to the CommunityMods Discord would be effective at reaching CommunityMods.

67.     Defendant John Doe No. 17 a/k/a "Admiral" was identified by records produced by Discord in response to our subpoena to use the email address admirallul@protonmail.com (the "Admiral Email Address"), which was verified by Discord as being an active and in-use email address. Attached hereto as **Exhibit 5** are excerpts of those records showing this email address as associated with this user.

68.     The records produced by Discord indicate that Defendant Admiral has connected to the Discord service from over 1,200 unique IP addresses (the "Admiral IP Addresses").

69.     Although each IP address is unique, the vast majority (and the most heavily used) of the Admiral IP Addresses belong to two organizations, Alliance Broadband Services Pvt. Ltd. ("Alliance") and Reliance Jio Infocomm Limited ("Jio"). These two organizations between them represent over 90% of the connections between Defendant Admiral and Discord.

70.     Both Alliance and Jio are large Class A ISPs located in India. Attached hereto as **Exhibits 6 and 7** are true and correct copies of the landing pages for the Alliance and Jio websites.

71.     The subset of Admiral IP Addresses associated with Alliance are also associated with several different proxy services. Further discovery on these IP addresses is highly unlikely to yield information relevant to effecting service, as the proxy service obscures the true user of the IP address.

72.     The remainder of the IP addresses from which Defendant Admiral connected to Discord either belong to VPN services which also obscure the true user of the IP address or are behind other proxy services which provide the same obscuring function.

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 15

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

73.    As a result, I concluded that further investigation or discovery on the Admiral IP Address was unlikely to be useful in further locating Defendant Admiral.

74.    Because the Admiral Email Address was verified as being active and in use at the time the Admiral Discord Account was created, it is likely that service via the Admiral Email Address will be effective in reaching Defendant Admiral.

75.    As with Defendant CommunityMods, I believe that also serving Defendant Admiral via public upload and tag to the CommunityMods Discord server, which Defendant Admiral is a moderator for, would increase the likelihood of effective service even further for the same reasons as previously given.

76.    Defendant John Doe No. 9 a/k/a "1nvitus", who uses the Discord account "1nvitus#0" with the Discord ID 782702903453679697, was identified by records produced by Discord in response to our subpoena to use the email address invituscheats@gmail.com (the "1nvitus Email Address"), which was verified by Discord as being an active and in-use email address. Attached hereto as **Exhibit 8** are excerpts of those records showing this email address as associated with this user.

77.    Defendant 1nvitus administers the 1nvitus Discord, which uses the Discord Server ID 1068274538464432239. The 1nvitus Discord is the vehicle through which Defendant 1nvitus participates in the conduct of the Enterprise by selling the Ring -1 Cheat.

78.    I used a tool called GHunt, which exposes public-facing information associated with any Gmail email address and which is commonly relied upon by professionals in my field, to identify that the 1nvitus Email Address was most recently accessed no earlier than August 13,

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

1    2025, as seen in the screenshot below:



```
Last profile edit : 2025/08/13 16:09:00 (UTC)

Email : invituscheats@gmail.com
Gaia ID : 100568177469333336053

User types :
- GOOGLE_USER (The user is a Google user.)
```

79.    Despite my diligent investigation, I was unable to determine a name or address for Defendant 1nvitus.

80.    Because the 1nvitus Email Address was confirmed by Discord as being in active use at the time the Discord account was created, and because the account was accessed so recently, I believe it is highly likely that service via email to the 1nvitus Email Address would be effective in reaching Defendant 1nvitus.

81.    In addition, I believe that combining service via the 1nvitus Email Address with service via public upload and tag to the 1nvitus Discord Server would maximize the already-high likelihood of service to Defendant 1nvitus being effective.

82.    Defendant John Doe No. 5 a/k/a "C52YOU", who uses the SteamID 76561199063328085, was identified in records produced by Valve, Inc. as using the email address a67935320@52you.cloud. Based on my experience, Valve requires verification of the email address as part of the account creation process. Attached hereto as **Exhibit 9** are records produced by Valve showing this email address associated with this user.

83.    The records produced by Valve also identified 18 IP addresses that Defendant C52YOU used to connect to the Steam service. Of these, 17 were associated with VPN or proxy services, which are used to obscure the true identity of the user. The 18th, 62.45.120.120 (the "C52 IP Address"), is associated with DELTA Fiber Nederland B.V., an ISP in the Netherlands. Attached hereto as **Exhibit 10** is a true and correct copy of the Spur output showing this association.

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 17

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

84.     Although the C52 IP Address is associated with a residential ISP, it had been used by Defendant C52YOU in November of 2022, Exhibit 9 (C52yo02362.pdf) at 9, more than a year prior to the time the records were produced to Bungie. Based on my experience, European ISPs do not preserve records for more than a handful of months, and it was virtually certain that any information about the identity of the individual using the C52 IP Address was no longer preserved by the ISP. I therefore concluded that further investigation or discovery on the Admiral IP Address was unlikely to be useful in further locating Defendant C52YOU.

85.     Defendant John Doe. No. 11 a/k/a "TheGuy" was identified in records produced by Sellix in response to a subpoena as using the email address theguyring1@gmail.com ("TheGuy Email Address") for his e-commerce transactions on that platform. Attached hereto as **Exhibit 11** is a true and correct copy of the records as produced by Sellix showing this association.

86.     I used Ghunt to determine that the TheGuy Email Address was most recently accessed no earlier than August 13, 2025, as shown in the screenshot below.



```
Last profile edit : 2025/08/13 09:15:43 (UTC)

Email : theguyring1@gmail.com
Gaia ID : 103380582648531232952

User types :
- GOOGLE_USER (The user is a Google user.)
```

87.     Despite diligent and thorough investigation based on the information provided by Sellix, I was unable to determine either a real name or a personal address for TheGuy. The address provided by Sellix, 60 Rue de l'égalité, Saint Priest, France 69800, appears to belong to a corporate agent. I searched the French business entity registration site, https://www.sirene.fr/sirene/public/recherche, for the business name provided by Sellix, "TheGuyRing1." There were no results, as shown in the screenshot below:

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

88.    I also searched Sirene for the address provided by Sellix. 91 separate businesses are registered at 60 Rue de l'égalité, Saint Priest, France 69800, but none of them match the provided business name.

89.    In addition, although the information provided by Sellix indicates that the business "TheGuyRing1" is registered in Belgium, a search of the Belgian business entity search page reveals no business by that name registered in the country. Attached hereto as **Exhibit 12** is a true and correct printout of CBE, the Belgian business entity search site found at https://economie.fgov.be/en/themes/enterprises/crossroads-bank-enterprises/services-everyone/consultation-and-research-data/cbe-public-search, displaying no results for the name search.

90.    Without a real name or an accurate business listing, I cannot verify that service to a particular address will be effective for either an individual or a business. However, since Defendant TheGuy uses the TheGuy Email Address in commerce and because the address has been accessed so recently, I believe it is virtually certain that service via the TheGuy Email Address will be effective in reaching Defendant TheGuy.

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

91.     Defendant John Doe No. 29 a/k/a Shoppy Ecommerce Ltd. ("Shoppy") is

registered in Israel at Rakhfat 214, Gan-Ner (Candle Garden). Attached hereto as **Exhibit 13** is a

true and correct printout of the corporate registration as listed at

https://en.checkid.co.il/company/SHOPPY+ECOMMERCE++LTD-bdjM5Jw-515912517, an

Israeli business intelligence resource.

92.     However, Defendant Shoppy does not maintain an office at this address, per their

website at https://shoppy.gg/about/, as seen in the screenshot below:

> ### Shoppy Foundation Team
>
> Our virtual headquarters is in Israel, but we're a **fully remote** team spread all over the
> world. Between us, we cover 2 continents, 3 nationalities 4 languages. All the work we do
> happens online, with no office to speak of. We are using great tools like Discord and
> Github to collaborate efficiently to get things done.
>
> We spend our days talking to each other and developing beautiful products using
> modern technology to power the future of ecommerce.

93.     By contrast, email sent to support@shoppy.gg is received and communication by

this address has been effective in the past. Attached hereto as **Exhibit 14** is a true and correct

copy of an email received from support@shoppy.gg acknowledging their receipt of our subpoena

by email. I believe that service by email to support@shoppy.gg is highly likely to be effective in

reaching Defendant Shoppy.

**B.      Defendants for Whom We Suspect Fraudulent Addresses (the Group 2**
**Defendants)**

94.     Defendant John Doe No. 16 a/k/a "Sabeen Rehman Soomro" a/k/a Discord user

"esswan" with the Discord ID 704983258164756531, was identified in records produced by

Discord in response to subpoena as using the email address hrt.cloud9@gmail.com (the

"Hrt.cloud9 Email Address") which was verified by Discord at the time the account was created,

as well as billing methods in support of the CommunityMods Discord Server in the names

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

"Turkish N***er"[2] and "Sabeen Rehman Soomro." Attached hereto as **Exhibit 15** are records produced by Discord showing this email address and these billing methods in association with this user.

95.    The CommunityMods Discord Server, which uses the Discord Server ID 840291622989201429, is the vehicle through which Defendant "Soomro" participates in the conduct of the Enterprise by reselling the Ring-1 Cheat.

96.    In addition to being in two different names, one of which contains a racial slur, the two billing methods provided have two different physical addresses, one in Ankara, Türkiye and one in Sivas, Türkiye. These two cities are nearly three hundred miles apart.

97.    Based on the fact that the two billing methods listed are in different names, that one of those two names contains a racial slur and is therefore highly unlikely to be the cardholder's actual name, and that the addresses of the two billing methods are hundreds of miles apart, I believe it is highly likely that these billing methods represent credit cards that were stolen, either by Defendant "Soomro" or on his behalf, and that service to either of the addresses associated with these billing methods would result only in unwelcome contact with an innocent victim of credit card fraud.

98.    This contact could result in potentially severe consequences for the persons residing at those addresses, as the facts alleged in the Complaint could support allegations of crimes under the new Turkish Cybersecurity Law No. 7545, which became effective on March 19, 2025.[3]

99.    In contrast, service by email to the Hrt.cloud9 Email Address is highly likely to be effective.

---

[2] In the records, the word is fully spelled out.
[3] https://paksoy.av.tr/en/2025/03/turkish-cybersecurity-law-enters-into-force

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

100.   Using Ghunt, I verified that the Hrt.cloud9 Email Address was last accessed no longer ago than August 6, 2025, as seen in the screenshot below.



```
Last profile edit : 2025/08/06 15:16:09 (UTC)

Email : hrt.cloud9@gmail.com
Gaia ID : 115746460385262486527

User types :
- GOOGLE_USER (The user is a Google user.)
```

101.   Because the Hrt.cloud9 Email Address was verified by Discord at the time of account creation and because it has been accessed so recently, I believe it is highly likely that service to the Hrt.cloud9 Email Address will effectively reach Defendant "Soomro."

102.   As with Defendants CommunityMods and Admiral, I believe that serving Defendant "Soomro" via public upload and tag to the CommunityMods Discord server, which Defendant Soomro is a moderator for, would increase the likelihood of effective service even further, for the same reasons as previously given.

103.   Defendant John Doe No. 15 a/k/a "VincentPrice" a/k/a "David Bonar Marpaung", a/k/a Discord User "gamersunited1847#0" with the Discord ID 1047673810859610112, was identified in records produced by Discord in response to subpoena as using the email address moddingpalace101@proton.me (the "ModdingPalace Email Address") as well as billing records in the name of David Bonar Marpaung. Attached hereto as **Exhibit 16** are records produced by Discord showing this email address and billing method associated with this user.

104.   The ModdingPalace Email Address was verified as being active by Discord at the time the account was created.

105.   Defendant "Marpaung" is an administrator of the CommunityMods Discord.

106.   The address associated with the billing records shown in Exhibit 15, Jl. Madrasah 1 blok p no. 4, rt 007/rw 012 Duren Sawit, Jakarta Timur, Jakarta, DKI Jakarta, is not a valid Jakarta address.

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 22

107.    Conventional service to this address is therefore impossible, as it does not exist. In addition, based on the fact that it is not even in the format that a Jakarta address would take, I believe it is highly likely that this address is made up, that the credit card in Defendant Marpaung's name was stolen, and that therefore even if service to this address were possible, it would not be effective on Defendant "Marpaung."

108.    Because the ModdingPalace Email was verified as accurate at the time the Discord account was created, I believe it is likely that service via the ModdingPalace Email Address will be effective in reaching Defendant "Marpaung."

109.    As with Defendants CommunityMods, Admiral, and "Soomro," I believe that serving Defendant "Marpaung" via public upload and tag to the CommunityMods Discord server, which Defendant "Marpaung" is a moderator for, would increase the likelihood of effective service even further, for the same reasons as previously given.

110.    Defendant John Doe No. 12 a/k/a "Beatred" a/k/a Cicero Loureiro, a/k/a Discord User "beatbct#0" with the Discord ID 902557900407468103, was identified in records produced by Discord in response to subpoena as using the email address bailabre527@gmail.com (the "Beatbct Email Address"),which was verified by Discord at the time the account was created, as well as billing methods in support of the BeatRed Discord Server containing the name Cicero Louriero. Attached hereto as **Exhibit 17** are records produced by Discord showing this email address and these billing methods in association with this user.

111.    The BeatRed Discord Server, which uses the Discord Server ID 1014360248036896921, is the vehicle through which Defendant Loureiro participates in the conduct of the Enterprise by reselling the Ring-1 Cheat.

112.    Although the name and address remain consistent over time, there are five different credit card numbers listed for a three-year period, all with an expiration year of 2030. In my experience, this is an unexpectedly frequent schedule on which an individual would be issued new credit card numbers.

113.    Because the Beatbct Email Address was verified by Discord at the time of the

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

account creation, and because the BeatRed Discord Server is the vehicle by which Defendant participates in the conduct of the Ring-1 Enterprise I believe that service would be highly likely to be effective if delivered via email to the Beatbct Email Address along with notice and delivery with a tag to the BeatRed Discord Server.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of August, 2025, at Bothell, Washington.

KATHRYN TEWSON

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 24