# EXHIBIT 2

```
User ID:                        1265171117102862337
Username:                       janeocm#0
Email:                          cmm1.refinance606@passinbox.com
Email verified:                 Yes
Phone number:                   Not found
Registration IP:                182.16.234.26
Registration Time (UTC):        2024-07-23 04:58:20
Last Seen Time (UTC):           2024-07-23 06:34:39
Last Seen IP:                   182.16.234.26


Session Start (UTC)    IP Address
2024-07-23 05:55:50    182.16.234.26
2024-07-23 05:00:17    182.16.234.26
2024-07-23 04:59:11    182.16.234.26
```