# EXHIBIT 3

182.16.234.26

# 182.16.234.26

| | |
|---|---|
| Observed risks | Unknown |
| ASN | 55415 |
| Registered to | 4 Shenton Way |
| Exit Location | 🇸🇬 Singapore |
| User Location | 🇸🇬 Singapore |

**IP Context Response**

This is the raw Context API (v2) response data for this IP. Upgrade plan to start using the API.



```json
{
  "as": {
    "number": 55415,
    "organization": "4 Shenton Way"
  },
  "client": {
    "concentration": {
      "city": "Marina Bay",
      "country": "SG",
      "density": 0.1593,
      "geohash": "w21z73",
      "skew": 12
    },
    "count": 38,
    "countries": 1,
    "spread": 69,
    "types": [
      "MOBILE"
    ]
  },
  "ip": "182.16.234.26",
  "location": {
    "country": "SG"
  },
  "organization": "4 Shenton Way"
}
```

Show less

**Unknown**
Infrastructure type

**Not Anonymous**

**38**
Average devices count

## Entry/Exit IPs

Other IP address this IP flows into and out of

| Entry | Exit |



**No entry IPs**

## Timeline

A timeline of devices on this IP and notable changes

