# EXHIBIT 4

# SGX Centre 2

Iconic towers, home of the Singapore Stock Exchange



❮ PREVIOUS    NEXT ❯

**Location:**

4 Shenton Way, Singapore 068807

**Net Lettable Area:**

270,000 sq ft

**Typical Floor Area(s):**
9,720 – 10,215 sq ft

**Nearest MRT Station(s):**
Downtown Station, Raffles Place

**No. of Carpark Lots:**
349 (incl. SGX Centre 1 & 2)

**EV Charging:**
Available

**Awards:**
Green Mark Platinum

Completed at the turn of the millennium, SGX Centre 2 together with SGX Centre 1 was designed by world-renowned architect Kohn Pederson Fox (KPF) and is one of the Central Business District's most prominent buildings.

Tenants and visitors are spoilt for choice with an abundance of F&B, hospitality and retail destinations in and around the precinct, including the popular Lau Pa Sat food centre just across the street.

A recent enhancement introduced features like a new lounge area set within elegantly refurbished lobbies and a cafe that further enriches the arrival experience for tenants and visitors.





(https://maps.google.com/maps?ll=1.307552,103.815733&z=12&t=m&hl=en-US&gl=US&mapclient=apiv3)

HOME (https://singaporeland.com/)

ABOUT US (https://singaporeland.com/corporate-profile/)

PORTFOLIO (https://singaporeland.com/portfolio_category/commercial-offices/)

SUSTAINABILITY (https://singaporeland.com/sustainability/our-approach/)

INVESTOR RELATIONS (https://singaporeland.com/investor-relations/announcements/)

CAREERS (https://singaporeland.com/careers/join-us/)

## SINGAPORE LAND GROUP LIMITED

Business Address:

50 Raffles Place

#21-01/06, Singapore Land Tower

Singapore 048623

Registered Address:

101 Thomson Road

#33-00, United Square

Singapore 307591

T: (+65) 6011 6000

Get in touch with us here

Disclaimer (https://singaporeland.com/disclaimer/)

Investor Relations Policy (https://singaporeland.com/investor-relations/corporate-policies/investor-relations-policy/)

Personal Data Protection Policy (https://singaporeland.com/investor-relations/corporate-policies/personal-data-protection-policy/)

Whistle-blowing Policy (https://singaporeland.com/investor-relations/corporate-policies/whistleblowing-policy/)

Copyright ©2025 Singapore Land Group Limited

 (https://www.linkedin.com/company/singapore-land-group-limited)