# EXHIBIT 5

```
User ID:                     844081930789453825
Username:                    admiral_65#0
Email:                       admirallul@protonmail.com
Email verified:              Yes
Phone number:                Not found
Registration IP:             Not found
Registration Time (UTC):     2021-05-18 05:20:14
Last Seen Time (UTC):        2024-07-26 10:47:49
Last Seen IP:                45.87.213.229


Session Start (UTC)     IP Address
2024-07-26 10:47:49     45.87.213.229
2024-07-25 16:25:24     103.87.140.144
2024-07-25 16:00:08     103.87.140.144
2024-07-25 14:01:23     103.87.140.144
2024-07-25 13:24:10     103.87.140.144
2024-07-25 13:13:19     103.87.140.144
2024-07-25 13:01:35     103.87.140.144
2024-07-25 12:46:40     103.87.140.144
2024-07-25 12:42:10     103.87.140.144
2024-07-25 11:40:43     103.87.140.144
2024-07-25 11:39:10     103.87.140.144
2024-07-25 11:27:21     103.87.140.144
2024-07-25 11:27:16     103.87.140.144
2024-07-25 11:13:41     157.40.111.163
2024-07-25 11:13:37     157.40.111.163
2024-07-25 11:05:00     157.40.111.163
2024-07-25 11:04:55     157.40.111.163
2024-07-25 11:01:24     157.40.111.163
2024-07-25 11:01:18     157.40.111.163
2024-07-25 11:00:49     157.40.111.163
2024-07-25 10:45:42     157.40.86.75
2024-07-25 10:45:37     157.40.86.75
2024-07-25 10:43:54     157.40.86.75
2024-07-25 10:43:48     157.40.86.75
2024-07-25 10:39:05     157.40.86.75
2024-07-25 10:39:01     157.40.86.75
2024-07-25 10:34:44     157.40.86.75
2024-07-25 10:34:39     157.40.86.75
2024-07-25 10:32:01     157.40.86.75
2024-07-25 10:31:55     157.40.86.75
2024-07-25 10:27:00     157.40.86.75
2024-07-25 10:26:54     157.40.86.75
2024-07-25 10:18:33     157.40.86.75
2024-07-25 10:18:28     157.40.86.75
2024-07-25 10:15:58     157.40.86.75
2024-07-25 10:15:53     157.40.86.75
2024-07-25 10:12:26     157.40.86.75
2024-07-25 10:12:21     157.40.86.75
```