# EXHIBIT 6







// LEGACY OF TRUST

# 22 YEARS OF EXPERIENCE

Alliance Broadband Services Pvt Ltd is a leading internet service provider holding Unified License Category A ISP, granted by Department of Telecom, Government of India has been operating for more than two decades, having been incorporated in January 2003, carries with it a longstanding legacy of trust, built on the professionalism of its employees and confidence of its clients.

- Infotainment
- Two Decades of excellence
- Fast, dependable and connected
- Minimum Downtime
- Unlimited Data

Discover more

// OUR BENEFITS

# UNLIMITED INTERNET SERVICE PROVIDER

Alliance Broadband boasts on providing high speed unlimited internet service at exceptional speeds. Regardless of the plan that you choose, with Alliance Broadband, you can say goodbye to the speed dips and connectivity issues.



| Phone | Limitless Fun | Ultra Fast |
| Minimum Downtime | OTT Packages | 24/7 Support |



**VALIDITY** 30 Days

**DATA** Truly Unlimited

OTT available as an Add-on

₹ 850 +GST

Subscribe     View Details

---

**IPTV CRUISE 150**
150 Mbps

IPTV



₹ 2,100 +GST

Subscribe     View Details

---

**WELCOME 150+**
150 Mbps + 23 OTT App(s)

New Offer

**VALIDITY** 90 Days

**DATA** Truly Unlimited

JioHotstar  Z5  Sony Liv  +20 More

₹ 2,700 +GST

Subscribe     View Details

---

**WELCOME 400+**
400 Mbps + 23 OTT App(s)

New Offer




## Plans For Rest Of India

**IPTV BASIC 50** — 50 Mbps — IPTV
VALIDITY: 30 Days | DATA: Truly Unlimited
OTT available as an Add-on
₹600 +GST
Subscribe | View Details

**IPTV SMART 100** — 100 Mbps — IPTV
VALIDITY: 30 Days | DATA: Truly Unlimited
OTT available as an Add-on
₹850 +GST
Subscribe | View Details

**SOUTHERN BLOCKBUSTER** — 200 Mbps + 16 OTT App(s) — South Special
VALIDITY: 30 Days | DATA: Truly Unlimited
+13 More
₹1,000 +GST

(Top card):
VALIDITY: 90 Days | DATA: Truly Unlimited
+20 More
₹2,850 +GST
Subscribe | View Details

VIEW ALL PLANS






Subscribe    View Details

VIEW ALL PLANS

// GET EXTRA BENEFIT

# Make your TV smart with our Android Box

  Know More...



**Download our Mobile App**

**Links**

About Us
Kolkata Plans
Rest of India Plans
Recharge
Service Desk
CSR
Sanchar Saathi
Terms and Conditions
Privacy Policy
Parental Control Awareness

**Meet us**

P-31 Nani Gopal Roychowdhury Avenue,
Phillips Crossing, Kolkata
Pin - 700014

**Find us**

© 2025. All rights reserved. Alliance Broadband          Designed and Developed by iSoftLogix