# EXHIBIT 7

Case 2:23-cv-01143-MLP    Document 122-7    Filed 08/15/25    Page 1 of 6



Jio — Mobile — Home — Business — Devices — Apps — Support

 

Overview | Our Brands | Jio Effect | Innovation | Awards & Recognition | Investor Relations | Press Releases

# Jio's Mission. Connect everything, everyone, everywhere.



**#1 Network in India**

**Powering Digital Innovation**



**Climate Champion**

**Best-in-class Spectrum Portfolio**



## About Us

Jio, an integral part of Reliance Industries, is India's leading digital services provider connecting everyone, everything, everywhere!

Here, we serve over 500 million subscribers with the most advanced connectivity and digital solutions for individuals, communities and businesses. Our solutions range across diverse sectors such as entertainment, commerce, communication, financial services and education.

Leveraging India's vast market and Reliance's ecosystem, we've scaled up these innovations, creating immense growth opportunities not just for us, but for you too, whether in India or beyond.

## Vision

Jio strives to build technology-enabled product platforms for a Digital Society – leveraging indigenously developed technologies to serve global markets. Jio remains committed to connecting everyone and everything, everywhere – always at the highest quality and most affordable price.

## Mission

 Platform approach to all digital solutions

- Investment in emerging technologies
- Superior customer experience
- Affordable data connectivity for every Indian

## Values and behaviour



**Customer Values**

1. We will demonstrate a proactive 'Customer First' & a 'Customer Delight' mindset consistently.
2. We will act at all times to ensure Jio remains the first choice for our customers.
3. We will actively listen to customer inputs to continuously improve our products, services and the customer experience.
4. We will work proactively and go the extra mile to perpetually nurture and grow all our customer relationships.
5. To delight our end customers best, we will serve our internal customers, equally well.

**Ownership Mindset**

1. We will prioritize and always align our work keeping the larger purpose of the corporation in mind.
2. We will operate with a personal stake and an ownership mindset and 'play to win'.
3. We will always remain agile and anticipate what will make a difference to our stakeholders tomorrow and make it happen with speed.
4. We will always commit to the highest standards of safety and environment.
5. We will conduct ourselves to ensure the highest standards of corporate citizenship.

## The Jio effect

Jio's entry into India's digital sector has had a transformative effect and has profoundly impacted India's socio-economic development.

This impact of Jio's digital services has been termed the 'Jio Effect'.

Learn more

# Discover more



**Careers**

Move the world, join Jio

Explore



**Media**

Read press releases & news

Explore

Our offerings +

Support +

Our company +

Useful links +

## Connect with us

    

## Download MyJio






"Jio" trademark is owned by Reliance Industries Limited and licensed to its affiliates and subsidiaries. All rights to this website, including copyright in content represented thereat, vest in Reliance Industries Limited and/or its respective affiliates and subsidiaries. All rights reserved.

Press release | Regulatory | Policies | Terms & conditions