Case 2:23-cv-01143-MLP     Document 122-8     Filed 08/15/25     Page 1 of 2

# EXHIBIT 8

```
User ID:                    782702903453679697
Username:                   1nvitus#0
Email:                      invituscheats@gmail.com
Email verified:             Yes
Phone number:               +79057144983
Registration IP:            Not found
Registration Time (UTC):    2020-11-29 20:21:54
Last Seen Time (UTC):       2025-03-02 04:56:53
Last Seen IP:               206.174.195.46


Session Start (UTC)    IP Address
2025-02-03 06:39:08    70.50.213.141
2025-02-03 06:38:24    70.50.213.141
2025-02-01 20:45:03    70.50.213.141
2025-01-30 17:39:58    70.50.213.141
2025-01-29 23:38:08    70.50.213.141
2025-01-28 22:03:02    70.50.213.141
2025-01-28 08:09:37    70.50.213.141
2025-01-27 18:17:39    70.50.213.141
2025-01-26 17:31:20    70.50.213.141
2025-01-25 23:49:16    70.50.213.141
2025-01-25 21:33:28    70.50.213.141
2025-01-25 21:32:37    70.50.213.141
2025-01-24 06:59:16    70.50.213.141
2025-01-23 01:49:13    70.50.213.141
2025-01-19 07:05:53    70.50.213.141
2025-01-19 02:50:41    70.50.213.141
2025-01-18 06:05:53    70.50.213.141
2025-01-17 19:57:25    70.50.213.141
2025-01-17 05:29:13    70.50.213.141
2025-01-16 05:35:25    70.50.213.141
2025-01-14 22:47:11    70.50.213.141
2025-01-14 20:43:01    70.50.213.141
2025-01-14 20:02:27    70.50.213.141
2025-01-12 17:31:40    70.50.213.141
2025-01-12 07:47:17    70.50.213.141
2025-01-10 16:55:06    70.50.213.141
2025-01-09 22:27:09    142.186.28.149
2025-01-09 16:51:51    142.186.28.149
2025-01-07 05:16:29    184.147.25.210
2025-01-06 19:13:15    184.147.25.210
2025-01-06 17:14:46    184.147.25.210
2025-01-06 17:13:58    184.147.25.210
2025-01-06 08:01:10    184.147.25.210
2025-01-04 17:43:37    184.147.25.210
2025-01-04 15:39:06    184.147.25.210
2025-01-03 20:39:58    184.147.25.210
2025-01-02 22:24:52    184.147.25.210
2024-12-30 21:10:41    184.147.25.210
```