# EXHIBIT 10

KT

🔍 62.45.120.120

# 62.45.120.120   ⤴ ⚠

| | |
|---|---|
| Observed risks | Unknown |
| ASN | 15435 |
| Registered to | DELTA Fiber Nederland B.V. |
| Exit Location | 🇳🇱 Netherlands |

### IP Context Response

This is the raw Context API (v2) response data for this IP. Upgrade plan to start using the API.



```
{
  "as": {
    "number": 15435,
    "organization": "DELTA Fiber Nederla
  },
  "ip": "62.45.120.120",
  "location": {
    "city": "Schiedam",
    "country": "NL",
    "state": "South Holland"
  },
  "organization": "CAIW Internet"
}
```

**Unknown**
Infrastructure type

**Not Anonymous**

**N/A**
Average devices count

### Entry/Exit IPs
Other IP address this IP flows into and out of

[ Entry ] Exit



No entry IPs

## Timeline

A timeline of devices on this IP and notable changes

