# EXHIBIT 11

```
User data
These are the principal credentials and details of the user registered on Sellix.
Users are not required to validate their identity as that is done by other payment
processors (like PayPal, Stripe) with which we partner.

Username: TheGuy-Ring1
Email: theguyring1@gmail.com
Type: OWNER
Vat number: TheGuy-Ring1
Name: TheGuy-Ring1
Surname: Guy
Country code: FR
Street address: 60 Rue de l'égalité
City: Saint Priest
Postal code: 69800
User shops
One user (account) on Sellix can have multiple sub-accounts called 'stores' or
'shops', as follow is the detail of every store the user has associated with their
account
Shop TheGuy-Ring1 data (1/1)
Name: TheGuy-Ring1
Paypal merchant id: F9RUBHC98UAK2
Address bitcoin: bc1qp4wyypepcar8nwj884snl8v3kzjcj6laj86kqw
Address litecoin: ltc1qsq60z3rh2z3m988dt7ptepaqy8txtwt82wy6n9
Business name: TheGuyRing1
Business country: BE
Business address: Avenue Winston Churchill 2, Brussels, 1180
```