# EXHIBIT 12





The English version of the Public Search application constitutes an unofficial English translation and is provided for information purposes only.
No legal rights can therefore be derived from this translation. For the official application, please consult the Dutch, French or German versions of the Public Search application.

**Phonetic search term:** TheGuyRing1 (exclusive of old names)
**Legal form:** All legal forms

**No result found for this search term.**

Use the additional search options on the previous screen.

Back

FPS Economy, SMEs, Self-Employed and Energy.

Situation in the CBE database on 14/08/2025
Version: 16.0.2-6e82a7f3-on-09_04_2025-at-12_56_23-09/04/2025