# EXHIBIT 13



Company

API   About   Contact Us   עבר

Home  >  Company  >  SHOPPY ECOMMERCE LTD

# SHOPPY ECOMMERCE LTD

Subscribe To Notifications

Order CheckID Report 99 ILS

1 Views          Share          Print

# General Information



| Company Name | Company ID |
|---|---|
| SHOPPY ECOMMERCE LTD | 515912517 |

| Type Of Organization | Type Of Corporation |
|---|---|
| Company | Israeli private company |

| Company Status | Occupation |
|---|---|
| Active | Internet commerce |

| Company Objectives | Government Company |
|---|---|
| To engage in any lawful business | No |

| Restrictions | Last annual report (submitted) |
|---|---|
| Limited | - |

| Date Of Incorporation | Address |
|---|---|
| 16.10.2018 | Rakfat 214 ,Candle Garden |

| Country | Website |
|---|---|
| Israel | http://shoppy.gg |

| Email | Fax |
|---|---|
| legal@shoppy.gg | - |

**Phone**

0534304799



# About CheckID

Searching for information about companies is a crucial element in modern business. It allows for exploring the financial status, reputation, and history of organizations, as well as assessing their potential for collaboration or investment.

Order CheckID    About Us

## 1000+Large companies trust us

    

The names of the Company officials/Shareholders/Directors in the report as shown on the CheckID and TRENDLINE website have been translated for your convenience from Hebrew into English, using translation software powered by Google Translate. For these translations, onable effortshave been made to provide an accurate translation. However, some translationsmay be flawed or inaccurate. CheckID and TRENDLINE disclaim all warrantyof any kind, either expressed or implied, regarding the accuracy, reliability,or correctness of any of these translations made from Hebrew into English.Any discrepancies or differences created in translating this contentfrom Hebrew into English are not binding and have no legal effect forcompliance, enforcement, or any other purpose. If any questions ariserelated to the accuracy of the information contained in these translations,please contact us.

## Owners/Managers (3)

The information is updated to 18.6.2024

 **Bar Rotem**   Share

**Company Relation**

Director

| **Phone Number** | **Display Phone Number** |
| (+972)-05X-XXXX-XXX | **70 ILS** |

**Personal CheckID Report For**
**Bar Rotem**

Order Personal CheckID Report 99 ILS

> This person can have several owned companies, order a report to see owned companies

---

 **Bar Rotem**  Share

**Company Relation**

Option Holder

| **Phone Number** | **Display Phone Number** |
| (+972)-05X-XXXX-XXX | **70 ILS** |

**Personal CheckID Report For**
**Bar Rotem**

Order Personal CheckID Report 99 ILS

> This person can have several owned companies, order a report to see owned companies

Show More ⌄

## Legal Proceedings (0)

No Information

## Company Changes

📅 Change Date        🥧 The Essence Of Change

No Information

## Products Related To The Organization

| **Business Information Report** | ★ Best Choice **company extract** |
|---|---|
| **99** ILS | **45** ILS |
| ✓ General information about the company | ✓ General information about the company |
| ✓ Shareholder Information | ✓ Shareholder Information |
| ✓ Company Board Information | ✓ Company Board Information |
| ✓ Bond Information | ✓ Lien Information |
| ✓ Contact Details | ✓ Official document of the Ministry of Justice |
| ✓ Information from the tax authorities | |
| ✓ Information on restricted accounts at the Bank of Israel | |
| ✓ Legal Proceedings | |
| ✓ Business intelligence about affiliates | |
| Ordering a checkid report | Ordering a registrar of companies report |
| Order Now | Order Now |

## Locate company owners

**18** ILS

- Business data summary
- Related Companies

Locate company owners

[Order Now]

## Certificate of Incorporation

**91** ILS

- Order of a copy of a certificate of incorporation signed by the Corporations Authority

Ordering a Certificate of Incorporation

[Order Now]

## Company Extract in English

**468** ILS

- Order Of A Company Extract Translated Into English Signed And Approved By Qualified Lawyer

Company extract in english

## Company file

**144** ILS

- Ordering a company file that includes copies of all company documents submitted to the Corporations Authority.

Company file

Order Now

Order Now

## 1000+Large companies trust us

    



Search   Real Estate   About   Contact Us

   

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

All rights reserved to Guidline Group Infomration Technologies LTD. ©

Terms Of Service   Privacy Policy   Accessibility Statement

The information on the site is obtained from various visible sources of information and consolidates them into an organized report. There may be errors related to the collection or association of the information, including with regard to legal matters. Therefore, all responsibility with the examination of the information stated in

the report lies solely upon the person ordering the report, and he exempts CheckID and TRENDLINE from any responsibility regarding the veracity of the data. For corrections and questions, please contact us at info@guideline.co.il