# EXHIBIT 14


## Re: Subpoena in Bungie v. Fisher, 2:23-cv-01143-MLP (W.D. Wash)

**From** Shoppy E-commerce <support@shoppy.gg>
**Date** Tue 12/3/2024 5:00 AM
**To** Kathryn Tewson <ktewson@kusklaw.com>
**Cc** Dylan Schmeyer <dschmeyer@kusklaw.com>; Thomas Neville <tneville@kusklaw.com>; Kat Farley <kfarley@kusklaw.com>; Deborah Gaynor <dgaynor@kusklaw.com>

Hello,

Hope you are doing well and I apologize for the late response. This email is handled by our support team for our clients, and during our audit we have come across your email which is of serious concern and we apologize that our support team never forwarded it to the relevant department and will be penalized accordingly. We would like to ask whether you wish to continue with this request as we are happy to comply with your request. We expect legal requests to be mailed to our company address in israel so that they can be resolved as soon as possible. Waiting for your confirmation so we can start processing your request and complete it within 24 hours.

Thanks!

On Thu, Jan 11, 2024 at 1:49 PM Kathryn Tewson <ktewson@kusklaw.com> wrote:
> Dear Custodian of Records,
>
> I write to you today as paralegal to Dylan Schmeyer and Thomas Neville, counsel to plaintiffs in the above-captioned case. Attached please find a subpoena duces tecum requesting documents and information necessary to identify anonymous defendants in Bungie, Inc. v. Fisher, et al. 2:23-cv-01143-MLP, currently pending in the Western District of Washington, as well as the order granting leave for the subpoena. The information we are requesting is necessary to unmask the anonymous individuals who are abusing Bungie's intellectual property and the community it has created around that IP.
>
> For your convenience, the documents attached may also be accessed at the following secure Sharefile link: https://kusklaw.sharefile.com/d-s314ea362439f481abb130a2a0f0014a9
>
> If you have any questions or concerns, please do not hesitate to reach out to me via email or phone or by email to any of the individuals cc'ed on this email.
>
> Kathryn Tewson, Paralegal
> **Kamerman, Uncyk, Soniker & Klein P.C.**
> 206-940-3701
>
> *Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments. This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.*