# EXHIBIT 15

```
User ID:                    704983258164756531
Username:                   esswan#0
Email:                      hrt.cloud9@gmail.com
Email verified:             Yes
Phone number:               +966549335725
Registration IP:            Not found
Registration Time (UTC):    2020-04-29 09:11:46
Last Seen Time (UTC):       2024-07-29 20:35:19
Last Seen IP:               51.39.230.45


Session Start (UTC)    IP Address
2024-07-29 20:33:18    51.39.230.45
2024-07-29 20:33:16    51.39.230.45
2024-07-29 20:08:13    51.39.230.45
2024-07-29 20:08:11    51.39.230.45
2024-07-29 02:45:06    51.39.230.45
2024-07-29 02:45:05    51.39.230.45
2024-07-29 02:19:08    51.39.230.45
2024-07-29 02:19:05    51.39.230.45
2024-07-28 21:16:13    51.39.230.45
2024-07-28 21:16:10    51.39.230.45
2024-07-28 19:43:13    178.239.198.166
2024-07-28 19:43:10    178.239.198.150
2024-07-28 17:47:18    51.39.230.45
2024-07-28 17:47:16    51.39.230.45
2024-07-28 17:24:05    51.39.230.45
2024-07-28 17:21:05    51.39.230.45
2024-07-28 14:48:01    51.39.230.45
2024-07-28 14:47:57    51.39.230.45
2024-07-28 08:53:55    51.39.230.45
2024-07-28 08:47:23    51.39.230.45
2024-07-28 01:31:12    51.39.230.45
2024-07-28 00:56:19    51.39.230.45
2024-07-28 00:56:15    51.39.230.45
2024-07-27 19:22:37    51.39.230.45
2024-07-27 19:15:23    178.239.198.179
2024-07-27 17:11:08    51.39.230.45
2024-07-27 17:11:06    51.39.230.45
2024-07-27 15:22:42    51.39.230.45
2024-07-27 15:22:39    51.39.230.45
2024-07-27 13:52:45    51.39.230.45
2024-07-27 13:52:43    51.39.230.45
2024-07-27 13:34:25    51.39.230.45
2024-07-27 13:34:21    51.39.230.45
2024-07-27 07:50:36    51.39.230.45
2024-07-27 07:26:58    51.39.230.45
2024-07-27 07:21:44    51.39.230.45
2024-07-27 07:21:42    51.39.230.45
2024-07-26 19:30:37    51.39.230.45
```

```
2024-03-18 15:51:13      79.97.236.98
2024-03-18 15:28:14      79.97.236.98
2024-03-18 02:02:10      79.97.236.98
2024-03-18 01:39:31      79.97.236.98
2024-03-18 00:54:46      79.97.236.98
2024-03-18 00:48:18      79.97.236.98
2024-03-18 00:15:45      79.97.236.98
2024-03-17 21:10:23      79.97.236.98
2024-03-17 21:09:45      79.97.236.98
2024-03-17 21:08:13      79.97.236.98
2024-03-17 20:11:21      79.97.236.98
2024-03-17 17:33:15      79.97.236.98
2024-03-17 17:32:56      79.97.236.98
2024-03-17 17:13:28      79.97.236.98
2024-03-17 16:21:39      79.97.236.98
2024-03-17 16:14:21      79.97.236.98
2024-03-17 15:24:58      212.129.78.106
2024-03-17 12:30:29      212.129.78.106
2024-03-16 23:44:40      212.129.79.88
2024-03-16 23:39:54      212.129.79.88
2024-03-16 23:36:34      212.129.79.88
2024-03-16 01:15:46      212.129.76.202
2024-03-15 22:11:37      212.129.76.202
2024-03-15 22:11:11      212.129.76.202
2024-03-15 16:16:36      212.129.83.194
2024-03-15 16:14:54      212.129.83.194
2024-03-15 14:55:36      79.97.236.98
2024-03-15 14:40:41      79.97.236.98
2024-03-15 14:31:02      79.97.236.98
2024-03-15 14:28:22      79.97.236.98
2024-03-15 04:54:49      79.97.236.98
2024-03-15 01:15:45      79.97.236.98
2024-03-15 00:18:04      79.97.236.98
2024-03-15 00:14:24      79.97.236.98
2024-03-14 18:16:03      79.97.236.98
2024-03-14 17:44:55      79.97.236.98
2024-03-14 17:25:35      79.97.236.98
2024-03-14 17:03:36      79.97.236.98
2024-03-14 16:56:09      79.97.236.98
2024-03-14 15:34:35      79.97.236.98
2024-03-14 14:01:55      79.97.236.98
2024-03-14 13:32:06      79.97.236.98
2024-03-14 13:23:57      79.97.236.98
2024-03-14 12:36:03      79.97.236.98
2024-03-14 12:30:58      79.97.236.98
2024-03-14 12:21:26      79.97.236.98
2024-03-14 11:55:42      79.97.236.98
2024-03-14 08:55:07      79.97.236.98
2024-03-14 08:52:30      79.97.236.98
2024-03-14 08:40:29      79.97.236.98
2024-03-14 08:30:52      79.97.236.98
```