# EXHIBIT 16

```
2024-09-03 02:53:50      184.147.7.175
2024-09-03 02:14:12      184.147.7.175
2024-09-02 16:52:49      184.147.7.175
2024-09-02 03:10:40      184.147.7.175
2024-09-01 19:22:49      184.147.7.175
2024-09-01 16:47:12      184.147.7.175
2024-09-01 16:05:49      184.147.7.175
2024-09-01 00:32:59      184.147.7.175
2024-08-31 22:07:32      184.147.7.175
2024-08-31 18:00:21      184.147.7.175
2024-08-31 16:50:30      184.147.7.175
2024-08-31 06:44:09      184.147.7.175
2024-08-31 06:24:59      184.147.7.175
2024-08-31 05:24:53      184.147.7.175
2024-08-31 02:01:51      184.147.7.175
2024-08-31 00:04:24      184.147.7.175
2024-08-30 22:15:44      184.147.7.175
2024-08-30 20:12:18      184.147.7.175
2024-08-30 19:48:09      184.147.7.175
2024-08-30 18:52:58      184.147.7.175
2024-08-30 18:16:53      184.147.7.175
2024-08-30 17:24:52      184.147.7.175
2024-08-30 17:13:14      184.147.7.175
2024-08-30 17:04:08      184.147.7.175
2024-08-30 16:49:20      184.147.7.175
2024-08-30 16:31:20      184.147.7.175
2024-08-30 16:11:13      184.147.7.175
2024-08-30 15:58:57      184.147.7.175
2024-08-30 15:50:30      184.147.7.175
2024-08-30 15:46:41      184.147.7.175
2024-08-30 14:28:06      184.147.7.175
2024-08-30 08:07:37      184.147.7.175
2024-08-30 06:53:28      184.147.7.175
2024-08-30 05:36:25      184.147.7.175
2024-08-30 03:25:45      184.147.7.175
2024-08-30 00:51:33      184.147.7.175
2024-08-29 21:15:22      184.147.7.175
2024-08-29 18:36:18      184.147.7.175
2024-08-29 17:50:16      184.147.7.175
2024-08-29 15:57:10      184.147.7.175
2024-08-29 07:21:34      184.147.7.175
2024-08-29 06:48:49      184.147.7.175
2024-08-29 05:45:36      184.147.7.175
2024-08-29 04:15:03      184.147.7.175
2024-08-29 01:18:43      184.147.7.175
2024-08-29 00:51:26      184.147.7.175
2024-08-28 23:37:56      184.147.7.175
2024-08-28 22:27:48      184.147.7.175
2024-08-28 20:52:08      184.147.7.175
2024-08-28 18:26:11      184.147.7.175
2024-08-28 17:33:42      184.147.7.175
```

```
2023-08-21 05:53:58     184.147.57.119
2023-08-21 05:01:34     184.147.57.119
2023-08-21 04:04:45     184.147.57.119
2023-08-21 03:23:04     184.147.57.119
2023-08-21 03:05:58     184.147.57.119
2023-08-21 01:25:22     184.147.57.119
2023-08-21 01:17:42     184.147.57.119
2023-08-20 22:46:03     184.147.57.119
2023-08-20 20:54:36     184.147.57.119
2023-08-20 19:36:34     184.147.57.119
2023-08-20 03:05:18     184.147.57.119
2023-08-20 00:42:39     184.147.57.119
2023-08-19 23:27:01     184.147.57.119
2023-08-19 17:38:09     184.147.57.119
2023-08-19 06:07:50     184.147.57.119
2023-08-19 05:10:43     184.147.57.119
2023-08-19 03:33:49     184.147.57.119
2023-08-19 01:36:53     184.147.57.119
2023-08-18 20:03:14     184.147.57.119
2023-08-18 16:25:29     184.147.57.119
2023-08-18 06:07:40     184.147.57.119
2023-08-18 04:50:26     184.147.57.119
2023-08-18 02:04:06     184.147.57.119
2023-08-17 22:40:13     184.147.57.119
2023-08-17 14:27:37     184.147.57.119
2023-08-17 14:03:49     184.147.57.119
2023-08-17 06:15:35     184.147.57.119
2023-08-17 05:28:17     184.147.57.119
2023-08-17 04:52:18     184.147.57.119
2023-08-17 04:03:15     184.147.57.119
2023-08-17 03:41:56     184.147.57.119
2023-08-17 03:40:58     184.147.57.119
2023-08-17 01:58:53     184.147.57.119
2023-08-17 01:49:39     184.147.57.119
2023-08-17 00:24:14     184.147.57.119
2023-08-16 23:10:54     184.147.57.119
2023-08-16 23:07:19     184.147.57.119
2023-08-16 19:18:03     184.147.57.119
2023-08-16 18:49:49     184.147.57.119
2023-08-16 18:04:36     184.147.57.119
2023-08-16 17:37:02     184.147.57.119
2023-08-16 17:27:22     184.147.57.119
2023-08-16 16:20:38     184.147.57.119
2023-08-16 16:15:03     184.147.57.119
2023-08-16 15:00:57     184.147.57.119
2023-08-16 05:03:56     184.147.57.119
2023-08-16 05:03:32     184.147.57.119
2023-08-16 02:45:17     184.147.57.119
2023-08-16 02:12:02     184.147.57.119
2023-08-16 02:11:59     184.147.57.119
2023-08-16 01:03:42     184.147.57.119
```