# EXHIBIT 17

```
User ID:                    902557900407468103
Username:                   beatbct#0
Email:                      bailabre527@gmail.com
Email verified:             Yes
Phone number:               +5531997382710
Registration IP:            Not found
Registration Time (UTC):    2021-10-26 14:02:52
Last Seen Time (UTC):       2024-07-30 11:04:44
Last Seen IP:               201.80.140.239


Session Start (UTC)    IP Address
2024-07-30 11:02:38    201.80.140.239
2024-07-30 04:50:21    201.80.140.239
2024-07-30 04:24:27    201.80.140.239
2024-07-30 04:22:09    201.80.140.239
2024-07-30 04:18:23    201.80.140.239
2024-07-30 04:17:45    201.80.140.239
2024-07-30 03:49:25    201.80.140.239
2024-07-30 03:14:22    201.80.140.239
2024-07-30 02:18:15    187.69.71.21
2024-07-30 01:40:51    187.69.70.197
2024-07-30 01:35:04    187.69.70.196
2024-07-30 00:45:41    201.80.140.239
2024-07-29 21:50:00    201.80.140.239
2024-07-29 20:45:27    201.80.140.239
2024-07-29 20:28:40    189.93.253.249
2024-07-29 20:16:29    189.93.253.208
2024-07-29 20:10:37    189.93.253.210
2024-07-29 20:06:37    189.93.237.245
2024-07-29 19:08:51    189.93.253.238
2024-07-29 19:03:37    189.93.253.238
2024-07-29 18:21:38    189.93.237.217
2024-07-29 18:17:08    189.93.237.217
2024-07-29 17:02:08    201.80.140.239
2024-07-29 16:57:35    201.80.140.239
2024-07-29 13:15:10    201.80.140.239
2024-07-29 10:56:52    201.80.140.239
2024-07-29 10:52:21    201.80.140.239
2024-07-29 06:05:40    201.80.140.239
2024-07-29 03:18:08    189.93.237.203
2024-07-29 03:15:17    189.93.237.203
2024-07-29 03:01:38    189.93.253.229
2024-07-29 02:50:48    189.93.253.239
2024-07-29 02:46:52    189.93.237.216
2024-07-29 02:16:49    189.93.237.205
2024-07-29 01:53:31    189.93.253.250
2024-07-29 00:59:45    189.93.237.246
2024-07-29 00:49:53    189.93.237.246
2024-07-29 00:49:37    189.93.237.242
```

# [TNS] Billing Info Lookup

User ID is 902557900407468103

## User Billing Information

| | User ID | Billing Name | Gateway | Card Brand | Card Last 4 | Card Expires Month | Card Expires Year | Billing Street | Billing City | Billing State | Billing Zipcode | Billing Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 902557900407468103 | CICERO A LOUREIRO | Stripe | mastercard | 7259 | 7 | 2030 | Joao Mauro, 63 | Belo Horizonte | Minas Gerais | 31530-610 | BR |
| 2 | 902557900407468103 | Cicero A Loureiro | Stripe | mastercard | 4617 | 9 | 2030 | João Mauro, 63 | Belo Horizonte | Minas Gerais | 31530610 | BR |
| 3 | 902557900407468103 | CICERO A LOUREIRO | Stripe | mastercard | 1113 | 6 | 2030 | Rua João Mauro 63 | Belo Horizonte | Minas Gerais | 31530610 | BR |
| 4 | 902557900407468103 | CICERO A LOUREIRO | Stripe | mastercard | 8246 | 5 | 2030 | Rua João Mauro 63Apto 701 | Belo Horizonte | Minas Gerais | 31530610 | BR |
| 5 | 902557900407468103 | temp | Stripe | mastercard | 2147 | 6 | 2030 | João Mauro 63 | Belo Horizonte | Minas Gerais | 31530610 | BR |