United States District Court
Western District of Washington

| | |
|---|---|
| Bungie, Inc<br><br>              Plaintiff<br>    VS<br>Joshua Fisher, et al.<br><br>              Defendant | **PROOF OF SERVICE**<br><br>File/Index No.: 2:23-cv-01143-MLP<br>Issued On:<br>Alt File/Index No.:<br>Calendar No.: |

**SERVICE UPON:** Jordan Miller (a/k/a Jesse Watson a/k/a "Jessewatson3944")

State/Commonwealth/Locale of: Pennsylvania, County/City of: Washington : ss

Rebecca Thut-John does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of Pennsylvania.

On 8/26/2025 at 12:14 PM at 48 Ridge Street, Brownsville, PA 15417, I effected service of process of the following documents: Summons and Complaint upon Jordan Miller (a/k/a Jesse Watson a/k/a "Jessewatson3944"), a/the defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with Jordan Miller (a/k/a Jesse Watson a/k/a "Jessewatson3944") personally.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: African American Age: 20 Height: 6' Glasses: x Weight: 200 Hair: Brown

The recipient acknowledged to me that he is the person to whom the Summons is directed.

Declared/Certified/Affirmed on
8/27/2025

Rebecca Thut-John -ID 1022
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R91144

Personal Service by Personal Delivery