# EXHIBIT 12

Outlook

**FW: NOTICE to Defendant "Admiral" - Service of Legal Process - Bungie, Inc. v. Fischer, et al.,**

| | |
|---|---|
| From | Dylan Schmeyer <dschmeyer@kusklaw.com> |
| Date | Fri 8/29/2025 6:20 PM |
| To | Kat Farley <kfarley@kusklaw.com> |

Dylan M. Schmeyer
**Kamerman, Uncyk, Soniker & Klein, P.C.**
719-930-5942

**From:** Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@kusklaw.com>
**Sent:** Friday, August 29, 2025 4:13 PM
**To:** Dylan Schmeyer
**Subject:** Undeliverable: NOTICE to Defendant "Admiral" - Service of Legal Process - Bungie, Inc. v. Fischer, et al.,

Your message to admirallul@protonmail.com couldn't be delivered.

admirallul wasn't found at protonmail.com.

| dschmeyer | Office 365 | admirallul |
|---|---|---|
| **Action Required** | | Recipient |

Unknown To address

## How to Fix It

The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.1 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

Was this helpful? Send feedback to Microsoft.

## More Info for Email Admins

*Status code: 550 5.1.1*

This error occurs because the sender sent a message to an email address outside of

Office 365, but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory synchronization make sure the recipient's email address is synced correctly in both Office 365 and in your on-premises directory.

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 550 5.1.1 in Office 365.

## Original Message Details

| | |
|---|---|
| Created Date: | 8/29/2025 10:13:07 PM |
| Sender Address: | dschmeyer@kusklaw.com |
| Recipient Address: | admirallul@protonmail.com |
| Subject: | NOTICE to Defendant "Admiral" - Service of Legal Process - Bungie, Inc. v. Fischer, et al., |

## Error Details

| | |
|---|---|
| Error: | 550 5.1.1 <admirallul@protonmail.com>: Recipient address rejected: Address does not exist |
| Message rejected by: | mailin037.protonmail.ch |

## Notification Details

| | |
|---|---|
| Sent by: | DM6PR17MB4101.namprd17.prod.outlook.com |

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH | RELAY TIME |
|---|---|---|---|---|---|
| 1 | 8/29/2025 10:13:08 PM | SJ0PR17MB4925.namprd17.prod.outlook.com | SJ0PR17MB4925.namprd17.prod.outlook.com | mapi | 1 sec |
| 2 | 8/29/2025 10:13:08 PM | SJ0PR17MB4925.namprd17.prod.outlook.com | DM6PR17MB4101.namprd17.prod.outlook.com | Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) | * |

## Original Message Headers

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;
 b=ikIR/HW8ghj/Af3rGN3bNwn4li8K4HS3UJvyRqRi1QKnJBdcoB1GJm1qfkh8TGCQv630Mk+Z6fl/FIvGVYtvxr21BSj5de5jszMCsE1LK3skucXqjJv4dK
 i6cZK06OFWBEkl60K1YY2jOwWCDCDTSfhAPQ9UbHaYlKldwet7PL+SKCf51JTkPmvyy2w0qON/MQEMWNq2hUIV2vj8HQTxxQfgGUCFSETDT8L8SmUCwMaVzw
 /YOeHsLBTC8r3nQTGNMs+DMcWsmeNBySWX7s04TN1oWPBEWRjO6KSvN+40v03zPwlDg+mGEh7EYOXhatcPCgTGGKPHEvq3UrthR9lklw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-MessageData-1;
 bh=y2GpSy2vHAzvynfUoZ2EM5EGstdLYQcbzHnaoDPl+bQ=;
 b=EAvrZ/rcaqUVmaiBpa2Hz5ssGeXi1kpZhDhglzW0XYpBgOAOLSR3NvlpR8ppY+BRx2rKNhOCQQPsG8ZsUIcfPHcoRqTLbOVei5YWwJcW+bPy3LThNfImvA
 6y+cBKlS2+zsQLzIvBemIzbC2K8OgWy8kFBVi+wQiNosZqi+5KTrP/AdPx4CFibBE8KGvVYNo5XeMXD6jd+XEC57aNNX4xrms2cdDJB4JAaDSRMl1p2nDWVC
 zsY0rtQXkOqX/cbTNlG5EGNBp3SksWVRrydVcJQxIuYdjdrjBjby/wYzRyU3BX/5QcuxghW77jsGGbu1Bd/ZDeq7lhsv1cpZ4RTCmkBQ==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=kusklaw.com; dmarc=pass action=none header.from=kusklaw.com;
```

```
   dkim=pass header.d=kusklaw.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=kusklaw.com;
 s=selector1;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=y2GpSy2vHAzvynfUoZ2EM5EGstdLYQcbzHnaoDPl+bQ=;
 b=lLQzUPDOKcSnRRfQjVpC9FdkVddfOTlQcJKcpapgTvQzu2NeG8BwNkLd9pkN82br1VCr+LddzbyDyNd25UobGqIpPh+Duap6/GZWNnneDqxT/r7wjE70N+
 pFSq8bij+ai2+tdMSq5rhxzd2t4NSFJDZthA4Pym1Npxb1o5onAh8=
Received: from SJ0PR17MB4925.namprd17.prod.outlook.com (2603:10b6:a03:3b9::16)
 by DM6PR17MB4101.namprd17.prod.outlook.com (2603:10b6:5:2bc::10) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9052.25; Fri, 29 Aug
 2025 22:13:08 +0000
Received: from SJ0PR17MB4925.namprd17.prod.outlook.com
 ([fe80::8b86:f1c5:c213:c505]) by SJ0PR17MB4925.namprd17.prod.outlook.com
 ([fe80::8b86:f1c5:c213:c505%7]) with mapi id 15.20.9052.019; Fri, 29 Aug 2025
 22:13:08 +0000
From: Dylan Schmeyer <dschmeyer@kusklaw.com>
To: "admirallul@protonmail.com" <admirallul@protonmail.com>
CC: litigation staff <litigation-staff@kusklaw.com>, Lay Stacia
        <stacia@focallaw.com>
Subject: NOTICE to Defendant "Admiral" - Service of Legal Process - Bungie,
 Inc. v. Fischer, et al.,
Thread-Topic: NOTICE to Defendant "Admiral" - Service of Legal Process -
 Bungie, Inc. v. Fischer, et al.,
Thread-Index: AdwXkIgExecBIV26T8ieO0fQpa8MAQ==
Date: Fri, 29 Aug 2025 22:13:07 +0000
Message-ID: <SJ0PR17MB49257B9EDFB6F89E38A6C2F0B33AA@SJ0PR17MB4925.namprd17.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
authentication-results: dkim=none (message not signed)
 header.d=none;dmarc=none action=none header.from=kusklaw.com;
x-ms-publictraffictype: Email
x-ms-traffictypediagnostic: SJ0PR17MB4925:EE_|DM6PR17MB4101:EE_
x-ms-office365-filtering-correlation-id: 42a0f578-ce30-43ab-a13a-08dde7493bd8
x-ms-exchange-senderadcheck: 1
x-ms-exchange-antispam-relay: 0
x-microsoft-antispam:
BCL:0;ARA:13230040|376014|366016|10070799003|1800799024|4053099003|8096899003|13003099007|38070700018;
x-microsoft-antispam-message-info: =?us-ascii?Q?m6a6ob0LbWAwlKc8Zd3rdmSZQb8hszis8cK9eoTGfW19J4QkSq2mSQXoHpwk?=
 =?us-ascii?Q?JqDdLIqQ7Ib47l4FVS5U49lQ0cObZB+EDV4f9nO+Fw4T7FLrKu4/rGFqxlWs?=
 =?us-ascii?Q?iy9tDqXH3lAB3Lav1c5M+WdLlctgyki3ylhO9mY1xBYk2keTiR8g1Xyf/qua?=
 =?us-ascii?Q?X5MHSzFC11NdJzRAEbvrbgpjhwtKVQJjs8id1S9xMSsjoLZPp+fMDXEBvzqE?=
 =?us-ascii?Q?BoaMZ9gFBKJ49m3q4LihajL7wdg+NpsDPHPou95yjGCOITqC0VKByXaCg5Lq?=
 =?us-ascii?Q?9pSvUwgWh+vVPcJJne2ERxxslBZVUV1Y/gPbndpnnTnjaN6zGp/1/5AafOpv?=
 =?us-ascii?Q?xlSj32DLDXZD0J+XLCz7ogki0yD4gILAyAT7ewq+eaf4r8DmONFP9plbhnRj?=
 =?us-ascii?Q?L9cFEUWIr2w671elDyLRirrdcFuIZHkFC9vfTTUAB1HcbpgkMgF6PH87KNPE?=
 =?us-ascii?Q?HpxxpjuAbVTPFiGraSSHedMutAQAAKY1rPv9ECQiLIci3nUHQGwGCi//g4TF?=
 =?us-ascii?Q?2JPBdp87HekArDHVXktApXUJv4ZIcn+b630VoVoGamezYz9PGWaB1wf54wha?=
 =?us-ascii?Q?OkKdwHXtULhvXJ3ltu6K1EcfTYs87f9s04wUSPtDil4quvi7gjxeCk3hrv1b?=
 =?us-ascii?Q?bn2VWiEy/NZA3wKiaSdWCzrsrD5zdc8EoSUx6jTLu3ycQ+pAKHiFzkSMZh//?=
 =?us-ascii?Q?fXBIfefrrQsry23v4oAqxHbKIe4UCkfxIpHZttlEmRQa0eKVB/3XW3cAAmqg?=
 =?us-ascii?Q?amVRHS4PUnBnhtvgaTciZXtD1GPf5kr3YhZlbBJh3tno362JdSIA/aibnGKS?=
 =?us-ascii?Q?tEeaOYylvwpzBaPT/NdzI8i5eKwULzKt2luKeC2Nxh8ZTzcFiC4+Dni/Q0vJ?=
 =?us-ascii?Q?75FM9Wk4SyleDTBEfO9c7SqRPzVqyEo7POYxttH8s4sJ8qPnD46CemCvDpBn?=
 =?us-ascii?Q?TdOgUnGKI4Br3eJI5NSaB4AZ4VocQku5SqNJkftuJ0BmseXSVSHeg3XjFclI?=
 =?us-ascii?Q?tI1V2tLyeMvJbkk4ROD23Qm3BLvqlWv/gDfhuRvg1w5+tzvLgnp26waQjBH1?=
 =?us-ascii?Q?Dh9uHrDc57Vc6KuqjTU/Hpv6Yqu+cxLAXzUEaenhlr2c8pndQExUcIT/d7Wd?=
 =?us-ascii?Q?HOAWDB6+qEdX4yvirtGGnvQAr2tEWbwq8xA0Uxjz9BZ7Ov6F0pCebHsj70tl?=
 =?us-ascii?Q?9olqMTt5NgrfUIkSxGA6nrVZgJh0SeKpo2tWFjf2MVTpgaF8Ej8kIPAwIkWQ?=
 =?us-ascii?Q?zdFAohN03+ccsvADDmKEMJWKqr+yM6+LdXpIyChNVeI+9zvhioo32VzFNmpS?=
 =?us-ascii?Q?tjSpkbVHi501jmXvmbteYlwhVNZUzT3XJWIUe3pXbE5gz/2CUNKpYgxfQojU?=
 =?us-ascii?Q?DGAqt5o=3D?=
x-forefront-antispam-report:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:SJ0PR17MB4925.namprd17.prod.outlook.com;PTR:;CAT:NONE;SF
S:(13230040)(376014)(366016)(10070799003)(1800799024)(4053099003)(8096899003)(13003099007)
(38070700018);DIR:OUT;SFP:1102;
```

```
x-ms-exchange-antispam-messagedata-chunkcount: 1
x-ms-exchange-antispam-messagedata-0: =?us-ascii?Q?bAQj2FCzC1N5XBNI6t6meve2vWYZ3ZMMXD7VMx4PYrjdQjfy9nGxSD/xELDM?=
 =?us-ascii?Q?mgCc4pNuba3ZdsB7F6GymdnMPDLLNVgOnq53qlfo08UohTk6g0uA4iSQqJwS?=
 =?us-ascii?Q?AGbYz7RM7u9AyQ3sK5uLwVefaCj4TOA6A/Siy9hakuq5gCZBAqTWKuqTA6z2?=
 =?us-ascii?Q?BrfHiHPJdb7OPcGWI/6Qy370uXtT54hxwURHZlabPDGRb6c19n2uSPP4xBG1?=
 =?us-ascii?Q?2Lve++FG/4PitZr98BVyqgwdRzjbEqZMqSQTdXfD3upyp/sOSDqSIaJO2Gtz?=
 =?us-ascii?Q?6BeMXhvQf6Kwl78L2rOxRYwFlCzI8lBhU/ZI1b7STsj8DnYwnRz7r7kultvc?=
 =?us-ascii?Q?eE3ljr/dQMHSuruVxN3SXZq/h26nHC2tJVnLZI1zMsuCNVREgoP9PNZOfJ50?=
 =?us-ascii?Q?o3zDQgNz5bOZskVA0/PSx4Gr5+BZjt41c2uSouqMqtjaOAhdZxYUVEqp64ka?=
 =?us-ascii?Q?NbeCznr9VUTor0Gq5xiOTHHZe9kBeB7zLZCcLhcjPMjWco+ITdgeXFwuphwu?=
 =?us-ascii?Q?k/9ZBqqQ/Tj/4hX2de50bsfDS9xE4rnKeoZwm8zUDi4TehO5ysABdwuLuJ+5?=
 =?us-ascii?Q?z96h1NuP2JtskoJLv9T/fe6R1esZI1I0uFTQDQHhbxfCxPpRlh75ZKOY++i2?=
 =?us-ascii?Q?OYN8oGhk03VmRQnYY966v9DGw0SJpWn16ZUgbZTMoXeD1E8AQZ1BJSuJMpaV?=
 =?us-ascii?Q?lATcQLOzctaAgTuylX9pcwN73956B6Qq7JKL35z//mlLf78uFCceICQ+488t?=
 =?us-ascii?Q?YunwCSAvKjL3Qa9UqYtTRLTXIUL4RmgOmnuUd0JNcajDXhWteTG9GhQDkJ8P?=
 =?us-ascii?Q?CE+aPDfI98Rpm7N958+qTFhlrfZAQo5JVHegOFcm+y6yIlPsZRvPBSAvPk1N?=
 =?us-ascii?Q?+dy2S2g0J42ayQ8As1XGA94RtAy4h91KFc2MmbALBwdte9Wu9RGRY2fOJLXJ?=
 =?us-ascii?Q?Yg9mEfDQKVNBSgqxaDo20oy6plKk3db3aBd6Jcd/1fHRzsNbAzN9JjsNfFD4?=
 =?us-ascii?Q?ilGxQfdH0K4r6uWRjX78lRMWGx2OA8grbh2OnSQ8N0Rx8YZtp0mchRexlj5S?=
 =?us-ascii?Q?ZgHNRTmaAO0xcZoZXcWPFkBXYAR8/HLztp3nL7x+aHClpOZDJPib3Jgz8zQe?=
 =?us-ascii?Q?v+s5TgMI2QH+rdICIp4eAoKmKht6rupnjgsVyx4KP9oQuKY2+r27dL9/w3R8?=
 =?us-ascii?Q?zq3b9AF7OVRAdKLmdA0ReR8XHCyrdR76XlHNtWzQ4iqY6FvtflMdSduuzy/g?=
 =?us-ascii?Q?YUN41EC0YOMjb9vT/d5tW6jhhABWjutQc7f6e9mF5R3GRI81CHs3kz0nOmNy?=
 =?us-ascii?Q?yuDb8Pm8CA2T66YgyLnU9+17MFLvPpNc5lewgfNwEIX0ARSr2mgfsSbvyYnM?=
 =?us-ascii?Q?bWrS1Gt2cv3iCcqQ1nmhAsx536OIcDAwK0pShf5KZkGRK2i2rCQ1Y4iwIUP0?=
 =?us-ascii?Q?Fb+c0rdwIrIX0SOhmlI6lEOdTuCgZCNW4mGH5coBRWr6Fwu8Zw48JpQZbM5u?=
 =?us-ascii?Q?3FygACuuxUelRzQSC+a8pWMf7T7fFCUR3F0LokIZUGirzgghrtX+HznC9cY9?=
 =?us-ascii?Q?0mlniEUrrdFAgk/Jc3ufdmzrrVUyn64gbqIdM4SuzQKEtcIhdEt1OTE+cYlH?=
 =?us-ascii?Q?qLAtx2HmIFlNe1WD1bLPkmFrrTKBYAv1Atwn2WnRQHT2?=
Content-Type: multipart/mixed;
 boundary="_006_SJ0PR17MB49257B9EDFB6F89E38A6C2F0B33AASJ0PR17MB4925namp_"
MIME-Version: 1.0
X-OriginatorOrg: kusklaw.com
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: SJ0PR17MB4925.namprd17.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: 42a0f578-ce30-43ab-a13a-08dde7493bd8
X-MS-Exchange-CrossTenant-originalarrivaltime: 29 Aug 2025 22:13:07.8879
 (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: 6ddbf8a3-2b9c-43d6-8dd9-f45553ae037e
X-MS-Exchange-CrossTenant-mailboxtype: HOSTED
X-MS-Exchange-CrossTenant-userprincipalname:
vl4OXHYqtSdpe94QEutuInGDCOnrvpGSFcoVwYYotqdXD/0HrxjTsjeROILOVBAiXh8iPy24Ovle2wp8ItSW9Q==
X-MS-Exchange-Transport-CrossTenantHeadersStamped: DM6PR17MB4101
```