# EXHIBIT 13

 Outlook

FW: NOTICE to Defendant Maksimka Nitikin - Service of Legal Process - Bungie, Inc. v. Fischer, et al.,

| | |
|---|---|
| From | Dylan Schmeyer <dschmeyer@kusklaw.com> |
| Date | Fri 8/29/2025 6:20 PM |
| To | Kat Farley <kfarley@kusklaw.com> |

Dylan M. Schmeyer
**Kamerman, Uncyk, Soniker & Klein, P.C.**
719-930-5942

**From:** Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@kusklaw.com>
**Sent:** Friday, August 29, 2025 4:13 PM
**To:** Dylan Schmeyer
**Subject:** Undeliverable: NOTICE to Defendant Maksimka Nitikin - Service of Legal Process - Bungie, Inc. v. Fischer, et al.,

Your message to maksimka.nikitin.07@inbox.ru couldn't be delivered.

## maksimka.nikitin.07 wasn't found at inbox.ru, or the mailbox is unavailable.

| dschmeyer | Office 365 | maksimka.nikitin.07 |
|---|---|---|
| Action Required | | Recipient |

Unknown To address

## How to Fix It

The email address might be misspelled or it might not exist. Try one or more of the following:

- **Retype the recipient's address, then resend the message -** If you're using Outlook, open this non-delivery report message and click **Send Again** from the menu or ribbon. In Outlook on the web, select this message, and then click the "**To send this message again, click here.**" link located just above the message preview window. In the To or Cc line, delete and then retype the entire recipient's address (ignore any address suggestions). After typing the complete address, click **Send** to resend the message. If you're using an email program other than Outlook or Outlook on the web, follow its standard way for resending a message. Just be sure to delete and retype the recipient's entire address before resending it.
- **Remove the recipient from the recipient Auto-Complete List, then resend the message -** If you're using Outlook or Outlook on the web, follow the steps in the "Remove the recipient from the recipient Auto-Complete List" section of this article. Then resend the message. Be sure to delete and retype the recipient's entire address before clicking **Send**.
- **Contact the recipient by some other means,** (by phone, for example) to confirm you're using the right address. Ask them if they've set up an email forwarding rule that could be forwarding your message to an incorrect address.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

Was this helpful? *Send feedback to Microsoft*.

## More Info for Email Admins
*Status code: 550 5.1.351*

When Office 365 tried to send the message, the external email server returned an error stating that the recipient is unknown or the mailbox is unavailable. This error was reported by an email server outside Office 365.

**If you or the sender can't fix the problem, contact the responsible party's email admin -** Give them the error code and error message from this non-delivery report (NDR) to help them troubleshoot the issue. To determine who the responsible party might be, check the error for information about where the problem is happening. For example, look for a domain name like contoso.com. A domain name in the error might suggest who is responsible for the error. It could be the recipient's email server, or it could be a third-party service that your organization or the recipient's organization is using to process or filter email messages.

Although the sender might be able to fix the issue by correcting the recipient address, it's likely that only the recipient's email admin can fix the problem. Unfortunately, it's unlikely Office 365 Support will be able to help with these kinds of externally reported errors.

## Original Message Details

| | |
|---|---|
| Created Date: | 8/29/2025 10:13:02 PM |
| Sender Address: | dschmeyer@kusklaw.com |
| Recipient Address: | maksimka.nikitin.07@inbox.ru |
| Subject: | NOTICE to Defendant Maksimka Nitikin - Service of Legal Process - Bungie, Inc. v. Fischer, et al., |

## Error Details

| | |
|---|---|
| Error: | 550 5.1.351 Remote server returned unknown recipient or mailbox unavailable -> 550 Message was not accepted -- invalid mailbox. Local mailbox maksimka.nikitin.07@inbox.ru is unavailable: account is disabled |
| Message rejected by: | mxs.mail.ru |

## Notification Details

| | |
|---|---|
| Sent by: | DM6PR17MB4101.namprd17.prod.outlook.com |

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH | RELAY TIME |
|---|---|---|---|---|---|
| 1 | 8/29/2025 10:13:02 PM | SJ0PR17MB4925.namprd17.prod.outlook.com | SJ0PR17MB4925.namprd17.prod.outlook.com | mapi | * |
| 2 | 8/29/2025 10:13:02 PM | SJ0PR17MB4925.namprd17.prod.outlook.com | DM6PR17MB4101.namprd17.prod.outlook.com | Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) | * |

## Original Message Headers

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;
 b=tV+ueUyT9zgYoxZh4R68MmUjJKuBtu4ZQo6lrKhBQVvI+W8J6wAzBcJiQpcb2Fvzhy9Sy7VVlXJj/WoNeZ17lyl7g82iJBIRa9ejqXkVhpImdnSG7W8lPj
 Iw02lTh18jaPGo47GBAtdKPxY+lh2y/PCTf3ICBlhNySBExr21tSb0m0WvxyKLG2olcZoQHgGqRjo+SRG91FnJdCg8vjA9UX840gViI/HDp108poyyNTfSn0
 oiJo6SG206XprqVMTZHat1OuBHSWjJFVHmXk+JnCdw26e1Q/c3btvnrfK3uHqCJczlRQnjyQc8TQyrd83dnlDCy/C4UcSIFVP5mOfcbA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-ChunkCount:X-MS-Exchange-
AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-MessageData-1;
 bh=gGexe7h27CcCcr8Al47OKdqQ03hYbfYho7lPwcQ7Qpc=;
 b=SPxnRbXx+H1cT8OsaCiO0EYrfIDujNSiF4cyQ3p3k8KNKVBX1uBsh13onmlpN990V+aO1jTmnhTx1LtHuMBBEva2qui4lzwDVuPZivGaEps54PdhZ3gnZZ
 qMUSgcwxn5BaEfT5jnlMIIpVwb6P6hxjJ6u1C5QkxiTlAQqUEOWKsjyT7da9DffyNJf7O+/9Pgdw2aGkLCf287ItWYyOF1dwUsTujd2FsDwAZXd+OJCysLNE
 kQhh0DqaIiKSEf03GJHXrIlBWxfEKJw+Wng4E2VHevWxt1XizKSgqSalrxgSZbe306nZ7LtLdlp3zd9gr9OzfwwkYTM8cMN3pm9/fu0Q==
```

```
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=kusklaw.com; dmarc=pass action=none header.from=kusklaw.com;
 dkim=pass header.d=kusklaw.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=kusklaw.com;
 s=selector1;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=gGexe7h27CcCcr8Al47OKdqQ03hYbfYho7lPwcQ7Qpc=;
 b=roHg9JoLNTOE8SPguP4Ij9Mp9zW+nJXXFJgd8bX+J4wlgNSgxHbKrzKZ+bNIn3drBqRptJT/knp6FXJG2nrP2AqfIPPN5KLoGBZfWLLKrZsUCRKP7xhYVO
 aZEuf6USTVcgxtxs5KFJGTz7/ewu7U4oMbJGw7+VL1QEK+rxO8VUU=
Received: from SJ0PR17MB4925.namprd17.prod.outlook.com (2603:10b6:a03:3b9::16)
 by DM6PR17MB4101.namprd17.prod.outlook.com (2603:10b6:5:2bc::10) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9052.25; Fri, 29 Aug
 2025 22:13:02 +0000
Received: from SJ0PR17MB4925.namprd17.prod.outlook.com
 ([fe80::8b86:f1c5:c213:c505]) by SJ0PR17MB4925.namprd17.prod.outlook.com
 ([fe80::8b86:f1c5:c213:c505%7]) with mapi id 15.20.9052.019; Fri, 29 Aug 2025
 22:13:02 +0000
From: Dylan Schmeyer <dschmeyer@kusklaw.com>
To: "maksimka.nikitin.07@list.ru" <maksimka.nikitin.07@list.ru>,
        "maksnikitin1999@mail.ru" <maksnikitin1999@mail.ru>,
        "maksimka.nikitin.07@inbox.ru" <maksimka.nikitin.07@inbox.ru>
CC: Lay Stacia <stacia@focallaw.com>, litigation staff
        <litigation-staff@kusklaw.com>
Subject: NOTICE to Defendant Maksimka Nitikin - Service of Legal Process -
 Bungie, Inc. v. Fischer, et al.,
Thread-Topic: NOTICE to Defendant Maksimka Nitikin - Service of Legal Process
 - Bungie, Inc. v. Fischer, et al.,
Thread-Index: AdwXjvQwD7s4D234SWuAlGB6b2zUSQ==
Date: Fri, 29 Aug 2025 22:13:02 +0000
Message-ID: <SJ0PR17MB492527908BD919EA5461A50FB33AA@SJ0PR17MB4925.namprd17.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
authentication-results: dkim=none (message not signed)
 header.d=none;dmarc=none action=none header.from=kusklaw.com;
x-ms-publictraffictype: Email
x-ms-traffictypediagnostic: SJ0PR17MB4925:EE_|DM6PR17MB4101:EE_
x-ms-office365-filtering-correlation-id: 8da73dd6-c913-4015-c208-08dde7493887
x-ms-exchange-senderadcheck: 1
x-ms-exchange-antispam-relay: 0
x-microsoft-antispam:
BCL:0;ARA:13230040|376014|366016|10070799003|1800799024|4053099003|8096899003|13003099007|38070700018;
x-microsoft-antispam-message-info: =?us-ascii?Q?VpcW3oFyqGbkOz3x1PWlsk5j80in7QvKgWKTEwxM4YBRtIjiYWSBYmVxa2c9?=
 =?us-ascii?Q?Ms83iC0uqq12wa/81clgpy1ei4JjYoIEnUeRyalUPhEi99UUFhYRjNx49Nc/?=
 =?us-ascii?Q?VnthjzrcnHRZphP5pZdRtZG3cBl8BdMQ13ZrKNgxbTimEm7whkwUqHqoR/RL?=
 =?us-ascii?Q?nUB0lLW2DlMo8pRrvVr8bb+9WXP4WKNQE5+ZN2e/UWjClf11JCL+R/TKxqws?=
 =?us-ascii?Q?Idpw8A4JuFoX1rcYNjDHvZJNPW8PpRZ7F16n/peXkdpwN+v6hpSD3nQK8xPO?=
 =?us-ascii?Q?EPrd9WbjTF8nKOyEDDGWGZbq9azeoebPiqRUWx4Zf5rCN2p/RZPdy84qE7Lw?=
 =?us-ascii?Q?o8xcoHyTlaLvTRBWrMVvaYWbOSINxJW4e6M1ub+mzn2bmi8YUTfWDifm1MPk?=
 =?us-ascii?Q?NFhREtHxPoSXOWyw8RYI2NXjQdPtScjGIEV8D2mxQTu57VFs5vXJImkTGV1o?=
 =?us-ascii?Q?MnW+FHm1tmlumiV9Qe0GAl9n8Zznn5B4zyCUBMx+IHaXLIbGTyZKtuuBMTzK?=
 =?us-ascii?Q?5f2aIPphnLFCIqPLK1wmDEKgT89OgZX3RMXFBdaXWEBGt1vosVLQFOVpDJd9?=
 =?us-ascii?Q?3nwSSd3BNDim9+FZPZbHkW7fH4i2pQBCXhCxqat8bexrUA5pmlzVOhVX4eig?=
 =?us-ascii?Q?FB2kFTtfxMQz+7+FRyZijnPJyFTTrKImBUD45ivlf+icbQNsZH6uNPdr0JRs?=
 =?us-ascii?Q?CxEUL8f+8EGGyybifnYyW9z2NNaYHkYQZW9sbizWbqnuSs4nDuw68GgxL4kx?=
 =?us-ascii?Q?I2MQdKu4/1si0uZM+1nduYL7/83B+7WK5M+T21zf4LZ89ma/QI6ZCTquyPqu?=
 =?us-ascii?Q?UOakbCRjOiRczIkC8vh9yaDnSteeHfZZkwqk5SfdDqA/6ZBjggRZw4iajXpJ?=
 =?us-ascii?Q?0MmXipIRCAvoYP1tMdTHLs3ttmDAOwl8WmATiIuChZ+pabtRNwaiTRogMN68?=
 =?us-ascii?Q?5YRuNAjUt1UTbwoXhMyPncqJfZ8nBDTxIkfFrsExK9wASrSM5Cse1FQonHN7?=
 =?us-ascii?Q?HsXCWccabdSNPpMCPxrw8LpWRs9g72Y2KFKmk+dt3pIdTu6oum4ULKDxBVPO?=
 =?us-ascii?Q?RQfvJFfQbUWtk1PCfBGiCxVDKwIuq8c3Ftf0PoAVyQkOtXBVIkqlOfgOetlI?=
 =?us-ascii?Q?gageOHD7VRHKtgmLRg1ehpkIab2bcH/W6KLkcCEcUgrWE6iSYv0fyRs2MExF?=
 =?us-ascii?Q?+MLe3PlLBRcuwgzf8RAcAGiqLvXL4QKCkvaBhgIEfsEmqwmavV5wo7SUFQRx?=
 =?us-ascii?Q?iIz9e37X93e9NdtMpnR+Iw7CDbFCQhF99aR9Ykx0/QXmf8VjQwIeGMYvTA1C?=
 =?us-ascii?Q?7JtAMR/mqfxdvr7dZHIC+eRw73Lq+YwAtKmGJbifgyCsIRd6SCyZm8gxYg0M?=
```

 =?us-ascii?Q?0hqART0=3D?=
x-forefront-antispam-report:
 CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:SJ0PR17MB4925.namprd17.prod.outlook.com;PTR:;CAT:NONE;SF
 S:(13230040)(376014)(366016)(10070799003)(1800799024)(4053099003)(8096899003)(13003099007)
 (38070700018);DIR:OUT;SFP:1102;
x-ms-exchange-antispam-messagedata-chunkcount: 1
x-ms-exchange-antispam-messagedata-0: =?us-ascii?Q?1tWpnCUDgDxMWcV11jS94r7YrLG0cTTcJPRix7rYU2P1qUiXTBaNBFCIHfn3?=
 =?us-ascii?Q?xD/k5UR7bs3Dc1B3UoSUs8/ENDrFBgRtpZ2d9BIE+ezWkt0bA1wzApvYEXkn?=
 =?us-ascii?Q?EoQqzOBSsg997QRZhj10T7O4m1+wuSF8h3Hx1gfIa3DJ3Ot9cjOps28/ryfr?=
 =?us-ascii?Q?LrYCxUVb+iUF/5wSV+8l6NUwZiDcFGaZjtGiOfbpL7nEMzU6GOkgJssBL7y8?=
 =?us-ascii?Q?fiz565KUNNrfR7WfbxbR+ED4g/M1sjXZl0OehvvnAQOcTCD595rVaKXmKDMz?=
 =?us-ascii?Q?O4dSJ/UU6nDcjPCKRCn4GnJUV1iX+WFtpiFJp9YKEQasOsk833nKPuhShQk5?=
 =?us-ascii?Q?4LjfHF1vI1p7pzbHO/OoBGZo9dBzuHSLkbEEwsN4Z6Dlv5q2a0kt+C4MI37r?=
 =?us-ascii?Q?aAHii/LbDmPkjxMiKYHrqAxmKR3dicrUv/uyVG+P2ZKlNlOzOAMS+QqPquO9?=
 =?us-ascii?Q?pfHwJ8H5uqY9ACaKAWO2sZjxHNuPNqU2cIvNNdpIcWUmACJqodpxwUSRyI4l?=
 =?us-ascii?Q?S4ErpF6ohpz2xMuNeeftsafwrhWUHyanjoRcAxvpGEdE8SVydRbKxxLR9/r7?=
 =?us-ascii?Q?fWmVKhGImRPL+mwON3JlQNf0r7IQuXT2IRckGQ7eEfeNVu6JtR8Y8K10uPI9?=
 =?us-ascii?Q?cSjhujXp0AsCiuG+Ckg/ikcAFAwZKPthmKaRgGbW/RsrWkhvFtg9O57wwdNh?=
 =?us-ascii?Q?ri0WeDbjobmMbCoe85AW/oNOz74wtLadG+x88BCmV3yyrzh9emCOydVDLOIU?=
 =?us-ascii?Q?avqlpioWoSlTB1JhFzyqrwmd8ITMV9HLii35SJsJxK9pwbRBF31hsQpiGYNy?=
 =?us-ascii?Q?E2lmKejMCGJKTLEd1pwaG5UnTtS/FBk2KBn02AGwLMkjTsdzdcjWZJ5Fw6jS?=
 =?us-ascii?Q?aXBK93onLbGSgTD/Xrsnq7z/PR7eELxkvYwHy1/A4Dh+BH49cO/MYE2PLsXO?=
 =?us-ascii?Q?WTnhK8ea8ZdoPwfSSf9QsUh+OPNz2gcbqm9fZ4OiFh4wwf44Y763h9w9j3LY?=
 =?us-ascii?Q?cxVbqJjDaz4OgGyyiij+Zhqzx+n69t3VRF0enO0tjfTrWJxCt4qRrGl3Z65e?=
 =?us-ascii?Q?9OCUf6BNbV2qcfINNX1lEN/2IOTZqPYQUIlJltt/B8JtaXPdovtBzbLGp4Hu?=
 =?us-ascii?Q?bpBwWRz377Q7nopwBXc8hxqi4H56q16PEm+HXxBDpuX+BlnipltqclbzLWH+?=
 =?us-ascii?Q?Gw6+72zH5/WLEggwbhRe8zHaxCgC6rpxvJhhNOS7Cq5zClmkfIzsEPDFFbVy?=
 =?us-ascii?Q?iH+hDhEJD+H0I3HLtMXjrfoI9xgJQi09rBwEwVOHts73cuNNvmt31WCIFP96?=
 =?us-ascii?Q?N3nftLFsulifHrr6VOwDc84D5enC4LUU18/rrmC4zEcjz3pwyFwvSDGTc2UQ?=
 =?us-ascii?Q?d70mpIzncck6IODCgtyW4bCGC7BEA/O07Z+4g6N0Kcsxb/txeSmB4U444cdY?=
 =?us-ascii?Q?BrGpwR7oIXgpXbt4crvEPNu23TVWtM9lPOvdUgxkP0ZeexFBbThmqsZ1rK/L?=
 =?us-ascii?Q?vWu/6W+bOcdaeO16aSVcV+RnHnae+hHiHXEvtbc0MWvWPa3uxJtn1G8QM0zX?=
 =?us-ascii?Q?ruvm1LgpWzevXUQI+19lGGU57QimMgaXP5qO8un8+JuMYkAK2WW3U223qZkS?=
 =?us-ascii?Q?F2PpdxuTWgrd8yIpwgQfrDNZNI2pKiCbxx/yP72GVZdb?=
Content-Type: multipart/mixed;
 boundary="_006_SJ0PR17MB492527908BD919EA5461A50FB33AASJ0PR17MB4925namp_"
MIME-Version: 1.0
X-OriginatorOrg: kusklaw.com
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: SJ0PR17MB4925.namprd17.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: 8da73dd6-c913-4015-c208-08dde7493887
X-MS-Exchange-CrossTenant-originalarrivaltime: 29 Aug 2025 22:13:02.3370
 (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: 6ddbf8a3-2b9c-43d6-8dd9-f45553ae037e
X-MS-Exchange-CrossTenant-mailboxtype: HOSTED
X-MS-Exchange-CrossTenant-userprincipalname:
 xzh5ln8URDzxQCyad2gvWP2oxuf9429jqCj20N0jCxLR+71iE+RhVvBkm7hlsreuJPAmb4vrrGZIy16msbvOyA==
X-MS-Exchange-Transport-CrossTenantHeadersStamped: DM6PR17MB4101

Outlook

**FW: NOTICE to Defendant Maksimka Nitikin - Service of Legal Process - Bungie, Inc. v. Fischer, et al.,**

| | |
|---|---|
| From | Dylan Schmeyer <dschmeyer@kusklaw.com> |
| Date | Fri 8/29/2025 6:20 PM |
| To | Kat Farley <kfarley@kusklaw.com> |

Dylan M. Schmeyer
**Kamerman, Uncyk, Soniker & Klein, P.C.**
719-930-5942

**From:** Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@kusklaw.com>
**Sent:** Friday, August 29, 2025 4:13 PM
**To:** Dylan Schmeyer
**Subject:** Undeliverable: NOTICE to Defendant Maksimka Nitikin - Service of Legal Process - Bungie, Inc. v. Fischer, et al.,

Your message to maksnikitin1999@mail.ru couldn't be delivered.

maksnikitin1999 wasn't found at mail.ru, or the mailbox is unavailable.

| dschmeyer | Office 365 | maksnikitin1999 |
|---|---|---|
| Action Required | | Recipient |

Unknown To address

## How to Fix It

The email address might be misspelled or it might not exist. Try one or more of the following:

- **Retype the recipient's address, then resend the message -** If you're using Outlook, open this non-delivery report message and click **Send Again** from the menu or ribbon. In Outlook on the web, select this message, and then click the "**To send this message again, click here.**" link located just above the message preview window. In the To or Cc line, delete and then retype the entire recipient's address (ignore any address suggestions). After typing the complete address, click **Send** to resend the message. If you're using an email program other than Outlook or Outlook on the web, follow its standard way for resending a message. Just be sure to delete and retype the recipient's entire address before resending it.
- **Remove the recipient from the recipient Auto-Complete List, then resend the message -** If you're using Outlook or Outlook on the web, follow the steps in the "Remove the recipient from the recipient Auto-Complete List" section of this article. Then resend the message. Be sure to delete and retype the recipient's entire address before clicking **Send**.
- **Contact the recipient by some other means,** (by phone, for example) to confirm you're using the right address. Ask them if they've set up an email forwarding rule that could be forwarding your message to an incorrect address.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

Was this helpful? *Send feedback to Microsoft*.

## More Info for Email Admins
*Status code: 550 5.1.351*

When Office 365 tried to send the message, the external email server returned an error stating that the recipient is unknown or the mailbox is unavailable. This error was reported by an email server outside Office 365.

**If you or the sender can't fix the problem, contact the responsible party's email admin -** Give them the error code and error message from this non-delivery report (NDR) to help them troubleshoot the issue. To determine who the responsible party might be, check the error for information about where the problem is happening. For example, look for a domain name like contoso.com. A domain name in the error might suggest who is responsible for the error. It could be the recipient's email server, or it could be a third-party service that your organization or the recipient's organization is using to process or filter email messages.

Although the sender might be able to fix the issue by correcting the recipient address, it's likely that only the recipient's email admin can fix the problem. Unfortunately, it's unlikely Office 365 Support will be able to help with these kinds of externally reported errors.

## Original Message Details

| | |
|---|---|
| Created Date: | 8/29/2025 10:13:02 PM |
| Sender Address: | dschmeyer@kusklaw.com |
| Recipient Address: | maksnikitin1999@mail.ru |
| Subject: | NOTICE to Defendant Maksimka Nitikin - Service of Legal Process - Bungie, Inc. v. Fischer, et al., |

## Error Details

| | |
|---|---|
| Error: | 550 5.1.351 Remote server returned unknown recipient or mailbox unavailable -> 550 Message was not accepted -- invalid mailbox. Local mailbox maksnikitin1999@mail.ru is unavailable: user is terminated |
| Message rejected by: | mxs.mail.ru |

## Notification Details

| | |
|---|---|
| Sent by: | DM6PR17MB4101.namprd17.prod.outlook.com |

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH | RELAY TIME |
|---|---|---|---|---|---|
| 1 | 8/29/2025 10:13:02 PM | SJ0PR17MB4925.namprd17.prod.outlook.com | SJ0PR17MB4925.namprd17.prod.outlook.com | mapi | * |
| 2 | 8/29/2025 10:13:02 PM | SJ0PR17MB4925.namprd17.prod.outlook.com | DM6PR17MB4101.namprd17.prod.outlook.com | Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) | * |

## Original Message Headers

```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;
 b=tV+ueUyT9zgYoxZh4R68MmUjJKuBtu4ZQo6lrKhBQVvI+W8J6wAzBcJiQpcb2Fvzhy9Sy7VVlXJj/WoNeZ17lyl7g82iJBIRa9ejqXkVhpImdnSG7W8lPj
 Iw02lTh18jaPGo47GBAtdKPxY+lh2y/PCTf3ICBlhNySBExr21tSb0m0WvxyKLG2olcZoQHgGqRjo+SRG91FnJdCg8vjA9UX840gViI/HDp108poyyNTfSn0
 oiJo6SG206XprqVMTZHat1OuBHSWjJFVHmXk+JnCdw26e1Q/c3btvnrfK3uHqCJczlRQnjyQc8TQyrd83dnlDCy/C4UcSIFVP5mOfcbA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-MessageData-1;
 bh=gGexe7h27CcCcr8Al47OKdqQ03hYbfYho7lPwcQ7Qpc=;
 b=SPxnRbXx+H1cT8OsaCiO0EYrfIDujNSiF4cyQ3p3k8KNKVBX1uBsh13onmlpN990V+aO1jTmnhTx1LtHuMBBEva2qui4lzwDVuPZivGaEps54PdhZ3gnZZ
 qMUSgcwxn5BaEfT5jnlMIIpVwb6P6hxjJ6u1C5QkxiTlAQqUEOWKsjyT7da9DffyNJf7O+/9Pgdw2aGkLCf287ItWYyOF1dwUsTujd2FsDwAZXd+OJCysLNE
 kQhh0DqaIiKSEf03GJHXrIlBWxfEKJw+Wng4E2VHevWxt1XizKSgqSalrxgSZbe306nZ7LtLdlp3zd9gr9OzfwwkYTM8cMN3pm9/fu0Q==
```

```
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=kusklaw.com; dmarc=pass action=none header.from=kusklaw.com;
 dkim=pass header.d=kusklaw.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=kusklaw.com;
 s=selector1;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=gGexe7h27CcCcr8Al47OKdqQ03hYbfYho7lPwcQ7Qpc=;

 b=roHg9JoLNTOE8SPguP4Ij9Mp9zW+nJXXFJgd8bX+J4wlgNSgxHbKrzKZ+bNIn3drBqRptJT/knp6FXJG2nrP2AqfIPPN5KLoGBZfWLLKrZsUCRKP7xhYVO
 aZEuf6USTVcgxtxs5KFJGTz7/ewu7U4oMbJGw7+VL1QEK+rxO8VUU=
Received: from SJ0PR17MB4925.namprd17.prod.outlook.com (2603:10b6:a03:3b9::16)
 by DM6PR17MB4101.namprd17.prod.outlook.com (2603:10b6:5:2bc::10) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9052.25; Fri, 29 Aug
 2025 22:13:02 +0000
Received: from SJ0PR17MB4925.namprd17.prod.outlook.com
 ([fe80::8b86:f1c5:c213:c505]) by SJ0PR17MB4925.namprd17.prod.outlook.com
 ([fe80::8b86:f1c5:c213:c505%7]) with mapi id 15.20.9052.019; Fri, 29 Aug 2025
 22:13:02 +0000
From: Dylan Schmeyer <dschmeyer@kusklaw.com>
To: "maksimka.nikitin.07@list.ru" <maksimka.nikitin.07@list.ru>,
        "maksnikitin1999@mail.ru" <maksnikitin1999@mail.ru>,
        "maksimka.nikitin.07@inbox.ru" <maksimka.nikitin.07@inbox.ru>
CC: Lay Stacia <stacia@focallaw.com>, litigation staff
        <litigation-staff@kusklaw.com>
Subject: NOTICE to Defendant Maksimka Nitikin - Service of Legal Process -
 Bungie, Inc. v. Fischer, et al.,
Thread-Topic: NOTICE to Defendant Maksimka Nitikin - Service of Legal Process
 - Bungie, Inc. v. Fischer, et al.,
Thread-Index: AdwXjvQwD7s4D234SWuAlGB6b2zUSQ==
Date: Fri, 29 Aug 2025 22:13:02 +0000
Message-ID: <SJ0PR17MB492527908BD919EA5461A50FB33AA@SJ0PR17MB4925.namprd17.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
authentication-results: dkim=none (message not signed)
 header.d=none;dmarc=none action=none header.from=kusklaw.com;
x-ms-publictraffictype: Email
x-ms-trafftypediagnostic: SJ0PR17MB4925:EE_|DM6PR17MB4101:EE_
x-ms-office365-filtering-correlation-id: 8da73dd6-c913-4015-c208-08dde7493887
x-ms-exchange-senderadcheck: 1
x-ms-exchange-antispam-relay: 0
x-microsoft-antispam:
BCL:0;ARA:13230040|376014|366016|10070799003|1800799024|4053099003|8096899003|13003099007|38070700018;
x-microsoft-antispam-message-info: =?us-ascii?Q?VpcW3oFyqGbkOz3x1PWlsk5j80in7QvKgWKTEwxM4YBRtIjiYWSBYmVxa2c9?=
 =?us-ascii?Q?Ms83iC0uqq12wa/81clgpy1ei4JjYoIEnUeRyalUPhEi99UUFhYRjNx49Nc/?=
 =?us-ascii?Q?VnthjzrcnHRZphP5pZdRtZG3cBl8BdMQ13ZrKNgxbTimEm7whkwUqHqoR/RL?=
 =?us-ascii?Q?nUB0lLW2DlMo8pRrvVr8bb+9WXP4WKNQE5+ZN2e/UWjClf11JCL+R/TKxqws?=
 =?us-ascii?Q?Idpw8A4JuFoX1rcYNjDHvZJNPW8PpRZ7F16n/peXkdpwN+v6hpSD3nQK8xPO?=
 =?us-ascii?Q?EPrd9WbjTF8nKOyEDDGWGZbq9azeoebPiqRUWx4Zf5rCN2p/RZPdy84qE7Lw?=
 =?us-ascii?Q?o8xcoHyTlaLvTRBWrMVvaYWbOSINxJW4e6M1ub+mzn2bmi8YUTfWDifm1MPk?=
 =?us-ascii?Q?NFhREtHxPoSXOWyw8RYI2NXjQdPtScjGIEV8D2mxQTu57VFs5vXJImkTGV1o?=
 =?us-ascii?Q?MnW+FHm1tmlumiV9Qe0GAl9n8Zznn5B4zyCUBMx+IHaXLIbGTyZKtuuBMTzK?=
 =?us-ascii?Q?5f2aIPphnLFCIqPLK1wmDEKgT89OgZX3RMXFBdaXWEBGt1vosVLQFOVpDJd9?=
 =?us-ascii?Q?3nwSSd3BNDim9+FZPZbHkW7fH4i2pQBCXhCxqat8bexrUA5pmlzVOhVX4eig?=
 =?us-ascii?Q?FB2kFTtfxMQz+7+FRyZijnPJyFTTrKImBUD45ivlf+icbQNsZH6uNPdr0JRs?=
 =?us-ascii?Q?CxEUL8f+8EGGyybifnYyW9z2NNaYHkYQZW9sbizWbqnuSs4nDuw68GgxL4kx?=
 =?us-ascii?Q?I2MQdKu4/1si0uZM+1nduYL7/83B+7WK5M+T21zf4LZ89ma/QI6ZCTquyPqu?=
 =?us-ascii?Q?UOakbCRjOiRczIkC8vh9yaDnSteeHfZZkwqk5SfdDqA/6ZBjggRZw4iajXpJ?=
 =?us-ascii?Q?0MmXipIRCAvoYP1tMdTHLs3ttmDAOwl8WmATiIuChZ+pabtRNwaiTRogMN68?=
 =?us-ascii?Q?5YRuNAjUt1UTbwoXhMyPncqJfZ8nBDTxIkfFrsExK9wASrSM5Cse1FQonHN7?=
 =?us-ascii?Q?HsXCWccabdSNPpMCPxrw8LpWRs9g72Y2KFKmk+dt3pIdTu6oum4ULKDxBVPO?=
 =?us-ascii?Q?RQfvJFfQbUWtk1PCfBGiCxVDKwIuq8c3Ftf0PoAVyQkOtXBVIkqlOfgOetlI?=
 =?us-ascii?Q?gageOHD7VRHKtgmLRg1ehpkIab2bcH/W6KLkcCEcUgrWE6iSYv0fyRs2MExF?=
 =?us-ascii?Q?+MLe3PlLBRcuwgzf8RAcAGiqLvXL4QKCkvaBhgIEfsEmqwmavV5wo7SUFQRx?=
 =?us-ascii?Q?iIz9e37X93e9NdtMpnR+Iw7CDbFCQhF99aR9Ykx0/QXmf8VjQwIeGMYvTA1C?=
 =?us-ascii?Q?7JtAMR/mqfxdvr7dZHIC+eRw73Lq+YwAtKmGJbifgyCsIRd6SCyZm8gxYg0M?=
```

```
 =?us-ascii?Q?0hqART0=3D?=
x-forefront-antispam-report:
 CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:SJ0PR17MB4925.namprd17.prod.outlook.com;PTR:;CAT:NONE;SF
 S:(13230040)(376014)(366016)(10070799003)(1800799024)(4053099003)(8096899003)(13003099007)
 (38070700018);DIR:OUT;SFP:1102;
x-ms-exchange-antispam-messagedata-chunkcount: 1
x-ms-exchange-antispam-messagedata-0: =?us-ascii?Q?1tWpnCUDgDxMWcV11jS94r7YrLG0cTTcJPRix7rYU2P1qUiXTBaNBFCIHfn3?=
 =?us-ascii?Q?xD/k5UR7bs3Dc1B3UoSUs8/ENDrFBgRtpZ2d9BIE+ezWkt0bA1wzApvYEXkn?=
 =?us-ascii?Q?EoQqzOBSsg997QRZhj10T7O4m1+wuSF8h3Hx1gfIa3DJ3Ot9cjOps28/ryfr?=
 =?us-ascii?Q?LrYCxUVb+iUF/5wSV+8l6NUwZiDcFGaZjtGiOfbpL7nEMzU6GOkgJssBL7y8?=
 =?us-ascii?Q?fiz565KUNNrfR7WfbxbR+ED4g/M1sjXZl0OehvvnAQOcTCD595rVaKXmKDMz?=
 =?us-ascii?Q?O4dSJ/UU6nDcjPCKRCn4GnJUV1iX+WFtpiFJp9YKEQasOsk833nKPuhShQk5?=
 =?us-ascii?Q?4LjfHF1vI1p7pzbHO/OoBGZo9dBzuHSLkbEEwsN4Z6Dlv5q2a0kt+C4MI37r?=
 =?us-ascii?Q?aAHii/LbDmPkjxMiKYHrqAxmKR3dicrUv/uyVG+P2ZKlNlOzOAMS+QqPquO9?=
 =?us-ascii?Q?pfHwJ8H5uqY9ACaKAWO2sZjxHNuPNqU2cIvNNdpIcWUmACJqodpxwUSRyI4l?=
 =?us-ascii?Q?S4ErpF6ohpz2xMuNeeftsafwrhWUHyanjoRcAxvpGEdE8SVydRbKxxLR9/r7?=
 =?us-ascii?Q?fWmVKhGImRPL+mwON3JlQNf0r7IQuXT2IRckGQ7eEfeNVu6JtR8Y8K10uPI9?=
 =?us-ascii?Q?cSjhujXp0AsCiuG+Ckg/ikcAFAwZKPthmKaRgGbW/RsrWkhvFtg9O57wwdNh?=
 =?us-ascii?Q?ri0WeDbjobmMbCoe85AW/oNOz74wtLadG+x88BCmV3yyrzh9emCOydVDLOIU?=
 =?us-ascii?Q?avqlpioWoSlTB1JhFzyqrwmd8ITMV9HLii35SJsJxK9pwbRBF31hsQpiGYNy?=
 =?us-ascii?Q?E2lmKejMCGJKTLEd1pwaG5UnTtS/FBk2KBn02AGwLMkjTsdzdcjWZJ5Fw6jS?=
 =?us-ascii?Q?aXBK93onLbGSgTD/Xrsnq7z/PR7eELxkvYwHy1/A4Dh+BH49cO/MYE2PLsXO?=
 =?us-ascii?Q?WTnhK8ea8ZdoPwfSSf9QsUh+OPNz2gcbqm9fZ4OiFh4wwf44Y763h9w9j3LY?=
 =?us-ascii?Q?cxVbqJjDaz4OgGyyiij+Zhqzx+n69t3VRF0enO0tjfTrWJxCt4qRrGl3Z65e?=
 =?us-ascii?Q?9OCUf6BNbV2qcfINNX1lEN/2IOTZqPYQUIlJltt/B8JtaXPdovtBzbLGp4Hu?=
 =?us-ascii?Q?bpBwWRz377Q7nopwBXc8hxqi4H56q16PEm+HXxBDpuX+BlnipltqclbzLWH+?=
 =?us-ascii?Q?Gw6+72zH5/WLEggwbhRe8zHaxCgC6rpxvJhhNOS7Cq5zClmkfIzsEPDFFbVy?=
 =?us-ascii?Q?iH+hDhEJD+H0I3HLtMXjrfoI9xgJQi09rBwEwVOHts73cuNNvmt31WCIFP96?=
 =?us-ascii?Q?N3nftLFsulifHrr6VOwDc84D5enC4LUU18/rrmC4zEcjz3pwyFwvSDGTc2UQ?=
 =?us-ascii?Q?d70mpIzncck6IODCgtyW4bCGC7BEA/O07Z+4g6N0Kcsxb/txeSmB4U444cdY?=
 =?us-ascii?Q?BrGpwR7oIXgpXbt4crvEPNu23TVWtM9lPOvdUgxkP0ZeexFBbThmqsZ1rK/L?=
 =?us-ascii?Q?vWu/6W+bOcdaeO16aSVcV+RnHnae+hHiHXEvtbc0MWvWPa3uxJtn1G8QM0zX?=
 =?us-ascii?Q?ruvm1LgpWzevXUQI+19lGGU57QimMgaXP5qO8un8+JuMYkAK2WW3U223qZkS?=
 =?us-ascii?Q?F2PpdxuTWgrd8yIpwgQfrDNZNI2pKiCbxx/yP72GVZdb?=
Content-Type: multipart/mixed;
 boundary="_006_SJ0PR17MB492527908BD919EA5461A50FB33AASJ0PR17MB4925namp_"
MIME-Version: 1.0
X-OriginatorOrg: kusklaw.com
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: SJ0PR17MB4925.namprd17.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: 8da73dd6-c913-4015-c208-08dde7493887
X-MS-Exchange-CrossTenant-originalarrivaltime: 29 Aug 2025 22:13:02.3370
 (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: 6ddbf8a3-2b9c-43d6-8dd9-f45553ae037e
X-MS-Exchange-CrossTenant-mailboxtype: HOSTED
X-MS-Exchange-CrossTenant-userprincipalname:
 xzh5ln8URDzxQCyad2gvWP2oxuf9429jqCj20N0jCxLR+7liE+RhVvBkm7hlsreuJPAmb4vrrGZIy16msbvOyA==
X-MS-Exchange-Transport-CrossTenantHeadersStamped: DM6PR17MB4101
```