# EXHIBIT 15

# User Lookup

✳ 844081930789453825

**Fetch Discord Information**



@deleted_user_beb12f28d9f1

844081930789453825

**Created:** 2021-05-18 5:20:14 (UTC) (4 years ago)
**Bot:** ❌
**Spammer:** ❌
**Provisional Account:** ❌

**Badges:**
🛡 HypeSquad House Bravery