# EXHIBIT 16

| Date | ItemName | Activity | User | Email | Company | IPAddress | Location | EventID |
|------|----------|----------|------|-------|---------|-----------|----------|---------|
| 09/08/2025 2:38:37 PM | /Bungie/Ring-1/Email Service/Admiral/Summons- Admiral.pdf | View | Anonymous | noreply@sf-notifications.com | | 72.153.153.77 | US, San Francisco, California | sd636273fb62847cc9aed2edf5352d851 |