# EXHIBIT 17

72.153.153.77

## 72.153.153.77

| | |
|---|---|
| Observed risks | Unknown |
| ASN | 8075 |
| Registered to | Microsoft Corporation |
| Exit Location | 🇺🇸 United States |

**IP Context Response**

This is the raw Context API (v2) response data for this IP. Upgrade plan to start using the API.

```
{
  "as": {
    "number": 8075,
    "organization": "Microsoft Corporati
  },
  "client": {
    "behaviors": [
      "LUMINATI_PROXY_USER"
    ],
    "count": 5,
    "types": [
      "DESKTOP"
    ]
  },
  "ip": "72.153.153.77",
  "location": {
    "city": "San Jose",
    "country": "US",
    "state": "California"
  },
  "organization": "MIA ADSL EEUA"
}
```

Show less

**Unknown**
Infrastructure type

**Not Anonymous**

**5**
Average devices count

**Entry/Exit IPs**

Other IP address this IP flows into and out of

Entry    Exit



No entry IPs

**Timeline**

A timeline of devices on this IP and notable changes

