HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-MLP<br><br>PROOF OF TELEGRAM SERVICE PURSUANT TO ORDER GRANTING PLAINTIFF BUNGIE, INC.'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE (DKT. 123) |

PROOF OF TELEGRAM SERVICE PURSUANT TO DKT. 123
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |

I, Dylan Schmeyer, declare and state as follows:

1. I am an attorney with Kamerman, Uncyk, Soniker & Klein, P.C., counsel to Plaintiff Bungie, Inc. in this action. I make this declaration based on my personal knowledge of the facts herein, and could and would testify to them competently if necessary.

2. On August 20, 2025, the Court issued an order granting Plaintiff's Motion for Alternative Service (Dkt. 123) (hereafter referred to as "the Order"), authorizing Bungie to affect service by email, social media posts, and/or private message to social media platforms by all methods available for each of the following Defendants:

    a. John Doe No. 5 a/k/a "C52YOU" ("C52YOU");

    b. John Doe No. 9 a/k/a "1nvitus";

    c. John Doe No. 11 a/k/a "TheGuy";

    d. John Doe No. 12 a/k/a "Beatred" a/k/a Cicero Loureiro;

    e. John Doe No. 13 a/k/a "CommunityMods";

    f. John Doe No. 15 a/k/a "VincentPrice" a/k/a David Bonar Marpaung;

    g. John Doe No. 16 a/k/a "Esswan" a/k/a Sabeen Rehman Soomro;

    h. John Doe No. 17 a/k/a "Admiral";

    i. John Doe No. 24 a/k/a "Mihai Lucian";

    j. John Doe No. 26 a/k/a "BlackMamba" ("BlackMamba");

PROOF OF TELEGRAM SERVICE PURSUANT TO DKT. 123
(Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

k.  John Doe No. 27 a/k/a "BillNye" ("BillNye");

l.  John Doe No. 28 a/k/a "Banek192" a/k/a Ivan M. Sergeevich;

m.  John Doe No. 29 a/k/a Shoppy Ecommerce Ltd.; and

n.  John Doe No. 40 a/k/a Maksimka Nikitin.

3. All of these Defendants were served (*see* Dkt. 134) except for C52YOU, BlackMamba and BillNye. As to BlackMamba and BillNye, Telegram was the only method for possible service identified and permitted by the Court. Service on C52YOU was addressed and handled through a separate agreement with their attorney.

**A.    Telegram Service Defendants BlackMamba and BillNye**

4. The Order permitted service via post in Telegram of BillNye, BlackMamba, and Banek192 (hereafter referred to collectively as the "Telegram Service Defendants").

5. While we had an email address available to serve Banek192 (and successfully completed email service of that Defendant), we had no such alternative method for Defendants BillNye and BlackMamba: Telegram service was the only method available to serve those two Defendants.

6. Telegram service of BlackMamba and BillNye was completed on October 6, 2025. Attached hereto as **Exhibit A** is the Declaration of Kathryn Tewson in Support of Plaintiff's Proof of Service for Telegram Service, which documents the service of these Defendants via Telegram.

7. The text of the Summons was in the body of all Telegram messages such that reading the message was sufficient to place the Defendants on actual notice

8. We have every reason to believe that BlackMamba and BillNye received service and are duly on notice of this action. *Id.* at ¶¶ 10-17.

**B.    Summary of Successful Alternative Service**

9. To summarize, as described above, all of the Defendants included in the Court's Order permitting alternative service were successfully served by the method(s) noted below:

a.  John Doe No. 9 a/k/a "1nvitus" – Email and Discord post (*see* Dkt. 134);

PROOF OF TELEGRAM SERVICE PURSUANT TO DKT. 123
(Case No. 2:23-cv-01143-MLP) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

b. John Doe No. 11 a/k/a "TheGuy" – Email (*see* Dkt. 134);

c. John Doe No. 12 a/k/a "Beatred" a/k/a Cicero Loureiro – Email (*see* Dkt. 134);

d. John Doe No. 13 a/k/a "CommunityMods" – Email (*see* Dkt. 134);

e. John Doe No. 15 a/k/a "VincentPrice" a/k/a David Bonar Marpaung – Email (*see* Dkt. 134);

f. John Doe No. 16 a/k/a "Esswan" a/k/a Sabeen Rehman Soomro – Email (*see* Dkt. 134);

g. John Doe No. 17 a/k/a "Admiral" – Accessed Sharefile link sent via email (*see* Dkt. 134);

h. John Doe No. 24 a/k/a "Mihai Lucian" – Email (*see* Dkt. 134);

i. John Doe No. 28 a/k/a "Banek192" a/k/a Ivan M. Sergeevich – Email (*see* Dkt. 134);

j. John Doe No. 29 a/k/a Shoppy Ecommerce Ltd. – Email (*see* Dkt. 134);

k. John Doe No. 40 a/k/a Maksimka Nikitin – Email (*see* Dkt. 134);

l. John Doe No. 26 a/k/a "BlackMamba" – Telegram posting (Exhibit A); and

m. John Doe No. 27 a/k/a "BillNye" – Telegram posting (Exhibit A).

10. All Defendants covered by the Court's August 20, 2025 Order have been served pursuant to that Order.

11. The five Defendants for whom Bungie will need to effect service upon via the Hague Convention – Joshua Fisher, Andrew Thorpe, Ryan Power, Kiching Kang, and Robert S. Herrity – have all been submitted to a third-party vendor for service. The Hague Convention process has begun, and proofs will be filed with the Court as we have them.

//

//

//

PROOF OF TELEGRAM SERVICE PURSUANT TO DKT. 123
(Case No. 2:23-cv-01143-MLP) – 4

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of October, 2025, at Thornton, Colorado.

*s/ Dylan Schmeyer*
DYLAN SCHMEYER

PROOF OF TELEGRAM SERVICE PURSUANT TO DKT. 123
(Case No. 2:23-cv-01143-MLP) – 5

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966