EXHIBIT A

HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC., a Delaware corporation,

      Plaintiff,

v.

JOSHUA FISHER; JACOB W. MAHURON
A/K/A "PRAGMATICTAX"; JOSE
DEJESUS A/K/A "DAVID HASTINGS"
A/K/A "J3STER"; JORDAN MILLER
A/K/A JESSE WATSON A/K/A
"JESSEWATSON3944"; JOHN DOE NO. 1
A/K/A "CALC"; ANDREW THORPE
A/K/A "CYPHER"; RYAN POWER AKA
"KHALEESI"; JOHN DOE NO. 4 A/K/A
"GOD"; JOHN DOE NO. 5 A/K/A
"C52YOU"; JOHN DOE NO. 6 A/K/A
"LELABOWERS74"; JOHN DOE NO. 7
A/K/A "FRAMEWORK"; KICHING
KANG A/K/A "SEQUEL"; JOHN DOE
NO. 9 A/K/A "1NVITUS"; JOHN DOE NO.
11 A/K/A "THEGUY"; CICERO
LOUREIRO A/K/A "BEATRED"; JOHN
DOE NO. 13 A/K/A "CM" A/K/A
"COMMUNITYMODS"; ROBERT S.
HERRITY A/K/A "MODDINGPALACE"
A/K/A "ROB" A/K/A "PALACE"; DAVID
BONAR MARPAUNG A/K/A
"VINCENTPRICE"; SABEEN REHMAN
SOOMRO A/K/A "ESSWAN"; JOHN DOE
NO. 17 A/K/A "ADMIRAL"; JOHN DOE
NO. 18 A/K/A "TOMDICKHARRY";
JOHN DOE NO. 20 A/K/A
"STAYLOCKED"; TAYLOR KNETTER
A/K/A "FIVE-STAR"; JOHN DOE NO. 22
A/K/A "HORROR"; JOHN DOE NO. 23
A/K/A ELITECHEATZ.CO; JOHN DOE
NO. 24 A/K/A MIHAI LUCIAN; NATHAN

Case No. 2:23-cv-01143-MLP

DECLARATION OF KATHRYN TEWSON
IN SUPPORT OF PLAINTIFF'S PROOF OF
SERVICE FOR TELEGRAM SERVICE

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  BERNARD A/K/A "DOVE"; JOHN DOE
   NO. 26 A/K/A "BLACKMAMBA"; JOHN
2  DOE NO. 27 A/K/A "BILLNYE"; JOHN
   DOE NO. 28 A/K/A "BANEK192" A/KA/
3  "IVAN M. SERGEEVICH"; SHOPPY
   ECOMMERCE LTD. A/K/A SHOPPY.GG;
4  FINN ALEXANDER GRIMPE A/K/A/
   FINN GRIMPE A/K/A "FINNDEV"; JOHN
5  DOES NO. 31-37 A/K/A DEVELOPER
   DOES; JOHN DOE NO. 38 A/K/A VINCE
6  MAGNY A/K/A "FROST"; JOHN DOE
   NO. 39 A/K/A "BEATREAL"; JOHN DOE
7  NO. 40 A/K/A MAKSIMKA NIKITIN;
   AND JOHN DOES NO. 41-50,
8         Defendants.

9

10        I, Kathryn Tewson, declare and state as follows:

11        1.      I am a paralegal with Kamerman, Uncyk, Soniker & Klein, P.C., counsel to

12 Plaintiff Bungie, Inc. in this action. I make this declaration based on my personal knowledge of

13 the facts herein, and could and would testify to them competently if necessary.

14        2.      On the 6th day of October, 2025, I served the Summons and Complaint on John

15 Doe No. 26 a/k/a "BlackMamba" by posting the text of the Summons, two links to the Summons

16 and Complaint, and the Summons and Complaint themselves via Telegram direct message to

17 Telegram User "@Error80012," as authorized by the Court's Order permitting alternative service

18 (see Dkt. 123) (the "Order"). Attached hereto as **Exhibit 1** is a true and correct screenshot taken

19 at the time of service showing the text of the message, the links to the files, and the uploaded

20 files themselves, as well as a single check mark showing that the messages were delivered to

21 Telegram user @Error80012.

22        3.      The Telegram user account which currently bears the username @Error80012 is

23 the same Telegram user account which previously bore the username BlackMambaR1, which is

24 the account used by Defendant BlackMamba. It is highly likely that Defendant BlackMamba

25 changed the account sometime after July 21, 2025, as that is the last date on which I am able to

26 find archived messages using the name BlackMambaR1.

27

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

4.      I am certain that this is the same account for two reasons. First, because user @Error80012 is seen responding to messages addressed to user @BlackMambaR1, as seen below:



5.      Second, because I was able to locate the messages displayed in the screenshot above in an archive taken contemporaneously to the time the messages were posted. The archive attributes these messages not to @Error80012, but to @BlackMambaR1. In my experience, this is the expected result when a user has changed their display name after a message has been archived. The content and timestamps of the messages is identical, although the messages in the app are displayed in chronological order in Pacific time and the archived messages are displayed

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

in reverse chronological order in Universal Time:



6.      Also on October 6, 2025, I served the Summons and Complaint on John Doe No. 27 a/k/a "BillNye" by posting the text of the Summons, two links to the Summons and Complaint, and the Summons and Complaint themselves via Telegram direct message to Telegram user "@BillNye," as authorized by the Order. Attached hereto as **Exhibit 2** is a true and correct screenshot taken at the time of service showing the text of the message, the links to the files, and the uploaded files themselves, as well as a single check mark showing that the messages were delivered to Telegram user @BillNye.

7.      Telegram user BillNye is currently displayed as an administrator of the Ring-1 General Telegram Channel. According to the display information for the channel, BillNye was last seen "recently." A true and correct screenshot of this display information, which I took at the time of service, is attached hereto as **Exhibit 3**.

8.      Telegram User @Error80012 was also seen "recently," per the user profile. A true and correct screenshot of the user profile, which I took at the time of service, is attached hereto

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 4

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

as **Exhibit 4**.

9.      Also on October 6, 2025, I served the Summonses and Complaint on both Defendants BlackMamba and BillNye by posting the text of the Summonses, two links to the Summonses and Complaint, and the Summonses and Complaint themselves in a reply to a message posted by the administrators to the Ring-1 Updates Telegram Channel, available at https://t.me/Ring1updates, as authorized by the Order. Replies to messages in the Ring-1 Updates Telegram Channel are automatically echoed to the Ring-1 Chat Channel, available at https://t.me/Ring1General, which in my experience maximizes the likelihood that a responsible person within the Ring-1 Enterprise will become aware of the message and its contents. Attached hereto as **Exhibit 5** are true and correct screenshots of this message, both in the reply to the message in the Ring-1 Updates Telegram Channel and in its echo to the Ring-1 Chat Channel, which I took at the time of service.

10.     The Ring-1 Updates Channel tracks how many unique viewers have viewed a given post. At the time I posted the service information and documents in the reply to the Ring-1 Updates Channel, the view counter indicated that 378 people had viewed the post to which I was replying.

11.     The links posted within this message were to a single document which combined the summonses for both Defendant BlackMamba and Defendant BillNye. This is a different link to a different document than those which were sent to each individual Defendant.

12.     Within fifteen minutes after I posted the service information in the reply to the Ring-1 Updates Channel, the combined service document that message linked to was accessed. Attached hereto as **Exhibit 6** is a true and correct copy of the email notification of that access generated by our filesharing platform, with the internal path to the location of the document redacted.

13.     Within twenty minutes after the combined file was accessed, the messages in reply to the Ring-1 Updates Channel had been deleted. After the replies had been deleted, the view count of the post to which I had replied with the service information had increased by only

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 5

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

one, to 379, indicating that only one person had viewed the post. Attached hereto as **Exhibit 7** is a true and correct copy of a screenshot I took of the replies to that message after the service messages were deleted, showing the view count of 379.

14.    Because only one person saw the post after the service information was posted, and because the service information was subsequently deleted, the person who saw the post must have been a person with the administrative privileges sufficient to allow them to delete replies to posts in the Ring-1 Updates Channel.

15.    Within half an hour of the deletion of the publicly-posted service information, the direct messages containing service information I had sent to BlackMamba and BillNye had both been deleted. The nature of Telegram Direct Messages is such that only the people with access to the account can delete messages. I did not delete any of the messages I sent to either BlackMamba or BillNye, so only the recipients could have deleted these messages. Attached hereto as **Exhibit 8** is a true and correct copy of screenshots I took of my direct messages with each user after the recipients deleted the service messages, showing that the messages are no longer visible in our conversation history.

16.    At this time, I also observed that @BillNye had changed the display name on the Telegram account to be only a single period. Attached hereto as **Exhibit 9** is a screenshot showing this change.

17.    Shortly after the changes to @BillNye's username were observed, I also observed that I was no longer able to view the Ring-1 Chat Telegram Channel or the information about the administrators of the channel. In my experience, this is an indication that an administrator of the channel blocked the account I was using to effect service. Attached hereto as **Exhibit 10** is a true and correct screenshot of these changes to what I was able to see taken at the time I observed these changes.

//

//

//

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-MLP) – 6

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct to the best of my knowledge.

3    Executed this 7th day of October, 2025, at Bothell, Washington.

4

5                                   Kathryn Tewson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

# EXHIBIT 1

**Error80012** ⭐
last seen recently

October 6

BUNGIE, INC. v. JOSHUA FISHER, et al., Civil Action No. 2:23-cv-01143-MLP
SUMMONS IN A CIVIL ACTION
To: Defendant John Doe No. 26 a/k/a "BlackMamba"

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stacia N. Lay, Focal PLLC, 900 1st Avenue S., Suite 201, Seattle, Washington 98134,
stacia@focallaw.com
Dylan M. Schmeyer, Kamerman, Uncyk, Soniker & Klein, P.C., 3598 E. 106th Ave.,
Thornton, CO 80233, dschmeyer@kusklaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

The summons and complaint in this action may be accessed at:
https://kusklaw.sharefile.com/public/share/web-sa3932df701b54b08b1d35c2895b6b8bc
or
https://send.monks.tools/download/737c2e2d6cbb9f4b/#J0LmJpX50fHNt2qtpmts4Q

send.monks.tools
**Media.Monks**
Encrypt and send files with a link that automatically expires to ensure your important documents don't stay online forever.

🎧 Send

4:39 PM ✓

📄 **Summons-BlackMamba.pdf**
1.3 MB
4:43 PM ✓

Write a message...

EXHIBIT 2

**BillNye** ⭐
last seen recently

October 6

BUNGIE, INC. v. JOSHUA FISHER, et al., Civil Action No. 2:23-cv-01143-MLP
SUMMONS IN A CIVIL ACTION
To: Defendant John Doe No. 27 a/k/a "BillNye"

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stacia N. Lay, Focal PLLC, 900 1st Avenue S., Suite 201, Seattle, Washington 98134,
stacia@focallaw.com
Dylan M. Schmeyer, Kamerman, Uncyk, Soniker & Klein, P.C., 3598 E. 106th Ave.,
Thornton, CO 80233, dschmeyer@kusklaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

The summons and complaint in this action may be accessed at:
https://kusklaw.sharefile.com/public/share/web-s1aae1eaabcb6489799e27fceba19d0d7
or
https://send.monks.tools/download/0c0f973e43ba538f/#2pWzAIvQVM14tqGEQnfdPw

**send.monks.tools**
**Media.Monks**
Encrypt and send files with a link that automatically expires to ensure your important documents don't stay online forever.

☁ Send

4:38 PM ✓

BillNye uses a self-destruct timer for all chats. All new messages in this chat will be automatically deleted after 1 day they are sent.

📄 **Summons- BillNye.pdf**
1.3 MB          4:43 PM ✓

🔗 Write a message…

EXHIBIT 3



EXHIBIT 4



EXHIBIT 5

**Discussion**
3 comments

**Ring-1 Updates**
Dark and Darker received a game patch... Our dev team will be updating the cheat as soon as possible! Your subscription time will be frozen.

7:50 AM

October 6

BUNGIE, INC. v. JOSHUA FISHER, et al., Civil Action No. 2:23-cv-01143-MLP
SUMMONS IN A CIVIL ACTION
To: Defendant John Doe No. 26 a/k/a "BlackMamba"
To: Defendant John Doe No. 27 a/k/a "BillNye"

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stacia N. Lay, Focal PLLC, 900 1st Avenue S., Suite 201, Seattle, Washington 98134,
stacia@focallaw.com
Dylan M. Schmeyer, Kamerman, Uncyk, Soniker & Klein, P.C., 3598 E. 106th Ave.,
Thornton, CO 80233, dschmeyer@kusklaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

The summonses and complaint in this action may be accessed at:
https://kusklaw.sharefile.com/public/share/web-s17c7afe8e2d8407892f6fdbe96808c9e
or
https://send.monks.tools/download/2443eccbb7156250/#C8bFpmODur1tk-mneUc7lA

**send.monks.tools**
**Media.Monks**
Encrypt and send files with a link that automatically expires to ensure your important documents don't stay online forever.

🔄 Send

7:48 PM ✓

📄 **Summons - BlackMamba and BillNye.pdf**
1.9 MB                    7:51 PM ✓

Write a message...

**Ring -1 Chat**
7,726 members

**Pinned message**
Dark and Darker received a game patch... Our dev team will be updating the cheat as soon as possible!  Your subscription time will be frozen.

Ring-1 Updates
Dark and Darker received a game patch... Our dev team will be u...

BUNGIE, INC. v. JOSHUA FISHER, et al., Civil Action No. 2:23-cv-01143-MLP
SUMMONS IN A CIVIL ACTION
To: Defendant John Doe No. 26 a/k/a "BlackMamba"
To: Defendant John Doe No. 27 a/k/a "BillNye"

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stacia N. Lay, Focal PLLC, 900 1st Avenue S., Suite 201, Seattle, Washington 98134,
stacia@focallaw.com
Dylan M. Schmeyer, Kamerman, Uncyk, Soniker & Klein, P.C., 3598 E. 106th Ave.,
Thornton, CO 80233, dschmeyer@kusklaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

The summonses and complaint in this action may be accessed at:
https://kusklaw.sharefile.com/public/share/web-s17c7afe8e2d8407892f6fdbe96808c9e
or
https://send.monks.tools/download/2443eccbb7156250/#C8bFpmODur1tk-mneUc7lA



send.monks.tools
**Media.Monks**
Encrypt and send files with a link that automatically expires to ensure your important documents don't stay online forever.

⟳ Send

7:48 PM

Ring-1 Updates
Dark and Darker received a game patch... Our d...



**Summons - BlackMamba and BillNye.pdf**
1.9 MB                                    7:51 PM



Write a message...

# EXHIBIT 6

 Outlook

**ShareFile Activity Notification**

**From** ShareFile Notifications (No Reply) <noreply@sf-notifications.com>
**Date** Mon 10/6/2025 8:05 PM
**To** Kathryn Tewson <ktewson@kusklaw.com>

 Progress ShareFile

# Notification Summary

Below is a summary of upload and download activity on folders for which you've chosen to be notified.

## Uploads

There is no upload activity to report.

## Downloads

There is no download activity to report.

## Views

 **Summons - BlackMamba and BillNye.pdf**

| | |
|---|---|
| Size | -- |
| Viewed | 10/06/2025 11:05:33 pm |
| User | Anonymous [noreply@sf-notifications.com] |

[Click here to change how often ShareFile sends emails](#)          Dates are displayed in UTC -5

**Need help? We're here for you.**

Visit <u>sharefile.com/support</u> and look for "Start chat."

Progress ShareFile | 621 Hillsborough Street 7th Floor Raleigh, NC 27603

© 2025 Progress ShareFile. All rights reserved. Progress and ShareFile, their respective logos, and other marks appearing herein are trademarks of Progress Software Corporation and/or one or more of its subsidiaries, in the United States and/or other countries. Other product and company names and marks mentioned herein are the property of their respective owners and are mentioned for identification.

Terms of Service | Privacy Policy

EXHIBIT 7



**Discussion**
1 comment

October 1

**Ring-1 Updates**
**Dark and Darker** received a game patch... Our dev team will be updating the cheat as soon as possible!

Your subscription time will be frozen.

❤️ 1                                    👁 379  📌 10:02 PM

Discussion started

October 2

**lion**
How long does it take to complete the update?
                                                            7:50 AM

Write a message...

EXHIBIT 8





EXHIBIT 9



# EXHIBIT 10



**Group Info**

⋮    ✕

RC    **Ring -1 Chat**
1 member

ⓘ    Official Ring-1 chat group
Stay up to date by joining our updates channel
: https://t.me/Ring1updates
Description

🔔    Notifications    ⬤

🖼    8 photos

🎥    1 video

🔗    3 shared links