HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-MLP<br><br>MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"<br><br>NOTE ON MOTION CALENDAR:<br>October 8, 2025 |

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JORDAN
MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50, |

Defendants.

Pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a), Plaintiff Bungie, Inc., through its undersigned counsel, hereby moves the Clerk to enter default against Defendant Jordan Miller a/k/a Jesse Watson a/k/a "JesseWatson3944" ("Miller") based on the following facts:

1. The Second Amended Complaint in this action – the currently operative complaint – was filed on August 21, 2025. *See* Dkt. 124.

2. Bungie served the Second Amended Complaint on Defendant Miller via process server on August 26, 2025. *See* Dkt. 132.

3. The affidavit of service attesting to such service on Miller was filed on September 2, 2025. *Id.*

4. Based on that service, under FED. R. CIV. P. 12(a)(1)(A)(i), Miller's response to the Second Amended Complaint was due within 21 days of service, specifically, September 16, 2025.

5. However, as of the filing of this Motion, Defendant Miller has not filed an answer or other response to the Second Amended Complaint and has not appeared in this action.

Based on these facts, pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a), because it has been shown that Defendant Miller has failed to timely plead or otherwise defend

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944" (Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

in this action, default should be entered against that Defendant. Bungie therefore respectfully requests that the Clerk enter Defendant Miller's default.

Dated this 8th day of October, 2025.     Respectfully submitted,

| KAMERMAN, UNCYK, SONIKER & KLEIN, P.C. | FOCAL PLLC |
|---|---|
| By: *s/ Dylan Schmeyer*<br>Dylan M. Schmeyer (admitted *pro hac vice*)<br>3598 E. 106th Ave<br>Thornton, CO 80233<br>Tel: (719) 930-5942<br>Email: dschmeyer@kusklaw.com | By: *s/ Stacia N. Lay*<br>Stacia N. Lay, WSBA #30594<br>900 1st Avenue S., Suite 201<br>Seattle, Washington 98134<br>Tel: (206) 529-4827<br>Fax: (206) 260-3966<br>Email: stacia@focallaw.com |

*Attorneys for Plaintiff Bungie, Inc.*

## WORD LIMIT CERTIFICATION

I certify that this memorandum contains 213 words, in compliance with the Local Civil Rules.

By: *s/ Stacia N. Lay*
    Stacia N. Lay, WSBA #30594

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944" (Case No. 2:23-cv-01143-MLP) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966