HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-MLP<br><br>MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS:<br><br>(1) JOHN DOE NO. 9 A/K/A "1NVITUS";<br>(2) JOHN DOE NO. 11 A/K/A "THEGUY";<br>(3) CICERO LOUREIRO A/K/A "BEATRED";<br>(4) JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS";<br>(5) DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE";<br>(6) SABEEN REHMAN SOOMRO A/K/A "ESSWAN";<br>(7) JOHN DOE NO. 17 A/K/A "ADMIRAL";<br>(8) JOHN DOE NO. 24 A/K/A "MIHAI LUCIAN";<br>(9) JOHN DOE NO. 28 A/K/A "BANEK192" A/K/A IVAN M. SERGEEVICH;<br>(10) SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; AND<br>(11) JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN<br><br>NOTE ON MOTION CALENDAR:<br>October 8, 2025 |

MOTION FOR ENTRY OF DEFAULT AGAINST 11 DEFENDANTS
(Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50, |
| | Defendants. |

Pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55(a), Plaintiff Bungie, Inc., through its undersigned counsel, hereby moves the Clerk to enter default against the following Defendants, each of whom were served pursuant to the Court's Order granting Bungie's motion for alternative service (Dkt. 123):

1. John Doe No. 9 a/k/a "1nvitus";
2. John Doe No. 11 a/k/a "TheGuy";
3. Cicero Loureiro a/k/a "Beatred";
4. John Doe No. 13 a/k/a "CM" a/k/a "CommunityMods";
5. David Bonar Marpaung a/k/a "VincentPrice";
6. Sabeen Rehman Soomro a/k/a "Esswan";
7. John Doe No. 17 a/k/a "Admiral";
8. John Doe No. 24 a/k/a "Mihai Lucian";
9. John Doe No. 28 a/k/a "Banek192" a/k/a Ivan M. Sergeevich;
10. Shoppy Ecommerce Ltd. a/k/a Shoppy.gg; and
11. John Doe No. 40 a/k/a Maksimka Nikitin.

//
//
//

MOTION FOR ENTRY OF DEFAULT AGAINST 11 DEFENDANTS
(Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Bungie's request for entry of default against these 11 Defendants is based on the following facts:

1. The Second Amended Complaint in this action – the currently operative complaint – was filed on August 21, 2025. *See* Dkt. 124.

2. Bungie served the Second Amended Complaint and Summons on each of the 11 Defendants on August 29, 2025 as follows:

| Defendant | Service Summary |
|---|---|
| John Doe No. 9 a/k/a "1nvitus" | Via email and Discord post on 8/29/2025 (*see* Dkt. 134 at ¶¶ 2-4, 19; Dkt. 134-1; Dkt. 134-14) |
| John Doe No. 11 a/k/a "TheGuy" | Via email on 8/29/2025 (*see* Dkt. 134 at ¶¶ 2-4; Dkt. 134-2) |
| Cicero Loureiro a/k/a "Beatred" | Via email on 8/29/2025 (*see* Dkt. 134 at ¶¶ 2-4; Dkt. 134-3) |
| John Doe No. 13 a/k/a "CM" a/k/a "CommunityMods" | Via email on 8/29/2025 (*see* Dkt. 134 at ¶¶ 2-4; Dkt. 134-4) |
| David Bonar Marpaung a/k/a "VincentPrice" | Via email on 8/29/2025 (*see* Dkt. 134 at ¶¶ 2-4; Dkt. 134-5) |
| Sabeen Rehman Soomro a/k/a "Esswan" | Via email on 8/29/2025 (*see* Dkt. 134 at ¶¶ 2-4; Dkt. 134-6) |
| John Doe No. 17 a/k/a "Admiral" | Via email on 8/29/2025 – accessed Sharefile link included in email (*see* Dkt. 134 at ¶¶ 2-4, 5, 7-17; Dkt. 134-7; Dkt. 134-16) |
| John Doe No. 24 a/k/a "Mihai Lucian" | Via email on 8/29/2025 (*see* Dkt. 134 at ¶¶ 2-4; Dkt. 134-8) |
| John Doe No. 28 a/k/a "Banek192" a/k/a Ivan M. Sergeevich | Via email on 8/29/2025 (*see* Dkt. 134 at ¶¶ 2-4; Dkt. 134-9) |

MOTION FOR ENTRY OF DEFAULT AGAINST 11 DEFENDANTS
(Case No. 2:23-cv-01143-MLP) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| Shoppy Ecommerce Ltd. a/k/a Shoppy.gg | Via email on 8/29/2025 (*see* Dkt. 134 at ¶¶ 2-4; Dkt. 134-10) |
| John Doe No. 40 a/k/a Maksimka Nikitin | Via email on 8/29/2025 (*see* Dkt. 134 at ¶¶ 2-4; Dkt. 134-11) |

3. The affidavit of service attesting to the above-described service on each of the 11 Defendants that are the subject of this Motion was filed on September 9, 2025. *See* Dkt. 134.

4. Based on that service, under FED. R. CIV. P. 12(a)(1)(A)(i), Defendants (1) John Doe No. 9 a/k/a "1nvitus"; (2) John Doe No. 11 a/k/a "TheGuy"; (3) Cicero Loureiro a/k/a "Beatred"; (4) John Doe No. 13 a/k/a "CM" a/k/a "CommunityMods"; (5) David Bonar Marpaung a/k/a "VincentPrice"; (6) Sabeen Rehman Soomro a/k/a "Esswan"; (7) John Doe No. 17 a/k/a "Admiral"; (8) John Doe No. 24 a/k/a "Mihai Lucian"; (9) John Doe No. 28 a/k/a "Banek192" a/k/a Ivan M. Sergeevich; (10) Shoppy Ecommerce Ltd. a/k/a Shoppy.gg; and (11) John Doe No. 40 a/k/a Maksimka Nikitin were required to respond to the Second Amended Complaint within 21 days of service, specifically, by September 19, 2025.

5. However, as of the filing of this Motion, these 11 Defendants have not filed an answer or other response to the Second Amended Complaint and have not appeared in this action.

6. As detailed in the Proof of Service Pursuant to Order Granting Plaintiff Bungie, Inc.'s *Ex Parte* Motion for Alternative Service (Dkt. 123), although counsel for Bungie received a "bounceback" notification for the service email sent to Defendant John Doe No. 17 a/k/a "Admiral" on August 29, 2025, evidence indicates that Admiral did receive that email. *See* Dkt. 134 at ¶¶ 3, 5, 7. Specifically, included in the service email sent to Admiral on August 29th was a Sharefile link to the Summons and Second Amended Complaint that was unique to Admiral. Dkt. 134 at ¶¶ 4, 10. On September 8, 2025, that Admiral-specific link was accessed. The only source of that individualized Sharefile link to Admiral's Summons and Second Amended Complaint was the service email sent to the email address associated with

MOTION FOR ENTRY OF DEFAULT AGAINST 11 DEFENDANTS
(Case No. 2:23-cv-01143-MLP) – 4

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Admiral. *See* Dkt. 134 at ¶¶ 11-17. Therefore, the evidence demonstrates that service via email was complete on Admiral on August 29, 2025.

7. Alternatively, service on Admiral was complete on September 8th at the latest, when Admiral's service documents (the Summons and Second Amended Complaint) were accessed via Admiral's individualized Sharefile link. *See* Dkt. 134 at ¶¶ 10-16. Even under this later service date of September 8th, the deadline for Admiral to respond to the Second Amended Complaint under FED. R. CIV. P. 12(a)(1)(A)(i) – September 29, 2025 – has passed with no response or appearance by Admiral.

Based on these facts, pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a), because it has been shown that these 11 Defendants have failed to timely plead or otherwise defend in this action, default should be entered against them.

Bungie therefore respectfully requests that the Clerk enter the default of the following Defendants: (1) John Doe No. 9 a/k/a "1nvitus"; (2) John Doe No. 11 a/k/a "TheGuy"; (3) Cicero Loureiro a/k/a "Beatred"; (4) John Doe No. 13 a/k/a "CM" a/k/a "CommunityMods"; (5) David Bonar Marpaung a/k/a "VincentPrice"; (6) Sabeen Rehman Soomro a/k/a "Esswan"; (7) John Doe No. 17 a/k/a "Admiral"; (8) John Doe No. 24 a/k/a "Mihai Lucian"; (9) John Doe No. 28 a/k/a "Banek192" a/k/a Ivan M. Sergeevich; (10) Shoppy Ecommerce Ltd. a/k/a Shoppy.gg; and (11) John Doe No. 40 a/k/a Maksimka Nikitin.

Dated this 8th day of October, 2025.   Respectfully submitted,

| KAMERMAN, UNCYK, SONIKER & KLEIN, P.C. | FOCAL PLLC |
|---|---|
| By: *s/ Dylan Schmeyer*<br>Dylan M. Schmeyer (admitted *pro hac vice*)<br>3598 E. 106th Ave<br>Thornton, CO 80233<br>Tel: (719) 930-5942<br>Email: dschmeyer@kusklaw.com | By: *s/ Stacia N. Lay*<br>Stacia N. Lay, WSBA #30594<br>900 1st Avenue S., Suite 201<br>Seattle, Washington 98134<br>Tel: (206) 529-4827<br>Fax: (206) 260-3966<br>Email: stacia@focallaw.com |

*Attorneys for Plaintiff Bungie, Inc.*

MOTION FOR ENTRY OF DEFAULT AGAINST 11 DEFENDANTS
(Case No. 2:23-cv-01143-MLP) – 5

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

## WORD LIMIT CERTIFICATION

I certify that this memorandum contains 953 words, in compliance with the Local Civil Rules.

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594

MOTION FOR ENTRY OF DEFAULT AGAINST 11 DEFENDANTS
(Case No. 2:23-cv-01143-MLP) – 6

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966