UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE INC,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>JOSHUA FISHER et al.,<br><br>　　　　　　　　　　Defendant(s). | CASE NO. 2:23−cv−01143−TL<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:23−cv−01143−TL and bear the Judge's name in the upper right hand corner of the document.

DATED October 10, 2025

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　By: _/s/ Tim Farrell_
　　　　　　　　　　　　　　　　　　　　Deputy Clerk