HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-TL<br><br>MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS:<br><br>(1) JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; AND<br>(2) JOHN DOE NO. 27 A/K/A "BILLNYE"<br><br>NOTE ON MOTION CALENDAR:<br>October 29, 2025 |

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS
JOHN DOE NO. 26 AND JOHN DOE NO. 27
(Case No. 2:23-cv-01143-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,<br><br>          Defendants. |

Pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a), Plaintiff Bungie, Inc., through its undersigned counsel, hereby moves the Clerk to enter default against Defendants John Doe No. 26 a/k/a "BlackMamba" ("BlackMamba") and John Doe No. 27 a/k/a "BillNye" ("BillNye"), both of whom were served pursuant to the Court's Order granting Bungie's motion for alternative service (Dkt. 123).

Bungie's request for entry of default against Defendants BlackMamba and BillNye is based on the following facts:

1. The Second Amended Complaint in this action – the currently operative complaint – was filed on August 21, 2025. *See* Dkt. 124.

2. The Court granted Bungie permission to serve, as relevant here, Defendants BlackMamba and BillNye via Telegram on August 20, 2025. *See* Dkt. 123.

3. Bungie served the Second Amended Complaint and Summons on Defendant BlackMamba via Telegram on October 6, 2025. *See* Dkt. 138 at ¶¶ 6-8; Dkt. 138-1 at ¶¶ 2-5, 9-12.

4. The proof of service attesting to such service on BlackMamba was filed on October 7, 2025. *See* Dkt. 138.

5. Bungie served the Second Amended Complaint and Summons on Defendant BillNye via Telegram on October 6, 2025. *See* Dkt. 138 at ¶¶ 6-8; Dkt. 138-1 at ¶¶ 6-12.

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS JOHN DOE NO. 26 AND JOHN DOE NO. 27 (Case No. 2:23-cv-01143-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

6. The proof of service attesting to such service on BillNye was filed on October 7, 2025. *See* Dkt. 138.

7. Based on that service, under FED. R. CIV. P. 12(a)(1)(A)(i), both BlackMamba's and BillNye's response to the Second Amended Complaint was due within 21 days of service, specifically, October 27, 2025.

8. However, as of the filing of this Motion, Defendants BlackMamba and BillNye have not filed an answer or other response to the Second Amended Complaint and have not appeared in this action.

Based on these facts, pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a), because it has been shown that Defendants BlackMamba and BillNye have failed to timely plead or otherwise defend in this action, default should be entered against them.

Bungie therefore respectfully requests that the Clerk enter the default of (1) Defendant John Doe No. 26 a/k/a "BlackMamba" and (2) Defendant John Doe No. 27 a/k/a "BillNye".

Dated this 29th day of October, 2025.                    Respectfully submitted,

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan Schmeyer*
Dylan M. Schmeyer (admitted *pro hac vice*)
3598 E. 106th Ave
Thornton, CO 80233
Tel: (719) 930-5942
Email: dschmeyer@kusklaw.com

FOCAL PLLC

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*

### WORD LIMIT CERTIFICATION

I certify that this memorandum contains 358 words, in compliance with the Local Civil Rules.

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS
JOHN DOE NO. 26 AND JOHN DOE NO. 27
(Case No. 2:23-cv-01143-TL) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**CERTIFICATION OF CONFERRAL**

Pursuant to the Court's Standing Order for All Civil Cases, effective November 1, 2024, undersigned counsel for Plaintiff Bungie, Inc. certifies that because no Defendants – including the two Defendants that are the subject of this Motion – have appeared in this action, Bungie was unable to meet and confer regarding this Motion for Default.

Date: October 29, 2025

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594
Counsel for Plaintiff

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS
JOHN DOE NO. 26 AND JOHN DOE NO. 27
(Case No. 2:23-cv-01143-TL) – 4

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966