UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON



FILED
LODGED
RECEIVED

**MAIL**

BUNGIE, INC.,
Plaintiff,

NOV 0 4 2025

v.

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

JOSHUA FISHER, et al.
VINCENT MAGNY - Defendant (Pro Se).

Case No.: 2:23-cv-01143-TL

---

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND MEMORANDUM IN SUPPORT

---

Defendant, Vincent Magny ("Defendant"), appearing pro se and respectfully without waiving any rights or objections, hereby moves this Court to dismiss the Complaint filed by Plaintiff Bungie, Inc. for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

## I. INTRODUCTION

With full respect to this Court and its process, the Defendant, a resident of Pont-Rouge, Quebec, Canada, does not recognize the personal jurisdiction of this Court over him. However, out of respect for due process, he files this Motion to Dismiss supported by applicable law and facts known to him.

## II. BACKGROUND

Defendant is a private individual residing in Pont-Rouge, Quebec, Canada. He has never resided in the United States, maintained property there, or engaged in ongoing commercial activity directed toward U.S. residents. He does not maintain a business presence, bank accounts, or agents in the State of Washington.

Furthermore, Defendant voluntarily ceased any and all involvement with any activities remotely connected to the allegations in this case as of June 2020, long before this lawsuit was initiated. Since that date, he has not engaged in any conduct directed toward the United States or its residents.

## III. LEGAL STANDARD

Under Federal Rule of Civil Procedure 12(b)(2), a defendant may move to dismiss for lack of personal jurisdiction. The plaintiff bears the burden of establishing that jurisdiction is proper. See *Schwarzenegger v. Fred Martin Motor Co.*, 374 F.3d 797, 800 (9th Cir. 2004). The Due Process Clause of the Fourteenth Amendment limits the power of a court to exercise jurisdiction over a nonresident defendant. Jurisdiction is proper only where the defendant has established such minimum contacts with the forum that maintaining the suit does not offend traditional notions of fair play and substantial justice. *International Shoe Co. v. Washington*, 326 U.S. 310 (1945).Even if minimum contacts were established (which they are not), exercising jurisdiction would be unreasonable and would offend traditional notions of fair play and substantial justice. See *Asahi Metal Indus. Co. v. Superior Court*, 480 U.S. 102, 113 (1987)

**DECLARATION OF VINCENT MAGNY**

I, Vincent Magny, declare under penalty of perjury under the laws of the United States of America
that:

1. I am a resident of Pont-Rouge, Quebec, Canada.

2. I have never resided in the United States, conducted business there, or directed activities
   toward that forum.

3. I voluntarily ceased any involvement with matters possibly related to this action in or around
   June 2020, without any notice or knowledge of any dispute or complaint from the Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing
is true and correct, executed on this 3 day of November 2025, in Pont-Rouge, Quebec, Canada.

**Vincent Magny, Defendant (Pro Se)**

**69 rue du Jardin, Pont-Rouge, Québec, Canada.**

vmagny1@gmail.com



**UNITED STATES DISTRICT COURT**

FILED
LODGED
RECEIVED

**MAIL**

NOV 0 4 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

BY                                    DEPUTY

BUNGIE, INC., Plaintiff,

v.

VINCENT MAGNY, Defendant, Pro Se.

## 1.  PROOF OF SERVICE BY POSTAL MAIL

I, Vincent Magny, declare as follows:

1. I am over the age of 18 and not a party to this action. My address is: 69 rue du Jardin, G3H 0C7, Pont-Rouge, Quebec, Canada

2. On November 3, 2025, I served the following documents by postal mail, placed in a properly addressed and stamped envelope, and deposited with Canada Post for delivery to the United States:

   - Defendant's Motion to Dismiss
   - Proof of Service
   - Proposed Order

3. The documents were mailed to the following attorney of record for Plaintiff Bungie, Inc.:

**Stacia N. Lay**
**Focal PLLC**
900 1st Avenue S., Suite 201
Seattle, WA 98134
**United States**

**Dylan M. Schmeyer**
**Kamerman, Uncyk, Soniker & Klein, P.C.**
3598 E. 106th Avenue
Thornton, CO 80233
**United States**

4. The mailing was sent via Canada Post Xpresspost International. Adresses used are the one provided in the document served to the defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 3, 2025, at Pont-Rouge, Quebec, Canada.

---

Vincent Magny

Defendant, Pro Se

69 rue du Jardin, Pont-Rouge, Quebec, Canada

Email: vmagny1@gmail.com

Telephone: 1 (418) 873-7390

69 DU JARDIN
PONT-ROUGE
G3H 0C7
CANADA

Clerk of Court
U.S. District Court
Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101-9906
USA



Align top of FedEx Express® shipping label here.
Placez le côté supérieur de l'étiquette d'expédition
FedEx Express™ ici.

FILED
LODGED

NOV 04 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# Envelope
# Enveloppe
## Recycle me.
## Recyclez-moi.

Align bottom of pouch here.
Placez le côté inférieur de la pochette ici.

04/21/25 18:13

