UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BUNGIE, INC.,
Plaintiff,

v.

VINCENT MAGNY,
Defendant, Pro Se.

Case No.: 2:23-cv-01143-TL

## 1. [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

This matter comes before the Court on Defendant Vincent Magny's Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). Having considered the Motion, any opposition, and the pleadings and papers on file, the Court finds that it lacks personal jurisdiction over the Defendant.

Accordingly, IT IS HEREBY ORDERED:

1. Defendant's Motion to Dismiss is GRANTED.
2. All claims against Defendant Vincent Magny are hereby DISMISSED without prejudice.
3. The Clerk of Court is directed to terminate Defendant Magny from this action.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
The Honorable Tana Lin
United States District Judge
Western District of Washington at Seattle

Respectfully submitted,

_____

Vincent Magny

Defendant, Pro Se

69 rue du Jardin, Pont-Rouge, Quebec, Canada. vmagny1@gmail.com