# 1. UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE




**FILED** / **LODGED** / **RECEIVED** — **MAIL**

**NOV 07 2025**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

BUNGIE, INC.,
Plaintiff,

v.

JOSHUA FISHER, et al.
VINCENT MAGNY, Defendant (Pro Se).

Case No.: 2:23-cv-01143-TL

## 2. NOTICE OF FILING CORRECTION AND REQUEST FOR ACCEPTANCE OF AMENDED DOCUMENT

### 1. Explanation of Error
Due to an inadvertent mailing error, one page of the original submission was omitted from the postal package sent to the Court and to the Plaintiff's counsel. This omission was made in good faith and was only discovered after review of the filed materials.

### 2. Correction and Request
Defendant respectfully requests that the Court and the Clerk accept the corrected and complete version of the Motion to Dismiss and its supporting documents as filed in good faith. No substantive changes have been made other than the inclusion of the missing page to ensure a complete and accurate record before the Court. Defendant further requests that this corrected filing be deemed timely as of the original submission date.

### 3. Notice to Plaintiff
A corrected copy of the full Motion and supporting documents will be sent by email to Plaintiff's counsel at their address of record on the same date as this filing.

### 4. Conclusion
Defendant sincerely apologizes for any inconvenience caused by this inadvertent error and respectfully asks the Court and Clerk to accept this correction in the interest of accuracy and fairness.

Respectfully submitted this 6 day of Novembre, 2025.

/s/ Vincent Magny
Vincent Magny
Pont-Rouge, Quebec, Canada
Defendant, Pro Se
Email: vmagny1@gmail.com

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BUNGIE, INC., Plaintiff,

v.

VINCENT MAGNY, Defendant, Pro Se.

```
FILED ___ LODGED ___ RECEIVED ___  MAIL
NOV 07 2025
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

**PROOF OF SERVICE.**

I, Vincent Magny, declare as follows:

1. I am over the age of 18 and not a party to this action. My address is: 69 rue du Jardin, G3H 0C7, Pont-Rouge, Quebec, Canada

2. On November 3, 2025, I served the following documents by various means as mentionned below.

   - Defendant's Motion to Dismiss
   - Proof of Service
   - Proposed Order
   - Notice of filing correction and request for acceptance of amended documents.

3. The modified documents were mailed to the Clerk of the Court Western Washington Disctrict.

The modified documents were sent via email to the attorneys on record for Plaintiff Bungie, Inc.:
**Stacia N. Lay**
Focal PLLC - stacia@focallaw.com


**Dylan M. Schmeyer**
Kamerman, Uncyk, Soniker & Klein, P.C. - dschmeyer@kusklaw.com

The mailing was sent via FedEx International.

The emails were sent accordingly to the emails listed in the documents served to the defendant to the respective attourneys.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2025, at Pont-Rouge, Quebec, Canada.

---

Vincent Magny

Defendant, Pro Se

69 rue du Jardin, Pont-Rouge, Quebec, Canada

Email: vmagny1@gmail.com

Telephone: 1 (418) 873-7390

69 DU JARDIN
Pont-Rouge
G3H 0C7
P. QUEBEC
CANADA

CLERK of Court
U.S. District Court
Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101-9906
USA

FILED
LODGED
RECEIVED  MAIL

NOV 07 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY            DEPUTY

