HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-TL<br><br>CLERK'S ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS:<br><br>(1) JOHN DOE NO. 9 A/K/A "1NVITUS";<br>(2) JOHN DOE NO. 11 A/K/A "THEGUY";<br>(3) CICERO LOUREIRO A/K/A "BEATRED";<br>(4) JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS";<br>(5) DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE";<br>(6) SABEEN REHMAN SOOMRO A/K/A "ESSWAN";<br>(7) JOHN DOE NO. 17 A/K/A "ADMIRAL";<br>(8) JOHN DOE NO. 24 A/K/A "MIHAI LUCIAN";<br>(9) JOHN DOE NO. 28 A/K/A "BANEK192" A/K/A IVAN M. SERGEEVICH;<br>(10) SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; AND<br>(11) JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN |

CLERK'S ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST 11 DEFENDANTS (Case No. 2:23-cv-01143-MLP) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,

      Defendants.

THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s Motion for Entry of Default Against Defendants (1) John Doe No. 9 a/k/a "1nvitus"; (2) John Doe No. 11 a/k/a "TheGuy"; (3) Cicero Loureiro a/k/a "Beatred"; (4) John Doe No. 13 a/k/a "CM" a/k/a "CommunityMods"; (5) David Bonar Marpaung a/k/a "VincentPrice"; (6) Sabeen Rehman Soomro a/k/a "Esswan"; (7) John Doe No. 17 a/k/a "Admiral"; (8) John Doe No. 24 a/k/a "Mihai Lucian"; (9) John Doe No. 28 a/k/a "Banek192" a/k/a Ivan M. Sergeevich; (10) Shoppy Ecommerce Ltd. a/k/a Shoppy.gg; and (11) John Doe No. 40 a/k/a Maksimka Nikitin. Dkt. No. 140.

It appearing from the records in this action that Summons has been served upon each of the above identified Defendants and it further appearing from the records in this action and the Motion of Plaintiff that each of the Defendants have failed to plead or otherwise defend in this action, default is hereby entered against the following Defendants pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a):

    1.    John Doe No. 9 a/k/a "1nvitus";

    2.    John Doe No. 11 a/k/a "TheGuy";

    3.    Cicero Loureiro a/k/a "Beatred";

    4.    John Doe No. 13 a/k/a "CM" a/k/a "CommunityMods";

    5.    David Bonar Marpaung a/k/a "VincentPrice";

CLERK'S ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST 11 DEFENDANTS (Case No. 2:23-cv-01143-MLP) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

6. Sabeen Rehman Soomro a/k/a "Esswan";

7. John Doe No. 17 a/k/a "Admiral";

8. John Doe No. 24 a/k/a "Mihai Lucian";

9. John Doe No. 28 a/k/a "Banek192" a/k/a Ivan M. Sergeevich;

10. Shoppy Ecommerce Ltd. a/k/a Shoppy.gg; and

11. John Doe No. 40 a/k/a Maksimka Nikitin.

DATED this 14th day of November, 2025.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

Presented by:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan M. Schmeyer*
    Dylan M. Schmeyer (admitted *pro hac vice*)
    3598 E. 106th Ave
    Thornton, CO 80233
    Tel: (719) 930-5942
    Email: dschmeyer@kusklaw.com

FOCAL PLLC

By: *s/ Stacia N. Lay*
    Stacia N. Lay, WSBA #30594
    900 1st Avenue S., Suite 201
    Seattle, Washington 98134
    Tel: (206) 529-4827
    Fax: (206) 260-3966
    Email: stacia@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*

CLERK'S ORDER GRANTING MOTION FOR
ENTRY OF DEFAULT AGAINST 11 DEFENDANTS
(Case No. 2:23-cv-01143-MLP) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966