IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**BUNGIE, INC.,**
      *Plaintiff,*

         **v.**

**JOSHUA FISHER; KICHING KANG a/k/a
"SEQUEL"; et al.,**
      *Defendants.*

**Case No. 2:23-cv-01143**

---

**AFFIDAVIT OF SUBSTITUTE SERVICE UPON DEFENDANT
KICHING KANG A/K/A "SEQUEL"**

Comes now Tharmandra "David" Vijeyaserkaram, who, upon oath, states the following:

1.     I am over the age of eighteen, an employee of Axis Vero Incorporated (a Private Investigation Firm headquartered in Ontario, Canada, licensed to operate in Ontario), and I am authorized to serve process in the Province of Ontario, Canada.

2.     On October 27, 2025, I was instructed by Axis Geffen, President and Owner of Axis Vero Incorporated, who was in turn instructed by Aaron Lukken, Esq., of Viking Advocates, LLC, of Kansas City, Missouri, himself instructed by Dylan Schmeyer Esq., counsel for the plaintiff, to serve the following documents upon Kiching Kang a/k/a "Sequel" pursuant to Fed. R. Civ. P. 4(f)(2)(A); Article 10(b) of the Hague Service Convention; and Ontario Rules of Court 16.01, 16.02, and 16.03[1]:

---

[1] Rules may be accessed at https://www.ontario.ca/laws/regulation/900194.  Aapplicable text related to me by Mr. Lukken, Esq.:
PERSONAL SERVICE
**16.02** (1) Where a document is to be served personally, the service shall be made, (…)
**Individual**
    (a)  on an individual, other than a person under disability, by leaving a copy of the document with the individual.
ALTERNATIVES TO PERSONAL SERVICE
**16.03 (1)** Where these rules…permit service by an alternative to personal service, service shall be made in accordance with this rule.
**Service at Place of Residence**
    (5) Where an attempt is made to effect personal service at a person's place of residence and for any reason personal service cannot be effected, the document may be served by,
        (a)  leaving a copy, in a sealed envelope addressed to the person, at the place of residence with anyone who appears to be an adult member of the same household; and
        (b)  on the same day or the following day mailing another copy of the document to the person at the place of residence,
and service in this manner is effective on the fifth day after the document is mailed.

- •      Hague Service Convention Warning
- •      Summary of the Document to Be Served
- •      Summons
- •      Second Amended Complaint

3.      Copies of the Warning and Summary pages are attached here as Exhibit A.

4.      According to plaintiff's counsel, Kiching Kang's (a/k/a "Sequel") address is 468 Summeridge Drive, Thornhill, ON L4J 9H9.

5.      On Monday, October 27, 2025, at 8:53 pm, I completed substitutional service upon Kiching Kang "Sequel" at the front door of his residence via his sister, Jacqueline Kang, who confirmed that she was over the age of 18 and capable of accepting for her brother.

6.      Jacqueline Kang is an Asian female in her 20s, with thin build, approximately 5'5" in height, black hair, and wearing prescription glasses, black tights, with a white t-shirt (see photo below).



7.      In order to fulfill Rule 16.05(b), on October 28, 2025, at 10:39 am, I sent a second copy of the documents to Mr. Kang at the same address by FedEx, tracking number 885533392749. The package was

delivered on October 29, 2025, at 12:50 pm, as demonstrated by the FedEx confirmation attached here as Exhibit B.

8.      I believe service in this matter to have been effected on October 27, 2025, according to the laws of the province of Ontario, Canada, thus in accordance with Article 10(b) of the Hague Service Convention.

I swear that the foregoing statements are true to the best of my knowledge.

Respectfully submitted,

Tharmandra "David" Vijeyaserkaram, an agent
Axis Vero Incorporated
42 Helios Place,
Brampton, Ontario L6Z 2B2

Subscribed and sworn before me on November 10, 2025
at Ontario, Canada

Axis A. Geffen
Non-Lawyer Notary Public
My commission expires on January 26, 2026
My Notary Designation: N39/52



**Axis Alexander Geffen, Notary Public**
Province of Ontario, Canada
Limited to process serving and documents pursuant to
the Private Security and Investigative Services Act, 2005,
for AXIS VERO INCORPORATED.
Expires: January 26, 2026

This is Exhibit " _A_ " referred to in the affidavit
of _Tharmandra Vijeyaserkaran_ sworn before me,
this __10__ day of _November_, A.D. 20 _25_

N 39/52

Axis Alexander Geffen - Notary Public Ontario

# EXHIBIT A
## *Warning and Summary*

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee** / Identité et adresse du destinataire

### Kiching Kang a/k/a "Sequel"
468 Summeridge Drive
Thornhill, ON L4J 9H9

**IMPORTANT**

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Legal Foundation of Washington
500 Union Street,
Seattle, Washington 98101
Tel.: +1.206.624.2536

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131 USA<br>E.: lukken@vikinglaw.us<br>Tel.: +1.816.683.7900 |
| **Particulars of the parties**\*:<br>Identité des parties* : | Plaintiff: Bungie, Inc.<br><br>Defendants: Joshua Fisher; **Kiching Kang a/k/a "Sequel"**; et al.<br><br>*(See pleadings for full list of defendants)* |

\*   If appropriate, identity and address of the person interested in the transmission of the document
    S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒   **JUDICIAL DOCUMENT\*\***
       ACTE JUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To notify the defendants of a lawsuit against them, and to demand their answer at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | The plaintiff accuses the defendants of, *inter alia*, copyright infringement and seeks injunctive relief, damages, costs, fees, and interest. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution** : | Within 21 days after service, the addressee must appear and file an answer in the United States District Court for the Western District of Washington, 700 Stewart Street, Seattle Washington 98101. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision** : | No court has issued a judgment. |
| **Date of judgment\*\*:**<br>Date de la décision** : | No court has issued a judgment. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte** : | 21 days |

\*\* if appropriate / s'il y a lieu

This is Exhibit " _B_ " referred to in the affidavit
of _Tharmendra Vijeyaserkaran_, sworn before me,
this _10_ day of _November_, A.D. 20 _25_

N 39/52

Axis Alexander Geffen - Notary Public Ontario

**EXHIBIT B**
*FedEx delivery confirmation*

**FedEx.**

Dear Customer,

The following is the proof-of-delivery for tracking number: 885533392749

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery; No Signature Required | | THORNHILL, ON, |
| | | Delivery date: | Oct 29, 2025 12:50 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 885533392749 | Ship Date: | Oct 28, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:

THORNHILL, ON, CA,

Shipper:

Brampton, ON, CA,



Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required. Photo above was taken by the FedEx Driver upon delivery.

Thank you for choosing FedEx



← Tracking ID: 885533392749 ⧉ ⤴                    Local Scan Time ⌄

## Travel history

Sort by: Ascending ⌄

| | | | |
|---|---|---|---|
| Monday, 10/27/25 | 8:57 PM | **Shipment information sent to FedEx** | |
| Tuesday, 10/28/25 | 10:39 AM | **Dropped off at FedEx Authorized ShipCenter-COPY AND MAIL** | BRAMPTON, ON |
| | 5:14 PM | **Picked up** | WOODBRIDGE, ON |
| | 5:18 PM | **Shipment arriving On-Time** | WOODBRIDGE, ON |
| | 9:13 PM | **Left FedEx origin facility** | WOODBRIDGE, ON |
| | 9:50 PM | **At destination sort facility** | ETOBICOKE, ON |
| | 10:05 PM | **Picked up** | ETOBICOKE, ON |
| Wednesday, 10/29/25 | 12:08 AM | **On the way** | BRAMPTON, ON |
| | 6:23 AM | **At local FedEx facility** | MARKHAM, ON |
| | 7:45 AM | **On FedEx vehicle for delivery** | MARKHAM, ON |
| | 12:50 PM | **Delivered** | THORNHILL, ON |

## Shipment facts

### 📦 Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 885533392749 |
| **DELIVERED TO** | Residence |
| **SHIP DATE** ? | 10/28/25 |
| **STANDARD TRANSIT** ? | 10/29/25 before 8:00 PM |
| **DELIVERED** | 10/29/25 at 12:50 PM |

### 🚚 Services

| | |
|---|---|
| **SERVICE** | FedEx Standard Overnight |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday, Residential Delivery, No Signature Required |

### ⚖️ Package details

| | |
|---|---|
| **WEIGHT** | 1 lbs / 0.45 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1 lbs / 0.45 kgs |
| **PACKAGING** | FedEx Envelope |

**OUR COMPANY**

About FedEx
Why Choose FedEx
Investor Relations
Sustainability
Corporate Responsibility
Global Newsroom
Careers at FedEx

**SUPPORT**

Contact Us
FAQs
Accessibility Plan

**MORE FROM FEDEX**

FedEx Developer Portal
Service Guides
Fuel Surcharge
Regulatory News & Information
FedEx Logistics
Privacy Code
Internet Privacy Policy

**PREFERENCES**

🌐 Canada

**FOLLOW FEDEX** ✉ f 𝕏 ▶ in

© FedEx 1995-2025                    Feedback  Site Map  |  Terms of Use