HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER | Case No. 2:23-cv-01143-TL<br><br>STIPULATED NOTICE TO THE COURT MOVING THE DEADLINE FOR PLAINTIFF BUNGIE, INC. TO RESPOND TO THE MOTION TO DISMISS OF DEFENDANT JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST" |

STIPULATED NOTICE MOVING DEADLINE TO RESPOND TO
DEFENDANT JOHN DOE NO. 38'S MOTION TO DISMISS
(Case No. 2:23-cv-01143-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,<br><br>　　　　Defendants. | |

Pursuant to Judge Lin's Standing Order for All Civil Cases, effective November 1, 2024, the Parties – Plaintiff Bungie, Inc. and Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" ("Magny") – have agreed to move the following deadlines: the deadline for Bungie's response to Magny's Motion to Dismiss filed on November 5th and amended on November 10th (Dkts. 143, 144) to December 2, 2025; the deadline for Magny's reply on the Motion to Dismiss to December 9, 2025; and the noting date for the Motion to Dismiss to December 9, 2025.

The Parties request that the Clerk reset the deadlines as noticed.

Respectfully submitted,

Dated this 19th day of November, 2025.

| | |
|---|---|
| KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.<br><br>By: *s/ Dylan M. Schmeyer*<br>　Dylan M. Schmeyer (admitted *pro hac vice*)<br>　3598 E. 106th Ave<br>　Thornton, CO 80233<br>　Tel: (719) 930-5942<br>　Email: dschmeyer@kusklaw.com | Respectfully submitted,<br><br>FOCAL PLLC<br><br>By: *s/ Stacia N. Lay*<br>　Stacia N. Lay, WSBA #30594<br>　900 1st Avenue S., Suite 201<br>　Seattle, Washington 98134<br>　Tel: (206) 529-4827<br>　Fax: (206) 260-3966<br>　Email: stacia@focallaw.com |

STIPULATED NOTICE MOVING DEADLINE TO RESPOND TO DEFENDANT JOHN DOE NO. 38'S MOTION TO DISMISS (Case No. 2:23-cv-01143-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

*Attorneys for Plaintiff Bungie, Inc.*

DEFENDANT VINCENT MAGNY

By: _____s/ Vincent Magny_____

_____

Vincent Magny, Pro Se
69 rue du Jardin
Pont-Rouge, Quebec, Canada
Email: vmagny1@gmail.com

### **WORD LIMIT CERTIFICATION**

I certify that this memorandum contains 102 words, in compliance with the Local Civil Rules.

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594

### **CERTIFICATION OF CONFERRAL**

Pursuant to the Court's Standing Order for All Civil Cases, effective November 1, 2024, undersigned counsel for Plaintiff Bungie, Inc. certifies that counsel for Plaintiff conferred with Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" regarding this Stipulated Notice via email on November 18 and 19, 2025, and the parties reached an agreement regarding the extension outlined in this Stipulated Notice.

Date: November 19, 2025

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594
Counsel for Plaintiff

STIPULATED NOTICE MOVING DEADLINE TO RESPOND TO DEFENDANT JOHN DOE NO. 38'S MOTION TO DISMISS
(Case No. 2:23-cv-01143-TL) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

# **CERTIFICATE OF SERVICE**

I, Dylan M. Schmeyer, hereby certify that on November 19, 2025, I delivered a true and correct copy of the foregoing STIPULATED NOTICE TO THE COURT MOVING THE DEADLINE FOR PLAINTIFF BUNGIE, INC. TO RESPOND TO THE MOTION TO DISMISS OF DEFENDANT JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST" to Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" via email pursuant to the agreement of the parties as follows:

> Vincent Magny, Pro Se
> 69 rue du Jardin
> Pont-Rouge, Quebec, Canada
> Email: vmagny1@gmail.com

DATED: November 19, 2025

s/ <i>Dylan M. Schmeyer</i>
DYLAN M. SCHMEYER

STIPULATED NOTICE MOVING DEADLINE TO RESPOND TO
DEFENDANT JOHN DOE NO. 38'S MOTION TO DISMISS
(Case No. 2:23-cv-01143-TL) – 4

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966