HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-TL<br><br>DECLARATION OF KATHRYN TEWSON IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S RESPONSE TO THE MOTION TO DISMISS OF DEFENDANT JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"<br><br>NOTE ON MOTION CALENDAR:<br>December 9, 2025 |

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50, |

Defendants.

I, Kathryn Tewson, declare and state as follows:

1. I am a paralegal with Kamerman, Uncyk, Soniker & Klein, P.C., counsel to Plaintiff Bungie, Inc. in this action. I make this declaration based on my personal knowledge of the facts herein, and could and would testify to them competently if necessary.

2. I was assigned to the investigation into the Ring-1 Enterprise, its members, and its conduct as part of my regular work duties for the firm.

3. At the request of Plaintiff Bungie, Inc., I reviewed records created and maintained by Bungie in the ordinary course of its business. I also reviewed records produced by Valve Corporation in response to a subpoena dated June 6, 2024 and authorized by this court, Dkt. 36, as well as archived records captured from the publicly advertised and accessible Ring-1 Discord Server while it was operational.

4. Access to *Destiny 2* on the PC platform is contingent upon the possession and use of a valid Steam account. Steam, operated by Valve Corporation, functions as a digital distribution platform and authentication service for interactive software. The architecture of *Destiny 2* establishes a strict one-to-one relationship between Steam accounts and *Destiny 2* accounts; neither multiple *Destiny 2* accounts associated with a single Steam account nor multiple Steam accounts associated with a single *Destiny 2* account are permitted under the system's design. Accordingly, it may reasonably be inferred that the individual who maintains

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

operational control over a given Steam account is necessarily the same individual who maintains operational control over the corresponding *Destiny 2* account. Attached hereto as **Exhibit 1** is a true and correct copy of subscriber records associated with a Steam account belonging to Vincent Magny (the "Magny Steam Account"), produced by Valve Corporation in response to subpoena, bearing the unique SteamID 76561198009932392 and associated with the email address vmagny1@gmail.com (the "Magny Gmail Account"). I have added highlighting to this document to call the Court's attention to relevant information.

5. The Magny Steam Account is associated with a *Destiny 2* account bearing the unique Bungie ID 4611686018488552886 (the "Magny D2 Account") Attached hereto as **Exhibit 2** is a true and correct copy of subscriber records associated with the Magny D2 Account, which was provided to me by Bungie and to which I have added highlighting to call the Court's attention to relevant information. The Magny D2 Account uses three separate *Destiny 2* player names: Ykk ("D2-Ykk"), AhhhOkName#1867 ("D2-AhhhOK"), and Frost#16997 ("D2-Frost").

6. Magny also had a separate *Destiny 2* account created with the Magny Gmail Address, bearing the unique Bungie ID 4611686018485495194 and using the player name MaGx (the "MaGx D2 Account"). Attached hereto as **Exhibit 3** is a true and correct copy of subscriber records associated with the MaGx D2 Account, provided to me by Bungie, to which I have added highlighting to call the Court's attention to relevant information.

7. Between the MaGx D2 Account and the Magny D2 account, Magny logged into the *Destiny 2* servers 484 times, accumulating more than 1000 hours of gameplay time. Attached hereto as **Exhibit 4** are excerpts of access records created by Magny's *Destiny 2* activity which were provided to me by Bungie, demonstrating that Magny played *Destiny 2* persistently (if with varying frequency) throughout 2020, 2021, and 2022, logging in as recently as August 20, 2025.

8. From November 2019 to July 2021, the Ring-1 Enterprise maintained a Discord server which bears the unique Discord Server ID 644369053682761748 (the "Ring-1 Discord Server") through which the Ring-1 Cheat was advertised, supported, and sold. Attached hereto as

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**Exhibit 5** are relevant archived records from the Ring-1 Discord Server, in which Magny participated under his Discord user account with a display name of Frost, a discriminator of #4781, and the unique Discord ID 566701077588869159 (the "Frost Discord Account"). The thick black lines delineate the excerpt selections; within each selection, all contiguous records have been included to show the context of the conversations. The archived records display an actively-tagged user account by that user's unique Discord ID, rather than the display name associated with their account; for the sake of readability, I have replaced Magny's Discord ID with his display name, Frost#4781.

9. Magny was central to the early Ring-1 Enterprise, which he participated in under the username "Frost," consistent with his Discord account username. Magny was an early and central member of the Ring-1 Enterprise, as evidenced by the fact that he was User #5 on the Ring-1 Website. He was user #5 on the Ring-1 Website, as seen in the Wayback Machine URL archive of his profile page created on September 19, 2021 at https://web.archive.org/web/20210924213251/https://ring-1.io/forum/profile/5-frost/; users are assigned their user number in ascending order of creation, and the "5" in "5-frost" is his user number.

10. Magny participated in the Ring-1 Enterprise in several capacities. Archived records of the Ring-1 Discord server show that he was the server's first member, Exhibit 5 at Row 2; based on my experience with Discord, this demonstrates that he was the creator and owner of the Ring-1 Discord and would have had the highest level of administrative control over it, including the sole power to delete the server.

11. Magny's role in the Ring-1 Enterprise was far-reaching, placing him between the ordinary moderators and the cheat developers in the Enterprise's organizational tree. Ex. 5 at Row 1012. In December 2019, he stated in the Ring-1 Discord Server, "Im [sic] not coding anything, Im [sic] helping everything else that isn't coding :P so devs can focus on important stuff," *id.* at Rows 134-35.

12. Magny's activity in the Ring-1 Discord corroborates his claim. By his own words,

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 4

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Magny beta-tested the Ring-1 *Destiny 2* Cheat as well as testing it on an ongoing basis, Ex. 5 at Rows 303-310, 348-350, 375, 420-429, 475, 909; recruited volunteer testers *id.* at Rows 289, 335, 378-79, 710, 736; and content creators; *id.* at Rows 27, 37, 395, 916; communicated with users about the status of the cheat software, including when it was broken, when it was fixed, and when new features were added, *see, e.g., id*. at Rows 149-152, 222-235, 254-260, 281, 760, 776; provided ongoing technical support to Ring-1 customers, *id*. at Rows 74-83, 471-474, 560-564, 657, 785-808; engaged in market and product viability research, *id.* at Rows 47-62; took reports of bugs and other issues with the cheat software and passed them along to the developers, *id.* at Rows 200, 762, 811-41; announced new staff and discussed the process by which people could become staff, *id.* at Rows 104-122, 126, 196, 336; took payment for certain transactions on behalf of the Enterprise, *id.* at Rows 155; enforced community rules, *id.* at Rows 167-183, 311-314; and generally spoke for the Enterprise, communicating about plans and updates using the first-person plural and taking actions to protect the Enterprise's reputation, *id.* at Rows 565-656, 679-90,760-764, 873-900.

13. In fact, Magny was so central to the structure and function of the Ring-1 Enterprise that there were some functions that only he was authorized to do, such as re-setting customers' HWIDs.

14. A Hardware Identifier (or "HWID") is a unique alphanumeric value derived from one or more physical components of a device, such as network adapters or system hardware. The Ring -1 cheat utilizes HWID to tie a purchased cheat to a specific computer or other device; otherwise, one subscription or purchase could be utilized on an infinite number of machines, largely defeating their business model. In this context, a HWID reset is the process by which Ring-1 would break the association between a user's subscription and their HWID, allowing them to keep using the subscription even after installing new hardware, balancing the need for a good user experience with maintaining install control over the product to maximize sales. Magny was the only member of the Ring-1 Enterprise with the ability and authority to reset customers' HWIDs until at least December 2020. Ex. 5 at Rows 261-62, 287, 337-47, 505-07, 514-50, 551-

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 5

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

559, 919.

15.     This was not the only mission-critical function which Magny had sole authorization and ability to perform, however. The Ring-1 Enterprise's business model is adversarial, with videogame studios constantly updating their offerings in an attempt to protect their products and the associated player experiences from wrongful interference, and their efforts were frequently successful – at least in the short term – rendering the cheat software ineffective for a given game until the developers updated it to once again successfully evade detection and neutralization. It was the standard practice of the Ring-1 Enterprise to extend customers' subscriptions to cover these periods of downtime to ensure that they would be able to get their money's worth, Ex. 5 at Rows 333, 701, 759. Like the HWID resets, this too was a function that could only be performed by Magny. *Id.* at Rows 317-18.

16.     As a result of my investigation and analysis, I was able to confirm that Magny did, in fact, beta-test the *Destiny 2* Ring-1 Cheat as he claims. The earliest I was able to find evidence of the availability of the *Destiny 2* Ring-1 Cheat to the general public was October 8, 2019. But my investigation revealed that Magny was playing *Destiny 2* with the Ring-1 Cheat installed no later than the beginning of August, 2019, months prior to its availability to the general public.

17.     Bungie's anticircumvention technological protection measures involve, *inter alia*, logging the existence of executable files that are indicative of reverse engineering tools and cheating software and which are attached to the *Destiny 2* game process. My analysis of the activity generated by *Destiny 2* accounts known to have participated in Ring-1 cheat development and testing yielded the discovery of two files in this category that I believe are uniquely associated with the process of developing the *Destiny 2* Ring-1 cheat: "kneeger.exe" and "icantbreathe.exe" / "icantbreatheofficer.exe."[1] I performed a thorough and exhaustive

---

[1] The name of the first file, "kneeger.exe," is a homonym for a racial slur. I believe the second, "icantbreathe.exe" or "icantbreatheofficer.exe," is a reference to the death of black New York City resident Eric Garner by asphyxiation at the hands of New York City police. *See, e.g.,*

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 6

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

search of both widely-public and limited-access online environments, and could find no evidence of these files existing in any context *other* than this development process. These files are not part of the larger *Destiny 2* universe; there are no independent software products which include files with these names; there are no GitHub or other open-source repositories that build binaries with these names; they are not documented as being part of any reverse-engineering suites or other cheat development tools that I was able to identify; and they are not part of the shipping Ring-1 cheat package. As of the time this investigation was performed, I believe it is virtually certain that these files existed solely as part of developing the *Destiny 2* Ring-1 Cheat, such that their detected presence during *Destiny 2* gameplay is a reliable indication that the *Destiny 2* player in question is knowingly contributing to that development process.

18. Magny's *Destiny 2* gameplay activity under the Magny D2 Account was found to demonstrate the presence of the "kneeger.exe" and "icantbreathe.exe" / "icantbreatheofficer.exe" files, as well as other files that are indicative of reverse engineering and circumvention efforts. These are files attached to his game processes during both August and September 2019. Based on my investigation and analysis, I believe the presence of these files makes it a virtual certainty that Magny was testing the *Destiny 2* Ring-1 cheat prior to its release, in service of its eventual offer in sale to the general public.

19. This conclusion is reinforced by Magny's own words in the Ring-1 Discord Server; not only did he state that he had beta-tested the cheat prior to release, *see* ¶ 12 *supra*, but he gave an approximate time frame for this activity, stating on July 6, 2020 in the "destiny2" channel in the Ring-1 Discord that "it's been almost a year since we went in beta." Ex. 5 at Row 468. This time frame aligns with the finding that Magny's beta-testing activity began in early August 2019 and continued through September and October of that year.

20. Magny's involvement with the Ring-1 Enterprise continued through at least February of 2021, Ex. 5 at Rows 964-1011 (Magny chiming in on a discussion of a Cease and

---

https://www.pbs.org/newshour/nation/i-cant-breathe-eric-garner-remembered-on-the-10th-anniversary-of-his-chokehold-death.

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 7

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Desist letter received by the Ring-1 Enterprise). However, his absence from the posts in the Ring-1 Discord after that point may not indicate a departure from the Enterprise; in that conversation, he went out of his way to inform users that "Frost is always here / Just quiet as fuck," *id.* at Rows 978, 982.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of December, 2025, at Bothell, Washington.

_____
Kathryn Tewson

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 8

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

# CERTIFICATE OF SERVICE

I, Stacia N. Lay, hereby certify that on December 2, 2025, I caused a true and correct copy of the foregoing DECLARATION OF KATHRYN TEWSON IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S RESPONSE TO THE MOTION TO DISMISS OF DEFENDANT JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST" to be served upon Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" via email pursuant to the agreement of the parties as follows:

> Vincent Magny, Pro Se
> 69 rue du Jardin
> Pont-Rouge, Quebec, Canada
> Email: vmagny1@gmail.com

DATED: December 2, 2025

                                             s/ *Stacia N. Lay*
                                             STACIA N. LAY

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 9

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966