# EXHIBIT 2

**Perp Report**  **BanHammer** ▼  **Download**

(6) Perp Reports has been requested on this player. Investigation State: InProgress ▼

## Account Overview

**Identification**

| | |
|---|---|
| Report Date | 11/19/2025 12:42 PM |
| AccountId | Steam/4611686018488552886 |

> Ykk
> 189 : cheating+hacking
> 7 : exploiting+game_exploit
> 7 : cheating+other

| | |
|---|---|
| BungieId | 1024000065684235 |
| Account Type | Steam (Steam) |
| Birth Age | 2,297.78 days |
| SteamId | ==76561198009932392== |
| Tiger Locality | Canada |
| Tiger Language | English |
| Email | Ken123ken@mail.com (Verified) |
| SMS | Player has not supplied a number |

Accounts with Same Email

## Signon History

| | |
|---|---|
| BungieId | 1024000065684235 |
| Account Name | Ykk |
| Display Names | AhhhOkName#1867, Ykk, ==Frost#16997== |
| AccountId | 3/4611686018488552886 |

> Ykk
> 189 : cheating+hacking
> 7 : exploiting+game_exploit
> 7 : cheating+other

| | |
|---|---|
| PlatformId | 76561198009932392 |
| Account Type | Steam (3) |