# EXHIBIT 3

 Perp Report    BanHammer ▾    Download

Investigation State: Actioned ▾

## Account Overview

- Identification
  - Report Date: 11/19/2025 12:59 PM (yurys)
  - AccountId: BattleNet/4611686018485495194

  > MaGx#11590 **Ban**
  > 66 : cheating+hacking
  > 4 : exploiting+game_exploit
  > 4 : cheating+other

  - BungieId: 1007000062564663
  - Account Type: BattleNet (BattleNet)
  - Birth Age: 2,561.21 days
  - Tiger Locality: Canada
  - Tiger Language: French
  - Email: vmagny1@gmail.com (VERIFYING)
  - SMS: Player has not supplied a number
- Accounts with Same Email
  - AccountId: BungieNet/20474915

## Signon History

- BungieId: 1007000062564663
- Account Name: MaGx#11590
- Display Names: MaGx#11590
- AccountId: 4/4611686018485495194

  > MaGx#11590 **Ban**
  > 66 : cheating+hacking
  > 4 : exploiting+game_exploit
  > 4 : cheating+other

- PlatformId: 69832992
- Account Type: BattleNet (4)