HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-TL<br><br>DECLARATION OF JAMES BARKER IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S RESPONSE TO THE MOTION TO DISMISS OF DEFENDANT JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"<br><br>NOTE ON MOTION CALENDAR: December 9, 2025 |

DECLARATION OF JAMES BARKER
(Case No. 2:23-cv-01143-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50, |

Defendants.

I, James Barker, declare and state as follows:

1. I am currently senior corporate counsel for Sony Interactive Entertainment, LLC and I report to the Studio Business Group legal team. In that role, I provide Bungie, Inc. ("Bungie") with legal counsel. Prior to obtaining my current title, I was the Deputy General Counsel of Bungie from September 2020. I submit this declaration in support of Plaintiff's Opposition to the Motion to Dismiss of Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" ("Vince Magny"). The facts stated herein are true based on my personal knowledge and review of corporate documents and information, and I could and would testify competently thereto if called to do so.

2. I began playing *Destiny 2* before I first interviewed with Bungie in July 2020 and have since logged 2001 hours. I have supervised Bungie's strategic litigation against anticheat circumvention products ("Cheat Software") since 2020, have supervised or attended every deposition, interview, or proceeding yet conducted by Bungie against traffickers in circumvention technology, and have become familiar with Bungie's game security measures, the features common among circumvention products, and the features at issue in the present litigation.

3. All *Destiny 2* players are required to accept the Limited Software License Agreement (the "LSLA") before they are permitted to access the *Destiny 2* service and play the

DECLARATION OF JAMES BARKER
(Case No. 2:23-cv-01143-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  game. Attached hereto as **Exhibit 1** is the true and correct text of the LSLA that was in effect in
2  March 2020.

3      4.    When the LSLA is updated to include new conditions or terms, players must re-
4  accept the updated LSLA at their next login to the game. Whenever there is an update to the
5  LSLA, all players are required to pass through the LSLA bootflow screens. There is no
6  legitimate way around this requirement.

7      5.    From March 2020 forward, every version of the LSLA included a forum selection
8  clause stating that the user consents to the exclusive jurisdiction of the state and federal courts in
9  King County, Washington.

10      6.    To accept the LSLA and log into the *Destiny 2* service to play the game, users
11  must execute a long button click that is accompanied by "I accept."

12      7.    The long click ensures that it can't be clicked by accident.

13      8.    Bungie's core operations run out of its headquarters in Bellevue, Washington.
14  Bungie's Product Security team, which spearheads and coordinates its anti-cheat and cheat
15  mitigation efforts, operates out of Washington. Indeed, operations and information technology
16  (IT) for Bungie are centralized out of its Washington headquarters, including the ingestion and
17  processing of crashes across PC and console. Even remote employees working out of state sign
18  in to access resources hosted in the Washington headquarters, with the exception of certain cloud
19  / SaaS applications.

20      9.    Bungie's anticircumvention technological protection measures include identifying
21  signals that are indicative of reverse engineering tools and cheating software that are attached to
22  the *Destiny 2* game process or operating in the background while *Destiny 2* is running. Such
23  signals include, but are not limited to, the presence of processes in memory linked to known
24  cheat software or reverse engineering software.
25  I have reviewed the accompanying Declaration of Kathryn Tewson describing the investigative
26  efforts that identified Vince Magny and his activities related to Bungie and Destiny 2, and it
27  accurately describes information from Bungie's corporate records used in that investigation. Her

DECLARATION OF JAMES BARKER
(Case No. 2:23-cv-01143-TL) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  Declaration accurately summarizes business records kept in the ordinary course of business
2  which Bungie provided to her for use in that investigation.  I declare under penalty of perjury
3  under the laws of the United States that the foregoing is true and correct to the best of my
4  knowledge.
5  //
6      Executed this 2nd day of December, 2025, at Bellevue, Washington.

*James Barker*
James Barker (Dec 2, 2025 15:59:29 PST)
JAMES BARKER

DECLARATION OF JAMES BARKER
(Case No. 2:23-cv-01143-TL) – 4

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

# **CERTIFICATE OF SERVICE**

I, Stacia N. Lay, hereby certify that on December 2, 2025, I caused a true and correct copy of the foregoing DECLARATION OF JAMES BARKER IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S RESPONSE TO THE MOTION TO DISMISS OF DEFENDANT JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST" to be served upon Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" via email pursuant to the agreement of the parties as follows:

> Vincent Magny, Pro Se
> 69 rue du Jardin
> Pont-Rouge, Quebec, Canada
> Email: vmagny1@gmail.com

DATED: December 2, 2025

                                                      s/ *Stacia N. Lay*
                                                     STACIA N. LAY

DECLARATION OF JAMES BARKER
(Case No. 2:23-cv-01143-TL) – 5

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

# Barker Dec IOT Magny MTD

Final Audit Report    2025-12-02

| | |
|---|---|
| Created: | 2025-12-02 |
| By: | Kathryn Tewson (ktewson@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAMRU82kwYzYKjWAjL9SU1aipJTL3IKG4c |

## "Barker Dec IOT Magny MTD" History

- Document created by Kathryn Tewson (ktewson@gmail.com)
  2025-12-02 - 11:34:27 PM GMT- IP address: 50.47.115.141

- Document emailed to James Barker (james.barker@sony.com) for signature
  2025-12-02 - 11:34:31 PM GMT

- Email viewed by James Barker (james.barker@sony.com)
  2025-12-02 - 11:53:23 PM GMT- IP address: 199.38.212.226

- Document e-signed by James Barker (james.barker@sony.com)
  Signature Date: 2025-12-02 - 11:59:29 PM GMT - Time Source: server- IP address: 199.38.212.226

- Agreement completed.
  2025-12-02 - 11:59:29 PM GMT

**Adobe Acrobat Sign**