HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BUNGIE, INC.,
Plaintiff,

v.

JOSHUA FISHER, et al., including VINCENT MAGNY,
Defendant, Pro Se.

Case No. 2:23-cv-01143-TL



FILED
LODGED
RECEIVED

DEC 10 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                               DEPUTY

# DEFENDANT'S NOTICE REGARDING MEET AND CONFER AND GOOD-FAITH CLARIFICATION

Defendant **Vincent Magny**, appearing *pro se*, respectfully submits this Notice to clarify his efforts to comply with the meet-and-confer requirements under **Local Civil Rule 7**.

Defendant acknowledges that his **Motion to Dismiss for Lack of Personal Jurisdiction** was filed **before** initiating a formal meet and confer with Plaintiff's counsel.
This sequence occurred **in good faith**, based solely on Defendant's limited understanding of procedural requirements as a self-represented litigant navigating a U.S. federal action from outside the United States.

Upon receiving the Court's reminder regarding adherence to Judge Lin's Chambers Procedures, Defendant **immediately contacted Plaintiff's counsel** to initiate a proper meet and confer.
This communication occurred promptly and in good faith, with the intent of ensuring full procedural compliance going forward.

Defendant further notes that:

1. The timing issue was **not intentional**;

2. Defendant is acting without legal representation and was unaware of the requirement at the time of filing;

3. Defendant has now opened a direct and professional line of communication with Plaintiff's attorneys;

4. Defendant remains willing to discuss procedural matters or potential narrowing of issues to promote efficiency and conserve judicial resources.

Defendant respectfully requests that the Court accept this clarification as evidence of his **good-faith effort to comply** fully with Local Civil Rule 7 and the Chambers Procedures.

Respectfully submitted this 8 day of december, 2025.

/s/ Vincent Magny
Vincent Magny
Defendant, Pro Se
Pont-Rouge, Québec, Canada

69 DuJardin
Pont-Rouge
P.Q. CANADA
G3H OC7



FILED
LODGED
RECEIVED  MAIL

DEC 10 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Clerk of Court
U.S. District Court
700 Stewart Street, Suite 2310
Seattle, WA 98101-9906
USA

