UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BUNGIE, INC.,

Plaintiff,

v.

VINCENT MAGNY,

Defendant.

Case No. 2:21-cv-00574-TL



## **DEFENDANT'S NOTICE OF WITHDRAWAL OF REPLY AND NOTICE OF INTENT TO FILE A CORRECTED REPLY**

Defendant Vincent Magny, appearing *pro se*, hereby provides notice that he withdraws his previously filed Reply in Support of his Motion to Dismiss for Lack of Personal Jurisdiction.

This withdrawal is submitted in good faith to clarify the record and ensure accuracy. Due to logistical issues encountered during document handling and transmission, including a possible loss or delay of materials sent via FedEx, Defendant was required to finalize the Reply under time constraints. After filing, and with the assistance of Plaintiff's counsel, Defendant identified that certain citations required correction or clarification. To avoid any confusion and to ensure that all authorities cited accurately reflect the propositions for which they are offered, Defendant is withdrawing the Reply and intends to file a corrected and consolidated Reply addressing the same jurisdictional issues.

This Notice is submitted promptly and in good faith. The corrected Reply does not raise new arguments and is intended solely to present the jurisdictional issues on a clean and accurate record.

Respectfully submitted,

/s/ Vincent Magny
**Vincent Magny**
Defendant, *Pro Se*
Pont-Rouge, Québec, Canada
Date: december 12, 2025



69 ou Jardin
Pont-Rouge
P.Q
canada.



Clerk of Court
U.S. District Court
Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101-9906
USA