# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
que la demande a été exécutée*

| | | |
|---|---|---|
| − | the (date) / le (date): | 16th of October, 2025, at 2:00 p.m. |
| − | at (place, street, number):<br>à (localité, rue, numéro) : | 69, rue du Jardin, Pont-Rouge (Québec) G3H 0C7, CANADA |
| − | in one of the following methods authorised by Article 5 or 10:<br>dans une des formes suivantes prévues à l'article 5 or 10: | |
| ☐ | a) ~~in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*~~<br>~~selon les formes légales (article 5, alinéa premier, lettre a))*~~ | |
| ☐ | b) ~~In accordance with the following particular method*:~~<br>~~selon la forme particulière suivante*:~~ | |
| ☐ | c) ~~by delivery to the addressee, if he accepts it voluntarily*~~<br>~~par remise simple*~~ | |
| ☒ | d) in accordance with the provisions of sub-paragraph (b) of article 10 of the Convention* (service by bailiff).<br>selon les formes légales (article 10, alinéa premier, lettre b)*<br>(signification par huissier de justice/gerechtsdeurwaarder). | |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| Identity and description of person:<br>Identité et qualité de la personne : | Vince Magny A/K/A John Doe NO. 38 A/K/A "FROST" |
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Vince Magny A/K/A John Doe NO. 38 A/K/A "FROST" the addressee. |

☐ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*:

☐ ~~In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~
~~Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.~~

### Annexes / Annexes

| | |
|---|---|
| Documents returned:<br>Pièces renvoyées : | HAGUE SERVICE CONVENTION WARNINGS; SUMMARY OF THE DOCUMENT TO BE SERVED; ~~SUMMONS~~; SECOND AMENDED COMPLAINT |
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| | |
|---|---|
| Done at Québec, Province of Québec<br>Fait à<br>The 16th of October, 2025<br>le | Signature and/or stamp<br>Signature et / ou cachet<br>François Jérôme Blouin<br>[stamp: FRANÇOIS JÉRÔME BLOUIN HUISSIER DE JUSTICE] |

W.D. Wash. 2:23-cv-01143 – Vince Magny            Generated by: **HAGUE ENVOY** 927

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131 USA<br>E.: lukken@vikinglaw.us<br>Tel.: +1.816.683.7900 | André G. Mathieu, Huissier de Justice<br>104, rue King Ouest<br>Sherbrooke (Québec) J1H 1P6 |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Articles 5 and 10 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément aux articles 5 et 10 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address) / (identité et adresse)**

### Vince Magny a/k/a John Doe No. 38 a/k/a "Frost"
69 Rue du Jardin
Pont-Rouge, QC G3H 0C7

| | | |
|---|---|---|
| ☐ | a) | ~~in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*~~<br>~~selon les formes légales (article 5, alinéa premier, lettre a))*~~ |
| ☐ | b) | ~~in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:~~<br>~~selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:~~ |
| ☐ | c) | ~~by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*~~<br>~~le cas échéant, par remise simple (article 5, alinéa 2)*~~ |
| ☒ | d) | **in accordance with the provisions of sub-paragraph (b) of article 10 of the Convention* (service by bailiff).**<br>selon les formes légales (article 10, alinéa premier, lettre b)*<br>(signification par huissier de justice/gerechtsdeurwaarder). |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents / Énumération des pièces**

Hague Service Convention Warning; Summary of the Document to Be Served; Summons; Second Amended Complaint

* if appropriate / s'il y a lieu

| **Done at** Kansas City, Missouri, U.S.A.<br>Fait à<br>**The** 14 octobre 2025<br>le | **Signature and/or stamp**<br>Signature et / ou cachet<br>*[signature]* |
|---|---|