## ZUSTELLUNGSZEUGNIS
## CERTIFICATE
## ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. dass der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   - am (Datum)        **19.12.2025**
     the (date)
     le (date)

   - in (Ort, Straße, Nummer)   **25335 Elmshorn, Geelbeksdamm 56**
     at (place, street, number)
     à (localité, rue, numéro)

   - in einer der folgenden Formen nach Artikel 5:
     in one of the following methods autohorised by article 5:
     dans une des formes suivantes prévues à l'article 5:

     a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
        selon les formes légales (article 5, alinéa premier, lettre a) *).

     b) in der folgenden besonderen Form *):
        in accordance with the following particular method *):
        selon la forme particulière suivante *):

     c) durch einfache Übergabe *).
        by delivery to the addressee, who accepted it voluntarily *).
        par remise simple *).

   Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
   The documents referred to in the request have been delivered to:
   Les documents mentionnés dans la demande ont été remis à:

   - (Name und Stellung der Person) ___
     (identity and description of person)
     (identité et qualité de la personne)

   - Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: ___
     relationship to the addressee (family, business or other):
     liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke: 1
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:
2
___
___

Ausgefertigt in **Elmshorn**, **13.01.2026**
Done at    Müller
Fait à     Rechtspfleger
Unterschrift und/oder Stempel.
Signature and/or stamp.
Signature et/ou cachet.

*) Unzutreffendes streichen.
   Delete if inappropriate.
   Rayer les metions inutiles.

# ANTRAG AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

**Bezeichnung und Anschrift der ersuchenden Stelle**
Identity and address of the applicant / Identité et adresse du requérant

Aaron Lukken, Attorney/R.A.
Viking Advocates, LLC
6525 Charlotte Street
Kansas City, Missouri 64131, USA
E: Lukken@vikinglaw.us
Tel.: +1.816.683.7900

**Anschrift der Bestimmungsbehörde**
Address of receiving authority / Adresse de l'autorité destinataire

Ministerium für Justiz und Gesundheit
des Landes Schleswig-Holstein
Lorentzendamm 35
24103 Kiel
Germany

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde - in zwei Stücken - die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich:
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**Name und Anschrift)** / (identity and address) / (identité et adresse)

**Finn Alexander Grimpe a/k/a Finn Grimpe a/k/a "Finndev"**
Geelbelbeksdamm 56
25335 Elmshorn

| | | |
|---|---|---|
| ☒ | a) | **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)*)**<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | **in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b)*):**<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)*: |
| ☐ | c) | **gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.**<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks - und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

**Verzeichnis der Schriftstücke** ~ List of documents / Énumération des pièces

Hague WARNING; Summary of the Document to Be Served; Summons; Second Amended Complaint // Haag ACHTUNG; Angaben über den Wesentlichen Inhalt des Zuzustellenden Schriftstücks; Vorladung in einem Zivil Verfahren; Zweite geänderte Klage

* Wenn zutreffend. ~ if appropriate / s'il y a lieu

**Ausgefertigt in** ~ Done at / Fait à    Kansas City, Missouri, USA
**am** ~ the / / le    16. Oktober 2025

**Unterschrift und / oder Stempel**
Signature and/or stamp / Signature et / ou cachet

# ZUSTELLUNGSZEUGNIS
## CERTIFICATE / ATTESTATION

**Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,/
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. dass der Antrag erledigt worden ist\***
that the document has been served* / que la demande a été exécutée*

| | | |
|---|---|---|
| - | **am (Datum):** the (date) / le (date) : | |
| - | **in (Ort, Straße, Nummer):** at (place, street, number) / à (localité, rue, numéro) : | |
| - | **in einer der folgenden Formen nach Artikel 5:** in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | |
| ☐ | a) **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe *a*) \* )** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* selon les formes légales (article 5, alinéa premier, lettre a)* | |
| ☐ | b) **in der folgenden besonderen Form\*:** in accordance with the following particular method*: selon la forme particulière suivante* : | |
| ☐ | c) **durch einfache Übergabe\*** by delivery to the addressee, if he accepts it voluntarily* par remise simple* | |

**Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:**
The documents referred to in the request have been delivered to: / Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Name und Stellung der Person:** Identity and description of person : Identité et qualité de la personne : | |
| **Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:** Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte\*:**
that the document has not been served, by reason of the following facts*: / que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
|---|
| |

☐ **Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Anlagen*
*Annexes / Annexes*

| | |
|---|---|
| **Zurückgesandte Schriftstücke:** Documents returned: Pièces renvoyées : | |
| **Gegebenenfalls Erledigungsstücke:** In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

*\*Wenn zutreffend / if appropriate / s'il y a lieu*

| | |
|---|---|
| **Ausgefertigt in** Done at / Fait à **am** the / le | **Unterschrift und/oder Stempel** Signature and/or stamp / Signature et / ou cachet |

# ACHTUNG
## WARNING / *AVERTISSEMENT*

**Name und Anschrift des Empfängers /** Identity and address of the addressee / *Identité et adresse du destinataire*

Finn Alexander Grimpe a/k/a Finn Grimpe a/k/a "Finndev"
Geelbelbeksdamm 56
25335 Elmshorn

## WICHTIGER HINWEIS

DAS ANLIEGENDE SCHRIFTSTÜCK IST EIN RECHTSDOKUMENT UND KANN IHRE RECHTE UND PFLICHTEN BERÜHREN. DIE „ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS" ENTHALTEN HINWEISE ZU DER ART UND DEM ZWECK DES SCHRIFTSTÜCKS. SIE SOLLTEN DAS SCHRIFTSTÜCK AUF JEDEN FALL AUFMERKSAM DURCHLESEN UND GEGEBENENFALLS RECHTSRAT EINHOLEN.

WENN SIE NICHT ÜBER AUSREICHENDE FINANZIELLE MITTEL VERFÜGEN, SOLLTEN SIE SICH ERKUNDIGEN, OB DIE MÖGLICHKEIT BESTEHT, IN IHREM LAND ODER IN DEM LAND, IN DEM DAS SCHRIFTSTÜCK AUSGESTELLT WURDE, PROZESSKOSTENHILFE ODER BERATUNGSHILFE ZU ERHALTEN.

ANFRAGEN ZUR GEWÄHRUNG VON PROZESSKOSTENHILFE ODER BERATUNGSHILFE IN DEM LAND, IN DEM DAS SCHRIFTSTÜCK AUSGESTELLT WURDE, KÖNNEN AN FOLGENDE STELLE GERICHTET WERDEN:

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT, YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Legal Foundation of Washington
500 Union Street,
Seattle, Washington 98101, USA
Tel.: +1.206.624.2536

Es wird empfohlen, die in der Mitteilung vorgedruckten Teile in englischer und französischer Sprache und gegebenenfalls auch in der Amtssprache oder einer der Amtssprachen des Ursprungsstaates abzufassen. Die Eintragungen können in der Sprache des Empfängerstaates oder in englischer oder französischer Sprache gemacht werden.

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

## ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS
SUMMARY OF THE DOCUMENT TO BE SERVED / ÉLÉMENTS ESSENTIELS DE L'ACTE

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.
(Artikel 5 Absatz 4).
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Bezeichnung und Anschrift der ersuchenden Stelle:**<br>Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | Aaron Lukken, Attorney/R.A.<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131, USA<br>E: Lukken@vikinglaw.us<br>Tel.: +1.816.683.7900 |
| **Bezeichnung der Parteien*:**<br>Particulars of the parties*:<br>Identité des parties* : | Plaintiff // Kläger: Bungie, Inc.<br><br>Defendants // Angeklagte: Joshua Fisher; **Finn Alexander Grimpe a/k/a Finn Grimpe a/k/a "Finndev"**; et al.<br><br>*(See pleadings for full list of defendants) // (Eine vollständige Liste der Beklagten finden Sie in den Schriftsätzen)* |

* Se del caso, identità e indirizzo della persona interessata alla trasmissione dell'atto.
if appropriate, identity and address of the person interested in the transmission of the document / s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **GERICHTLICHES SCHRIFTSTÜCK** ** / JUDICIAL DOCUMENT** /ACTE JUDICIAIRE**

| | |
|---|---|
| **Art und Gegenstand des Schriftstücks:**<br>Nature and purpose of the document:<br>Nature et objet de l'acte : | To notify the defendants of a claim against them and to demand their appearance at court. // Den Beklagten eine gegen sie geltend gemachte Klage mitzuteilen und ihr Erscheinen vor Gericht zu verlangen. |
| **Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | The plaintiff accuses the defendants of, *inter alia*, copyright infringement and seeks injunctive relief, damages, costs, fees, and interest. // Der Kläger wirft den Beklagten *unter anderem* Urheberrechtsverletzungen vor und verlangt Unterlassung, Schadensersatz, Kosten, Gebühren und Zinsen. |
| **Termin und Ort für die Einlassung auf das Verfahren **:**<br>Date and Place for entering appearance**:<br>Date et lieu de la comparution** : | Within 21 days after service, the recipient must appear and file an answer in the United States District Court for the Western District of Washington, 700 Stewart Street, Seattle, Washington 98101. Innerhalb 21 Tage nach Zustellung, der Empfängers musst in die United States District Court for the Western District of Washington, 700 Stewart Street, Seattle, Washington 98101 erschienen und eine Antwort ablegen. |
| **Gericht, das die Entscheidung erlassen hat**:**<br>Court which has given judgment**:<br>Juridiction qui a rendu la décision** : | No court has issued a judgment.<br>Kein Gericht hat ein Gerichtsurteil erteilen. |
| **Datum der Entscheidung **:**<br>Date of judgment**:<br>Date de la décision** : | No court has issued a judgment.<br>Kein Gericht hat ein Gerichtsurteil erteilen. |
| **Im Schriftstück vermerkte Fristen **:**<br>Time limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | 21 days<br>21 Tage |

** Dove appropriato / if appropriate / s'il y a lieu