HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC., a Delaware corporation,

    Plaintiff,

v.

JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN

Case No. 2:23-cv-01143-TL

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT FINN ALEXANDER GRIMPE A/K/A FINN GRIMPE A/K/A "FINNDEV"

NOTE ON MOTION CALENDAR: February 13, 2026

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

BERNARD A/K/A "DOVE"; JOHN DOE
NO. 26 A/K/A "BLACKMAMBA"; JOHN
DOE NO. 27 A/K/A "BILLNYE"; JOHN
DOE NO. 28 A/K/A "BANEK192" A/KA/
"IVAN M. SERGEEVICH"; SHOPPY
ECOMMERCE LTD. A/K/A SHOPPY.GG;
FINN ALEXANDER GRIMPE A/K/A/
FINN GRIMPE A/K/A "FINNDEV"; JOHN
DOES NO. 31-37 A/K/A DEVELOPER
DOES; JOHN DOE NO. 38 A/K/A VINCE
MAGNY A/K/A "FROST"; JOHN DOE
NO. 39 A/K/A "BEATREAL"; JOHN DOE
NO. 40 A/K/A MAKSIMKA NIKITIN;
AND JOHN DOES NO. 41-50,

     Defendants.

Pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55(a), Plaintiff Bungie, Inc.,
through its undersigned counsel, hereby moves the Clerk to enter default against Defendant
Finn Alexander Grimpe a/k/a Finn Grimpe a/k/a FinnDev ("Grimpe") based on the following
facts:

1.     The Second Amended Complaint in this action – the currently operative
complaint – was filed on August 21, 2025. *See* Dkt. 124.

2.     Bungie proceeded to serve foreign defendants, for whom it had identification
and addresses, under the Hague Convention for Foreign Service, including Defendant Grimpe.

3.     Bungie served the Second Amended Complaint on Defendant Grimpe via
service under the Hague Convention on December 19, 2025. *See* Dkt. 162.

4.     The proof of service attesting to such service on Defendant Grimpe was filed on
February 12, 2026. *Id.*

5.     Based on that service, under Fed. R. Civ. P. 12(a)(1)(A)(i), Grimpe's response to
the Second Amended Complaint was due within 21 days of service, specifically, January 9,
2026.

6.     However, as of the filing of this Motion, Defendant Grimpe has not filed an
answer or other response to the Second Amended Complaint and has not appeared in this
action.

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

1    Based on these facts, pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a),

2   because it has been shown that Defendant Grimpe has failed to timely plead or otherwise

3   defend in this action, default should be entered against that Defendant. Bungie therefore

4   respectfully requests that the Clerk enter Defendant Grimpe's default.

5    Dated this 13th day of February, 2026.          Respectfully submitted,

6   KAMERMAN, UNCYK, SONIKER &              FOCAL PLLC
    KLEIN, P.C.

7
    By: *s/ Dylan Schmeyer*                          By: *s/ Stacia N. Lay*
8       Dylan M. Schmeyer (admitted *pro hac*           Stacia N. Lay, WSBA #30594
9       *vice*)                                         900 1st Avenue S., Suite 201
        3598 E. 106th Ave                               Seattle, Washington 98134
10      Thornton, CO 80233                              Tel: (206) 529-4827
        Tel: (719) 930-5942                             Fax: (206) 260-3966
11      Email: dschmeyer@kusklaw.com                    Email: stacia@focallaw.com

12
    *Attorneys for Plaintiff Bungie, Inc.*
13

14

15                        **WORD LIMIT CERTIFICATION**

16    I certify that this memorandum contains 242 words, in compliance with the Local Civil

17   Rules.

18                        By: *s/ Stacia N. Lay*
                              Stacia N. Lay, WSBA #30594
19

20

21

22

23

24

25

26

27

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966