# UNITED STATES DISTRICT COURT
for the Western District of Washington

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA FISHER, et al., <br><br> Defendants. | Civil Action No.: 2:23-cv-01143-MLP |

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

I, **ANTHONY ROSINGER**, Process Server, acting under the instructions of Across The Pond Process Service, of Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman, a Solicitor of the Senior Courts of England and Wales, who was in turn acting at the direction of the Central Authority of England and Wales.

2. In this witness statement I refer to the following documents issued in this matter, or in relation to service in accordance with the Service Convention, as "the Service Documents":

   - Hague Service Convention Warning and Hague Service Convention Summary of the Document to be Served (together, "the Hague Documents");
   - Summons in a Civil Action;
   - Second Amended Complaint.

3. Exhibited hereto marked 'A' is a copy of the Hague Documents.

4. On Thursday the 23rd day of October 2025 at 5.55 p.m., I personally served RYAN POWER, named in the proceedings as "Ryan Power a/k/a "Khaleesi"", one of the within named Defendants, with the Service Documents by delivering them to and leaving them with him at 7 Quantock Close, Warminster, BA12 8RQ, England, hereafter "the Service Address", which is a method of service in accordance with

English Court rules. Under those rules, the deemed date of service is Monday the 27th day of October 2025.

5. On arrival at the Service Address, the door was answered by an adult female, who called Ryan Power to the door. Ryan Power admitted his identity but then stated that he was refusing "to have anything to do with it". He refused to take the Service Documents so I left them on the floor near him.

6. Service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

**ADDITIONAL COMMENTS**

I certify that I am over the age of 18 and not a party to or interested in the above action. I have proper authority in the jurisdiction in which this service was effected.

**STATEMENT OF TRUTH**

I believe that the facts stated in this witness statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

**Dated:**      27th **October 2025**

**Signed:**

ANTHONY ROSINGER

# UNITED STATES DISTRICT COURT
## for the Western District of Washington

| | |
|---|---|
| BUNGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA FISHER, et al., <br><br> Defendants. | Civil Action No.: 2:23-cv-01143-MLP |

Exhibit A to the Witness Statement of **ANTHONY ROSINGER**

This is the exhibit marked "A" to my witness statement dated today.

**Dated:**   27th October 2025

**Signed:**   _____

ANTHONY ROSINGER



# WARNING
## AVERTISSEMENT

| Identity and address of the addressee / Identité et adresse du destinataire |
|---|
| **Ryan Power a/k/a "Khaleesi"**<br>7 Quantock Close<br>Warminster BA12 8RQ<br>Wiltshire |

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

| |
|---|
| Legal Foundation of Washington<br>500 Union Street,<br>Seattle, Washington 98101<br>Tel.: +1.206.624.2536 |

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

W.D. Wash. 2:23-cv-01143 – Ryan Power

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Aaron Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131, USA<br>E: lukken@vikinglaw.us<br>Tel.: +1.816.683.7900 |
| **Particulars of the parties\*:**<br>Identité des parties\* : | Plaintiff: Bungie, Inc.<br><br>Defendants: Joshua Fisher; **Ryan Power a/k/a "Khaleesi"**; et al.<br><br>*(See pleadings for full list of defendants)* |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To notify the defendants of a claim against them and to demand their appearance at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | The plaintiff accuses the defendants of, *inter alia*, copyright infringement and seeks injunctive relief, damages, costs, fees, and interest. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Within 21 days after service, the addressee must appear and file an answer in the United States District Court for the Western District of Washington, 700 Stewart Street, Seattle Washington 98101. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | No court has issued a judgment. |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | No court has issued a judgment. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | 21 days |

\*\* if appropriate / s'il y a lieu

W.D. Wash. 2:23-cv-01143 – Ryan Power