HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-TL<br><br>MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT RYAN POWER A/K/A "KHALEESI"<br><br>NOTE ON MOTION CALENDAR:<br>February 17, 2026 |

MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT RYAN POWER A/K/A "KHALEESI"
(Case No. 2:23-cv-01143-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50, |
| 8 | Defendants. |

Pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a), Plaintiff Bungie, Inc., through its undersigned counsel, hereby moves the Clerk to enter default against Defendant Ryan Power a/k/a "Khaleesi" ("Power") based on the following facts:

1. The Second Amended Complaint in this action – the currently operative complaint – was filed on August 21, 2025. *See* Dkt. 124.

2. Bungie proceeded to serve foreign defendants for whom it had identification and addresses under the Hague Convention for Foreign Service, including Defendant Power.

3. Bungie served the Second Amended Complaint on Defendant Power on October 27, 2025. *See* Dkt. 164.

4. The proof of service attesting to such service on Defendant Power was filed on February 13, 2026. *Id.*

5. Based on that service, under FED. R. CIV. P. 12(a)(1)(A)(i), Power's response to the Second Amended Complaint was due within 21 days of service, specifically, November 17, 2025.

6. However, as of the filing of this Motion, Defendant Power has not filed an answer or other response to the Second Amended Complaint and has not appeared in this action.

Based on these facts, pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a),

MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT RYAN POWER A/K/A "KHALEESI"
(Case No. 2:23-cv-01143-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

because it has been shown that Defendant Ryan Power has failed to timely plead or otherwise defend in this action, default should be entered against that Defendant. Bungie therefore respectfully requests that the Clerk enter Defendant Ryan Power's default.

Dated this 17th day of February, 2026.    Respectfully submitted,

| KAMERMAN, UNCYK, SONIKER & KLEIN, P.C. | FOCAL PLLC |
|---|---|
| By: *s/ Dylan Schmeyer* <br> Dylan M. Schmeyer (admitted *pro hac vice*) <br> 3598 E. 106th Ave <br> Thornton, CO 80233 <br> Tel: (719) 930-5942 <br> Email: dschmeyer@kusklaw.com | By: *s/ Stacia N. Lay* <br> Stacia N. Lay, WSBA #30594 <br> 900 1st Avenue S., Suite 201 <br> Seattle, Washington 98134 <br> Tel: (206) 529-4827 <br> Fax: (206) 260-3966 <br> Email: stacia@focallaw.com |

*Attorneys for Plaintiff Bungie, Inc.*

## WORD LIMIT CERTIFICATION

I certify that this memorandum contains 234 words, in compliance with the Local Civil Rules.

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594

MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT RYAN POWER A/K/A "KHALEESI"
(Case No. 2:23-cv-01143-TL) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966