UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE INC,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOSUA FISHER et al.,<br><br>                    Defendants. | CASE NO. 2:23-cv-01143-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

    (1)    THIS MATTER is before the Court on Plaintiff Bungie, Inc.'s Motion for Entry of Default Against Defendant Finn Alexander Grimpe a/k/a Finn Grimpe a/k/a "FinnDev." Dkt. No. 163.

    (2)    Plaintiff asserts that it "Served the Second Ammended Complaint on Defendant Grimke via Service under the Hague Convention on December 19, 2025." *Id.* ¶ 3 (citing Dkt. No. 162).

    (3)    The document on which Plaintiff relies was filed at Docket No. 162 as "AFFIDAVIT of Service of Summons and Complaint on Finn Alexander Grimpe a/k/a Finn Grimpe a/k/a Finndev." Its name not withstanding, this filing does not

MINUTE ORDER – 1

contain an affidavit, nor does it demonstrate that the summons and the operative complaint were served on Defendant Finn Alexander Grimpke as required by Federal Rule of Civil Procedure 4(c)(1). Rather, the document includes a "Request for Service Abroad" form requesting service on Defendant Grimpe at an address in Germany (*id.* at 2–5) and a stamped certification that an unspecified "document" was served on an unspecified person at that address in an unspecified manner on December 19 (*id.* at 1). This evidence is not sufficient for the Court to find that Defendant Grimpe was properly served under Federal Rule of Procedure 4; the Court therefore cannot find that Defendant Grimpe "has failed to plead or otherwise defend" as required for entry of default, Fed. R. Civ. P. 55(a); *see also* LCR 55(a) (affidavit or other evidence in support of default "shall specifically show that the defaulting party was served in a manner authorized by Fed. R. Civ. P. 4.").

(4)  Accordingly, the Motion for Entry of Default (Dkt. No. 163) is DENIED. Plaintiff may refile its motion along with an affidavit or other supplemental evidence demonstrating that both the summons and the complaint were served on Defendant Grimke in a manner that comports with Federal Rule of Civil Procedure 4, the Hague Convention on Service of Process, and Local Civil Rule 55(a).

Dated this 18th day of February, 2026.

Joshua C. Lewis
Clerk of the Court

s/ Kadya Peter
Deputy Clerk