HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-TL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION FOR ALTERNATIVE SERVICE FOR DEFENDANT ANDREW THORPE A/K/A "CYPHER" |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE FOR DEFENDANT ANDREW THORPE
(Case No. 2:23-cv-01143-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,

    Defendants.

THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s Motion for Alternative Service For Defendant Andrew Thorpe a/k/a "Cypher".

The Court, having considered Plaintiff's Motion and supporting declarations and being fully apprised on the matter, hereby ORDERS as follows:

    1.    Plaintiff's Motion is GRANTED;

    2.    The Plaintiff may affect service by email of the Summons and Second Amended Complaint on Defendant Andrew Thorpe a/k/a "Cypher" to spikethorpe5@googlemail.com.

SO ORDERED this ___ day of _____, 2026.

_____
HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan M. Schmeyer*
    Dylan M. Schmeyer (admitted *pro hac vice*)
    750 W. 148th Ave, #4216
    Thornton, CO 80233
    Tel: (719) 930-5942
    Email: dschmeyer@kusklaw.com

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE FOR DEFENDANT ANDREW THORPE (Case No. 2:23-cv-01143-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1   FOCAL PLLC

2   By: *s/ Stacia N. Lay*
       Stacia N. Lay, WSBA #30594
3      900 1st Avenue S., Suite 201
       Seattle, Washington 98134
4      Tel: (206) 529-4827
       Fax: (206) 260-3966
5      Email: stacia@focallaw.com

6   *Attorneys for Plaintiff Bungie, Inc.*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE FOR DEFENDANT ANDREW THORPE
(Case No. 2:23-cv-01143-TL) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**CERTIFICATE OF SERVICE**

I, Stacia N. Lay, hereby certify that on February 20, 2026, I caused a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION FOR ALTERNATIVE SERVICE FOR DEFENDANT ANDREW THORPE A/K/A "CYPHER" to be served upon Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" via email pursuant to the agreement of the parties as follows:

> Vincent Magny, Pro Se
> 69 rue du Jardin
> Pont-Rouge, Quebec, Canada
> Email: vmagny1@gmail.com

DATED: February 20, 2026

                                           s/ *Stacia N. Lay*
                                           STACIA N. LAY

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE FOR DEFENDANT ANDREW THORPE (Case No. 2:23-cv-01143-TL) – 4

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966