HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-TL<br><br>DECLARATION OF DYLAN SCHMEYER IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE FOR DEFENDANT ANDREW THORPE A/K/A "CYPHER"<br><br>NOTE ON MOTION CALENDAR:<br>March 13, 2026 |

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,

  Defendants.

I, Dylan Schmeyer, declare and state as follows:

1. I am an attorney with Kamerman, Uncyk, Soniker & Klein, P.C., counsel to Plaintiff Bungie, Inc. ("Bungie") in this action. I make this declaration based on my personal knowledge of the facts herein, and could and would testify to them competently if necessary.

2. I am submitting this declaration in support of Bungie's Motion For Alternative Service For Defendant Andrew Thorpe a/k/a "Cypher".

3. Bungie has now conducted all of its electronic service and has filed for a clerk's default for every Defendant who has so far failed to respond or otherwise appear in this action.

4. Of the remaining outstanding Defendants, Bungie has served all but Joshua Fisher and Andrew Thorpe. Service was attempted after the Court granted Bungie permission to amend its complaint, and Bungie did so. Service against Thorpe and Fisher failed, as both had since moved from the addresses Bungie had for them, per the affidavits of attempted services provided to Bungie.

5. Service on Joshua Fisher failed, and he was originally included in this request for alternative service, but a new, more recent address for Fisher was discovered on February 13, 2026, and that discovery had only been possible for a handful of days. Based on that new discovery, we are reattempting service on Fisher at that address.

6. Bungie has exhausted its investigative efforts to find a new address for Thorpe

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

using what public tools are available to it. At this point, Bungie thinks it is likely that it would require more third-party discovery in addition to significant more investigative time and resources. This would take quite a bit of time, as Thorpe appears to have availed himself of similar obfuscatory methods that frustrated the identification and location of other Defendants.

7. The email address spikethorpe5@googlemail.com is the only method Bungie has available to it to serve Thorpe, or to communicate with him, as it did when it sent Thorpe a Rule 4 waiver request at the very same email address and he responded telling counsel to "get stuffed".

8. Once service is finalized, and Fisher and Thorpe have either answered or defaulted, the group of defaulting defendants will be finalized. Upon entry of default for those remaining defendants, Bungie will seek to file an omnibus motion for default judgment against the entire group of defaulting defendants, in the interest of saving the Court the time and hassle of reviewing and ruling on more than twenty individual motions with substantial factual overlap. That motion will be the next step after service against these final parties is finalized.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of February, 2026, at Thornton, Colorado.

*s/ Dylan Schmeyer*
DYLAN SCHMEYER

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-TL) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

# CERTIFICATE OF SERVICE

I, Stacia N. Lay, hereby certify that on February 20, 2026, I caused a true and correct copy of the foregoing DECLARATION OF DYLAN SCHMEYER IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE FOR DEFENDANT ANDREW THORPE A/K/A "CYPHER" to be served upon Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" via email pursuant to the agreement of the parties as follows:

Vincent Magny, Pro Se
69 rue du Jardin
Pont-Rouge, Quebec, Canada
Email: vmagny1@gmail.com

DATED: February 20, 2026

s/ *Stacia N. Lay*
STACIA N. LAY

DECLARATION OF DYLAN SCHMEYER
(Case No. 2:23-cv-01143-TL) – 4

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966