HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-TL<br><br>DECLARATION OF KATHRYN TEWSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE FOR DEFENDANT ANDREW THORPE A/K/A "CYPHER"<br><br>NOTE ON MOTION CALENDAR:<br>March 13, 2026 |

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50, |

Defendants.

I, Kathryn Tewson, declare as follows:

1. I am a paralegal and investigator for Kamerman, Uncyk, Soniker and Klein. I am over 18 years old and make this declaration based on my personal knowledge of the facts relayed herein, and could and would testify competently to the facts set forth herein if called to do so.

2. I was assigned to the investigation into the Ring -1 Enterprise and its conduct as part of my regular work duties for the firm.

3. At the request of Plaintiff Bungie, Inc., I have performed extensive investigation into many aspects of the Ring -1 Enterprise, from their web domains, to their commercial activities, to their cryptocurrency transactions, throughout their various social media platforms and communities, and beyond.

4. The methods, trajectory, and history of my investigation can be found in the Declaration I submitted for Bungie's first Motion for Alternative Service, filed August 15, 2025, at Dkt. 122.

I. **PLAINTIFF REQUIRES ALTERNATIVE SERVICE ON ANDREW THORPE.**

5. Service of Andrew Thorpe in the United Kingdom was attempted but was ultimately unsuccessful. A true and correct copy of the affidavit of attempted service is attached hereto as **Exhibit 1**.

6. We had previously requested a Rule 4 service waiver from Thorpe at the email

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  address **spikethorpe5@googlemail.com** (the "SpikeThorpe5 Email Address"). Mr. Thorpe
2  replied to that request indicating that "[with] the greatest of utmost respect, Well you can get
3  stuffed" and continuing onwards to admit involvement in the Ring-1 Enterprise and conceding
4  that he was the individual we were looking for ("I left that shithole a long long time ago when
5  they tried blaming me the first time"). The email was signed "Andrew." A true and correct copy
6  of this email is attached hereto as **Exhibit 2.**

7.   I used an open-source tool called "GHunt," which is widely used by professionals in my field, to determine that the SpikeThorpe5 Email Address was last accessed no longer ago than February 7, 2026, as seen in the screenshot below. I have added a red box around the last profile edit date for clarity.

```
            > GHunt 2.2.0 (Wardriving Edition) <

🐛 New version 2.3.3 ( 🕷 Spider Edition) is available !
🙂 Run 'pipx upgrade ghunt' to update.

[+] Stored session loaded !
[+] Authenticated !

🍬 Google Account data

[+] Custom profile picture !
=> https://lh3.googleusercontent.com/a-/ALV-UjVkKLOKKO0KQl3802c5kpeZBlnArBAGUYLyyEvZ7ucnV-VUQ1y8

[-] Default cover picture

Last profile edit : 2026/02/07 18:30:16 (UTC)

Email : spikethorpe5@googlemail.com
Gaia ID : 106297557118370840898

User types :
- GOOGLE_USER (The user is a Google user.)
```

8.   Because the SpikeThorpe5 Email Address is in recent use and has been shown to be an effective method of reaching Defendant Andrew Thorpe, I believe it is virtually certain that service on Andrew Thorpe via email to the SpikeThorpe5 Email Address will be effective.

//
//
//
//

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct to the best of my knowledge.
3  Executed this 20th day of February, 2026, at Bothell, Washington.

KATHRYN TEWSON

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 4

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

# CERTIFICATE OF SERVICE

I, Stacia N. Lay, hereby certify that on February 20, 2026, I caused a true and correct copy of the foregoing DECLARATION OF KATHRYN TEWSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE FOR DEFENDANT ANDREW THORPE A/K/A "CYPHER" to be served upon Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" via email pursuant to the agreement of the parties as follows:

Vincent Magny, Pro Se
69 rue du Jardin
Pont-Rouge, Quebec, Canada
Email: vmagny1@gmail.com

DATED: February 20, 2026

s/ *Stacia N. Lay*
STACIA N. LAY

DECLARATION OF KATHRYN TEWSON
(Case No. 2:23-cv-01143-TL) – 5

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966