# EXHIBIT 2

Outlook

### Re: Request for Waiver of Service in Bungie Inc v. Fisher, et al.

**From** KryptoBuilds <spikethorpe5@googlemail.com>
**Date** Tue 5/14/2024 5:56 PM
**To** litigation staff <litigation-staff@kusklaw.com>

It the most greatest of upmost repect, Well you can get stuffed, I have nothing to do with Ring 1 and have not in years, You can try all you want... I will not be brought into there mess at all and Cypher has never been me or an alias of me at all.. That's Johnathan Aguero.. He is the guy you want and has been giving you the run around for years and years.. Nothing to do with me, I left that shithole a long long time ago when they tried blaming me the first time.. So if you serve me with this then expect a lawsuit back.

Kind regards
Andrew

On Fri, 3 May 2024, 23:15 litigation staff, <litigation-staff@kusklaw.com> wrote:

> To Andrew Thorpe (a/k/a "Cypher"):
>
> A lawsuit has been filed against you and the court has already issued a summons for your appearance. A copy of the complaint and summons have been included with this email.
>
> Also attached is a Rule 4 Waiver. As a way to avoid unnecessary expenses, this document allows you the opportunity to waive formal service of the summons. If you return the signed waiver, we will file it with the court. The case will then proceed as if you had been served on the date the waiver is filed, and you will have 90 days from the date indicated in the Rule 4 Waiver (May 3, 2024) to answer the complaint.
>
> If you do not return the signed waiver within the time indicated, we will arrange to have the summons and complaint served on you. And we will ask the court to require you to pay the expenses of making service.
>
> Please read the enclosed statement included in the Rule 4 Waiver about the duty to avoid unnecessary expenses.

Debbie Gaynor, Law Clerk

**Kamerman, Uncyk, Soniker & Klein P.C.**

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments. This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.*