EXHIBIT 2

 **Outlook**

---

**RE: Information request: Hague Service for multiple defendants**

---

**From** Blake Thomas <bthomas@vikinglaw.us>

**Date** Thu 10/23/2025 6:32 AM

**To** Aaron Lukken <lukken@vikinglaw.us>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Thomas Neville <tneville@kusklaw.com>

**Cc** Kathryn Tewson <ktewson@kusklaw.com>

Good morning, Dylan,

The Grimpe request was delivered to the German Central Authority on Monday. Please see the delivery confirmation linked below.

 885234582524 delivered 2025-10-20.pdf

What comes next? **See Aaron's post here.**
*** This post takes less than 2 minutes to read and answers many questions you will likely receive from the court and your client — such as:*
- *"What should I argue to the court if the judge decides you are out of time?"*
- *"Why is this taking so long? Is it possible to speed things up?".*

We *estimate* receiving proof back from the Central Authority within 3-5 months – It may take longer and there's no way for us to rush them. Nonetheless, we will provide you with periodic updates and let you know as soon as we have any news.

If you have any questions or concerns, please don't hesitate to reach out!

Thanks,
Blake

**Blake Thomas, J.D.**
Transnational Service Manager
Viking Advocates, LLC
+1.816.683.7900 (Office)

