# EXHIBIT 3

October 20, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885234582524

**Delivery Information:**

| | |
|---|---|
| Status: | Delivered |
| Signed for by: | F.PETERSEN |
| Service type: | FedEx International Priority |
| Special Handling: | Deliver Weekday |

| | |
|---|---|
| Delivered To: | Receptionist/Front Desk |
| Delivery Location: | LORENTZENDAMM 35 |
| | KIEL, SH, 24103 |
| Delivery date: | Oct 20, 2025 14:07 |

**Shipping Information:**

| | |
|---|---|
| Tracking number: | 885234582524 |
| Ship Date: | Oct 16, 2025 |
| Weight: | 3.1 LB/1.41 KG |

Recipient:
HAAG ZENTRALBEHORDE, MINSTRM. FUR JUSTIZ UND GESUNDHEIT
DES LANDES SCHLESWIG-HOLSTEIN
LORENTZENDAMM 35
KIEL, SH, DE, 24103

Shipper:
AARON LUKKEN, VIKING ADVOCATES LLC
6525 CHARLOTTE STREET
KANSAS CITY, MO, US, 64131

Reference     Kamerman FDR



Thank you for choosing FedEx