# EXHIBIT 4

 Outlook

RE: Information request: Hague Service for multiple defendants

From  Sarah Ginther <sginther@vikinglaw.us>
Date  Wed 2/11/2026 8:28 AM
To    Dylan Schmeyer <dschmeyer@kusklaw.com>
Cc    Kathryn Tewson <ktewson@kusklaw.com>; Aaron Lukken <lukken@vikinglaw.us>; Thomas Neville <tneville@kusklaw.com>

Good morning. Attached please find the Proof of Service from the Schleswig-Holstein, Germany Central Authority for defendant Finn Grimpe. The defendant was <u>*served*</u> on December 19, 2025.

And proof is linked here:

 Grimpe PROOF TO FILE_SG.pdf

A couple of pertinent blog posts explain the format:
- The Hague Service Certificate… not necessarily on the form you provide.
- The Hague Certificate… all the proof you need.

In short, the proof prescribed by the treaty supersedes U.S. requirements.  In case the clerk refuses to let you file the proof…
- When the clerk rejects proof, you've got to PUSH BACK. Here's how…

And three last notes…
- When the clerk rejects proof, you've got to PUSH BACK. Here's how…
- Extra time to answer when served via Hague channels? Not on your life.
- *Probatur ipsa loquitur*– the proof itself speaks. Don't add your own commentary.

Let me know if you have further questions.  Again, thanks for the opportunity to lend a hand.

-Sarah

------------------------

## Sarah H. Ginther
Attorney
**Viking Advocates, LLC**
*sginther@vikinglaw.us*
*+1-816-683-7900*

