# EXHIBIT 7

 Outlook

---

**Re: Subpoena in Bungie v. Fisher, 2:23-cv-01143-MLP (W.D. Wash)**

---

**From**  Shoppy E-commerce <support@shoppy.gg>

**Date**  Wed 1/15/2025 9:36 AM

**To**  Kathryn Tewson <ktewson@kusklaw.com>

**Cc**  Rotem Bar <rotem@shoppy.gg>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Thomas Neville <tneville@kusklaw.com>; Kat Farley <kfarley@kusklaw.com>; Deborah Gaynor <dgaynor@kusklaw.com>

Hello,

Our old staff member Finn Grimpe informed us that he is receiving automatic litigation notification, can you please clarify what is needed from the said member? The said member isn't part of our organization anymore and hence cannot assist you directly.
They received an email from litigation-staff@kusklaw.com
Please clarify.

Thanks.

On Sun, Dec 8, 2024 at 5:30 PM Kathryn Tewson <ktewson@kusklaw.com> wrote:
> Yes Please.
>
> Kathryn Tewson, Paralegal
> 206-940-3701
> Sent from my phone. Please excuse brevity or typos.
> _____
>
> **From:** Shoppy E-commerce <support@shoppy.gg>
> **Sent:** Sunday, December 8, 2024 5:50:56 AM
> **To:** Kathryn Tewson <ktewson@kusklaw.com>
> **Cc:** Rotem Bar <rotem@shoppy.gg>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Thomas Neville <tneville@kusklaw.com>; Kat Farley <kfarley@kusklaw.com>; Deborah Gaynor <dgaynor@kusklaw.com>
> **Subject:** Re: Subpoena in Bungie v. Fisher, 2:23-cv-01143-MLP (W.D. Wash)
>
> Hello,
>
> We only know the last update of the account which could be one of many possible changes. Do you want to know the date when this address: 1NAMdJEmpK1uHxsDJA7fZyaeEGSDnxQVZc, was added?
>
>
> On Sat, Dec 7, 2024 at 5:19 PM Kathryn Tewson <ktewson@kusklaw.com> wrote:
> > Do your records indicate when this address was added to the account?
> >
> >
> > Kathryn Tewson, Paralegal
> > **Kamerman, Uncyk, Soniker & Klein P.C.**
> > 206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments. This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.*

---

**From:** Rotem Bar <rotem@shoppy.gg>
**Sent:** Saturday, December 7, 2024 4:47 PM
**To:** Kathryn Tewson <ktewson@kusklaw.com>
**Cc:** Dylan Schmeyer <dschmeyer@kusklaw.com>; Shoppy E-commerce <support@shoppy.gg>; Thomas Neville <tneville@kusklaw.com>; Kat Farley <kfarley@kusklaw.com>; Deborah Gaynor <dgaynor@kusklaw.com>
**Subject:** Re: Subpoena in Bungie v. Fisher, 2:23-cv-01143-MLP (W.D. Wash)

Hey Kathryn,

We are unable to determine the correct meaning when you mention "invalid" - do you mean invalid as in the address is not a valid Bitcoin address (according to the Bitcoin protocol specification) or invalid as in not the address that was expected that the user should be in possession of?

This is the address reflected in the user settings that he chose to receive payments on for any Shoppy related orders on his account.
It is a valid Bitcoin P2PKH address ("1NAMdJEmpK1uHxsDJA7fZyaeEGSDnxQVZc") that the user set himself and not assigned by Shoppy automatically.
While the user has this address in settings it does not imply that he should necessarily have any transactions on this address's transaction history. (visible via a Bitcoin blockchain explorer)

We do not have any records that show that this address was changed by the user or otherwise after setting it for the first time, therefore it seems correct on our end - if you can please elaborate.

Thanks,
Rotem Bar.

On Sat, Dec 7, 2024 at 8:54 AM Kathryn Tewson <ktewson@kusklaw.com> wrote:

> Rotem,
>
> The Bitcoin address shown in cell G2 of "subpoena-05_12_2024-moonman1425.xlsx" under "known payment gateways" is not valid. Are you sure this record is correct?
>
>
> Kathryn Tewson, Paralegal
> **Kamerman, Uncyk, Soniker & Klein P.C.**

206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.  This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.*

---

**From:** Rotem Bar <rotem@shoppy.gg>
**Sent:** Wednesday, December 4, 2024 10:00 AM
**To:** Kathryn Tewson <ktewson@kusklaw.com>
**Cc:** Dylan Schmeyer <dschmeyer@kusklaw.com>; Shoppy E-commerce <support@shoppy.gg>; Thomas Neville <tneville@kusklaw.com>; Kat Farley <kfarley@kusklaw.com>; Deborah Gaynor <dgaynor@kusklaw.com>
**Subject:** Re: Subpoena in Bungie v. Fisher, 2:23-cv-01143-MLP (W.D. Wash)

Hey Kathryn,
Apologies again for the delay in communications and any trouble this may have caused the team!
I'm glad we could work together to reach a resolution and close the loop on this.

I've attached 3 files to this email:
File 1, subpoena-05_12_2024-signed-declaration.pdf - the signed declaration of custodian records
File 2, subpoena-05_12_2024-moonman1425.xslx - a spreadsheet containing 3 sheets regarding collected data on seller "moonman1425"
File 3, subpoena-05_12_2024-jessewatson3944.xslx - a spreadsheet containing 2 sheets regarding collected data on email address "jessewatson3944@gmail.com"

Thanks for your help and patience,
Please do not hesitate to get in touch with any questions you might have regarding the collected data.

Thanks,
Rotem Bar.

On Wed, Dec 4, 2024 at 7:43 PM Shoppy E-commerce <support@shoppy.gg> wrote:
> Hello,
>
> Thanks for the reply, member of our team will assist you with your request.
>
> Thanks!
>
> On Tue, Dec 3, 2024 at 2:51 PM Kathryn Tewson <ktewson@kusklaw.com> wrote:

Thank you for the reply. Yes, please do produce the requested documents and complete and return the attached Declaration of Custodian of Records. In light of the delay and your statement that you can complete this request within 24 hours, we look forward to receiving the documents and Declaration no later than December 6, 2024.

Thanks,

Kathryn Tewson, Paralegal
**Kamerman, Uncyk, Soniker & Klein P.C.**
206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.  This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.*

**From:** Shoppy E-commerce <support@shoppy.gg>
**Sent:** Tuesday, December 3, 2024 4:59 AM
**To:** Kathryn Tewson <ktewson@kusklaw.com>
**Cc:** Dylan Schmeyer <dschmeyer@kusklaw.com>; Thomas Neville <tneville@kusklaw.com>; Kat Farley <kfarley@kusklaw.com>; Deborah Gaynor <dgaynor@kusklaw.com>
**Subject:** Re: Subpoena in Bungie v. Fisher, 2:23-cv-01143-MLP (W.D. Wash)

Hello,

Hope you are doing well and I apologize for the late response. This email is handled by our support team for our clients, and during our audit we have come across your email which is of serious concern and we apologize that our support team never forwarded it to the relevant department and will be penalized accordingly. We would like to ask whether you wish to continue with this request as we are happy to comply with your request. We expect legal requests to be mailed to our company address in israel so that they can be resolved as soon as possible.
Waiting for your confirmation so we can start processing your request and complete it within 24 hours.

Thanks!

On Thu, Jan 11, 2024 at 1:49 PM Kathryn Tewson <ktewson@kusklaw.com> wrote:
> Dear Custodian of Records,
>
> I write to you today as paralegal to Dylan Schmeyer and Thomas Neville, counsel to plaintiffs in the above-captioned case. Attached please find a subpoena duces tecum requesting documents and information necessary to identify anonymous defendants in Bungie, Inc. v. Fisher, et al. 2:23-cv-01143-MLP, currently pending in the Western District of Washington, as well as the order granting

leave for the subpoena. The information we are requesting is necessary to unmask the anonymous individuals who are abusing Bungie's intellectual property and the community it has created around that IP.

For your convenience, the documents attached may also be accessed at the following secure Sharefile link: https://kusklaw.sharefile.com/d-s314ea362439f481abb130a2a0f0014a9

If you have any questions or concerns, please do not hesitate to reach out to me via email or phone or by email to any of the individuals cc'ed on this email.

Kathryn Tewson, Paralegal
**Kamerman, Uncyk, Soniker & Klein P.C.**
206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.  This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.  Thank you.*