HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-TL<br><br>CLERK'S ORDER GRANTING PLAINTIFF BUNGIE, INC.'S RENEWED MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT FINN ALEXANDER GRIMPE A/K/A FINN GRIMPE A/K/A "FINNDEV" |

CLERK'S ORDER GRANTING RENEWED MOTION FOR ENTRY
OF DEFAULT AGAINST DEFENDANT FINN ALEXANDER GRIMPE
(Case No. 2:23-cv-01143-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1 | BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50, |
| | Defendants. |

THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s Renewed Motion for Entry of Default Against Defendant Finn Alexander Grimpe a/k/a Finn Grimpe a/k/a "FinnDev".

It appearing from the records in this action that Summons has been served upon Defendant Finn Grimpe, and it further appearing from the records in this action and the Motion of Plaintiff that Defendant Finn Grimpe has failed to plead or otherwise defend in this action, default is hereby entered against Defendant Finn Grimpe pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a).

DATED this 16th day of March, 2026.

_Joshua C. Lewis_
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

Presented by:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan M. Schmeyer*
    Dylan M. Schmeyer (admitted *pro hac vice*)
    3598 E. 106th Ave
    Thornton, CO 80233
    Tel: (719) 930-5942
    Email: dschmeyer@kusklaw.com

CLERK'S ORDER GRANTING RENEWED MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT FINN ALEXANDER GRIMPE (Case No. 2:23-cv-01143-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1   FOCAL PLLC

2   By: *s/ Stacia N. Lay*
       Stacia N. Lay, WSBA #30594
3      900 1st Avenue S., Suite 201
       Seattle, Washington 98134
4      Tel: (206) 529-4827
       Fax: (206) 260-3966
5      Email: stacia@focallaw.com

6   *Attorneys for Plaintiff Bungie, Inc.*

CLERK'S ORDER GRANTING RENEWED MOTION FOR ENTRY
OF DEFAULT AGAINST DEFENDANT FINN ALEXANDER GRIMPE
(Case No. 2:23-cv-01143-TL) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966