HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation, | Case No. 2:23-cv-01143-TL |
| Plaintiff, | |
| v. | PROOF OF EMAIL SERVICE OF DEFENDANT ANDREW THORPE A/K/A "CYPHER" PURSUANT TO ORDER GRANTING PLAINTIFF BUNGIE, INC.'S MOTION FOR ALTERNATIVE SERVICE (DKT. 176) |
| JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | |

PROOF OF EMAIL SERVICE PURSUANT TO DKT. 176
(Case No. 2:23-cv-01143-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,

Defendants.

I, Dylan Schmeyer, declare and state as follows:

1. I am an attorney with Kamerman, Uncyk, Soniker & Klein, P.C., counsel to Plaintiff Bungie, Inc. in this action. I make this declaration based on my personal knowledge of the facts herein, and could and would testify to them competently if necessary.

2. On March 13, 2026, the Court issued an Order granting Plaintiff's Motion for Alternative Service of Defendant Andrew Thorpe (Dkt. 176) (hereafter referred to as "the Order"), authorizing Bungie to affect service of Defendant Andrew Thorpe a/k/a "Cypher" (hereafter referred to as "Thorpe") via email.

3. Service against Thorpe was accomplished via email on March 20, 2026, at 2:47 PM PT. Attached to the email was the Summons (Dkt. 179), a copy of the Second Amended Complaint (Dkt. 124), and a copy of the Order allowing service by email (Dkt. 176).

4. A true and correct copy of the service email to Thorpe, including the attachments, is attached hereto as **Exhibit A**.

5. Additionally, in the event Thorpe had email security programs that stripped or blocked email attachments, in the email, I included a Sharefile link for the Summons, Second Amended Complaint, and the Court's Order that is unique to Thorpe.

6. On March 20, 2026, the same day I sent the service email to Thorpe, my office received notification that the Sharefile link had been viewed. Although the user who viewed the

PROOF OF EMAIL SERVICE PURSUANT TO DKT. 176
(Case No. 2:23-cv-01143-TL) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

link was anonymous, the Sharefile link was unique to, and only provided to, Thorpe. Therefore, it is reasonable to conclude that Thorpe received actual notice of the Summons and Second Amended Complaint whether via the service email or by accessing the Sharefile link (or both). A true and correct copy of the Sharefile notification is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of March, 2026, at Thornton, Colorado.


*s/ Dylan Schmeyer*
DYLAN SCHMEYER

PROOF OF EMAIL SERVICE PURSUANT TO DKT. 176
(Case No. 2:23-cv-01143-TL) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966