# EXHIBIT B

**Fwd: ShareFile Activity Notification**

1 message

---

**From:** ShareFile Notifications (No Reply) <noreply@sf-notifications.com>
**Sent:** Friday, March 20, 2026 2:58 PM
**To:** Kathryn Tewson <ktewson@kusklaw.com>
**Subject:** ShareFile Activity Notification



# Notification Summary

Below is a summary of upload and download activity on folders for which you've chosen to be notified.

## Uploads

There is no upload activity to report.

## Downloads

There is no download activity to report.

## Views

### Bungie > Ring-1 > Email Service > Andrew Thorpe

---

 Thorpe Alt Service Bungie v. Fisher.pdf

| | |
|---|---|
| **Size** | -- |
| **Viewed** | 03/20/2026 5:57:38 pm |
| **User** | Anonymous [noreply@sf-notifications.com] |

Click here to change how often ShareFile sends emails        Dates are displayed in UTC -5

**Need help? We're here for you.**

Visit sharefile.com/support and look for "Start chat."

Progress ShareFile | 621 Hillsborough Street 7th Floor Raleigh, NC 27603
© 2026 Progress ShareFile. All rights reserved. Progress and ShareFile, their respective logos, and other marks appearing herein are trademarks of Progress Software Corporation and/or one or more of its subsidiaries, in the United States and/or other countries. Other product and company names and marks mentioned herein are the property of their respective owners and are mentioned for identification.

Terms of Service | Privacy Policy