*US District Court, Western District of Washington; Case No: 2.23-cv-00143-MLP*

KF 2026 - 001280

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date):
   que le demande a ete executee le (date):

   **Wednesday 18 March 2026**

   at (place, street, number):
   a (localite, rue, numero):

   **112-114 Tame Road, Birmingham, B6 7EZ, England**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
      ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
      selon la forme particuliere suivante:

      **Served upon Joshua Fisher at the direction of the Senior Master of the King's Bench Division of the Senior
      Courts of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the
      Senior Courts of England and Wales, by a method prescribed by the internal law of England and Wales for
      the service of documents upon persons who are within its territory. The documents, as more fully
      described in the witness statement of Andrew Maplethorpe dated 17 March 2026 ("the Maplethorpe w/s")
      which is annexed hereto, were served as described in that witness statement with a deemed date of
      service as above under English court rules.**

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
      ~~par remise simple~~

   the documents referred to in the request have been delivered to:
   les documents mentionnes dans la demande ont ete remis a:

   - (identity and description of person):
   - (identite et qualite de la personne):

      **'Helen'**

   - relationship to the addressee (family, business or other):
   - liens de parente de subordinaion ou autres avec le desinataire de l'acts:

      **As described in the Maplethorpe w/s**

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses
detailed in the attached statement~~
~~conformenent a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais
dont le detail figure au memoire ci joint~~

Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): ___3th March 2026___
le:

_____
Signature and/or stamp:
Signature et/ou cachet:

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

BUNGIE, INC., a Delaware Corporation,

Plaintiff,

v.

JOSHUA FISHER; et al.,

Defendants.

Case No. 2:23-cv-01143-MLP

---

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

---

I, **ANDREW MAPLETHORPE**, Process Server, acting under the instructions of Across The Pond Process Service, of Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman, a Solicitor of the Senior Courts of England and Wales, who was in turn acting at the direction of the Central Authority of England and Wales.

2. In this witness statement I refer to the following documents issued in this matter, or in relation to service in accordance with the Service Convention, as "the Service Documents":

   - Hague Service Convention Warning and Hague Service Convention Summary of the Document to be Served (together, "the Hague Documents");
   - Summons in a Civil Action; and
   - Second Amended Complaint.

3. Exhibited hereto marked 'A' are copies of the Hague Documents.

4. Section 1140 of the UK's Companies Act 2006 ("s.1140") provides (sub-section (1)) that an individual who has a 'registered address' registered with Companies House (the address that they have provided as part of the Companies House register available for public inspection e.g. as a director or secretary of a registered corporation) may be served with documents by delivery of those documents to that

address, and s.1140(3) together with case law establishes that this is whether or not the documents relate to the corporation in question.

5. As of the 16th day of March 2026, **Joshua Fisher**, one of the within named defendants, was a Director of UK Company Number 17012293, namely Fisher Micropub Ltd, and has registered 112-114 Tame Road, Birmingham, B6 7EZ, England, hereafter "the Service Address", as his registered address with Companies House in connection with his directorship of this Limited Company.

6. On Monday the 16th day of March 2026 at 4.05 p.m., I served Joshua Fisher with the Service Documents by delivering them to and leaving them at the Service Address, which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Wednesday the 18th day of March 2026.

7. On arrival at the Service Address, which is the Registered Office and premises of Conway Precision Engineering Group Limited, hereafter "Conway Precision", I met with an adult female who identified herself as "Helen", PA to Garry Fisher, Director of Conway Precision. She accepted the Service Documents on behalf of Joshua Fisher, confirming that she was authorised to do so.

8. Service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

**ADDITIONAL COMMENTS**

I certify that I am over the age of 18 and not a party to or interested in the above action. I have proper authority in the jurisdiction in which this service was effected.

**STATEMENT OF TRUTH**

I believe that the facts stated in this witness statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

**Dated:**          17th March 2026

**Signed:**

**ANDREW MAPLETHORPE**

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

BUNGIE, INC., a Delaware Corporation,

        Plaintiff,

v.

JOSHUA FISHER; et al.,

        Defendants.

Case No. 2:23-cv-01143-MLP

---

## Exhibit A to the Witness Statement of **ANDREW MAPLETHORPE**

---

This is the exhibit marked "A" to my witness statement dated today.

**Dated**:          17th March 2026

**Signed**:

**ANDREW MAPLETHORPE**



# WARNING
## AVERTISSEMENT

**Identity and address of the addressee** / Identité et adresse du destinataire

**Joshua Fisher**
112-114 Tame Road
Birmingham B6 7EZ

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Legal Foundation of Washington
500 Union Street,
Seattle, Washington 98101
Tel.: +1.206.624.2536

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | Aaron Lukken, Attorney <br> Viking Advocates, LLC <br> 6525 Charlotte Street <br> Kansas City, Missouri 64131, USA <br> E: lukken@vikinglaw.us <br> Tel.: +1.816.683.7900 |
| **Particulars of the parties\*:** <br> Identité des parties\* : | Plaintiff: Bungie, Inc. <br><br> Defendants: **Joshua Fisher**; et al. <br><br> *(See pleadings for full list of defendants)* |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
   ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | To notify the defendants of a claim against them and to demand their appearance at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | The plaintiff accuses the defendants of, *inter alia*, copyright infringement and seeks injunctive relief, damages, costs, fees, and interest. |
| **Date and Place for entering appearance\*\*:** <br> Date et lieu de la comparution\*\* : | Within 21 days after service, the addressee must appear and file an answer in the United States District Court for the Western District of Washington, 700 Stewart Street, Seattle Washington 98101. |
| **Court which has given judgment\*\*:** <br> Juridiction qui a rendu la décision\*\* : | No court has issued a judgment. |
| **Date of judgment\*\*:** <br> Date de la décision\*\* : | No court has issued a judgment. |
| **Time limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | 21 days |

\*\* if appropriate / s'il y a lieu

W.D. Wash. 2:23-cv-01143 -- Joshua Fisher second attempt