HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC., a Delaware corporation,

     Plaintiff,

v.

JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN

Case No. 2:23-cv-01143-TL

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOSHUA FISHER

NOTE ON MOTION CALENDAR:
April 14, 2026

MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT JOSHUA FISHER
(Case No. 2:23-cv-01143-TL) – 1

BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,

Defendants.

Pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a), Plaintiff Bungie, Inc., through its undersigned counsel, hereby moves the Clerk to enter default against Defendant Joshua Fisher ("Fisher") based on the following facts:

1.      The Second Amended Complaint in this action – the currently operative complaint – was filed on August 21, 2025. *See* Dkt. 124.

2.      Bungie proceeded to serve foreign defendants for whom it had identification and addresses under the Hague Convention for Foreign Service, including Fisher.

3.      Bungie served the Second Amended Complaint on Defendant Fisher on March 18, 2026. *See* Dkt. 181.

4.      The proof of service attesting to such service on Fisher was filed on April 10, 2026. *Id.*

5.      Based on that service, under FED. R. CIV. P. 12(a)(1)(A)(i), Fisher's response to the Second Amended Complaint was due within 21 days of service, specifically, April 8, 2026.

6.      However, as of the filing of this Motion, Defendant Fisher has not filed an answer or other response to the Second Amended Complaint and has not appeared in this action.

Based on these facts, pursuant to FED. R. CIV. P. 55(a) and Local Civil Rule 55(a), because it has been shown that Defendant Fisher has failed to timely plead or otherwise defend

MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT JOSHUA FISHER
(Case No. 2:23-cv-01143-TL) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

in this action, default should be entered against that Defendant. Bungie therefore respectfully requests that the Clerk enter Defendant Fisher's default.

Dated this 14th day of April, 2026.          Respectfully submitted,

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.                                    FOCAL PLLC

By: *s/ Dylan Schmeyer*                                  By: *s/ Stacia N. Lay*
    Dylan M. Schmeyer (admitted *pro hac*                    Stacia N. Lay, WSBA #30594
    *vice*)                                                  900 1st Avenue S., Suite 201
    3598 E. 106th Ave                                        Seattle, Washington 98134
    Thornton, CO 80233                                       Tel: (206) 529-4827
    Tel: (719) 930-5942                                      Fax: (206) 260-3966
    Email: dschmeyer@kusklaw.com                             Email: stacia@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*

## **WORD LIMIT CERTIFICATION**

I certify that this memorandum contains 228 words, in compliance with the Local Civil Rules.

By: *s/ Stacia N. Lay*
    Stacia N. Lay, WSBA #30594

MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT JOSHUA FISHER
(Case No. 2:23-cv-01143-TL) – 3