HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC., a Delaware corporation,

     Plaintiff,

v.

JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN

Case No. 2:23-cv-01143-TL

STATUS REPORT OF PLAINTIFF BUNGIE, INC.

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,

     Defendants.

Plaintiff Bungie, Inc., through its undersigned counsel, provides this Status Report to the Court.

On April 24, 2026, default was entered against Defendants Andrew Thorpe a/k/a "Cypher" and Joshua Fisher (*see* Dkts. 184, 185), resolving the last of the motions for default and finalizing the list of Defendants for Plaintiff's forthcoming Omnibus Motion for Default Judgment. As there are 22 defaulted Defendants, Plaintiff intends to file for default judgment against all of them in a single omnibus motion. Doing so is the most efficient use of resources, avoiding the duplicative briefing that would result from 22 separate motions for default judgment.

As a result of the number of defaulting Defendants, work on this filing is complex but under way—Plaintiff is compiling testimony and evidence from across the entirety of the third-party discovery permitted in this case. Given the number of Defendants who have defaulted and the scope of the relevant evidence to be submitted in support, the omnibus motion for default judgment will be of significant length. Plaintiff's lead counsel also requires this time, as he is navigating a family medical emergency while preparing briefing on the omnibus default judgment motion. Additionally, Plaintiff's local counsel has a trial in another case in this

STATUS REPORT OF PLAINTIFF BUNGIE, INC.
(Case No. 2:23-cv-01143-TL) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

District that is currently scheduled to begin on June 29, 2026, though that date may change.[1] As a result, local counsel's ability to assist with the planned omnibus motion for default judgment may be limited in June due to trial preparation and then trial. Plaintiff currently expects to file its motion to file an over-length default judgment motion by the week of July 15th, when its ask can be specifically tailored to the length of its omnibus motion for default judgment. Plaintiff in turn currently anticipates filing its omnibus motion for default judgment soon after the motion to file an over-length motion is decided.

Plaintiff is still in various stages of negotiations with the remaining identified Defendants who have not defaulted and who are therefore not included in the forthcoming omnibus motion for default judgment.

Dated this 8th day of May, 2026.              Respectfully submitted,

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.              FOCAL PLLC

By: s/ Dylan Schmeyer                              By: s/ Stacia N. Lay
    Dylan M. Schmeyer (admitted *pro hac*              Stacia N. Lay, WSBA #30594
    *vice*)                                            900 1st Avenue S., Suite 201
    3598 E. 106th Ave                                  Seattle, Washington 98134
    Thornton, CO 80233                                 Tel: (206) 529-4827
    Tel: (719) 930-5942                                Fax: (206) 260-3966
    Email: dschmeyer@kusklaw.com                       Email: stacia@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*

---

[1] There is a status conference in this other matter set for May 11, 2026, at which the Court has indicated that the current trial date will be discussed.

STATUS REPORT OF PLAINTIFF BUNGIE, INC.
(Case No. 2:23-cv-01143-TL) – 3