HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC., a Delaware corporation,

    Plaintiff,

v.

JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN

Case No. 2:23-cv-01143-TL

PLAINTIFF BUNGIE, INC.'S *EX PARTE* MOTION TO FILE AN OVER-LENGTH OMNIBUS MOTION FOR DEFAULT JUDGMENT AGAINST 22 DEFAULTED DEFENDANTS

NOTE ON MOTION CALENDAR:
August 14, 2026

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,

Defendants.

Pursuant to LCR 7(f), Plaintiff Bungie, Inc. hereby seeks permission from the Court to file an over-length omnibus motion for default judgment against 22 defaulted Defendants. Motions for default judgment are normally limited to 2,100 words. *See* LCR 7(e)(1). As described in more detail below, in light of the number of defaulted Defendants to be included in Bungie's omnibus motion and the complexity of the facts, claims, and requested relief, Bungie seeks leave to file an omnibus default judgment motion of no more than 28,000 words.

## I    ARGUMENT

Bungie has a compelling need to exceed the 2,100-word limit for motions for default judgment specified in LCR 7(e)(1). Specifically, both the number of defaulted Defendants (22) and the complexity of the facts, claims, and requested relief to be addressed in Bungie's forthcoming omnibus default judgment motion necessitate Bungie's request to increase the limit to 28,000 words.

Plaintiff's forthcoming motion seeks entry of judgment for eight causes of action, including a claim under the Racketeer Influenced and Corrupt Organizations Act, which necessitates in-depth discussion of Defendants' pattern of activity and multiple different predicate acts. The underlying technology, including the cheating software at issue in this case, is sophisticated, and cannot be sufficiently described and analyzed without a significant increase to the word limit. Given the number and complexity of the claims, explaining and supporting the

PLAINTIFF'S *EX PARTE* MOTION TO FILE AN OVER-LENGTH OMNIBUS MOTION FOR DEFAULT JUDGMENT (Case No. 2:23-cv-01143-TL) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

compensatory, statutory, and punitive damages, attorney's fees, and injunctive relief that Bungie intends to seek in its default judgment motion similarly requires Bungie to make this request. The complexity of the facts, issues, and claims was reflected in Bungie's Second Amended Complaint (Dkt. 124), which is 68 pages and more than 636 paragraphs long. In terms of the scope of the required analysis and evidentiary support that Bungie anticipates providing, the forthcoming motion is more akin to a motion for summary judgment with respect to the amount of space required to make the case. Additionally, the investigation and factual analysis by which Bungie identified the many parties of the Ring-1 enterprise was necessarily expansive given Defendants' use of pseudonyms and efforts to maintain anonymity, and Bungie's summation of the evidence is correspondingly large.

Moreover, Bungie intends to seek entry of judgment against 22 defaulted Defendants in its omnibus motion. Consolidating the briefing with respect to these 22 defaulted Defendants is more efficient than filing 22 separate motions given the wide range of common facts and the claims with joint and several liability. Without the requested increased word limit, Bungie would be unable to fully apprise the Court of the facts and issues underlying its claims for relief against the 22 defaulted Defendants in a single, comprehensive motion and make its best case for the judgment it seeks. And separate briefs for each defaulting Defendant would significantly exceed the 28,000-word limit Bungie proposes.

In short, although Bungie is still endeavoring for brevity, with 22 defaulted Defendants, eight complicated claims, and complex facts, an increase in the word limit is unavoidably necessary to allow Bungie to make its case for entry of judgment in its favor without the necessity of filing multiple separate motions.

## II    CONCLUSION

Based on the foregoing, Bungie respectfully requests that it be granted permission to file an over-length omnibus motion for default judgment not to exceed 28,000 words.

//

//

PLAINTIFF'S *EX PARTE* MOTION TO FILE AN OVER-LENGTH
OMNIBUS MOTION FOR DEFAULT JUDGMENT
(Case No. 2:23-cv-01143-TL) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Dated this 14th day of August, 2026.    Respectfully submitted,

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan Schmeyer*
    Dylan M. Schmeyer (admitted *pro hac vice*)
    3598 E. 106th Ave
    Thornton, CO 80233
    Tel: (719) 930-5942
    Email: dschmeyer@kusklaw.com

*Attorneys for Plaintiff Bungie, Inc.*

FOCAL PLLC

By: *s/ Stacia N. Lay*
    Stacia N. Lay, WSBA #30594
    900 1st Avenue S., Suite 201
    Seattle, Washington 98134
    Tel: (206) 529-4827
    Fax: (206) 260-3966
    Email: stacia@focallaw.com

## WORD LIMIT CERTIFICATION

I certify that this memorandum contains 543 words, in compliance with the Local Civil Rules.

By: *s/ Stacia N. Lay*
    Stacia N. Lay, WSBA #30594

PLAINTIFF'S *EX PARTE* MOTION TO FILE AN OVER-LENGTH
OMNIBUS MOTION FOR DEFAULT JUDGMENT
(Case No. 2:23-cv-01143-TL) – 4

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966