HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br>Plaintiff,<br>v.<br>JOSHUA FISHER; JACOB W. MAHURON A/K/A “PRAGMATICTAX”; JOSE DEJESUS A/K/A “DAVID HASTINGS” A/K/A “J3STER”; JORDAN MILLER A/K/A JESSE WATSON A/K/A “JESSEWATSON3944”; JOHN DOE NO. 1 A/K/A “CALC”; ANDREW THORPE A/K/A “CYPHER”; RYAN POWER AKA “KHALEESI”; JOHN DOE NO. 4 A/K/A “GOD”; JOHN DOE NO. 5 A/K/A “C52YOU”; JOHN DOE NO. 6 A/K/A “LELABOWERS74”; JOHN DOE NO. 7 A/K/A “FRAMEWORK”; KICHING KANG A/K/A “SEQUEL”; JOHN DOE NO. 9 A/K/A “1NVITUS”; JOHN DOE NO. 11 A/K/A “THEGUY”; CICERO LOUREIRO A/K/A “BEATRED”; JOHN DOE NO. 13 A/K/A “CM” A/K/A “COMMUNITYMODS”; ROBERT S. HERRITY A/K/A “MODDINGPALACE” A/K/A “ROB” A/K/A “PALACE”; DAVID BONAR MARPAUNG A/K/A “VINCENTPRICE”; SABEEN REHMAN SOOMRO A/K/A “ESSWAN”; JOHN DOE NO. 17 A/K/A “ADMIRAL”; JOHN DOE NO. 18 A/K/A “TOMDICKHARRY”; JOHN DOE NO. 20 A/K/A “STAYLOCKED”; TAYLOR KNETTER A/K/A “FIVE-STAR”; JOHN DOE NO. 22 A/K/A “HORROR”; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-TL<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF BUNGIE, INC.’S *EX PARTE* MOTION TO FILE AN OVER-LENGTH OMNIBUS MOTION FOR DEFAULT JUDGMENT AGAINST 22 DEFAULTED DEFENDANTS |



**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,

Defendants.

THIS MATTER having come before the Court upon Plaintiff Bungie, Inc.'s *Ex Parte* Motion to File an Over-Length Omnibus Motion for Default Judgment Against 22 Defaulted Defendants, and the Court, having reviewed the Motion, and the pleadings and filings herein, and being fully informed, now rules as follows:

Plaintiff's Motion is GRANTED.

DATED this 19th day of August, 2026.

Tana Lin
United States District Judge

Presented by:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan M. Schmeyer*
Dylan M. Schmeyer (admitted *pro hac vice*)
3598 E. 106th Ave
Thornton, CO 80233
Tel: (719) 930-5942
Email: dschmeyer@kusklaw.com

FOCAL PLLC

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594



**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*