HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC., a Delaware corporation,

Plaintiff,

v.

JOSHUA FISHER; JACOB W. MAHURON A/K/A "PRAGMATICTAX"; JOSE DEJESUS A/K/A "DAVID HASTINGS" A/K/A "J3STER"; JORDAN MILLER A/K/A JESSE WATSON A/K/A "JESSEWATSON3944"; JOHN DOE NO. 1 A/K/A "CALC"; ANDREW THORPE A/K/A "CYPHER"; RYAN POWER AKA "KHALEESI"; JOHN DOE NO. 4 A/K/A "GOD"; JOHN DOE NO. 5 A/K/A "C52YOU"; JOHN DOE NO. 6 A/K/A "LELABOWERS74"; JOHN DOE NO. 7 A/K/A "FRAMEWORK"; KICHING KANG A/K/A "SEQUEL"; JOHN DOE NO. 9 A/K/A "1NVITUS"; JOHN DOE NO. 11 A/K/A "THEGUY"; CICERO LOUREIRO A/K/A "BEATRED"; JOHN DOE NO. 13 A/K/A "CM" A/K/A "COMMUNITYMODS"; ROBERT S. HERRITY A/K/A "MODDINGPALACE" A/K/A "ROB" A/K/A "PALACE"; DAVID BONAR MARPAUNG A/K/A "VINCENTPRICE"; SABEEN REHMAN SOOMRO A/K/A "ESSWAN"; JOHN DOE NO. 17 A/K/A "ADMIRAL"; JOHN DOE NO. 18 A/K/A "TOMDICKHARRY"; JOHN DOE NO. 20 A/K/A "STAYLOCKED"; TAYLOR KNETTER A/K/A "FIVE-STAR"; JOHN DOE NO. 22 A/K/A "HORROR"; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN

Case No. 2:23-cv-01143-TL

STIPULATED MOTION TO EXTEND THE DEADLINE FOR DEFENDANT JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST" TO ANSWER PLAINTIFF'S COMPLAINT

NOTE ON MOTION CALENDAR:
August 28, 2026



focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,

Defendants.

Plaintiff Bungie, Inc. and Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" ("Magny") hereby submit this Stipulated Motion respectfully requesting that the deadline for Magny to respond to Bungie's Complaint be further extended by 30 days from September 1, 2026 to October 1, 2026. In support of this request, the Parties state as follows:

1. Based on the Court's Order entered on July 21, 2026 denying Magny's motion to dismiss (*see* Dkt. 188), Magny's answer was originally due on August 4, 2026.

2. Upon the request of Magny, who is proceeding *pro se*, on August 3, 2026, the Parties filed a Stipulated Notice pursuant to the Court's Standing Order for All Civil Cases, effective June 1, 2026, extending the deadline for Magny's answer to September 1, 2026. The request was intended to accommodate Magny's two-week vacation. (*See* Dkt. 189.)

3. The Parties have since begun settlement discussions after Magny's two-week vacation but would benefit from additional time to pursue those discussions and determine whether this matter can be resolved, as between Bungie and Magny, without the need for further litigation.

4. The requested extension is in the interest of the Parties and judicial efficiency and is sought in good faith and not for purposes of delay or any other improper reason. As a result, the Parties submit that there is good cause to extend the deadline.

5. The requested extension does not impact any other deadlines in this matter.

6. Therefore, the Parties jointly request that the deadline for Magny's answer to



**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Bungie's Complaint be extended by an additional 30 days to October 1, 2026.

IT IS SO STIPULATED this 28th day of August, 2026.

Respectfully submitted,

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan M. Schmeyer*
Dylan M. Schmeyer (admitted *pro hac vice*)
3598 E. 106th Ave
Thornton, CO 80233
Tel: (719) 930-5942
Email: dschmeyer@kusklaw.com

FOCAL PLLC

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*

DEFENDANT JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"

By: *s/ Vincent Magny*
Vince Magny, *Pro Se*
69 rue du Jardin
Pont-Rouge, Quebec, Canada
Email: vmagny1@gmail.com

**WORD LIMIT CERTIFICATION**

I certify that this memorandum contains 277 words, in compliance with the Local Civil Rules.

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594



focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966