HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA FISHER; JACOB W. MAHURON A/K/A “PRAGMATICTAX”; JOSE DEJESUS A/K/A “DAVID HASTINGS” A/K/A “J3STER”; JORDAN MILLER A/K/A JESSE WATSON A/K/A “JESSEWATSON3944”; JOHN DOE NO. 1 A/K/A “CALC”; ANDREW THORPE A/K/A “CYPHER”; RYAN POWER AKA “KHALEESI”; JOHN DOE NO. 4 A/K/A “GOD”; JOHN DOE NO. 5 A/K/A “C52YOU”; JOHN DOE NO. 6 A/K/A “LELABOWERS74”; JOHN DOE NO. 7 A/K/A “FRAMEWORK”; KICHING KANG A/K/A “SEQUEL”; JOHN DOE NO. 9 A/K/A “1NVITUS”; JOHN DOE NO. 11 A/K/A “THEGUY”; CICERO LOUREIRO A/K/A “BEATRED”; JOHN DOE NO. 13 A/K/A “CM” A/K/A “COMMUNITYMODS”; ROBERT S. HERRITY A/K/A “MODDINGPALACE” A/K/A “ROB” A/K/A “PALACE”; DAVID BONAR MARPAUNG A/K/A “VINCENTPRICE”; SABEEN REHMAN SOOMRO A/K/A “ESSWAN”; JOHN DOE NO. 17 A/K/A “ADMIRAL”; JOHN DOE NO. 18 A/K/A “TOMDICKHARRY”; JOHN DOE NO. 20 A/K/A “STAYLOCKED”; TAYLOR KNETTER A/K/A “FIVE-STAR”; JOHN DOE NO. 22 A/K/A “HORROR”; JOHN DOE NO. 23 A/K/A ELITECHEATZ.CO; JOHN DOE NO. 24 A/K/A MIHAI LUCIAN; NATHAN | Case No. 2:23-cv-01143-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINE FOR DEFENDANT JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A “FROST” TO ANSWER PLAINTIFF’S COMPLAINT |



focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

BERNARD A/K/A "DOVE"; JOHN DOE NO. 26 A/K/A "BLACKMAMBA"; JOHN DOE NO. 27 A/K/A "BILLNYE"; JOHN DOE NO. 28 A/K/A "BANEK192" A/KA/ "IVAN M. SERGEEVICH"; SHOPPY ECOMMERCE LTD. A/K/A SHOPPY.GG; FINN ALEXANDER GRIMPE A/K/A/ FINN GRIMPE A/K/A "FINNDEV"; JOHN DOES NO. 31-37 A/K/A DEVELOPER DOES; JOHN DOE NO. 38 A/K/A VINCE MAGNY A/K/A "FROST"; JOHN DOE NO. 39 A/K/A "BEATREAL"; JOHN DOE NO. 40 A/K/A MAKSIMKA NIKITIN; AND JOHN DOES NO. 41-50,

Defendants.

THIS MATTER having come before the Court upon the Parties' Stipulated Motion to Extend the Deadline for Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" to Answer Plaintiff's Complaint, and the Court, having reviewed the Motion, and the pleadings and filings herein, and being fully informed, now rules as follows:

1. The Parties' Stipulated Motion is GRANTED; and

2. The deadline for Defendant John Doe No. 38 a/k/a Vince Magny a/k/a "Frost" to answer Plaintiff's Complaint is extended by 30 days to October 1, 2026.

DATED this ___ day of _______________, 2026.

_________________________________

Tana Lin
United States District Judge

Presented by:

KAMERMAN, UNCYK, SONIKER & KLEIN, P.C.

By: *s/ Dylan M. Schmeyer*
Dylan M. Schmeyer (admitted *pro hac vice*)
3598 E. 106th Ave
Thornton, CO 80233
Tel: (719) 930-5942
Email: dschmeyer@kusklaw.com

FOCAL PLLC

By: *s/ Stacia N. Lay*
Stacia N. Lay, WSBA #30594
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com

*Attorneys for Plaintiff Bungie, Inc.*